**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**24-20008-CR-WILLIAMS/GOODMAN**
CASE NO. _____

FILED BY_____MP_____D.C.

**Jan 18, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE: SEALED INDICTMENT

_____/

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, arrest warrants, and any resulting order be **SEALED** until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
LACEE ELIZABETH MONK
Assistant United States Attorney
Florida Bar No. 100322
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9427
Lacee.Monk@usdoj.gov