UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>24-20008-CR-WILLIAMS</u>

**UNITED STATES OF AMERICA**

vs.

**MICHAEL KARL GEILENFELD,**

    **Defendant.**

_____/

<u>**NOTICE OF FILING TRANSCRIPTS OF DETENTION HEARING**</u>

    The United States of America, by and through the undersigned Assistant United States Attorney, gives notice of the filing of the attached hearing transcripts of the Detention Hearing in the above-referenced matter.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:  <u>**Lacee Elizabeth Monk**</u>
      Lacee Elizabeth Monk
      Assistant United States Attorney
      FL Bar No. 0100322
      99 N.E. 4th Street, Fifth Floor
      Miami, FL 33132
      Telephone (305) 961-9427
      Lacee.Monk@usdoj.gov