1

1 | IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2

Case No. 24-MJ-00012-MEH

3 | _____

4 | AUDIO TRANSCRIPTION OF PROCEEDINGS
January 25, 2024

5 | _____

6 | UNITED STATES OF AMERICA,

7 | Plaintiff,

8 | v.

9 | MICHAEL KARL GEILENFELD,

10 | Defendant.

11 | _____

12 |                    Proceedings had on January 25, 2024, at the

13 | United States District Court, Denver, Colorado, held

14 | pursuant to the Federal Rules, commencing at the hour of

15 | 2:56 p.m., before Magistrate Judge Scott T. Varholak.

16

17

18

19

20

21

22

23

24

25

```
 1                     A P P E A R A N C E S

 2    For the Plaintiff:          ALCIA RIEWERTS, ESQ.
                                  U.S. Attorney's Office
 3                                1801 California Street
                                  Suite 1600
 4                                Denver, Colorado  80202

 5                                JESSICA URBAN, ESQ.
                                  Department of Justice
 6
      For the Defendant:          ROBERT OBERKOETTER:, ESQ.
 7                                Attorney at Law
                                  426 Union Street
 8                                New Bedford, Massachusetts 02741

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1    P R O C E E D I N G S
2        (This begins the audio transcript of
3    proceedings)
4        THE COURT:  All right.  The final matter for
5    today is 24-MJ-12, United States of America versus Michael
6    Karl Geilenfeld.
7        Can I have entries of appearance in this matter?
8        MS. RIEWERTS:  Alicia Riewerts on behalf of the
9    government.  Also representing the government at today's
10   hearing is child exploitation and obscenity section trial
11   attorney Jessica Urban, at the U.S. Department of Justice.
12       Also Assistant United States Attorney Lacee Monk
13   was connected virtually.  I know that she had a conflict
14   beginning at 5:00 p.m. Eastern, so she may no longer be on
15   the virtual teleconference.
16       But Trial Attorney Urban is going to be handling
17   the government's proffer of evidence and argument today.
18       THE COURT:  Okay.  And good afternoon.
19       MS. URBAN:  Good afternoon, Your Honor.
20       THE COURT:  Good afternoon.
21       And on behalf of Mr. Geilenfeld?
22       MR. OBERKOETTER:  Good afternoon, Your Honor.
23   My name is Robert Oberkoetter.  I'm speaking from
24   Massachusetts.  I want to extend my gratitude to the Court
25   for allowing me to appear remotely.  Saves a lot of time

4

1    and a great deal of money that Mr. Geilenfeld doesn't have.
2    So thank you for the opportunity.
3        THE COURT:  Sure.  No problem.
4        MR. OBERKOETTER:  Yeah.  How would you like to
5    proceed, Judge?
6        THE COURT:  Well, we're here today for a waiver
7    -- or excuse me, for a preliminary -- excuse me, for Rule 5
8    identity hearing and then for detention hearing.
9        It's my understanding that Mr. Geilenfeld
10   intends to waive his rights to an identity hearing; is that
11   accurate?
12       MR. OBERKOETTER:  That is correct.  I sent that
13   waiver approximately two hours ago.
14       THE COURT:  Okay.  And I know it doesn't have
15   Mr. Geilenfeld's signature on it.  It's understandable,
16   given that he's been in custody.  But let me advise him.
17       Mr. Geilenfeld, you have a right to what's
18   called an identity hearing.  And because this case arises
19   out of Florida, as opposed to here in Colorado, you have a
