```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2
     Case No. 24-MJ-00012-MEH
 3   _____

 4   AUDIO TRANSCRIPTION OF PROCEEDINGS
     January 26, 2024
 5   _____

 6   UNITED STATES OF AMERICA,

 7   Plaintiff,

 8   v.

 9   MICHAEL KARL GEILENFELD,

10   Defendant.
     _____
11

12           Proceedings had on January 26, 2024, at the

13   United States District Court, Denver, Colorado, held

14   pursuant to the Federal Rules, commencing at the hour of

15   2:55 p.m., before Magistrate Judge Scott T. Varholak.

16

17

18

19

20

21

22

23

24

25
```

```
 1                      A P P E A R A N C E S

 2    For the Plaintiff:        ALCIA RIEWERTS, ESQ.
                                U.S. Attorney's Office
 3                              1801 California Street
                                Suite 1600
 4                              Denver, Colorado  80202

 5                              LACEE MONK, ESQ.
                                EDUARDO PALOMO, ESQ.
 6                              U.S. Attorney's Office
                                99 Northeast Fourth Street
 7                              Room 502
                                Miami, Florida  33132
 8
                                JESSICA URBAN, ESQ.
 9                              Department of Justice

10    For the Defendant:        ROBERT OBERKOETTER, ESQ.
                                Attorney at Law
11                              426 Union Street
                                New Bedford, Massachusetts  02741

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              (This begins the audio transcript of
 3     proceedings)
 4              THE CLERK:  All rise.  Court is in session.
 5              THE COURT:  Please be seated.
 6              All right.  This is 24-MJ-12, the United States
 7     of America versus Michael Karl Geilenfeld.
 8              Can I have entries of appearance on this matter?
 9              MS. RIEWERTS:  Alicia Riewerts on behalf of the
10     government.  Appearing virtually -- I'm sorry to interrupt,
11     Your Honor.
12              THE COURT:  No, no.  Go ahead.
13              MS. RIEWERTS:  Appearing virtually on behalf of
14     the government are U.S. Department of Justice trial
15     attorneys Eduardo Palomo and Jessica Urban of the child
16     exploitation and obscenity section, and also assistant
17     United States Attorney Lacee Monk of the Southern District
18     of Florida.  Trial attorney Jessica Urban will be making
19     the argument on behalf of the government.
20              THE COURT:  And good afternoon.
21              MS. URBAN:  Good afternoon.
22              THE COURT:  Mr. Oberkoetter, can you enter your
23     appearance, please?
24              THE CLERK:  Mr. Oberkoetter, I need for you to
25     take yourself off of mute, sir.
```

```
 1                MR. OBERKOETTER:  Can you hear me now?
 2                THE COURT:  Yep.
 3                THE CLERK:  Yes.
 4                THE COURT:  Can you enter your appearance,
 5      please?
 6                MR. OBERKOETTER:  My name is Robert -- my name
 7      is Robert Oberkoetter, and I represent Michael Geilenfeld,
 8      as I did yesterday afternoon.
 9                THE COURT:  And good afternoon.
10                We're set here today for a detention hearing.
11      We had the waiver of the identity hearing yesterday and are
12      set here today for detention hearing.
13                Let me ask, is the government seeking detention
14      in this matter?
15                MS. URBAN:  Yes, Your Honor.
16                THE COURT:  And the defense's position?
17                MR. OBERKOETTER:  We think, in accordance with
18      the motion that I filed yesterday, that the Defendant
19      should be released on personal recognizance.
20                THE COURT:  Okay.  Let me ask, does either side
21      intend to call witnesses here today or present evidence
22      outside of proffering?
23                MS. URBAN:  No, Your Honor.  The government
24      intends to proceed by proffer.
25                THE COURT:  Okay.
```

1          MR. OBERKOETTER:  The same here, Judge.

2          THE COURT:  Okay.  Then since this is a

3    presumption case, why don't I hear from the Defendant

4    first, and then I'll hear from the government.

5          MR. OBERKOETTER:  Your Honor, you very kindly

6    permitted a telephone conference yesterday to be placed by

7    the U.S. Marshal's Office to my office, and despite the

8    fact that the U.S. Marshall representative was present

9    during our exchange, I nevertheless thought it would be

10   useful to proceed, and we had a very skirted and lengthy

11   discussion about the indictment.  In fact, I read the

12   motion that I filed to Mr. Geilenfeld.

13         And I learned something that's crucial to the

14   bond report, and that is Mr. Geilenfeld at his residence

15   has a full-time job taking care of his landlady and her

16   severely disabled child.  So that's -- that's the major

17   part of his day, other than going to church.  And I noted

18   that the bond report did not mention that daily activity,

19   and that's what he's been doing for more than several

20   years.

21         May I respectfully request, Judge, that if you

22   have read the motion that I filed?

23         THE COURT:  I have, yes.

24         MR. OBERKOETTER:  Okay.  Good.  Thank you for

25   that.

1          You know, when I read through this indictment, I
2     couldn't think of anything else other than a great American
3     philosopher.  I don't mean to be jocular or humorous in any
4     way when I mention Yogi Berra.  I read this thing, and I
5     said this is deja vu all over again, and indeed it is.
6          The current or instant indictment, as the motion
7     states, is a very specifically targeted period of time,
8     2/06 in 2010.  The very lawyers representing the obscenity
9     -- exploitation and obscenity section of the Department of
10    Justice, that same unit we referred to as COS, instituted
11    grand jury proceedings in Raleigh, North Carolina, in 2012,
12    and the defendant in that case was no other than Michael
13    Geilenfeld, and the only activity was a subpoena to
14    Hartswood Haiti, his charitable company that services
15    Mr. Geilenfeld's three, then three, orphanages in Haiti for
16    many, many years, specifically including 2006 to 2010.
17          Mr. Geilenfeld's lawyers, his principal lawyer,
18    who is now a federal judge, complied with that, the
19    subpoena.  And all of the travel records of Michael
20    Geilenfeld, not only within the United States but also
21    between United States and Haiti, were produced.  And
22    several weeks later that particular grand jury entered a no
23    bill, and I don't see anything in the record here that
24    indicates that the government on this case has complied
25    with their own criminal procedure manual.  And I have

1    pointed that out in the -- in the motion.

2           And basically it says you can't do another

3    indictment, especially with the same defendant, without

4    first getting specific approval by a responsible United

5    States attorney.  I don't see that.

6           Now, if it exists, I think it would be useful

7    for Ms. Urban to produce that approval or explain why she

8    hasn't.  So be that as it may --

9           THE COURT:  Well, let me -- let me ask.  And I

10   am less familiar with this provision of the manual than the

11   petite policy, but I know the law is clear on the petite

12   policy that it's not enforceable.  I mean, if they violate

13   it, they violate it, but there's nothing that a defendant

14   can do to enforce that violation.

15          Is there anything different with this

16   regulation?

17          MR. OBERKOETTER:  I'm not so sure I follow Your

18   Honor's question.  Could you please repeat it?

19          THE COURT:  Sure.

20          So a very similar DOJ policy is the petite

21   policy, which says that, essentially, if you have a -- we

22   know it's not double jeopardy if you have a prosecution in

23   the state and then the federal government, in order to

24   pursue the same prosecution, needs to get certain approvals

25   -- I think it's from the attorney general -- in order to

```
 1    pursue it.  So even though it's not double jeopardy because
 2    you've got two separate sovereign citizens, a DOJ policy
 3    is, if you've been prosecuted in the state, you will not
 4    get prosecuted in the feds.  That's also nonenforceable.
 5    So if they violate that left and right, they're violating
 6    their own policy, but there's nothing a defendant can do
 7    about it.
 8              The policy that you've cited sounds very
 9    similar, but is there any enforcement mechanism for your
10    client if, in fact, DOJ has violated that policy?
11              MR. OBERKOETTER:  I see.  Well, I'm at a
12    quandary because Michael Geilenfeld can't force anybody in
13    the federal government, you know, to enforce its own rules.
14    So the approval required stated in Section 911.120(a) is
15    required.  Now --
16              THE COURT:  But I guess --
17              MR. OBERKOETTER:  -- that makes a difference
18    because --
19              THE COURT:  But my point is, one thing I have
20    to consider is the strength of the case.  If -- and I'll
21    hear from the government on this.  But if your assertion is
22    they violated an internal policy, but if there's no
23    consequences to that, then how does that impact my decision
24    as to whether to detain or not to detain?
25              MR. OBERKOETTER:  Well, it's the willy-nilly
```

1    aspect of going after Michael Geilenfeld no matter what,

2    without regard to prior activity, by the same section of

3    the justice department that did all this before in the very

4    time period of the current indictment.  All of those

5    prevent act records of travel were, in fact, produced in

6    2012, resolving in a grand jury decision of no bill.

7            Now, it makes no difference because even if

8    they're -- to me it makes no difference, practical

9    difference, because even if they go out and talk to the

10   United States attorney and obtain some sort of an approval

11   or a waiver or whatever, doesn't matter.  What really

12   matters is the substance of what the grand jury did, and

13   the putative defendant in that grand jury proceeding in

14   2012 was none other than this Defendant.

15           And all of the travel records were already

16   produced, so they know exactly where he was going, what he

17   was doing, and so on and so forth because of those travel

18   records.  But at least the grand jury concluded that no

19   bill would issue, and I think that's an important milestone

20   in the history of this case.

21           The history starts in 2011 with a group of

22   zealots in Maine robo defaming Mr. Geilenfeld as a

23   pedophile, a child rapist, all of the epithets that you can

24   imagine, and it got so bad that it was interfering with

25   Mr. Geilenfeld's donation program, of getting donations

across the country because these particular people in Maine would just robo these defamations, you know, before those travel destinations were reached.

So Mr. Geilenfeld brought suit in federal court, a very, very vigorous case sounding in defamation.  And after all of the witnesses available to the government testified, the jury returned a verdict in Michael Geilenfeld's favor, thereby rejecting as unbelievable or incredible all of the then witnesses, especially the actual defendant there, Ms. Kendrick, of Freeport, Maine, and entered a verdict.  The jury found $14.5 million in Michael's favor.

And as the pleading says, as filed in this case, we went up to the First Circuit Court of Appeals.  The First Circuit sent it down to the trial court, and the trial court found that Mr. Geilenfeld, being in Haiti for so many years, doing his orphanage work, had constructively lost his citizenship in Iowa.  And on that very -- despite the fact that he was voting there and so forth.

On that narrow issue, the trial judge reduced the verdict, the $14.5 million, to zero.  Michael turned around -- turned right around and sued in state court, and the matter was settled at $3.5 million.

Now, it's important to note that that particular settlement called for the 3.5 million to be sent only to

1    Hearts with Haiti.  And then there was another series of

2    activity in the Dominican Republic, where Mr. Geilenfeld

3    was working and establishing another mission in the

4    Dominican Republic, and Haiti issued a warrant for his

5    arrest.  United States embassy intervened, refused to cause

6    the extradition to take place because the warrant had

7    already been long previously -- had since been withdrawn.