20   right to a hearing in which the government would need to
21   prove that you are the Michael Karl Geilenfeld being sought
22   from the Southern District of Florida, not that you have
23   committed the offense.  That's not the issue.  The issue is
24   are you the same person being sought.
25       As you heard your attorney say, he indicates

5

1    that you intend to waive your right to that hearing.  Let
2    me ask you, is that accurate, that you wish to waive your
3    right to an identity hearing?
4        MR. GEILENFELD:  Yes.  That's right.
5        THE COURT:  And did anybody force you or
6    threaten you to waive your right to an identity hearing?
7        MR. GEILENFELD:  No.
8        THE COURT:  And did you discuss such a waiver
9    with your attorney first?
10       MR. GEILENFELD:  No.
11       THE COURT:  You have not discussed it with your
12   attorney?
13       MR. GEILENFELD:  I haven't been able to be in
14   communication with him because I am under lockdown for 22
15   hours a day, and I don't have access to a phone to contact
16   him.
17       THE COURT:  Well, let me ask you, would you
18   like -- one thing I can do is I can clear the courtroom
19   here today, other than the marshals, and give you the
20   opportunity to discuss further with him your right to the
21   identity hearing component.
22       Would you like me to do that?
23       MR. GEILENFELD:  Well, I mean, I agree that I am
24   who they say I am.
25       THE COURT:  Okay.

6

1        MR. GEILENFELD:  So, yeah, that's fine.
2        THE COURT:  Counsel, are you comfortable with
3    your client's understanding of his right to an identity
4    hearing and his ability to waive it?
5        MR. OBERKOETTER:  Yes, I am, Your Honor.  I'm
6    content.
7        THE COURT:  Okay.  All right.  Then I'll accept
8    the waiver of identity hearing.
9        And Mr. Geilenfeld, what that's going to mean is
10   we're going to have a detention hearing now.  If I grant
11   you some sort of bond, it means you are going to need to
12   make your way to Florida for the next court date.  If I
13   would have denied bond, then it means the marshals are
14   going to transport you there for the next court date.
15       Do you understand that?
16       MR. GEILENFELD:  I understand.
17       Will I be allowed to speak because I didn't talk
18   to my attorney before about my situation?
19       THE COURT:  Well --
20       MR. OBERKOETTER:  Your Honor, let me -- let me
21   respond, if I may, briefly.
22       I have attempted three times to call
23   Mr. Geilenfeld, and on two occasions I got through to the
24   facility, and both times I was told that they would get
25   back to me, and that hasn't happened.  So I do need a few

7

1 minutes to discuss the indictment with him for the first
2 time.
3        We did have an opportunity, thanks to the
4 courtesies of the probation department, to confer when
5 Mr. Geilenfeld was there on an intake interview. So we
6 briefly discussed some things but certainly not at the
7 depth that my practice usually is. So I would like an
8 opportunity, if I may.
9        THE COURT: Well, I think what may make the
10 most sense, then, is to continue this hearing. Let me tell
11 you what my concern is. We're in an open courtroom. I can
12 clear the courtroom, but I can't clear the marshals.
13        And so even if I clear the courtroom from
14 everybody but the marshals and you and your client, it's