8          And I want the Court to note with special care

9    that Homeland Security was very, very helpful in ushering

10   Mr. Geilenfeld back to the United States for his safety

11   reasons, for safety, and released Mr. Geilenfeld in New

12   York City, with the understanding that Michael would keep

13   them informed as to his precise whereabouts.  And the

14   Department of Justice has known, through Homeland Security,

15   the precise residence and whereabouts of Mr. Geilenfeld

16   ever since.

17         So I want to say that Mr. Geilenfeld has

18   appeared at every proceeding in both Haiti, Dominican

19   Republic, in the state of Georgia, in which he was ordered

20   to appear or requested to appear.  So he is -- not only

21   does he have no record whatsoever, he's never been

22   convicted of anything anywhere.

23         And I respectfully request that this Court not

24   unravel Mr. Geilenfeld's innocence any more than it already

25   has.  Not you, not this Court.  But there is absolutely no

1    danger of his escaping.  He has a passport.  He would

2    happily deliver it to the Court.

3             And I'm really at a loss other than to, you

4    know, I did read the 18 -- was it 3142?  And I noted that

5    the least -- I think that the Court could hear the least

6    onerous of the least possible, in my opinion, and I urge

7    the Court to consider favorably, at least personal

8    recognizance.

9             Finally, the thing I want to say is that, you

10   know, I noted in yesterday's hearing some allusion to the

11   fact that the United States government now wants to remove

12   Mr. Geilenfeld from Colorado and bring him down to Florida.

13   I don't think that that's in accordance with the

14   controlling law in this case, which is United States versus

15   Pendleton, which is cited at the very end of my motion.

16             THE COURT:  Well, if he's --

17             MR. OBERKOETTER:  Michael Geilenfeld has, you

18   know --

19             THE COURT:  Let me interrupt you for a moment.

20             He's already waived his right to an identity

21   hearing, so he's going to need to face these charges in

22   Florida one way or another.  Now, it may be that I order

23   him released and he makes his way to Florida to face them,

24   or it may be that I order him detained, and I order the

25   marshals to transport him, but he needs to face the charges

1    in Florida.

2          MR. OBERKOETTER:  Well, that's not what the

3    Pendleton case provides, Your Honor, with due respect.

4    Trial should be had in the state of Mr. Geilenfeld's

5    arrest, and he was arrested in Colorado.

6          THE COURT:  Well, that's something you're going

7    to need to file a motion in Florida and let that court

8    determine it.  But given that he's waived his right to an

9    identity hearing, I'm going to order him either transported

10   to Florida or to report to Florida.  And then, because the

11   indictment arises out of Florida, that court can determine

12   whether or not it has proper venue.

13         MR. OBERKOETTER:  Well, we'll certainly file

14   that motion in Florida.

15         THE COURT:  All right.  Anything further on the

16   detention issue?

17         MR. OBERKOETTER:  Not at this time, Your Honor.

18   No.  Thank you very much.

19         THE COURT:  Let me hear from the government.

20   And in particular, you are asking me to find that there's

21   absolutely no conditions or combination of conditions that

22   I can impose.  And again, I don't know whether you're going

23   on flight risk or dangerousness, but either one, when the

24   government's been aware of this conduct for 14 years now,

25   and he's been walking around the streets with no

14

1   conditions, so how can it be that, from 2010 until, you

2   know, December 31st, 2023, there were -- he was fine with

3   no conditions, and now suddenly today he's reached a point

4   where I have to detain him because there's nothing I can

5   impose to assure his presence or the safety of the

6   community.  I struggle with that.

7           MS. URBAN:  Yes, Your Honor.  We are moving for

8   detention on both grounds, and as my proffer today will

9   show, the Defendant, Michael Geilenfeld, far from the

10  defense's baseless and self-serving assertions, is a

11  dangerous, manipulative, and cunning child sexual predator

12  who has victimized a multitude of children over the course

13  of decades, and he is both a flight risk and a danger to

14  other persons, warranting pretrial detention.

15          As far as the defense's allegations about what

16  Homeland Security and the government was aware of, who they

17  had interviewed in the past, what evidence had been

18  available in the past, what may or may not have been

19  presented to a grand jury, that is entirely speculative on

20  the defense's part.

21          What we have currently is an indictment because

22  the government at this time has sufficient evidence to

23  establish not just probable cause that he engaged in the

24  unlawful activity, in violation of 2423(b), but that we can

25  prove beyond a reasonable doubt that he did so.  And I'll

1    go into some more specifics about what the evidence is.

2           As Your Honor knows, of course, this is a

3    presumption case, given what he's charged with, a violation

4    of 18 USC 2423(b), and he was indicted by the grand jury

5    with the evidence that the government now has in its

6    possession, finding that there was at least that PC that he

7    committed this offense.

8           I'll proffer that, for nearly all of his adult

9    life, the Defendant has had extensive connections to

10    foreign countries.  He's held himself out as a missionary,

11    while using his position and his privilege to target the

12    most vulnerable children.  And the fact that he's now aware

13    that there is an indictment against him in a federal court,

14    in the United States, where he is facing a sentence of up

15    to 30 years in prison, does change the calculus from what

16    was occurring even last week, in terms of flight risk in

17    particular, and in terms of what evidence might have been

18    available in the past.

19           THE COURT:  Well, let me -- let me ask this.

20           Admittedly, it's different that we have an

21    indictment now, but in 2012 it sounds like he knew he was

22    under investigation, and we don't have any flight in the

23    decade plus in between.

24           MS. URBAN:  To that point, Your Honor, he was

25    actually in the Dominican Republic for numerous years.  He

was in Haiti and the Dominican Republic.  He wasn't located in the United States for the majority of that time.  He was traveling back and forth.   And I take great issue with the defense's contention that he had never been subject to criminal proceedings in Haiti where he did not show up or appeared.

In fact, there was an arrest warrant, two different arrest warrants, in Haiti, and despite the defense's contention now that one was withdrawn and that the government ensured safe passage and took him back to the United States and that it was for his safety purposes that the government seemed to have gotten involved, that is not the evidence that the investigative and prosecution team has.  To the contrary, we are aware of a Haitian arrest warrant, Number 392 -- excuse me, Number 394, and we do not have any indication that that Haitian arrest warrant was withdrawn.

To the contrary, in 2015, when he was down on that island, the warrant issued.  Mr. Geilenfeld then went from Haiti to the Dominican Republic using a land border rather than trying to fly out of an airport.  He went to the Dominican Republic, and he was largely there, as the defense has acknowledged, trying to create a new orphanage, a new mission there.  And it is our position that he was trying to flee that Haitian arrest warrant.

1          Notably, despite having had extensive ties and

2     having been in Haiti for decades, once that Haitian arrest

3     warrant was issued, he did not seek to return to Haiti,

4     which I think is greatly indicative of the fact that he

5     knew there was an arrest warrant pending against him there.

6          Additionally, there's some information that --

7     certainly discovery has not occurred yet in this case, so

8     the defense, again, is speculating as to what information

9     the government did have at various points in time.

10          And if I can continue with what the facts are in

11     this case to show how grave of a danger he is to the

12     community and why he is also a flight risk, I proffer that

13     it was between the mid-1980's and continuing until roughly

14     2014 that the Defendant was a U.S. citizen, was operating

15     multiple orphanages in Haiti, including the St. Joseph's

16     Home for Boys.  The majority of the residents were young

17     boys who endured extreme poverty and came from families who

18     had either abandoned them or could no longer care for them.

19          The current investigation by Homeland Security

20     and the Federal Bureau of Investigation has revealed that

21     between at least November 2006 and December 2010, that is

22     the time period in the indictment, the Defendant had

23     traveled to Haiti for that illicit purpose, to engage in

24     illicit sexual conduct, and that he traveled from Miami to

25     Port-au-Prince by plane approximately 14 times.

1           During that time period, Geilenfeld engaged in

2    illicit sexual conduct with numerous minor boys who resided

3    at St. Joseph's Home for Boys.  For example, the current

4    investigative and prosecution team has spoken with Victims

5    1, 2, 3 and 4, collectively the victims, and I'm

6    purposefully referring to them only generically today, both

7    to protect their privacy, consistent with 18 USC Section 35

8    09(d) and 3771, and also because of concerns with victim

9    intimidation that I'll get into.

10          But those boys collectively resided at the St.

11   Joseph's Home for Boys between 2006 and 2010.  The victims

12   were between approximately 9 and 13 years of age, and they

13   have reported to law enforcement in this case that

14   Geilenfeld sexually assaulted them in numerous ways,

15   including anal penetration, attempted anal penetration, and

16   forcible penetration of their mouths with his penis.

17          They also disclosed that Geilenfeld had warned

18   them not to tell other people what he had done, that he

19   offered money and other benefits if the children would

20   engage in sexual activity with them, and that he threatened

21   them if they did not do as Geilenfeld instructed.

22          And to your point, Your Honor, of whether

23   something had changed from 2012 until now, in terms of the

24   Defendant's danger to the community, the government did

25   need to ensure that had sufficient evidence to prove both

```
 1    probable cause before a jury, but also that we'd be
 2    prepared for a trial where the burden is, of course, much
 3    higher on the government.  And we believe that we now --
 4              THE COURT:  Wait, wait.
 5              MS. URBAN:  -- have that evidence.
 6              THE COURT:  Wait a minute.  I'm going to
 7    interrupt you there.
 8              That was 12 years ago.  In 12 years' time, I've
 9    been on the bench 7 years and tried 5-years' worth of cases
10    at the federal public defenders.  We're not talking about I
11    needed 6 months to prepare this case or 9 months.  That's
12    12 years ago, and the last alleged conduct is 2010.  That's
13    14 years.
14              So I don't find that persuasive, that it took 14
15    years to pull together a case.  I mean, the statute of
16    limitations for nearly every single crime -- this one may
17    be an exception, but for almost every single crime is five
18    years.
19              It's the federal government.  You're telling me
20    the federal government couldn't pull together the resources
21    to investigate a crime in less than 12 years for a guy who
22    is as dangerous as you're describing here?  It's just not
23    credible to me.
24              MS. URBAN:  Your Honor, there have been several
25    difficulties.  One I will note is that there have been
```

1   delayed disclosures from multiple victims, and the

2   individuals that the defense has referenced as having been

3   involved in prior proceedings and prior investigations are

4   not the same as the individuals who subsequently came to

5   light and whom the government was able to finally gain the

6   trust of and speak with and have an interview where we

7   could hear firsthand what their account was, as opposed to

8   relying on speculation and reports from their parties about

9   what may have happened.

10          In particular, it has been very difficult to

11  make connection with individuals in Haiti.  The victims are

12  in Haiti and other foreign -- in at least one other foreign

13  country.  And so in order to travel there, especially given

14  the conditions in Haiti, political situation, the

15  dangerousness issues, in terms of being able to allow U.S.