15 not going to be a privileged communication because the
16 marshals are going to be here.
17        MR. OBERKOETTER: I understand. Yeah. I
18 understand that, Your Honor. But if you -- if you're
19 suggesting that we have a brief continuance, I only need a
20 few minutes. If Mr. Geilenfeld can be put in a conference
21 room which I can call, I'd appreciate it.
22        THE COURT: I don't know that we have one. Let
23 me ask the marshals.
24        Do we have a place that he could have access to
25 a phone?

8

1        UNIDENTIFIED MARSHAL: Our court phones were
2 taken away from us earlier this morning. We don't have any
3 public phones for him to use, and it would have to go
4 through the cell block.
5        MR. GEILENFELD: All I'm asking, Your Honor, is
6 to offer an alternative to my going to Miami at this time,
7 which I would have liked to have presented to my lawyer,
8 Robert Oberkoetter, but if you would allow me to just two
9 minutes to explain that.
10        THE COURT: I don't want to do that because,
11 you see, you have certain rights, one of the most crucial
12 of which is your Fifth Amendment right not to incriminate
13 yourself. And I was a defense attorney for many years, and
14 the thought of having you speak without your defense
15 attorney knowing what you're about to say, I don't like
16 that idea.
17        Let me ask the marshals, if we were to continue
18 this until tomorrow or Monday, do we have any -- is there
19 anyplace he can be housed where his attorney can have phone
20 calls with him? I'm not sure where he is housed now.
21        MR. GEILENFELD: I'm housed at the Littleton
22 place, and they -- they have me in detention. They have me
23 in isolation 22 hours a day, and I only can get out from
24 6:00 until 8:00 in the morning. So I have not been able to
25 get a PAC number or a PIN number. Everybody I ask says I

9

1 have to wait until the guy in the open courtyard comes in,
2 but he's never in while I'm in -- out in the open because I
3 only have from 6:00 to 8:00 in the morning available to me.
4        THE COURT: If it's FDC, typically FDC will
5 take phone calls.
6        MS. RIEWERTS: My understanding, Your Honor,
7 speaking to operation supervisor, one of the operations
8 supervisors at U.S. Marshal Service, is that he has been at
9 FDC Englewood, and I did try to help facilitate
10 Mr. Oberkoetter's reaching out to FDC Englewood. Again, I
11 can't speak to it any further than that, but at least
12 that's where he was being housed earlier this week.
13        UNIDENTIFIED MARSHAL: To my knowledge, he's
14 still being house at the FDC facility. So if we were to
15 bring him in, preferably, if we do it tomorrow or Monday,
16 we can let him use the phone that we have in our cell
17 block.
18        THE COURT: If we were to continue it.
19        UNIDENTIFIED MARSHAL: I don't know how private
20 it would be since it's --
21        MR. GEILENFELD: It doesn't have to be --
22        UNIDENTIFIED MARSHAL: -- in the booking room in
23 the cellblock.
24        THE COURT: In other words, with other inmates
25 around?

10

1        UNIDENTIFIED MARSHAL: We wouldn't -- we'd close
2 the door.
3        THE COURT: Okay. Counsel, let me ask you, I
4 can continue this until tomorrow or Monday. Tomorrow is
5 tricky because I've had eight, nine other detention
6 hearings, although most of them are -- I think I could do
7 it at 2:00.
8        If I continued it until tomorrow or Monday and
9 the marshals gave you the opportunity to speak with your
10 client in their cell block, would that work for you?