16  government personnel to enter Haiti and to get those

17  authorizations, there were extensive difficulties in being

18  able to actually speak with individuals who could firsthand

19  disclose that, yes, in fact, there had been sexual abuse at

20  the hands of Geilenfeld.

21          And so in 2012, I proffer, the government did

22  not have access to the individuals who are the subjects of

23  -- who are the primary focus of this current charge.

24          Of course, with the pandemic as well, there were

25  significant issues again, in terms of being authorized to

21

```
 1    travel.  There have been issues in terms of communicating
 2    with individuals given the communication infrastructure or
 3    lack thereof in Haiti.  And so there really has been an
 4    entirely challenging and really unprecedented set of
 5    circumstances.
 6              I certainly agree that the federal government
 7    has a lot of resources.  I have been wanting this case to
 8    come before the court for a very long time as well, and the
 9    fact is that it just took a long time, for very extenuating
10    reasons, in order to be able to collect that evidence and
11    ensure that we would be able to prove beyond a reasonable
12    doubt at trial that the Defendant committed these
13    violations of federal law.
14              THE COURT:  Let me ask you this.  The pretrial
15    services here is recommending release with home detention
16    and GPS monitoring.  All of the allegations that you're
17    making are -- that the government makes are from nearly 15
18    years ago now, from a time where he was traveling to and
19    from Haiti.  With GPS monitoring and home detention, we
20    have a 72-year-old Defendant on what seems to be somewhat
21    limited means.
22              What are you worried he's going to do?  What is
23    your particular fear?
24              MS. URBAN:  There is a fear that he would still
25    be a threat to other children, given the fact that we have
```

```
 1   had disclosures from approximately 20 distinct individuals
 2   saying that, over the course of decades, he had sexually
 3   abused them.  I can go into more detail about that.
 4            THE COURT:  Let me -- let me interrupt you.
 5            Are any of those from since 2010, when he was
 6   first investigated, and any of those within the United
 7   States?  Not that there's -- whether the sexual abuse
 8   occurred outside of the United States or within the United
 9   States doesn't diminish at all the seriousness of it, but
10   when I have to consider whether or not there are conditions
11   that can be imposed to assure the safety of the community,
12   if he's in lockdown in his house and all of the allegations
13   are that the only time he's done anything is when he's in a
14   different country with different supervision than we have
15   here and certainly that he would be under here, that's
16   something I have to consider.
17            In other words, if there's an allegation that
18   he's had young boys over at his house before and there's
19   been abuse that's occurred there, that's a very different
20   scenario than everything occurred in Haiti where, if his
21   passport is removed, he's not going to access there.  So
22   that's my question for you.
23            MS. URBAN:  Yes, Your Honor.  We have heard
24   directly from victims who have reported that they were
25   sexually abused by the Defendant in the United States.
```

```
 1    Admittedly, it was historical, it was not since the 2012
 2    time period, but we have firsthand heard of sexual abuse
 3    that occurred by the Defendant in the United States.
 4              THE COURT:  How many --
 5              MS. URBAN:  Although the majority --
 6              THE COURT:  How many, and where did those
 7    occur?
 8              And by "where," I don't necessarily need to know
 9    the state, but in his home or in -- what were the
10    circumstances surrounding this?
11              MS. URBAN:  And I am pausing Your Honor because
12    I am concerned about disclosing information that would make
13    identifiable who the victims are, and, again, because there
14    are threats -- concerns with threats that I'll get into.
15              But it was -- there was at least an allegation
16    by one individual -- I'm going to pull up a document to
17    confirm -- that in a hotel room in the United States that
18    there had been sexual abuse.
19              THE COURT:  Do we have anything that in his
20    home anything occurred?  Because, again, what I would be
21    looking at is home detention or home incarceration.
22              MS. URBAN:  I would respectfully request an
23    opportunity to double-check that fact, Your Honor.
24    Certainly, within Haiti, the orphanage that he operated was
25    a residential facility, and there were other adults who
```

1   were in the home, and this abuse occurred under the nose of

2   those adults there.

3          I realize Your Honor was asking about the United

4   States, but certainly at this residential facility, their

5   home in Haiti, that's where the abuse occurred.  And again,

6   we also do have those reports of abuse in the United States

7   from at least one individual.

8          And Your Honor, I do have additional facts I

9   would like to --

10         THE COURT:  Go ahead.

11         MS. URBAN:  -- proffer.  So multiple victims

12  and potential witnesses have reported being threatened and

13  retaliated against after being abused by Geilenfeld or

14  being suspected by Geilenfeld of not being loyal to him.

15  And they've also reported receiving payments from

16  Geilenfeld in order to maintain their silence over the

17  years.

18         For example, in at least one instance that has

19  been reported to law enforcement, a person, who was working

20  with Geilenfeld -- I'll refer to him here as Subject 1 --

21  offered a victim money in exchange for the victim's silence

22  or denial of abuse.

23         Geilenfeld himself also admitted under oath in

24  2022 that another close associate of his -- I'll refer to

25  him as Subject 2.  And it's someone that Geilenfeld

```
 1    classified as his friend -- stabbed one of the child
 2    residents, and after that stabbing Geilenfeld continued to
 3    defend Subject 2 and to keep him around the children at
 4    that residence.
 5            The investigation also revealed that Geilenfeld
 6    knowingly surrounded himself with other individuals who are
 7    known as suspected danger to children.  He admitted under
 8    oath in 2022 that he had allowed a reported pedophile to
 9    stay at the orphanage where those children and Geilenfeld
10    lived together despite having been alerted to the fact of
11    who that individual was.
12            THE COURT:  Let me ask -- I'm going to
13    interrupt briefly.
14            You've mentioned that twice that he testified
15    under oath in 2022.  What proceedings was that involved in?
16            MS. URBAN:  That was a civil proceeding in
17    Georgia where the Defendant was, once again, claiming that
18    he was being defamed by the reports of sexual abuse that
19    individuals had made.
20            THE COURT:  Okay.  Thank you.
21            MS. URBAN:  In approximately 2014, Haitian
22    social services shut down the St Joseph's Home for Boys as
23    a result of child welfare concerns.  He was subsequently
24    arrested and incarcerated in Haiti in connection with the
25    abuse allegations in that country.
```

1          Haitian authorities released him from

2   confinement in mid-2015, and although the defense has

3   attempted to portray this as some kind of favorable on the

4   merits finding down there, U.S. law enforcement's

5   investigation has uncovered evidence of corruption,

6   including statements that Geilenfeld himself and Subject 1

7   have made, about Geilenfeld being able to, quote/unquote,

8   "bribe" people in Haiti.

9          Subject 1 also stated that, quote/unquote,

10  "money talks," quote/unquote, when discussing how it was

11  that Geilenfeld might be able to get out of the Haitian

12  jail where he had been detained.

13          But in any event, the victims at issue in that

14  proceeding the defense counsel has referenced are not the

15  same as the victims of this 2006 to 2010 time period

16  alleged in the indictment.

17          In October of 2015, Haiti issued a new arrest

18  warrant for Geilenfeld, the one that I referenced earlier,

19  Number 394, based on new complaints that he had sexually

20  abused other children than those who had been subject to

21  the prior investigations.

22          Geilenfeld left Haiti and traveled to the

23  Dominican Republic before Haitian authorities could

24  apprehend him.  In the Dominican Republic, Geilenfeld

25  established a new mission that is a new house to help with

1    the education of children of single mothers, and by his own
2    admission, his own word was that he lived in the Dominican
3    Republic until the spring of 2019, when Dominican
4    authorities sent him back to the United States.
5         The investigation has uncovered no evidence that
6    that second Haitian arrest warrant was ever lifted, and his
7    contention that he hasn't returned to Haiti since 2015
8    again further supports the conclusion that that Haitian
9    arrest warrant remains in effect and that he knew it did
10   and that he was fleeing from justice there, and that's the
11   reason why he didn't return and instead tried to build a
12   life in the Dominican Republic.
13        In May of 2019, U.S. Customs and Border Patrol
14   stopped Geilenfeld after he tried to fly back to the
15   Dominican Republic.  During this stop, the officer found
16   Geilenfeld had approximately 11 hard copies of a three-page
17   photo array of victims and witnesses who were involved in
18   the sexual abuse allegations, and the government believes
19   that that photo array, the 11 hard copies that he had with
20   him when he was returning from the country, were to be used
21   to intimidate and/or bribe the relevant individuals.
22             THE COURT:  That was --
23             MS. URBAN:  Also during this stop --
24             THE COURT:  That was on his way to the
25   Dominican Republic, you said?

1            MS. URBAN:  He had tried to go back to the

2  Dominican Republic.  He was sent back to the United States.

3            THE COURT:  Okay.  And he was --

4            MS. URBAN:  And upon reentering.

5            THE COURT:  From the United States -- from the

6  United States to the Dominican Republic, he was stopped?

7            MS. URBAN:  When he was -- there was a border

8  stop in both directions.  He made these particular

9  statements, and the documents were found on his return back

10  to the U.S.

11            THE COURT:  Okay.

12            MS. URBAN:  And that return was because Haitian

13  -- excuse me -- Dominican authorities were not letting him

14  into the country.

15            Also, during this stop in 2019, Geilenfeld told

16  the customs and border patrol officer that he was being

17  expelled from the Dominican Republic and that his home was

18  in Iowa, and both of those locations I know are different

19  than what he told probation earlier this week, that he was

20  living in Colorado in 2019.  He's told different accounts

21  about where he was actually living during different periods

22  of time.

23            In the September 2022 deposition I referenced

24  earlier, Geilenfeld stated under oath that his intent was

25  to return to the Dominican Republic.  He said, quote, "All

1  of my efforts is every day to get back to the Dominican

2  Republic because that is my wealth, that is my life, that

3  is my everything," unquote.

4          Geilenfeld also speaks Creole fluently.  In

5  addition to his extensive ties to Haiti and the Dominican

6  Republic, he traveled extensively to other countries before

7  he founded the orphanages in Haiti, and he also traveled

8  repeatedly to Haiti before and after the time period

9  alleged in the indictment.

10          He does not have any known present ties to the

11  Southern District of Florida.  The venue is properly

12  predicated there because he traveled from that district and

13  thus the offense occurred, at least in part, within the

14  Southern District of Florida.

15          However, he has no known current ties there, and

16  as his filing yesterday indicated and as defense counsel's

17  assertions today also suggested, he would not be able to

18  appear for trial there for at least financial reasons, if

19  that's where the proceedings are going to be held.  And

20  furthermore, if he were released, he would need to travel

21  across the country, exposing himself to children sitting

22  beside him on a plane, on a bus, staying in hotels or

23  motels along the way, if he's not traveling by plane.

24  Essentially, there would not be adequate supervision of him

25  needing to get from Colorado down to the Southern District

30

1   of Florida, needing to stay over in Florida, and especially

2   when there have been allegations in the past that he abused

3   a child in a hotel room, in addition to in the residence

4   they shared with the Defendant.