11        MR. OBERKOETTER: Your Honor, that's fine by
12 me. I always want to cooperate with the Court. I'm going
13 to give it right back to you and say what is your
14 preference? Because Monday is fine by me, but I just don't
15 want it to, you know, drag on, to have my client
16 incarcerated when he has no record whatsoever.
17        THE COURT: Let me ask the government, are you
18 available either tomorrow or Monday?
19        MS. URBAN: I can be available either day, Your
20 Honor, virtually.
21        THE COURT: Why don't we do it -- I don't want
22 to push this to Judge Starnella since I'm familiar with it
23 and I'm off duty on Monday. So why don't we bring it back
24 here at -- two o'clock, I think, works because I think
25 almost all our detention hearings are in the morning

11

1  tomorrow; is that right?
2       THE CLERK: Yes, Your Honor.
3       THE COURT: Okay. So let's bring it back here
4  tomorrow at two o'clock. We'll do it by VTC again.
5       And then let me ask the marshals, when could you
6  -- would that be today that you would allow counsel to
7  speak with his client in the cell block?
8       MR. GEILENFELD: A phone number?
9       UNIDENTIFIED MARSHAL: Yes. We just need a
10 phone number.
11      THE COURT: Okay. So Mr. Oberkoetter, why
12 don't you stay on the line. I'm going to recess.
13      MR. OBERKOETTER: I will.
14      THE COURT: You can give the phone number to
15 the marshals, and they will coordinate your ability to
16 speak with your client in the cell block. I just don't
17 trust -- you know, I have no idea what your client's going
18 to say, and I don't want him to make incriminating comments
19 in open court here today.
20      MR. OBERKOETTER: I appreciate that.
21      THE COURT: All right. We'll continue this
22 matter until tomorrow at 2:00, then.
23      We will be in recess.
24      THE CLERK: All rise.
25 //

12

1       (This concludes the requested audio transcript
2   of proceedings.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

13

1            REPORTER'S CERTIFICATE
2       I, Elissa Steen, Registered Professional Reporter,
3  do hereby certify that I have listened to and transcribed
4  requested audio file. I certify that this transcript is a
5  true and correct transcription to the best of my knowledge
6  and ability.
7
8  Dated February 12, 2024
9
10
11            _____
            Registered Professional Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

ability 6:4 11:15
   13:6
able 5:13 8:24
accept 6:7
access 5:15 7:24
accurate 4:11
   5:2
advise 4:16
afternoon 3:18
   3:19,20,22
ago 4:13
agree 5:23
ALCIA 2:2
Alicia 3:8
allow 8:8 11:6
allowed 6:17
allowing 3:25
alternative 8:6
Amendment
   8:12
America 1:6 3:5
anybody 5:5
anyplace 8:19
appear 3:25
appearance 3:7
appreciate 7:21
   11:20
approximately
   4:13
argument 3:17
arises 4:18
asking 8:5
Assistant 3:12
attempted 6:22
attorney 2:7
   3:11,12,16
   4:25 5:9,12
   6:18 8:13,15
   8:19
Attorney's 2:2
audio 1:4 3:2
   12:1 13:4
available 9:3
   10:18,19

**B**

back 6:25 10:13
   10:23 11:3
Bedford 2:8
beginning 3:14
begins 3:2
behalf 3:8,21
best 13:5
block 8:4 9:17
   10:10 11:7,16
bond 6:11,13
booking 9:22
brief 7:19
briefly 6:21 7:6
bring 9:15 10:23
   11:3

**C**

C 2:1 3:1
California 2:3
call 6:22 7:21
called 4:18
calls 8:20 9:5
case 1:2 4:18
cell 8:4 9:16
   10:10 11:7,16
cellblock 9:23
certain 8:11
certainly 7:6
CERTIFICA...
   13:1
certify 13:3,4
child 3:10
clear 5:18 7:12
   7:12,13
CLERK 11:2,24
client 7:14 10:10