5           I would also note that the Defendant, contrary

6   to the presentation by defense counsel, does appear to have

7   extensive financial resources.  Over the course of decades,

8   he fundraised throughout the United States in order to keep

9   open those orphanages, and he received financial assistance

10  from church and other communities and other individuals in

11  the United States.

12          In particular, from 2020 to 2022, Geilenfeld

13  transferred tens of thousands of dollars to individuals in

14  the Dominican Republic and in Haiti, including numerous

15  payments to Subject 2.  That is the individual who had

16  stabbed the child resident.  And his current landlord, the,

17  quote/unquote, "verifier" for probation was involved in

18  some of these payments.  And so we do not believe that she

19  or others in Colorado would be some kind of appropriate

20  check on the Defendant.

21          To the contrary, the evidence that we have

22  suggests that Geilenfeld has surrounded himself with

23  individuals who helped facilitate and have facilitated the

24  continued operations of orphanages where he could have

25  access to children and abuse them and that they have helped

1    facilitate the transfer of money to ensure silence.

2         I also note that his financial resources were

3    not disclosed to probation, and they're inconsistent with

4    the suggestion to probation that he is impoverished.

5         As per Geilenfeld's life in Colorado, he stated

6    under oath in 2022 that he lives a very hidden existence.

7    It's a quote.  "I live a very hidden existence."  This past

8    week he reported his jobs as being a self-employed dog

9    walker and a lawn mower, positions for which no one

10   supervises him and through which he can easily come into

11   contact with children.

12        They are also positions requiring physical

13   fitness.  There's no indication he has any health problems,

14   despite being 71 years old, and perhaps most troubling new

15   today was defense counsel's assertion that the Defendant

16   says he's residing in a home with a child, who he takes

17   care of.

18        Again, I don't have further information about

19   who that child may be, about the age of the child.  Again,

20   this was new information.  It was not something that I

21   understood to have been disclosed to probation before.

22        Furthermore, to the extent that the defense and

23   Mr. Geilenfeld may have been cooperative during his arrest

24   and questioning on Friday, that's not the case.  I would

25   point out that Geilenfeld did not initially know he had

1   been indicted on a sexual abuse charge, and once he learned

2   what it was that he was charged with, his demeanor changed

3   entirely from seemingly cooperative and amiable to angry.

4   He was yelling, and the arresting agent has described

5   Geilenfeld as having engaged in passive resistance, passive

6   physical resistance, to going with law enforcement once he

7   was being handcuffed.

8          He's repeatedly attempted to portray his

9   accusers as incredible, pointing in particular to their

10  poverty and vulnerability in Haiti as supported motivators

11  for their abuse.  But the fact is he purposefully sought

12  out these children who had these characteristics and that

13  approximately 20 different individuals have reported being

14  sexually abused by him over the years.

15         I would also note that there were some further

16  discrepancies between what the Defendant reported to

17  probation and what the, quote/unquote, "verifier" had

18  stated, which, again, reflects a lack of candor, if not a

19  deliberate attempt to mislead.

20         As I pointed out earlier, he claimed to

21  probation he'd been living in Colorado for the past six

22  years, but his prior statements and travel records show

23  that he was in the Dominican Republic and Iowa through late

24  2019.

25         He stated to probation that the church covers

1    rent, but his verifier then said that he doesn't pay rent

2    at all.  He reported that the residence doesn't have

3    animals, but the verifier, the landlord, stated that there

4    was an animal in the residence.

5           And so we believe that there are grave concerns,

6    both that he is a flight risk, especially now that he knows

7    he's under indictment, given his prior flight from Haiti

8    through the Dominican Republic, and that he poses a

9    continuing danger, in terms of both himself and associates,

10   in order to be trying to facilitate payments through

11   intermediaries to individuals in Haiti, in the Dominican

12   Republic, and anyone else, essentially, who might be trying

13   to disclose the criminal conduct that he engaged in.

14          I just want to note that this proffer is not the

15   full universe of incriminating facts.  As I noted earlier,

16   I purposefully try to limit details of the abuse and the

17   threats until a protective order could be put in place in

18   the Southern District of Florida, given the concerns that

19   we have with victim and witness safety and privacy, given

20   that prior stabbing of a child, given the threats, the

21   payments that have been made.

22          So I was trying not to indicate who it was

23   specifically that have made the various disclosures on

24   which the government will be relying at trial.  Of course,

25   the government will be -- in the course of discovery.

```
 1              THE COURT:  Here's what I'm going to do.  I'm
 2    going to take about a five- to seven-minute recess, and
 3    then I will come back out and issue my opinion.
 4              THE CLERK:  All rise.
 5              MS. URBAN:  Thank you, Your Honor.
 6              (A recess was taken from 3:47 p.m. until
 7    4:00 p.m.)
 8              THE CLERK:  All rise.
 9              THE COURT:  Please be seated.
10         May I ask pretrial, have you done a home
11    inspection of the residence?
12              MR. LINDE:  No.
13              THE COURT:  How much time would you need to do
14    that?
15              MR. LINDE:  Three days.
16              THE COURT:  So that's looking at bringing it
17    back on Thursday, the 1st.
18              Here's what I'm going to do.  There's a lot
19    about this case that is bothersome.  Obviously, if these
20    allegations are true, they're horrendous, but it's a unique
21    case.  It's a case that the alleged conduct is alleged to
22    have occurred a decade and a half ago now almost.  And it
23    went before a grand jury in 2012, when a grand jury no
24    billed, which almost never happens, that a grand jury no
25    bills.
```

```
 1                  MS. URBAN:  Excuse me, Your Honor.
 2                  THE COURT:  Yep.
 3                  MS. URBAN:  I'm so sorry to interrupt.
 4             I was hesitant to disclose, in light of 6(a)
 5    concerns, but that is incorrect.  What the defense counsel
 6    had stated was incorrect, and I do not think that that was
 7    necessary for the Court's determination.  But this case was
 8    not presented for indictment to the grand jury back then.
 9                  THE COURT:  Okay.  That's helpful.
10             In any event, the government's been aware of
11    this conduct for 12 years, and it's just now being brought.
12    And I recognize that the facts are unique and that it's out
13    of Haiti.  That makes the investigation more difficult, but
14    if the Defendant was a significant danger to the community,
15    he almost certainly was a greater danger to the community
16    at the age of 58, when this was first brought to the
17    government's attention, than he is at the age of 72.
18             But there's funky stuff all around here, and it
19    is the -- you've got the money transfers that are
20    concerning.  You've got the inconsistent statements.
21    You've got somewhat limited ties to Colorado, and now we
22    learn today that there's potentially a minor at this house.
23                  MR. OBERKOETTER:  Excuse me.  That person is 33
24    years old.
25                  THE COURT:  Okay.  All right.  I want to take
```

```
 1    it under advisement, and I want to know more about the
 2    living situation and what that would look like.  If I
 3    release, it is going to be on an ankle monitor, GPS, and
 4    home detention, but I wanted to learn a little bit more
 5    about what the house situation looks like before I
 6    ultimately reach a decision on that.
 7            And so I'm going to bring it back here on
 8    Thursday at one o'clock.  My schedule next week is
 9    terrible, and that's really the only time that I could fit
10    it in that would fit with where the marshals typically move
11    defendants.
12            I'll permit both sides to prepare -- or to
13    appear telephonically, but that's -- again, my schedule is
14    just brutal next week, and that's really the only time, and
15    I don't want to set it for longer than that three-day
16    period.  So I'll bring it back here Thursday at one
17    o'clock.  I'll issue my final determination once I have
18    learned more about what the home situation is.
19            I will tell the parties that, if I do order
20    release, I want the government to be prepared on that
21    Thursday as to whether or not you'll seek a stay of that
22    release order.  I will be inclined to grant that stay, but
23    what I don't want -- I want you to let me know that day
24    whether or not you intend to seek a stay and an appeal of
25    that release order.  Again, I'm happy to stay it, but I
```

```
1   want that to take place that Thursday, as opposed to give
2   it another week for that to be about.  Okay.
3                MS. URBAN:  Understood, Your Honor.  May I ask
4   one follow up question?
5                THE COURT:  Sure.
6                MS. URBAN:  Would Your Honor be amenable to the
7   government submitting additional information by way of
8   filing before then?
9                THE COURT:  If either side wants me to consider
10  anything in addition, since I'm not issuing a ruling today,
11  I will consider anything further.  Just make sure you
12  submit it by noon on Wednesday, and that way I'll have
13  sufficient opportunity to review it in advance of that
14  hearing at one o'clock.
15               MR. OBERKOETTER:  And may I have a copy of that
16  upon its filing?
17               THE COURT:  Either side.  Either side wishes to
18  file anything in addition.
19               MR. OBERKOETTER:  Okay.
20               THE COURT:  Once again, that will be before me.
21  I'm not on duty next week, but I want to stay with this,
22  and so that will be before me at one o'clock on Thursday --
23  or excuse me.  Yeah, one o'clock on Thursday, with any
24  additional submissions by noon on Wednesday.
25               All right.  We'll be in recess.  Thank you.
```

38

1              THE CLERK:  All rise.

2              MS. RIEWERTS:  Thank you.

3              MS. URBAN:  Thank you, Judge.

4              (This concludes the requested audio transcript

5     of proceedings.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    REPORTER'S CERTIFICATE

 2          I, Elissa Steen, Registered Professional Reporter,

 3    do hereby certify that I have listened to and transcribed

 4    requested audio file.  I certify that this transcript is a

 5    true and correct transcription to the best of my knowledge

 6    and ability.