   10:15 11:7,16
client's 6:3
   11:17
close 10:1
Colorado 1:1,13
   2:4 4:19
comes 9:1
comfortable 6:2
commencing
   1:14
comments 11:18

committed 4:23
communication
   5:14 7:15
component 5:21
concern 7:11
concludes 12:1
confer 7:4
conference 7:20
conflict 3:13
connected 3:13
contact 5:15
content 6:6
continuance
   7:19
continue 7:10
   8:17 9:18 10:4
   11:21
continued 10:8
cooperate 10:12
coordinate
   11:15
correct 4:12
   13:5
counsel 6:2 10:3
   11:6
court 1:1,13 3:4
   3:18,20,24 4:3
   4:6,14 5:5,8,11
   5:17,25 6:2,7
   6:12,14,19 7:9
   7:22 8:1,10 9:4
   9:18,24 10:3
   10:12,17,21
   11:3,11,14,19
   11:21
courtesies 7:4
courtroom 5:18
   7:11,12,13
courtyard 9:1
crucial 8:11
custody 4:16

**D**

D 3:1
date 6:12,14
Dated 13:8
day 5:15 8:23

   10:19
deal 4:1
Defendant 1:10
   2:6
defense 8:13,14
denied 6:13
Denver 1:13 2:4
department 2:5
   3:11 7:4
depth 7:7
detention 4:8
   6:10 8:22 10:5
   10:25
discuss 5:8,20
   7:1
discussed 5:11
   7:6
District 1:1,1,13
   4:22
door 10:2
drag 10:15
duty 10:23

**E**

E 2:1,1 3:1,1
earlier 8:2 9:12
Eastern 3:14
eight 10:5
either 10:18,19
Elissa 13:2
Englewood 9:9
   9:10
entries 3:7
ESQ 2:2,5,6
everybody 7:14
   8:25
evidence 3:17
excuse 4:7,7
explain 8:9
exploitation
   3:10
extend 3:24

**F**

facilitate 9:9
facility 6:24
   9:14

familiar 10:22
FDC 9:4,4,9,10
   9:14
February 13:8
Federal 1:14
Fifth 8:12
file 13:4
final 3:4
fine 6:1 10:11,14
first 5:9 7:1
Florida 4:19,22
   6:12
force 5:5
further 5:20
   9:11

**G**

G 3:1
Geilenfeld 1:9
   3:6,21 4:1,9,17
   4:21 5:4,7,10
   5:13,23 6:1,9
   6:16,23 7:5,20
   8:5,21 9:21
   11:8
Geilenfeld's
   4:15
give 5:19 10:13
   11:14
given 4:16
go 8:3
going 3:16 6:9
   6:10,11,14
   7:15,16 8:6
   10:12 11:12,17
good 3:18,19,20
   3:22
government 3:9
   3:9 4:20 10:17
government's
   3:17
grant 6:10
gratitude 3:24
great 4:1
guy 9:1

**H**

**handling** 3:16
**happened** 6:25
**heard** 4:25
**hearing** 3:10 4:8
  4:8,10,18,20
  5:1,3,6,21 6:4
  6:8,10 7:10
**hearings** 10:6,25
**held** 1:13
**help** 9:9
**Honor** 3:19,22
  6:5,20 7:18 8:5
  9:6 10:11,20
  11:2
**hour** 1:14
**hours** 4:13 5:15
  8:23
**house** 9:14
**housed** 8:19,20
  8:21 9:12

**I**

**idea** 8:16 11:17
**identity** 4:8,10
  4:18 5:3,6,21
  6:3,8
**incarcerated**
  10:16
**incriminate** 8:12
**incriminating**
  11:18
**indicates** 4:25
**indictment** 7:1
**inmates** 9:24
**intake** 7:5
**intend** 5:1
**intends** 4:10
**interview** 7:5
**isolation** 8:23
**issue** 4:23,23

**J**

**January** 1:4,12
**Jessica** 2:5 3:11
**Judge** 1:15 4:5
  10:22
**Justice** 2:5 3:11

**K**

**Karl** 1:9 3:6
  4:21
**know** 3:13 4:14
  7:22 9:19
  10:15 11:17
**knowing** 8:15
**knowledge** 9:13
  13:5

**L**

**Lacee** 3:12
**Law** 2:7
**lawyer** 8:7
**let's** 11:3
**liked** 8:7
**line** 11:12
**listened** 13:3
**Littleton** 8:21
**lockdown** 5:14
**longer** 3:14
**lot** 3:25

**M**

**Magistrate** 1:15
**Marshal** 8:1 9:8
  9:13,19,22
  10:1 11:9
**marshals** 5:19
  6:13 7:12,14
  7:16,23 8:17
  10:9 11:5,15
**Massachusetts**
  2:8 3:24
**matter** 3:4,7
  11:22
**mean** 5:23 6:9
**means** 6:11,13
**Miami** 8:6
**Michael** 1:9 3:5
  4:21
**minutes** 7:1,20
  8:9
**Monday** 8:18
  9:15 10:4,8,14
  10:18,23
**money** 4:1

**Monk** 3:12
**morning** 8:2,24
  9:3 10:25

**N**

**N** 2:1 3:1
**name** 3:23
**need** 4:20 6:11
  6:25 7:19 11:9
**never** 9:2
**New** 2:8
**nine** 10:5
**number** 8:25,25
  11:8,10,14

**O**

**O** 3:1
**o'clock** 10:24
  11:4
**Oberkoetter** 2:6
  3:22,23 4:4,12
  6:5,20 7:17 8:8
  10:11 11:11,13