 7

 8    Dated February 12, 2024

 9

10

11                        _____

12                        Registered Professional Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329  FAX (720) 449-0334

**A**

abandoned 17:18
ability 39:6
able 20:5,15,18
  21:10,11 26:7
  26:11 29:17
absolutely 11:25
  13:21
abuse 20:19
  22:7,19 23:2
  23:18 24:1,5,6
  24:22 25:18,25
  27:18 30:25
  32:1,11 33:16
abused 22:3,25
  24:13 26:20
  30:2 32:14
access 20:22
  22:21 30:25
account 20:7
accounts 28:20
accusers 32:9
acknowledged
  16:23
act 9:5
activity 5:18
  6:13 9:2 11:2
  14:24 18:20
actual 10:9
addition 29:5
  30:3 37:10,18
additional 24:8
  37:7,24
Additionally
  17:6
adequate 29:24
admission 27:2
admitted 24:23
  25:7
Admittedly
  15:20 23:1
adult 15:8
adults 23:25
  24:2
advance 37:13
advisement 36:1

afternoon 3:20
  3:21 4:8,9
age 18:12 31:19
  35:16,17
agent 32:4
ago 19:8,12
  21:18 34:22
agree 21:6
ahead 3:12
  24:10
airport 16:21
ALCIA 2:2
alerted 25:10
Alicia 3:9
allegation 22:17
  23:15
allegations
  14:15 21:16
  22:12 25:25
  27:18 30:2
  34:20
alleged 19:12
  26:16 29:9
  34:21,21
allow 20:15
allowed 25:8
allusion 12:10
amenable 37:6
America 1:6 3:7
American 6:2
amiable 32:3
anal 18:15,15
and/or 27:21
angry 32:3
animal 33:4
animals 33:3
ankle 36:3
anybody 8:12
appeal 36:24
Appeals 10:14
appear 11:20,20
  29:18 30:6
  36:13
appearance 3:8
  3:23 4:4
appeared 11:18
  16:6

Appearing 3:10
  3:13
apprehend
  26:24
appropriate
  30:19
approval 7:4,7
  8:14 9:10
approvals 7:24
approximately
  17:25 18:12
  22:1 25:21
  27:16 32:13
argument 3:19
arises 13:11
array 27:17,19
arrest 11:5 13:5
  16:7,8,15,16
  16:25 17:2,5
  26:17 27:6,9
  31:23
arrested 13:5
  25:24
arresting 32:4
asking 13:20
  24:3
aspect 9:1
assaulted 18:14
assertion 8:21
  31:15
assertions 14:10
  29:17
assistance 30:9
assistant 3:16
associate 24:24
associates 33:9
assure 14:5
  22:11
attempt 32:19
attempted 18:15
  26:3 32:8
attention 35:17
attorney 2:10
  3:17,18 7:5,25
  9:10
Attorney's 2:2,6
attorneys 3:15

audio 1:4 3:2
  38:4 39:4
authorities 26:1
  26:23 27:4
  28:13
authorizations
  20:17
authorized
  20:25
available 10:6
  14:18 15:18
aware 13:24
  14:16 15:12
  16:14 35:10

**B**

back 11:10 16:3
  16:10 27:4,14
  28:1,2,9 29:1
  34:3,17 35:8
  36:7,16
bad 9:24
based 26:19
baseless 14:10
basically 7:2
Bedford 2:11
begins 3:2
behalf 3:9,13,19
believe 19:3
  30:18 33:5
believes 27:18
bench 19:9
benefits 18:19
Berra 6:4
best 39:5
beyond 14:25
  21:11
bill 6:23 9:6,19
billed 34:24
bills 34:25
bit 36:4
bond 5:14,18
border 16:20
  27:13 28:7,16
bothersome
  34:19
boys 17:16,17

18:2,3,10,11
  22:18 25:22
bribe 26:8 27:21
briefly 25:13
bring 12:12 36:7
  36:16
bringing 34:16
brought 10:4
  35:11,16
brutal 36:14
build 27:11
burden 19:2
Bureau 17:20
bus 29:22

**C**

C 2:1 3:1
calculus 15:15
California 2:3
call 4:21
called 10:25
candor 32:18
care 5:15 11:8
  17:18 31:17
Carolina 6:11
case 1:2 5:3 6:12
  6:24 8:20 9:20
  10:5,13 12:14
  13:3 15:3 17:7
  17:11 18:13
  19:11,15 21:7
  31:24 34:19,21
  34:21 35:7
cases 19:9
cause 11:5 14:23
  19:1
certain 7:24
certainly 13:13
  17:7 21:6
  22:15 23:24
  24:4 35:15
CERTIFICA...
  39:1
certify 39:3,4
challenging 21:4
change 15:15
changed 18:23

32:2
**characteristics**
32:12
**charge** 20:23
32:1
**charged** 15:3
32:2
**charges** 12:21
12:25
**charitable** 6:14
**check** 30:20
**child** 3:15 5:16
9:23 14:11
25:1,23 30:3
30:16 31:16,19
31:19 33:20
**children** 14:12
15:12 18:19
21:25 25:3,7,9
26:20 27:1
29:21 30:25
31:11 32:12
**church** 5:17
30:10 32:25
**Circuit** 10:14,15
**circumstances**
21:5 23:10
**cited** 8:8 12:15
**citizen** 17:14
**citizens** 8:2
**citizenship**
10:18
**City** 11:12
**civil** 25:16
**claimed** 32:20
**claiming** 25:17
**classified** 25:1
**clear** 7:11
**CLERK** 3:4,24
4:3 34:4,8 38:1
**client** 8:10
**close** 24:24
**collect** 21:10
**collectively** 18:5
18:10
**Colorado** 1:1,13
2:4 12:12 13:5

28:20 29:25
30:19 31:5
32:21 35:21
**combination**
13:21
**come** 21:8 31:10
34:3
**commencing**
1:14
**committed** 15:7
21:12
**communicating**
21:1
**communication**
21:2
**communities**
30:10
**community** 14:6
17:12 18:24
22:11 35:14,15
**company** 6:14
**complaints**
26:19
**complied** 6:18
6:24
**concerned** 23:12
**concerning**
35:20
**concerns** 18:8
23:14 25:23
33:5,18 35:5
**concluded** 9:18
**concludes** 38:4
**conclusion** 27:8
**conditions** 13:21
13:21 14:1,3
20:14 22:10
**conduct** 13:24
17:24 18:2
19:12 33:13
34:21 35:11
**conference** 5:6
**confinement**
26:2
**confirm** 23:17
**connection**
20:11 25:24

**connections**
15:9
**consequences**
8:23
**consider** 8:20
12:7 22:10,16
37:9,11
**consistent** 18:7
**constructively**
10:17
**contact** 31:11
**contention** 16:4
16:9 27:7
**continue** 17:10
**continued** 25:2
30:24
**continuing**
17:13 33:9
**contrary** 16:14
16:18 30:5,21
**controlling**
12:14
**convicted** 11:22
**cooperative**
31:23 32:3
**copies** 27:16,19
**copy** 37:15
**correct** 39:5
**corruption** 26:5
**COS** 6:10
**counsel** 26:14
30:6 35:5
**counsel's** 29:16
31:15
**countries** 15:10
29:6
**country** 10:1
20:13 22:14
25:25 27:20
28:14 29:21
**course** 14:12
15:2 19:2
20:24 22:2
30:7 33:24,25
**court** 1:1,13 3:4
3:5,12,20,22
4:2,4,9,16,20

4:25 5:2,23 7:9
7:19 8:16,19
10:4,14,15,16
10:22 11:8,23
11:25 12:2,5,7
12:16,19 13:6
13:7,11,15,19
15:13,19 19:4
19:6 21:8,14
22:4 23:4,6,19
24:10 25:12,20
27:22,24 28:3
28:5,11 34:1,9
34:13,16 35:2
35:9,25 37:5,9
37:17,20
**Court's** 35:7
**covers** 32:25
**create** 16:23
**credible** 19:23
**Creole** 29:4
**crime** 19:16,17
19:21
**criminal** 6:25
16:5 33:13
**crucial** 5:13
**cunning** 14:11
**current** 6:6 9:4
17:19 18:3
20:23 29:15
30:16
**currently** 14:21
**customs** 27:13
28:16

_____

**D**

**D** 3:1
**daily** 5:18
**danger** 12:1
14:13 17:11
18:24 25:7
33:9 35:14,15
**dangerous** 14:11
19:22
**dangerousness**
13:23 20:15
**Dated** 39:8

**day** 5:17 29:1
36:23
**days** 34:15
**decade** 15:23
34:22
**decades** 14:13
17:2 22:2 30:7
**December** 14:2
17:21
**decision** 8:23
9:6 36:6
**defamation** 10:5
**defamations**
10:2
**defamed** 25:18
**defaming** 9:22
**defend** 25:3
**defendant** 1:10
2:10 4:18 5:3
6:12 7:3,13 8:6
9:13,14 10:10
14:9 15:9
17:14,22 21:12
21:20 22:25
23:3 25:17
30:4,5,20
31:15 32:16
35:14
**Defendant's**
18:24
**defendants**
36:11
**defenders** 19:10
**defense** 16:23
17:8 20:2 26:2
26:14 29:16
30:6 31:15,22
35:5
**defense's** 4:16
14:10,15,20
16:4,9
**deja** 6:5
**delayed** 20:1
**deliberate** 32:19
**deliver** 12:2
**demeanor** 32:2
**denial** 24:22

**Denver** 1:13 2:4
**department** 2:9
  3:14 6:9 9:3
  11:14
**deposition** 28:23
**described** 32:4
**describing** 19:22
**despite** 5:7
  10:18 16:8
  17:1 25:10
  31:14
**destinations**
  10:3
**detail** 22:3
**details** 33:16
**detain** 8:24,24
  14:4
**detained** 12:24
  26:12
**detention** 4:10
  4:12,13 13:16
  14:8,14 21:15
  21:19 23:21
  36:4
**determination**
  35:7 36:17
**determine** 13:8
  13:11
**difference** 8:17
  9:7,8,9
**different** 7:15
  15:20 16:8
  22:14,14,19
  28:18,20,21
  32:13
**difficult** 20:10
  35:13
**difficulties**
  19:25 20:17
**diminish** 22:9
**directions** 28:8
**directly** 22:24
**disabled** 5:16
**disclose** 20:19
  33:13 35:4
**disclosed** 18:17
  31:3,21

**disclosing** 23:12
**disclosures** 20:1
  22:1 33:23
**discovery** 17:7
  33:25
**discrepancies**
  32:16
**discussing** 26:10
**discussion** 5:11
**distinct** 22:1
**district** 1:1,1,13
  3:17 29:11,12
  29:14,25 33:18
**document** 23:16
**documents** 28:9
**dog** 31:8
**doing** 5:19 9:17
  10:17
**DOJ** 7:20 8:2,10
**dollars** 30:13
**Dominican** 11:2
  11:4,18 15:25
  16:1,20,22
  26:23,24 27:2
  27:3,12,15,25
  28:2,6,13,17
  28:25 29:1,5
  30:14 32:23
  33:8,11
**donation** 9:25
**donations** 9:25
**double** 7:22 8:1
**double-check**
  23:23
**doubt** 14:25
  21:12
**due** 13:3
**duty** 37:21

       **E**
**E** 2:1,1 3:1,1
**earlier** 26:18
  28:19,24 32:20
  33:15
**easily** 31:10
**Eduardo** 2:5
  3:15

**education** 27:1
**effect** 27:9
**efforts** 29:1
**either** 4:20 13:9
  13:23 17:18
  37:9,17,17
**Elissa** 39:2
**embassy** 11:5
**endured** 17:17
**enforce** 7:14
  8:13
**enforceable** 7:12
**enforcement** 8:9
  18:13 24:19
  32:6
**enforcement's**
  26:4
**engage** 17:23
  18:20
**engaged** 14:23
  18:1 32:5
  33:13
**ensure** 18:25
  21:11 31:1
**ensured** 16:10
**enter** 3:22 4:4
  20:16
**entered** 6:22
  10:11
**entirely** 14:19
  21:4 32:3
**entries** 3:8
**epithets** 9:23
**escaping** 12:1
**especially** 7:3
  10:9 20:13
  30:1 33:6
**ESQ** 2:2,5,5,8
  2:10
**essentially** 7:21
  29:24 33:12
**establish** 14:23
**established**
  26:25
**establishing**
  11:3
**event** 26:13