  11:20
**Oberkoetter's**
  9:10
**obscenity** 3:10
**occasions** 6:23
**offense** 4:23
**offer** 8:6
**Office** 2:2
**Okay** 3:18 4:14
  5:25 6:7 10:3
  11:3,11
**open** 7:11 9:1,2
  11:19
**operation** 9:7
**operations** 9:7
**opportunity** 4:2
  5:20 7:3,8 10:9
**opposed** 4:19

**P**

**P** 2:1,1 3:1
**p.m** 1:15 3:14
**PAC** 8:25
**person** 4:24

**phone** 5:15 7:25
  8:19 9:5,16
  11:8,10,14
**phones** 8:1,3
**PIN** 8:25
**place** 7:24 8:22
**Plaintiff** 1:7 2:2
**practice** 7:7
**preferably** 9:15
**preference**
  10:14
**preliminary** 4:7
**presented** 8:7
**private** 9:19
**privileged** 7:15
**probation** 7:4
**problem** 4:3
**proceed** 4:5
**proceedings** 1:4
  1:12 3:3 12:2
**Professional**
  13:2,11
**proffer** 3:17
**prove** 4:21
**public** 8:3
**pursuant** 1:14
**push** 10:22
**put** 7:20

**Q**

**R**

**R** 2:1 3:1
**reaching** 9:10
**recess** 11:12,23
**record** 10:16
**Registered** 13:2
  13:11
**remotely** 3:25
**Reporter** 13:2
  13:11
**REPORTER'S**
  13:1
**representing** 3:9
**requested** 12:1
  13:4
**respond** 6:21

**Riewerts** 2:2 3:8
  3:8 9:6
**right** 3:4 4:17,20
  5:1,3,4,6,20
  6:3,7 8:12
  10:13 11:1,21
**rights** 4:10 8:11
**rise** 11:24
**Robert** 2:6 3:23
  8:8
**room** 7:21 9:22
**Rule** 4:7
**Rules** 1:14

**S**

**S** 2:1 3:1
**Saves** 3:25
**says** 8:25
**Scott** 1:15
**section** 3:10
**see** 8:11
**sense** 7:10
**sent** 4:12
**Service** 9:8
**signature** 4:15
**situation** 6:18
**sort** 6:11
**sought** 4:21,24
**Southern** 4:22
**speak** 6:17 8:14
  9:11 10:9 11:7
  11:16
**speaking** 3:23
  9:7
**Starnella** 10:22
**States** 1:1,6,13
  3:5,12
**stay** 11:12
**Steen** 13:2
**Street** 2:3,7
**suggesting** 7:19
**Suite** 2:3
**supervisor** 9:7
**supervisors** 9:8
**sure** 4:3 8:20

**T**

16

**T** 1:15
**take** 9:5
**taken** 8:2
**talk** 6:17
**teleconference**
  3:15
**tell** 7:10
**thank** 4:2
**thanks** 7:3
**thing** 5:18
**things** 7:6
**think** 7:9 10:6
  10:24,24
**thought** 8:14
**threaten** 5:6
**three** 6:22
**time** 3:25 7:2 8:6
**times** 6:22,24
**today** 3:5,17 4:6
  5:19 11:6,19
**today's** 3:9
**told** 6:24
**tomorrow** 8:18
  9:15 10:4,4,8
  10:18 11:1,4
  11:22
**transcribed** 13:3
**transcript** 3:2
  12:1 13:4
**transcription**
  1:4 13:5
**transport** 6:14
**trial** 3:10,16
**tricky** 10:5
**true** 13:5
**trust** 11:17
**try** 9:9
**two** 4:13 6:23
  8:8 10:24 11:4
**typically** 9:4

**U**

**U.S** 2:2 3:11 9:8
**understand** 6:15
  6:16 7:17,18
**understandable**
  4:15

**understanding**
  4:9 6:3 9:6
**UNIDENTIFI...**
  8:1 9:13,19,22
  10:1 11:9
**Union** 2:7
**United** 1:1,6,13
  3:5,12
**Urban** 2:5 3:11
  3:16,19 10:19
**use** 8:3 9:16
**usually** 7:7

**V**

**v** 1:8
**Varholak** 1:15
**versus** 3:5
**virtual** 3:15
**virtually** 3:13
  10:20
**VTC** 11:4

**W**

**wait** 9:1
**waive** 4:10 5:1,2
  5:6 6:4
**waiver** 4:6,13
  5:8 6:8
**want** 3:24 8:10
  10:12,15,21
  11:18
**way** 6:12
**We'll** 11:4,21
**we're** 4:6 6:10
  7:11
**week** 9:12
**whatsoever**
  10:16
**wish** 5:2
**words** 9:24
**work** 10:10
**works** 10:24
**wouldn't** 10:1

**X**

**Y**

**yeah** 4:4 6:1

  7:17
**years** 8:13

**Z**

**0**

**02741** 2:8

**1**

**12** 13:8
**1600** 2:3
**1801** 2:3

**2**

**2:00** 10:7 11:22
**2:56** 1:15
**2024** 1:4,12 13:8
**22** 5:14 8:23
**24-MJ-00012-...**
  1:2
**24-MJ-12** 3:5
**25** 1:4,12

**3**

**4**

**426** 2:7

**5**

**5** 4:7
**5:00** 3:14

**6**

**6:00** 8:24 9:3

**7**

**8**

**8:00** 8:24 9:3
**80202** 2:4

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329  FAX (720) 449-0334