  35:10
**evidence** 4:21
  14:17,22 15:1
  15:5,17 16:13
  18:25 19:5
  21:10 26:5
  27:5 30:21
**exactly** 9:16
**example** 18:3
  24:18
**exception** 19:17
**exchange** 5:9
  24:21
**excuse** 16:15
  28:13 35:1,23
  37:23
**existence** 31:6,7
**exists** 7:6
**expelled** 28:17
**explain** 7:7
**exploitation**
  3:16 6:9
**exposing** 29:21
**extensive** 15:9
  17:1 20:17
  29:5 30:7
**extensively** 29:6
**extent** 31:22
**extenuating**
  21:9
**extradition** 11:6
**extreme** 17:17

       **F**
**face** 12:21,23,25
**facilitate** 30:23
  31:1 33:10
**facilitated** 30:23
**facility** 23:25
  24:4
**facing** 15:14
**fact** 5:8,11 8:10
  9:5 10:19
  12:11 15:12
  16:7 17:4
  20:19 21:9,25
  23:23 25:10

  32:11
**facts** 17:10 24:8
  33:15 35:12
**familiar** 7:10
**families** 17:17
**far** 14:9,15
**favor** 10:8,12
**favorable** 26:3
**favorably** 12:7
**fear** 21:23,24
**February** 39:8
**federal** 1:14
  6:18 7:23 8:13
  10:4 15:13
  17:20 19:10,19
  19:20 21:6,13
**feds** 8:4
**file** 13:7,13
  37:18 39:4
**filed** 4:18 5:12
  5:22 10:13
**filing** 29:16 37:8
  37:16
**final** 36:17
**finally** 12:9 20:5
**financial** 29:18
  30:7,9 31:2
**find** 13:20 19:14
**finding** 15:6
  26:4
**fine** 14:2
**first** 5:4 7:4
  10:14,15 22:6
  35:16
**firsthand** 20:7
  20:18 23:2
**fit** 36:9,10
**fitness** 31:13
**five** 19:17
**five-** 34:2
**flee** 16:25
**fleeing** 27:10
**flight** 13:23
  14:13 15:16,22
  17:12 33:6,7
**Florida** 2:7 3:18
  12:12,22,23

13:1,7,10,10
13:11,14 29:11
29:14 30:1,1
33:18
**fluently** 29:4
**fly** 16:21 27:14
**focus** 20:23
**follow** 7:17 37:4
**force** 8:12
**forcible** 18:16
**foreign** 15:10
20:12,12
**forth** 9:17 10:19
16:3
**found** 10:11,16
27:15 28:9
**founded** 29:7
**Fourth** 2:6
**Freeport** 10:10
**Friday** 31:24
**friend** 25:1
**full** 33:15
**full-time** 5:15
**fundraised** 30:8
**funky** 35:18
**further** 13:15
27:8 31:18
32:15 37:11
**furthermore**
29:20 31:22

———————
**G**
**G** 3:1
**gain** 20:5
**Geilenfeld** 1:9
3:7 4:7 5:12,14
6:13,20 8:12
9:1,22 10:4,16
11:2,10,11,15
11:17 12:12,17
14:9 16:19
18:1,14,17,21
20:20 24:13,14
24:16,20,23,25
25:2,5,9 26:6,7
26:11,18,22,24
27:14,16 28:15

28:24 29:4
30:12,22 31:23
31:25 32:5
**Geilenfeld's**
6:15,17 9:25
10:8 11:24
13:4 31:5
**general** 7:25
**generically** 18:6
**Georgia** 11:19
25:17
**getting** 7:4 9:25
**give** 37:1
**given** 13:8 15:3
20:13 21:2,25
33:7,18,19,20
**go** 3:12 9:9 15:1
22:3 24:10
28:1
**going** 5:17 9:1
9:16 12:21
13:6,9,22 19:6
21:22 22:21
23:16 25:12
29:19 32:6
34:1,2,18 36:3
36:7
**good** 3:20,21 4:9
5:24
**gotten** 16:12
**government**
3:10,14,19
4:13,23 5:4
6:24 7:23 8:13
8:21 10:6
12:11 13:19
14:16,22 15:5
16:10,12 17:9
18:24 19:3,19
19:20 20:5,16
20:21 21:6,17
27:18 33:24,25
36:20 37:7
**government's**
13:24 35:10,17
**GPS** 21:16,19
36:3

**grand** 6:11,22
9:6,12,13,18
14:19 15:4
34:23,23,24
35:8
**grant** 36:22
**grave** 17:11 33:5
**great** 6:2 16:3
**greater** 35:15
**greatly** 17:4
**grounds** 14:8
**group** 9:21
**guess** 8:16
**guy** 19:21

———————
**H**
**Haiti** 6:14,15,21
10:16 11:1,4
11:18 16:1,5,8
16:20 17:2,3
17:15,23 20:11
20:12,14,16
21:3,19 22:20
23:24 24:5
25:24 26:8,17
26:22 27:7
29:5,7,8 30:14
32:10 33:7,11
35:13
**Haitian** 16:14
16:16,25 17:2
25:21 26:1,11
26:23 27:6,8
28:12
**half** 34:22
**handcuffed** 32:7
**hands** 20:20
**happened** 20:9
**happens** 34:24
**happily** 12:2
**happy** 36:25
**hard** 27:16,19
**Hartswood** 6:14
**health** 31:13
**hear** 4:1 5:3,4
8:21 12:5
13:19 20:7

**heard** 22:23
23:2
**hearing** 4:10,11
4:12 12:10,21
13:9 37:14
**Hearts** 11:1
**held** 1:13 15:10
29:19
**help** 26:25
**helped** 30:23,25
**helpful** 11:9
35:9
**hesitant** 35:4
**hidden** 31:6,7
**higher** 19:3
**historical** 23:1
**history** 9:20,21
**home** 17:16 18:3
18:11 21:15,19
23:9,20,21,21
24:1,5 25:22
28:17 31:16
34:10 36:4,18
**Homeland** 11:9
11:14 14:16
17:19
**Honor** 3:11 4:15
4:23 5:5 13:3
13:17 14:7
15:2,24 18:22
19:24 22:23
23:11,23 24:3
24:8 34:5 35:1
37:3,6
**Honor's** 7:18
**horrendous**
34:20
**hotel** 23:17 30:3
**hotels** 29:22
**hour** 1:14
**house** 22:12,18
26:25 35:22
36:5
**humorous** 6:3

———————
**I**
**identifiable**

23:13
**identity** 4:11
12:20 13:9
**illicit** 17:23,24
18:2
**imagine** 9:24
**impact** 8:23
**important** 9:19
10:24
**impose** 13:22
14:5
**imposed** 22:11
**impoverished**
31:4
**incarcerated**
25:24
**incarceration**
23:21
**inclined** 36:22
**including** 6:16
17:15 18:15
26:6 30:14
**inconsistent**
31:3 35:20
**incorrect** 35:5,6
**incredible** 10:9
32:9
**incriminating**
33:15
**indicate** 33:22
**indicated** 29:16
**indicates** 6:24
**indication** 16:16
31:13
**indicative** 17:4
**indicted** 15:4
32:1
**indictment** 5:11
6:1,6 7:3 9:4
13:11 14:21
15:13,21 17:22
26:16 29:9
33:7 35:8
**individual** 23:16
24:7 25:11
30:15
**individuals** 20:2

20:4,11,18,22
21:2 22:1 25:6
25:19 27:21
30:10,13,23
32:13 33:11
**information**
17:6,8 23:12
31:18,20 37:7
**informed** 11:13
**infrastructure**
21:2
**initially** 31:25
**innocence** 11:24
**inspection** 34:11
**instance** 24:18
**instant** 6:6
**instituted** 6:10
**instructed** 18:21
**intend** 4:21
36:24
**intends** 4:24
**intent** 28:24
**interfering** 9:24
**intermediaries**
33:11
**internal** 8:22
**interrupt** 3:10
12:19 19:7
22:4 25:13
35:3
**intervened** 11:5
**interview** 20:6
**interviewed**
14:17
**intimidate** 27:21
**intimidation**
18:9
**investigate**
19:21
**investigated**
22:6
**investigation**
15:22 17:19,20
25:5 26:5 27:5
35:13
**investigations**
20:3 26:21

**investigative**
16:13 18:4
**involved** 16:12
20:3 25:15
27:17 30:17
**Iowa** 10:18
28:18 32:23
**island** 16:19
**issue** 9:19 10:20
13:16 16:3
26:13 34:3
36:17
**issued** 11:4
16:19 17:3
26:17
**issues** 20:15,25
21:1
**issuing** 37:10

_____ **J** _____
**jail** 26:12
**January** 1:4,12
**jeopardy** 7:22
8:1
**Jessica** 2:8 3:15
3:18
**job** 5:15
**jobs** 31:8
**jocular** 6:3
**Joseph's** 17:15
18:3,11 25:22
**judge** 1:15 5:1
5:21 6:18
10:20 38:3
**jury** 6:11,22 9:6
9:12,13,18
10:7,11 14:19
15:4 19:1
34:23,23,24
35:8
**justice** 2:9 3:14
6:10 9:3 11:14
27:10

_____ **K** _____
**Karl** 1:9 3:7
**keep** 11:12 25:3

30:8
**Kendrick** 10:10
**kind** 26:3 30:19
**kindly** 5:5
**knew** 15:21 17:5
27:9
**know** 6:1 7:11
7:22 8:13 9:16
10:2 12:4,10
12:18 13:22
14:2 23:8
28:18 31:25
36:1,23
**knowingly** 25:6
**knowledge** 39:5
**known** 11:14
25:7 29:10,15
**knows** 15:2 33:6

_____ **L** _____
**Lacee** 2:5 3:17
**lack** 21:3 32:18
**land** 16:20
**landlady** 5:15
**landlord** 30:16
33:3
**largely** 16:22
**late** 32:23
**law** 2:10 7:11
12:14 18:13
21:13 24:19
26:4 32:6
**lawn** 31:9
**lawyer** 6:17
**lawyers** 6:8,17
**learn** 35:22 36:4
**learned** 5:13
32:1 36:18
**left** 8:5 26:22
**lengthy** 5:10
**letting** 28:13
**life** 15:9 27:12
29:2 31:5
**lifted** 27:6
**light** 20:5 35:4
**limit** 33:16
**limitations**

19:16
**limited** 21:21
35:21
**LINDE** 34:12,15
**listened** 39:3
**little** 36:4
**live** 31:7
**lived** 25:10 27:2
**lives** 31:6
**living** 28:20,21
32:21 36:2
**located** 16:1
**locations** 28:18
**lockdown** 22:12
**long** 11:7 21:8,9
**longer** 17:18
36:15
**look** 36:2
**looking** 23:21
34:16
**looks** 36:5
**loss** 12:3
**lost** 10:18
**lot** 21:7 34:18
**loyal** 24:14

_____ **M** _____
**Magistrate** 1:15
**Maine** 9:22 10:1
10:10
**maintain** 24:16
**major** 5:16
**majority** 16:2
17:16 23:5
**making** 3:18
21:17
**manipulative**
14:11
**manual** 6:25
7:10
**Marshal's** 5:7
**Marshall** 5:8
**marshals** 12:25
36:10
**Massachusetts**
2:11
**matter** 3:8 4:14

9:1,11 10:23
**matters** 9:12
**mean** 6:3 7:12
19:15
**means** 21:21
**mechanism** 8:9
**mention** 5:18
6:4
**mentioned**
25:14
**merits** 26:4
**Miami** 2:7 17:24
**Michael** 1:9 3:7
4:7 6:12,19
8:12 9:1 10:7
10:21 11:12
12:17 14:9
**Michael's** 10:12
**mid-1980's**
17:13
**mid-2015** 26:2
**milestone** 9:19
**million** 10:11,21
10:23,25
**minor** 18:2
35:22
**minute** 19:6
**mislead** 32:19
**mission** 11:3
16:24 26:25
**missionary**
15:10
**moment** 12:19
**money** 18:19
24:21 26:10
31:1 35:19
**monitor** 36:3
**monitoring**
21:16,19
**Monk** 2:5 3:17
**months** 19:11,11
**motels** 29:23
**mothers** 27:1
**motion** 4:18
5:12,22 6:6 7:1
12:15 13:7,14
**motivators**

```
         32:10               Number 16:15        open 30:9            pausing 23:11        15:24 18:22
mouths 18:16                   16:15 26:19       operated 23:24       pay 33:1             31:25
move 36:10                   numerous 15:25      operating 17:14      payments 24:15      pointed 7:1
moving 14:7                    18:2,14 30:14     operations           30:15,18 33:10        32:20
mower 31:9                   ―――――――             30:24                33:21               pointing 32:9
multiple 17:15        O              opinion 12:6            PC 15:6              points 17:9
  20:1 24:11          O 3:1           34:3               pedophile 9:23        policy 7:11,12
multitude 14:12       o'clock 36:8,17          opportunity          25:8                 7:20,21 8:2,6,8
mute 3:25             37:14,22,23      23:23 37:13          pending 17:5          8:10,22
―――――――               oath 24:23 25:8          opposed 20:7         Pendleton 12:15      political 20:14
         N            25:15 28:24      37:1               13:3                 Port-au-Prince
N 2:1 3:1             31:6            order 7:23,25        penetration           17:25
name 4:6,6            Oberkoetter         12:22,24,24       18:15,15,16          portray 26:3
narrow 10:20         2:10 3:22,24      13:9 20:13          penis 18:16           32:8
nearly 15:8          4:1,6,7,17 5:1     21:10 24:16         people 10:1          poses 33:8
  19:16 21:17        5:5,24 7:17      30:8 33:10,17        18:18 26:8           position 4:16
necessarily 23:8     8:11,17,25      36:19,22,25          period 6:7 9:4         15:11 16:24
necessary 35:7       12:17 13:2,13   ordered 11:19         17:22 18:1           positions 31:9
need 3:24 12:21      13:17 35:23     orphanage            23:2 26:15            31:12
  13:7 18:25         37:15,19         10:17 16:23          29:8 36:16           possession 15:6
  23:8 29:20         obscenity 3:16     23:24 25:9          periods 28:21        possible 12:6
  34:13              6:8,9            orphanages 6:15      permit 36:12          potential 24:12
needed 19:11         obtain 9:10      17:15 29:7          permitted 5:6         potentially
needing 29:25        Obviously 34:19   30:9,24             person 24:19          35:22
  30:1               occur 23:7       outside 4:22         35:23                poverty 17:17
needs 7:24 12:25     occurred 17:7     22:8               personal 4:19          32:10
never 11:21 16:4       22:8,19,20    ―――――――             12:7                 practical 9:8
  34:24              23:3,20 24:1,5           P            personnel 20:16      precise 11:13,15
nevertheless 5:9     29:13 34:22     P 2:1,1 3:1          persons 14:14        predator 14:11
new 2:11 11:11       occurring 15:16  p.m 1:15 34:6,7     persuasive           predicated
  16:23,24 26:17     October 26:17    Palomo 2:5 3:15      19:14                29:12
  26:19,25,25        offense 15:7     pandemic 20:24      petite 7:11,11,20      prepare 19:11
  31:14,20           29:13            part 5:17 14:20      philosopher 6:3        36:12
nonenforceable       offered 18:19     29:13              photo 27:17,19        prepared 19:2
  8:4                24:21            particular 6:22      physical 31:12         36:20
noon 37:12,24        office 2:2,6 5:7,7  10:1,24 13:20     32:6                 presence 14:5
North 6:11           officer 27:15     15:17 20:10        place 11:6 33:17      present 4:21 5:8
Northeast 2:6        28:16            21:23 28:8          37:1                 29:10
nose 24:1            Okay 4:20,25     30:12 32:9          placed 5:6           presentation
Notably 17:1         5:2,24 25:20    parties 20:8         Plaintiff 1:7 2:2      30:6
note 10:24 11:8      28:3,11 35:9     36:19               plane 17:25          presented 14:19
  19:25 30:5         35:25 37:2,19   passage 16:10        29:22,23             35:8
  31:2 32:15         old 31:14 35:24  passive 32:5,5      pleading 10:13       presumption 5:3
  33:14              once 17:2 25:17  passport 12:1       please 3:5,23 4:5      15:3
noted 5:17 12:4      32:1,6 36:17    22:21               7:18 34:9            pretrial 14:14
  12:10 33:15        37:20           patrol 27:13        plus 15:23            21:14 34:10
November 17:21       onerous 12:6     28:16              point 8:19 14:3       prevent 9:5
```

**previously** 11:7
**primary** 20:23
**principal** 6:17
**prior** 9:2 20:3,3
  26:21 32:22
  33:7,20
**prison** 15:15
**privacy** 18:7
  33:19
**privilege** 15:11
**probable** 14:23
  19:1
**probation** 28:19
  30:17 31:3,4
  31:21 32:17,21
  32:25
**problems** 31:13
**procedure** 6:25
**proceed** 4:24
  5:10
**proceeding** 9:13
  11:18 25:16
  26:14
**proceedings** 1:4
  1:12 3:3 6:11
  16:5 20:3
  25:15 29:19
  38:5
**produce** 7:7
**produced** 6:21
  9:5,16
**Professional**
  39:2,11
**proffer** 4:24
  14:8 15:8
  17:12 20:21
  24:11 33:14
**proffering** 4:22
**program** 9:25
**proper** 13:12
**properly** 29:11
**prosecuted** 8:3,4
**prosecution**
  7:22,24 16:13
  18:4
**protect** 18:7
**protective** 33:17

**prove** 14:25
  18:25 21:11
**provides** 13:3
**provision** 7:10
**public** 19:10
**pull** 19:15,20
  23:16
**purpose** 17:23
**purposefully**
  18:6 32:11
  33:16
**purposes** 16:11
**pursuant** 1:14
**pursue** 7:24 8:1
**put** 33:17
**putative** 9:13

—— **Q** ——
**quandary** 8:12
**question** 7:18
  22:22 37:4
**questioning**
  31:24
**quote** 28:25 31:7
**quote/unquote**
  26:7,9,10
  30:17 32:17

—— **R** ——
**R** 2:1 3:1
**Raleigh** 6:11
**rapist** 9:23
**reach** 36:6
**reached** 10:3
  14:3
**read** 5:11,22 6:1
  6:4 12:4
**realize** 24:3
**really** 9:11 12:3
  21:3,4 36:9,14
**reason** 27:11
**reasonable**
  14:25 21:11
**reasons** 11:11
  21:10 29:18
**received** 30:9
**receiving** 24:15

**recess** 34:2,6
  37:25
**recognizance**
  4:19 12:8
**recognize** 35:12
**recommending**
  21:15
**record** 6:23
  11:21
**records** 6:19 9:5
  9:15,18 32:22
**reduced** 10:20
**reentering** 28:4
**refer** 24:20,24
**referenced** 20:2
  26:14,18 28:23
**referred** 6:10
**referring** 18:6
**reflects** 32:18
**refused** 11:5
**regard** 9:2
**Registered** 39:2
  39:11
**regulation** 7:16
**rejecting** 10:8
**release** 21:15
  36:3,20,22,25
**released** 4:19
  11:11 12:23
  26:1 29:20
**relevant** 27:21
**relying** 20:8
  33:24
**remains** 27:9
**remove** 12:11
**removed** 22:21
**rent** 33:1,1
**repeat** 7:18
**repeatedly** 29:8
  32:8
**report** 5:14,18
  13:10
**reported** 18:13
  22:24 24:12,15
  24:19 25:8
  31:8 32:13,16
  33:2

**Reporter** 39:2
  39:11
**REPORTER'S**
  39:1
**reports** 20:8
  24:6 25:18
**represent** 4:7
**representative**
  5:8
**representing** 6:8
**Republic** 11:2,4
  11:19 15:25
  16:1,20,22
  26:23,24 27:3
  27:12,15,25
  28:2,6,17,25
  29:2,6 30:14
  32:23 33:8,12
**request** 5:21
  11:23 23:22
**requested** 11:20
  38:4 39:4
**required** 8:14
  8:15
**requiring** 31:12
**resided** 18:2,10
**residence** 5:14
  11:15 25:4
  30:3 33:2,4
  34:11
**resident** 30:16
**residential**
  23:25 24:4
**residents** 17:16
  25:2
**residing** 31:16
**resistance** 32:5
  32:6
**resolving** 9:6
**resources** 19:20
  21:7 30:7 31:2
**respect** 13:3
**respectfully**
  5:21 11:23
  23:22
**responsible** 7:4
**result** 25:23

**retaliated** 24:13
**return** 17:3
  27:11 28:9,12
  28:25
**returned** 10:7
  27:7
**returning** 27:20
**revealed** 17:20
  25:5
**review** 37:13
**Riewerts** 2:2 3:9
  3:9,13 38:2
**right** 3:6 8:5
  10:22 12:20
  13:8,15 35:25
  37:25
**rise** 3:4 34:4,8
  38:1
**risk** 13:23 14:13
  15:16 17:12
  33:6
**Robert** 2:10 4:6
  4:7
**robo** 9:22 10:2
**room** 2:7 23:17
  30:3
**roughly** 17:13
**rules** 1:14 8:13
**ruling** 37:10

—— **S** ——
**S** 2:1 3:1
**safe** 16:10
**safety** 11:10,11
  14:5 16:11
  22:11 33:19
**saying** 22:2
**says** 7:2,21
  10:13 31:16
**scenario** 22:20
**schedule** 36:8,13
**Scott** 1:15
**seated** 3:5 34:9
**second** 27:6
**section** 3:16 6:9
  8:14 9:2 18:7
**Security** 11:9,14

14:16 17:19
**see** 6:23 7:5 8:11
**seek** 17:3 36:21
    36:24
**seeking** 4:13
**seemingly** 32:3
**self-employed**
    31:8
**self-serving**
    14:10
**sent** 10:15,25
    27:4 28:2
**sentence** 15:14
**separate** 8:2
**September**
    28:23
**series** 11:1
**seriousness** 22:9
**services** 6:14
    21:15 25:22
**session** 3:4
**set** 4:10,12 21:4
    36:15
**settled** 10:23
**settlement** 10:25
**seven-minute**
    34:2
**severely** 5:16
**sexual** 14:11
    17:24 18:2,20
    20:19 22:7
    23:2,18 25:18
    27:18 32:1
**sexually** 18:14
    22:2,25 26:19
    32:14
**shared** 30:4
**show** 14:9 16:5
    17:11 32:22
**shut** 25:22
**side** 4:20 37:9,17
    37:17
**sides** 36:12
**significant**
    20:25 35:14
**silence** 24:16,21
    31:1

**similar** 7:20 8:9
**single** 19:16,17
    27:1
**sir** 3:25
**sitting** 29:21
**situation** 20:14
    36:2,5,18
**six** 32:21
**skirted** 5:10
**social** 25:22
**somewhat** 21:20
    35:21
**sorry** 3:10 35:3
**sort** 9:10
**sought** 32:11
**sounding** 10:5
**sounds** 8:8
    15:21
**Southern** 3:17
    29:11,14,25
    33:18
**sovereign** 8:2
**speak** 20:6,18
**speaks** 29:4
**special** 11:8
**specific** 7:4
**specifically** 6:7
    6:16 33:23
**specifics** 15:1
**speculating** 17:8
**speculation** 20:8
**speculative**
    14:19
**spoken** 18:4
**spring** 27:3
**St** 17:15 18:3,10
    25:22
**stabbed** 25:1
    30:16
**stabbing** 25:2
**starts** 9:21
**state** 7:23 8:3
    10:22 11:19
    13:4 23:9
**stated** 8:14 26:9
    28:24 31:5

32:18,25 33:3
    35:6
**statements** 26:6
    28:9 32:22
    35:20
**states** 1:1,6,13
    3:6,17 6:7,20
    6:21 7:5 9:10
    11:5,10 12:11
    12:14 15:14
    16:2,11 22:7,8
    22:9,25 23:3
    23:17 24:4,6
    27:4 28:2,5,6
    30:8,11
**statute** 19:15
**stay** 25:9 30:1
    36:21,22,24,25
    37:21
**staying** 29:22
**Steen** 39:2
**stop** 27:15,23
    28:8,15
**stopped** 27:14
    28:6
**Street** 2:3,6,11
**streets** 13:25
**strength** 8:20
**struggle** 14:6
**stuff** 35:18
**subject** 16:4
    24:20,25 25:3
    26:6,9,20
    30:15
**subjects** 20:22
**submissions**
    37:24
**submit** 37:12
**submitting** 37:7
**subpoena** 6:13
    6:19
**subsequently**
    20:4 25:23
**substance** 9:12
**suddenly** 14:3
**sued** 10:22
**sufficient** 14:22

18:25 37:13
**suggested** 29:17
**suggestion** 31:4
**suggests** 30:22
**suit** 10:4
**Suite** 2:3
**supervises** 31:10
**supervision**
    22:14 29:24
**supported** 32:10
**supports** 27:8
**sure** 7:17,19
    37:5,11
**surrounded**
    25:6 30:22
**surrounding**
    23:10
**suspected** 24:14
    25:7

_____

**T**

**T** 1:15
**take** 3:25 11:6
    16:3 34:2
    35:25 37:1
**taken** 34:6
**takes** 31:16
**talk** 9:9
**talking** 19:10
**talks** 26:10
**target** 15:11
**targeted** 6:7
**team** 16:14 18:4
**telephone** 5:6
**telephonically**
    36:13
**tell** 18:18 36:19
**telling** 19:19
**tens** 30:13
**terms** 15:16,17
    18:23 20:15,25
    21:1 33:9
**terrible** 36:9
**testified** 10:7
    25:14
**Thank** 5:24
    13:18 25:20

34:5 37:25
    38:2,3
**thereof** 21:3
**thing** 6:4 8:19
    12:9
**think** 4:17 6:2
    7:6,25 9:19
    12:5,13 17:4
    35:6
**thought** 5:9
**thousands** 30:13
**threat** 21:25
**threatened**
    18:20 24:12
**threats** 23:14,14
    33:17,20
**three** 6:15,15
    34:15
**three-day** 36:15
**three-page**
    27:16
**Thursday** 34:17
    36:8,16,21
    37:1,22,23
**ties** 17:1 29:5,10
    29:15 35:21
**time** 6:7 9:4
    13:17 14:22
    16:2 17:9,22
    18:1 19:8 21:8
    21:9,18 22:13
    23:2 26:15
    28:22 29:8
    34:13 36:9,14
**times** 17:25
**today** 4:10,12,21
    14:3,8 18:6
    29:17 31:15
    35:22 37:10
**told** 28:15,19,20
**transcribed** 39:3
**transcript** 3:2
    38:4 39:4
**transcription**
    1:4 39:5
**transfer** 31:1
**transferred**

30:13
transfers 35:19
transport 12:25
transported
13:9
travel 6:19 9:5
9:15,17 10:3
20:13 21:1
29:20 32:22
traveled 17:23
17:24 26:22
29:6,7,12
traveling 16:3
21:18 29:23
trial 3:14,18
10:15,16,20
13:4 19:2
21:12 29:18
33:24
tried 19:9 27:11
27:14 28:1
troubling 31:14
true 34:20 39:5
trust 20:6
try 33:16
trying 16:21,23
16:25 33:10,12
33:22
turned 10:21,22
twice 25:14
two 8:2 16:7
typically 36:10

U

U.S 2:2,6 3:14
5:7,8 17:14
20:15 26:4
27:13 28:10
ultimately 36:6
unbelievable
10:8
uncovered 26:5
27:5
understanding
11:12
understood
31:21 37:3

Union 2:11
unique 34:20
35:12
unit 6:10
United 1:1,6,13
3:6,17 6:20,21
7:4 9:10 11:5
11:10 12:11,14
15:14 16:2,11
22:6,8,8,25
23:3,17 24:3,6
27:4 28:2,5,6
30:8,11
universe 33:15
unlawful 14:24
unprecedented
21:4
unquote 29:3
unravel 11:24
Urban 2:8 3:15
3:18,21 4:15
4:23 7:7 14:7
15:24 19:5,24
21:24 22:23
23:5,11,22
24:11 25:16,21
27:23 28:1,4,7
28:12 34:5
35:1,3 37:3,6
38:3
urge 12:6
USC 15:4 18:7
useful 5:10 7:6
ushering 11:9

V

v 1:8
Varholak 1:15
various 17:9
33:23
venue 13:12
29:11
verdict 10:7,11
10:21
verifier 30:17
32:17 33:1,3
versus 3:7 12:14

victim 18:8
24:21 33:19
victim's 24:21
victimized 14:12
victims 18:4,5
18:11 20:1,11
22:24 23:13
24:11 26:13,15
27:17
vigorous 10:5
violate 7:12,13
8:5
violated 8:10,22
violating 8:5
violation 7:14
14:24 15:3
violations 21:13
virtually 3:10,13
voting 10:19
vu 6:5
vulnerability
32:10
vulnerable
15:12

W

wait 19:4,4,6
waived 12:20
13:8
waiver 4:11 9:11
walker 31:9
walking 13:25
want 11:8,17
12:9 33:14
35:25 36:1,15
36:20,23,23
37:1,21
wanted 36:4
wanting 21:7
wants 12:11
37:9
warned 18:17
warrant 11:4,6
16:7,15,16,19
16:25 17:3,5
26:18 27:6,9
warranting

14:14
warrants 16:8
wasn't 16:1
way 6:4 12:22
12:23 27:24
29:23 37:7,12
ways 18:14
we'll 13:13
37:25
We're 4:10
19:10
wealth 29:2
Wednesday
37:12,24
week 15:16
28:19 31:8
36:8,14 37:2
37:21
weeks 6:22
welfare 25:23
went 10:14
16:19,21 34:23
whatsoever
11:21
whereabouts
11:13,15
willy-nilly 8:25
wishes 37:17
withdrawn 11:7
16:9,17
witness 33:19
witnesses 4:21
10:6,9 24:12
27:17
word 27:2
words 22:17
work 10:17
working 11:3
24:19
worried 21:22
worth 19:9

X

Y

Yeah 37:23
years 5:20 6:16

10:17 13:24
15:15,25 18:12
19:8,9,12,13
19:15,18,21
21:18 24:17
31:14 32:14,22
35:11,24
years' 19:8
yelling 32:4
Yep 4:2 35:2
yesterday 4:8,11
4:18 5:6 29:16
yesterday's
12:10
Yogi 6:4
York 11:12
young 17:16
22:18

Z

zealots 9:22
zero 10:21

0

02741 2:11
09(d) 18:8

1

1 18:5 24:20
26:6,9
11 27:16,19
12 19:8,8,12,21
35:11 39:8
13 18:12
14 13:24 17:25
19:13,14
14.5 10:11,21
15 21:17
1600 2:3
18 12:4 15:4
18:7
1801 2:3
1st 34:17

2

2 18:5 24:25
25:3 30:15
2/06 6:8

**2:55** 1:15
**20** 22:1 32:13
**2006** 6:16 17:21
  18:11 26:15
**2010** 6:8,16 14:1
  17:21 18:11
  19:12 22:5
  26:15
**2011** 9:21
**2012** 6:11 9:6,14
  15:21 18:23
  20:21 23:1
  34:23
**2014** 17:14
  25:21
**2015** 16:18
  26:17 27:7
**2019** 27:3,13
  28:15,20 32:24
**2020** 30:12
**2022** 24:24 25:8
  25:15 28:23
  30:12 31:6
**2023** 14:2
**2024** 1:4,12 39:8
**24-MJ-00012-...**
  1:2
**24-MJ-12** 3:6
**2423(b)** 14:24
  15:4
**26** 1:4,12

**3**

**3** 18:5
**3.5** 10:23,25
**3:47** 34:6
**30** 15:15
**3142** 12:4
**31st** 14:2
**33** 35:23
**33132** 2:7
**35** 18:7
**3771** 18:8
**392** 16:15
**394** 16:15 26:19

**4**

**4** 18:5
**4:00** 34:7
**426** 2:11

**5**

**5-years'** 19:9
**502** 2:7
**58** 35:16

**6**

**6** 19:11
**6(a)** 35:4

**7**

**7** 19:9
**71** 31:14
**72** 35:17
**72-year-old**
  21:20

**8**

**80202** 2:4

**9**

**9** 18:12 19:11
**911.120(a)** 8:14
**99** 2:6