IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 24-MJ-00012-MEH

_____

AUDIO TRANSCRIPTION OF PROCEEDINGS
January 26, 2024

_____

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL KARL GEILENFELD,

Defendant.

_____

       Proceedings had on January 26, 2024, at the

United States District Court, Denver, Colorado, held

pursuant to the Federal Rules, commencing at the hour of

2:55 p.m., before Magistrate Judge Scott T. Varholak.

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329 FAX (720) 449-0334

```
 1                      A P P E A R A N C E S

 2    For the Plaintiff:        ALCIA RIEWERTS, ESQ.
                                U.S. Attorney's Office
 3                              1801 California Street
                                Suite 1600
 4                              Denver, Colorado  80202

 5                              LACEE MONK, ESQ.
                                EDUARDO PALOMO, ESQ.
 6                              U.S. Attorney's Office
                                99 Northeast Fourth Street
 7                              Room 502
                                Miami, Florida  33132
 8
                                JESSICA URBAN, ESQ.
 9                              Department of Justice

10    For the Defendant:        ROBERT OBERKOETTER, ESQ.
                                Attorney at Law
11                              426 Union Street
                                New Bedford, Massachusetts  02741

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**3**

```
 1            P R O C E E D I N G S
 2        (This begins the audio transcript of
 3    proceedings)
 4        THE CLERK:  All rise.  Court is in session.
 5        THE COURT:  Please be seated.
 6        All right.  This is 24-MJ-12, the United States
 7    of America versus Michael Karl Geilenfeld.
 8        Can I have entries of appearance on this matter?
 9        MS. RIEWERTS:  Alicia Riewerts on behalf of the
10    government.  Appearing virtually -- I'm sorry to interrupt,
11    Your Honor.
12        THE COURT:  No, no.  Go ahead.
13        MS. RIEWERTS:  Appearing virtually on behalf of
14    the government are U.S. Department of Justice trial
15    attorneys Eduardo Palomo and Jessica Urban of the child
16    exploitation and obscenity section, and also assistant
17    United States Attorney Lacee Monk of the Southern District
18    of Florida.  Trial attorney Jessica Urban will be making
19    the argument on behalf of the government.
20        THE COURT:  And good afternoon.
21        MS. URBAN:  Good afternoon.
22        THE COURT:  Mr. Oberkoetter, can you enter your
23    appearance, please?
24        THE CLERK:  Mr. Oberkoetter, I need for you to
25    take yourself off of mute, sir.
```

**4**

```
 1        MR. OBERKOETTER:  Can you hear me now?
 2        THE COURT:  Yep.
 3        THE CLERK:  Yes.
 4        THE COURT:  Can you enter your appearance,
 5    please?
 6        MR. OBERKOETTER:  My name is Robert -- my name
 7    is Robert Oberkoetter, and I represent Michael Geilenfeld,
 8    as I did yesterday afternoon.
 9        THE COURT:  And good afternoon.
10        We're set here today for a detention hearing.
11    We had the waiver of the identity hearing yesterday and are
12    set here today for detention hearing.
13        Let me ask, is the government seeking detention
14    in this matter?
15        MS. URBAN:  Yes, Your Honor.
16        THE COURT:  And the defense's position?
17        MR. OBERKOETTER:  We think, in accordance with
18    the motion that I filed yesterday, that the Defendant
19    should be released on personal recognizance.
20        THE COURT:  Okay.  Let me ask, does either side
21    intend to call witnesses here today or present evidence
22    outside of proffering?
23        MS. URBAN:  No, Your Honor.  The government
24    intends to proceed by proffer.
25        THE COURT:  Okay.
```

**5**

```
 1        MR. OBERKOETTER:  The same here, Judge.
 2        THE COURT:  Okay.  Then since this is a
 3    presumption case, why don't I hear from the Defendant
 4    first, and then I'll hear from the government.
 5        MR. OBERKOETTER:  Your Honor, you very kindly
 6    permitted a telephone conference yesterday to be placed by
 7    the U.S. Marshal's Office to my office, and despite the
 8    fact that the U.S. Marshall representative was present
 9    during our exchange, I nevertheless thought it would be
10    useful to proceed, and we had a very skirted and lengthy
11    discussion about the indictment.  In fact, I read the
12    motion that I filed to Mr. Geilenfeld.
13        And I learned something that's crucial to the
14    bond report, and that is Mr. Geilenfeld at his residence
15    has a full-time job taking care of his landlady and her
16    severely disabled child.  So that's -- that's the major
17    part of his day, other than going to church.  And I noted
18    that the bond report did not mention that daily activity,
19    and that's what he's been doing for more than several
20    years.
21        May I respectfully request, Judge, that if you
22    have read the motion that I filed?
23        THE COURT:  I have, yes.
24        MR. OBERKOETTER:  Okay.  Good.  Thank you for
25    that.
```

**6**

```
 1        You know, when I read through this indictment, I
 2    couldn't think of anything else other than a great American
 3    philosopher.  I don't mean to be jocular or humorous in any
 4    way when I mention Yogi Berra.  I read this thing, and I
 5    said this is deja vu all over again, and indeed it is.
 6        The current or instant indictment, as the motion
 7    states, is a very specifically targeted period of time,
 8    2/06 in 2010.  The very lawyers representing the obscenity
 9    -- exploitation and obscenity section of the Department of
10    Justice, that same unit we referred to as COS, instituted
11    grand jury proceedings in Raleigh, North Carolina, in 2012,
12    and the defendant in that case was no other than Michael
13    Geilenfeld, and the only activity was a subpoena to
14    Hartswood Haiti, his charitable company that services
15    Mr. Geilenfeld's three, then three, orphanages in Haiti for
16    many, many years, specifically including 2006 to 2010.
17        Mr. Geilenfeld's lawyers, his principal lawyer,
18    who is now a federal judge, complied with that, the
19    subpoena.  And all of the travel records of Michael
20    Geilenfeld, not only within the United States but also
21    between United States and Haiti, were produced.  And
22    several weeks later that particular grand jury entered a no
23    bill, and I don't see anything in the record here that
24    indicates that the government on this case has complied
25    with their own criminal procedure manual.  And I have
```

7

1   pointed that out in the -- in the motion.
2       And basically it says you can't do another
3   indictment, especially with the same defendant, without
4   first getting specific approval by a responsible United
5   States attorney.  I don't see that.
6       Now, if it exists, I think it would be useful
7   for Ms. Urban to produce that approval or explain why she
8   hasn't.  So be that as it may --
9       THE COURT:  Well, let me -- let me ask.  And I
10  am less familiar with this provision of the manual than the
11  petite policy, but I know the law is clear on the petite
12  policy that it's not enforceable.  I mean, if they violate
13  it, they violate it, but there's nothing that a defendant
14  can do to enforce that violation.
15      Is there anything different with this
16  regulation?
17      MR. OBERKOETTER:  I'm not so sure I follow Your
18  Honor's question.  Could you please repeat it?
19      THE COURT:  Sure.
20      So a very similar DOJ policy is the petite
21  policy, which says that, essentially, if you have a -- we
22  know it's not double jeopardy if you have a prosecution in
23  the state and then the federal government, in order to
24  pursue the same prosecution, needs to get certain approvals
25  -- I think it's from the attorney general -- in order to

8

1   pursue it.  So even though it's not double jeopardy because
2   you've got two separate sovereign citizens, a DOJ policy
3   is, if you've been prosecuted in the state, you will not
4   get prosecuted in the feds.  That's also nonenforceable.
5   So if they violate that left and right, they're violating
6   their own policy, but there's nothing a defendant can do
7   about it.
8       The policy that you've cited sounds very
9   similar, but is there any enforcement mechanism for your
10  client if, in fact, DOJ has violated that policy?
11      MR. OBERKOETTER:  I see.  Well, I'm at a
12  quandary because Michael Geilenfeld can't force anybody in
13  the federal government, you know, to enforce its own rules.
14  So the approval required stated in Section 911.120(a) is
15  required.  Now --
16      THE COURT:  But I guess --
17      MR. OBERKOETTER:  -- that makes a difference
18  because --
19      THE COURT:  But my point is, one thing I have
20  to consider is the strength of the case.  If -- and I'll
21  hear from the government on this.  But if your assertion is
22  they violated an internal policy, but if there's no
23  consequences to that, then how does that impact my decision
24  as to whether to detain or not to detain?
25      MR. OBERKOETTER:  Well, it's the willy-nilly

9

1   aspect of going after Michael Geilenfeld no matter what,
2   without regard to prior activity, by the same section of
3   the justice department that did all this before in the very
4   time period of the current indictment.  All of those
5   prevent act records of travel were, in fact, produced in
6   2012, resolving in a grand jury decision of no bill.
7       Now, it makes no difference because even if
8   they're -- to me it makes no difference, practical
9   difference, because even if they go out and talk to the
10  United States attorney and obtain some sort of an approval
11  or a waiver or whatever, doesn't matter.  What really
12  matters is the substance of what the grand jury did, and
13  the putative defendant in that grand jury proceeding in
14  2012 was none other than this Defendant.
15      And all of the travel records were already
16  produced, so they know exactly where he was going, what he
17  was doing, and so on and so forth because of those travel
18  records.  But at least the grand jury concluded that no
19  bill would issue, and I think that's an important milestone
20  in the history of this case.
21      The history starts in 2011 with a group of
22  zealots in Maine robo defaming Mr. Geilenfeld as a
23  pedophile, a child rapist, all of the epithets that you can
24  imagine, and it got so bad that it was interfering with
25  Mr. Geilenfeld's donation program, of getting donations

10

1   across the country because these particular people in Maine
2   would just robo these defamations, you know, before those
3   travel destinations were reached.
4       So Mr. Geilenfeld brought suit in federal court,
5   a very, very vigorous case sounding in defamation.  And
6   after all of the witnesses available to the government
7   testified, the jury returned a verdict in Michael
8   Geilenfeld's favor, thereby rejecting as unbelievable or
9   incredible all of the then witnesses, especially the actual
10  defendant there, Ms. Kendrick, of Freeport, Maine, and
11  entered a verdict.  The jury found $14.5 million in
12  Michael's favor.
13      And as the pleading says, as filed in this case,
14  we went up to the First Circuit Court of Appeals.  The
15  First Circuit sent it down to the trial court, and the
16  trial court found that Mr. Geilenfeld, being in Haiti for
17  so many years, doing his orphanage work, had constructively
18  lost his citizenship in Iowa.  And on that very -- despite
19  the fact that he was voting there and so forth.
20      On that narrow issue, the trial judge reduced
21  the verdict, the $14.5 million, to zero.  Michael turned
22  around -- turned right around and sued in state court, and
23  the matter was settled at $3.5 million.
24      Now, it's important to note that that particular
25  settlement called for the 3.5 million to be sent only to

11

1  Hearts with Haiti. And then there was another series of
2  activity in the Dominican Republic, where Mr. Geilenfeld
3  was working and establishing another mission in the
4  Dominican Republic, and Haiti issued a warrant for his
5  arrest. United States embassy intervened, refused to cause
6  the extradition to take place because the warrant had
7  already been long previously -- had since been withdrawn.
8         And I want the Court to note with special care
9  that Homeland Security was very, very helpful in ushering
10 Mr. Geilenfeld back to the United States for his safety
11 reasons, for safety, and released Mr. Geilenfeld in New
12 York City, with the understanding that Michael would keep
13 them informed as to his precise whereabouts. And the
14 Department of Justice has known, through Homeland Security,
15 the precise residence and whereabouts of Mr. Geilenfeld
16 ever since.
17        So I want to say that Mr. Geilenfeld has
18 appeared at every proceeding in both Haiti, Dominican
19 Republic, in the state of Georgia, in which he was ordered
20 to appear or requested to appear. So he is -- not only
21 does he have no record whatsoever, he's never been
22 convicted of anything anywhere.
23        And I respectfully request that this Court not
24 unravel Mr. Geilenfeld's innocence any more than it already
25 has. Not you, not this Court. But there is absolutely no

12

1  danger of his escaping. He has a passport. He would
2  happily deliver it to the Court.
3         And I'm really at a loss other than to, you
4  know, I did read the 18 -- was it 3142? And I noted that
5  the least -- I think that the Court could hear the least
6  onerous of the least possible, in my opinion, and I urge
7  the Court to consider favorably, at least personal
8  recognizance.
9         Finally, the thing I want to say is that, you
10 know, I noted in yesterday's hearing some allusion to the
11 fact that the United States government now wants to remove
12 Mr. Geilenfeld from Colorado and bring him down to Florida.
13 I don't think that that's in accordance with the
14 controlling law in this case, which is United States versus
15 Pendleton, which is cited at the very end of my motion.
16        THE COURT: Well, if he's --
17        MR. OBERKOETTER: Michael Geilenfeld has, you
18 know --
19        THE COURT: Let me interrupt you for a moment.
20        He's already waived his right to an identity
21 hearing, so he's going to need to face these charges in
22 Florida one way or another. Now, it may be that I order
23 him released and he makes his way to Florida to face them,
24 or it may be that I order him detained, and I order the
25 marshals to transport him, but he needs to face the charges

13

1  in Florida.
2         MR. OBERKOETTER: Well, that's not what the
3  Pendleton case provides, Your Honor, with due respect.
4  Trial should be had in the state of Mr. Geilenfeld's
5  arrest, and he was arrested in Colorado.
6         THE COURT: Well, that's something you're going
7  to need to file a motion in Florida and let that court
8  determine it. But given that he's waived his right to an
9  identity hearing, I'm going to order him either transported
10 to Florida or to report to Florida. And then, because the
11 indictment arises out of Florida, that court can determine
12 whether or not it has proper venue.
13        MR. OBERKOETTER: Well, we'll certainly file
14 that motion in Florida.
15        THE COURT: All right. Anything further on the
16 detention issue?
17        MR. OBERKOETTER: Not at this time, Your Honor.
18 No. Thank you very much.
19        THE COURT: Let me hear from the government.
20 And in particular, you are asking me to find that there's
21 absolutely no conditions or combination of conditions that
22 I can impose. And again, I don't know whether you're going
23 on flight risk or dangerousness, but either one, when the
24 government's been aware of this conduct for 14 years now,
25 and he's been walking around the streets with no

14

1  conditions, so how can it be that, from 2010 until, you
2  know, December 31st, 2023, there were -- he was fine with
3  no conditions, and now suddenly today he's reached a point
4  where I have to detain him because there's nothing I can
5  impose to assure his presence or the safety of the
6  community. I struggle with that.
7         MS. URBAN: Yes, Your Honor. We are moving for
8  detention on both grounds, and as my proffer today will
9  show, the Defendant, Michael Geilenfeld, far from the
10 defense's baseless and self-serving assertions, is a
11 dangerous, manipulative, and cunning child sexual predator
12 who has victimized a multitude of children over the course
13 of decades, and he is both a flight risk and a danger to
14 other persons, warranting pretrial detention.
15        As far as the defense's allegations about what
16 Homeland Security and the government was aware of, who they
17 had interviewed in the past, what evidence had been
18 available in the past, what may or may not have been
19 presented to a grand jury, that is entirely speculative on
20 the defense's part.
21        What we have currently is an indictment because
22 the government at this time has sufficient evidence to
23 establish not just probable cause that he engaged in the
24 unlawful activity, in violation of 2423(b), but that we can
25 prove beyond a reasonable doubt that he did so. And I'll

15

1  go into some more specifics about what the evidence is.
2          As Your Honor knows, of course, this is a
3  presumption case, given what he's charged with, a violation
4  of 18 USC 2423(b), and he was indicted by the grand jury
5  with the evidence that the government now has in its
6  possession, finding that there was at least that PC that he
7  committed this offense.
8          I'll proffer that, for nearly all of his adult
9  life, the Defendant has had extensive connections to
10 foreign countries.  He's held himself out as a missionary,
11 while using his position and his privilege to target the
12 most vulnerable children.  And the fact that he's now aware
13 that there is an indictment against him in a federal court,
14 in the United States, where he is facing a sentence of up
15 to 30 years in prison, does change the calculus from what
16 was occurring even last week, in terms of flight risk in
17 particular, and in terms of what evidence might have been
18 available in the past.
19         THE COURT:  Well, let me -- let me ask this.
20         Admittedly, it's different that we have an
21 indictment now, but in 2012 it sounds like he knew he was
22 under investigation, and we don't have any flight in the
23 decade plus in between.
24         MS. URBAN:  To that point, Your Honor, he was
25 actually in the Dominican Republic for numerous years.  He

16

1  was in Haiti and the Dominican Republic.  He wasn't located
2  in the United States for the majority of that time.  He was
3  traveling back and forth.  And I take great issue with the
4  defense's contention that he had never been subject to
5  criminal proceedings in Haiti where he did not show up or
6  appeared.
7          In fact, there was an arrest warrant, two
8  different arrest warrants, in Haiti, and despite the
9  defense's contention now that one was withdrawn and that
10 the government ensured safe passage and took him back to
11 the United States and that it was for his safety purposes
12 that the government seemed to have gotten involved, that is
13 not the evidence that the investigative and prosecution
14 team has.  To the contrary, we are aware of a Haitian
15 arrest warrant, Number 392 -- excuse me, Number 394, and we
16 do not have any indication that that Haitian arrest warrant
17 was withdrawn.
18         To the contrary, in 2015, when he was down on
19 that island, the warrant issued.  Mr. Geilenfeld then went
20 from Haiti to the Dominican Republic using a land border
21 rather than trying to fly out of an airport.  He went to
22 the Dominican Republic, and he was largely there, as the
23 defense has acknowledged, trying to create a new orphanage,
24 a new mission there.  And it is our position that he was
25 trying to flee that Haitian arrest warrant.

17

1          Notably, despite having had extensive ties and
2  having been in Haiti for decades, once that Haitian arrest
3  warrant was issued, he did not seek to return to Haiti,
4  which I think is greatly indicative of the fact that he
5  knew there was an arrest warrant pending against him there.
6          Additionally, there's some information that --
7  certainly discovery has not occurred yet in this case, so
8  the defense, again, is speculating as to what information
9  the government did have at various points in time.
10         And if I can continue with what the facts are in
11 this case to show how grave of a danger he is to the
12 community and why he is also a flight risk, I proffer that
13 it was between the mid-1980's and continuing until roughly
14 2014 that the Defendant was a U.S. citizen, was operating
15 multiple orphanages in Haiti, including the St. Joseph's
16 Home for Boys.  The majority of the residents were young
17 boys who endured extreme poverty and came from families who
18 had either abandoned them or could no longer care for them.
19         The current investigation by Homeland Security
20 and the Federal Bureau of Investigation has revealed that
21 between at least November 2006 and December 2010, that is
22 the time period in the indictment, the Defendant had
23 traveled to Haiti for that illicit purpose, to engage in
24 illicit sexual conduct, and that he traveled from Miami to
25 Port-au-Prince by plane approximately 14 times.

18

1          During that time period, Geilenfeld engaged in
2  illicit sexual conduct with numerous minor boys who resided
3  at St. Joseph's Home for Boys.  For example, the current
4  investigative and prosecution team has spoken with Victims
5  1, 2, 3 and 4, collectively the victims, and I'm
6  purposefully referring to them only generically today, both
7  to protect their privacy, consistent with 18 USC Section 35
8  09(d) and 3771, and also because of concerns with victim
9  intimidation that I'll get into.
10         But those boys collectively resided at the St.
11 Joseph's Home for Boys between 2006 and 2010.  The victims
12 were between approximately 9 and 13 years of age, and they
13 have reported to law enforcement in this case that
14 Geilenfeld sexually assaulted them in numerous ways,
15 including anal penetration, attempted anal penetration, and
16 forcible penetration of their mouths with his penis.
17         They also disclosed that Geilenfeld had warned
18 them not to tell other people what he had done, that he
19 offered money and other benefits if the children would
20 engage in sexual activity with them, and that he threatened
21 them if they did not do as Geilenfeld instructed.
22         And to your point, Your Honor, of whether
23 something had changed from 2012 until now, in terms of the
24 Defendant's danger to the community, the government did
25 need to ensure that had sufficient evidence to prove both

19

1   probable cause before a jury, but also that we'd be
2   prepared for a trial where the burden is, of course, much
3   higher on the government.  And we believe that we now --
4            THE COURT:  Wait, wait.
5            MS. URBAN:  -- have that evidence.
6            THE COURT:  Wait a minute.  I'm going to
7   interrupt you there.
8            That was 12 years ago.  In 12 years' time, I've
9   been on the bench 7 years and tried 5-years' worth of cases
10  at the federal public defenders.  We're not talking about I
11  needed 6 months to prepare this case or 9 months.  That's
12  12 years ago, and the last alleged conduct is 2010.  That's
13  14 years.
14           So I don't find that persuasive, that it took 14
15  years to pull together a case.  I mean, the statute of
16  limitations for nearly every single crime -- this one may
17  be an exception, but for almost every single crime is five
18  years.
19           It's the federal government.  You're telling me
20  the federal government couldn't pull together the resources
21  to investigate a crime in less than 12 years for a guy who
22  is as dangerous as you're describing here?  It's just not
23  credible to me.
24           MS. URBAN:  Your Honor, there have been several
25  difficulties.  One I will note is that there have been

20

1   delayed disclosures from multiple victims, and the
2   individuals that the defense has referenced as having been
3   involved in prior proceedings and prior investigations are
4   not the same as the individuals who subsequently came to
5   light and whom the government was able to finally gain the
6   trust of and speak with and have an interview where we
7   could hear firsthand what their account was, as opposed to
8   relying on speculation and reports from their parties about
9   what may have happened.
10           In particular, it has been very difficult to
11  make connection with individuals in Haiti.  The victims are
12  in Haiti and other foreign -- in at least one other foreign
13  country.  And so in order to travel there, especially given
14  the conditions in Haiti, political situation, the
15  dangerousness issues, in terms of being able to allow U.S.
16  government personnel to enter Haiti and to get those
17  authorizations, there were extensive difficulties in being
18  able to actually speak with individuals who could firsthand
19  disclose that, yes, in fact, there had been sexual abuse at
20  the hands of Geilenfeld.
21           And so in 2012, I proffer, the government did
22  not have access to the individuals who are the subjects of
23  -- who are the primary focus of this current charge.
24           Of course, with the pandemic as well, there were
25  significant issues again, in terms of being authorized to

21

1   travel.  There have been issues in terms of communicating
2   with individuals given the communication infrastructure or
3   lack thereof in Haiti.  And so there really has been an
4   entirely challenging and really unprecedented set of
5   circumstances.
6            I certainly agree that the federal government
7   has a lot of resources.  I have been wanting this case to
8   come before the court for a very long time as well, and the
9   fact is that it just took a long time, for very extenuating
10  reasons, in order to be able to collect that evidence and
11  ensure that we would be able to prove beyond a reasonable
12  doubt at trial that the Defendant committed these
13  violations of federal law.
14           THE COURT:  Let me ask you this.  The pretrial
15  services here is recommending release with home detention
16  and GPS monitoring.  All of the allegations that you're
17  making are -- that the government makes are from nearly 15
18  years ago now, from a time where he was traveling to and
19  from Haiti.  With GPS monitoring and home detention, we
20  have a 72-year-old Defendant on what seems to be somewhat
21  limited means.
22           What are you worried he's going to do?  What is
23  your particular fear?
24           MS. URBAN:  There is a fear that he would still
25  be a threat to other children, given the fact that we have

22

1   had disclosures from approximately 20 distinct individuals
2   saying that, over the course of decades, he had sexually
3   abused them.  I can go into more detail about that.
4            THE COURT:  Let me -- let me interrupt you.
5            Are any of those from since 2010, when he was
6   first investigated, and any of those within the United
7   States?  Not that there's -- whether the sexual abuse
8   occurred outside of the United States or within the United
9   States doesn't diminish at all the seriousness of it, but
10  when I have to consider whether or not there are conditions
11  that can be imposed to assure the safety of the community,
12  if he's in lockdown in his house and all of the allegations
13  are that the only time he's done anything is when he's in a
14  different country with different supervision than we have
15  here and certainly that he would be under here, that's
16  something I have to consider.
17           In other words, if there's an allegation that
18  he's had young boys over at his house before and there's
19  been abuse that's occurred there, that's a very different
20  scenario than everything occurred in Haiti where, if his
21  passport is removed, he's not going to access there.  So
22  that's my question for you.
23           MS. URBAN:  Yes, Your Honor.  We have heard
24  directly from victims who have reported that they were
25  sexually abused by the Defendant in the United States.

23

1    Admittedly, it was historical, it was not since the 2012
2    time period, but we have firsthand heard of sexual abuse
3    that occurred by the Defendant in the United States.
4         THE COURT:  How many --
5         MS. URBAN:  Although the majority --
6         THE COURT:  How many, and where did those
7    occur?
8         And by "where," I don't necessarily need to know
9    the state, but in his home or in -- what were the
10   circumstances surrounding this?
11        MS. URBAN:  And I am pausing Your Honor because
12   I am concerned about disclosing information that would make
13   identifiable who the victims are, and, again, because there
14   are threats -- concerns with threats that I'll get into.
15        But it was -- there was at least an allegation
16   by one individual -- I'm going to pull up a document to
17   confirm -- that in a hotel room in the United States that
18   there had been sexual abuse.
19        THE COURT:  Do we have anything that in his
20   home anything occurred?  Because, again, what I would be
21   looking at is home detention or home incarceration.
22        MS. URBAN:  I would respectfully request an
23   opportunity to double-check that fact, Your Honor.
24   Certainly, within Haiti, the orphanage that he operated was
25   a residential facility, and there were other adults who

24

1    were in the home, and this abuse occurred under the nose of
2    those adults there.
3         I realize Your Honor was asking about the United
4    States, but certainly at this residential facility, their
5    home in Haiti, that's where the abuse occurred.  And again,
6    we also do have those reports of abuse in the United States
7    from at least one individual.
8         And Your Honor, I do have additional facts I
9    would like to --
10        THE COURT:  Go ahead.
11        MS. URBAN:  -- proffer.  So multiple victims
12   and potential witnesses have reported being threatened and
13   retaliated against after being abused by Geilenfeld or
14   being suspected by Geilenfeld of not being loyal to him.
15   And they've also reported receiving payments from
16   Geilenfeld in order to maintain their silence over the
17   years.
18        For example, in at least one instance that has
19   been reported to law enforcement, a person, who was working
20   with Geilenfeld -- I'll refer to him here as Subject 1 --
21   offered a victim money in exchange for the victim's silence
22   or denial of abuse.
23        Geilenfeld himself also admitted under oath in
24   2022 that another close associate of his -- I'll refer to
25   him as Subject 2.  And it's someone that Geilenfeld

25

1    classified as his friend -- stabbed one of the child
2    residents, and after that stabbing Geilenfeld continued to
3    defend Subject 2 and to keep him around the children at
4    that residence.
5         The investigation also revealed that Geilenfeld
6    knowingly surrounded himself with other individuals who are
7    known as suspected danger to children.  He admitted under
8    oath in 2022 that he had allowed a reported pedophile to
9    stay at the orphanage where those children and Geilenfeld
10   lived together despite having been alerted to the fact of
11   who that individual was.
12        THE COURT:  Let me ask -- I'm going to
13   interrupt briefly.
14        You've mentioned that twice that he testified
15   under oath in 2022.  What proceedings was that involved in?
16        MS. URBAN:  That was a civil proceeding in
17   Georgia where the Defendant was, once again, claiming that
18   he was being defamed by the reports of sexual abuse that
19   individuals had made.
20        THE COURT:  Okay.  Thank you.
21        MS. URBAN:  In approximately 2014, Haitian
22   social services shut down the St Joseph's Home for Boys as
23   a result of child welfare concerns.  He was subsequently
24   arrested and incarcerated in Haiti in connection with the
25   abuse allegations in that country.

26

1         Haitian authorities released him from
2    confinement in mid-2015, and although the defense has
3    attempted to portray this as some kind of favorable on the
4    merits finding down there, U.S. law enforcement's
5    investigation has uncovered evidence of corruption,
6    including statements that Geilenfeld himself and Subject 1
7    have made, about Geilenfeld being able to, quote/unquote,
8    "bribe" people in Haiti.
9         Subject 1 also stated that, quote/unquote,
10   "money talks," quote/unquote, when discussing how it was
11   that Geilenfeld might be able to get out of the Haitian
12   jail where he had been detained.
13        But in any event, the victims at issue in that
14   proceeding the defense counsel has referenced are not the
15   same as the victims of this 2006 to 2010 time period
16   alleged in the indictment.
17        In October of 2015, Haiti issued a new arrest
18   warrant for Geilenfeld, the one that I referenced earlier,
19   Number 394, based on new complaints that he had sexually
20   abused other children than those who had been subject to
21   the prior investigations.
22        Geilenfeld left Haiti and traveled to the
23   Dominican Republic before Haitian authorities could
24   apprehend him.  In the Dominican Republic, Geilenfeld
25   established a new mission that is a new house to help with

27

1 the education of children of single mothers, and by his own
2 admission, his own word was that he lived in the Dominican
3 Republic until the spring of 2019, when Dominican
4 authorities sent him back to the United States.
5           The investigation has uncovered no evidence that
6 that second Haitian arrest warrant was ever lifted, and his
7 contention that he hasn't returned to Haiti since 2015
8 again further supports the conclusion that that Haitian
9 arrest warrant remains in effect and that he knew it did
10 and that he was fleeing from justice there, and that's the
11 reason why he didn't return and instead tried to build a
12 life in the Dominican Republic.
13           In May of 2019, U.S. Customs and Border Patrol
14 stopped Geilenfeld after he tried to fly back to the
15 Dominican Republic. During this stop, the officer found
16 Geilenfeld had approximately 11 hard copies of a three-page
17 photo array of victims and witnesses who were involved in
18 the sexual abuse allegations, and the government believes
19 that that photo array, the 11 hard copies that he had with
20 him when he was returning from the country, were to be used
21 to intimidate and/or bribe the relevant individuals.
22           THE COURT: That was --
23           MS. URBAN: Also during this stop --
24           THE COURT: That was on his way to the
25 Dominican Republic, you said?

28

1           MS. URBAN: He had tried to go back to the
2 Dominican Republic. He was sent back to the United States.
3           THE COURT: Okay. And he was --
4           MS. URBAN: And upon reentering.
5           THE COURT: From the United States -- from the
6 United States to the Dominican Republic, he was stopped?
7           MS. URBAN: When he was -- there was a border
8 stop in both directions. He made these particular
9 statements, and the documents were found on his return back
10 to the U.S.
11           THE COURT: Okay.
12           MS. URBAN: And that return was because Haitian
13 -- excuse me -- Dominican authorities were not letting him
14 into the country.
15           Also, during this stop in 2019, Geilenfeld told
16 the customs and border patrol officer that he was being
17 expelled from the Dominican Republic and that his home was
18 in Iowa, and both of those locations I know are different
19 than what he told probation earlier this week, that he was
20 living in Colorado in 2019. He's told different accounts
21 about where he was actually living during different periods
22 of time.
23           In the September 2022 deposition I referenced
24 earlier, Geilenfeld stated under oath that his intent was
25 to return to the Dominican Republic. He said, quote, "All

29

1 of my efforts is every day to get back to the Dominican
2 Republic because that is my wealth, that is my life, that
3 is my everything," unquote.
4           Geilenfeld also speaks Creole fluently. In
5 addition to his extensive ties to Haiti and the Dominican
6 Republic, he traveled extensively to other countries before
7 he founded the orphanages in Haiti, and he also traveled
8 repeatedly to Haiti before and after the time period
9 alleged in the indictment.
10           He does not have any known present ties to the
11 Southern District of Florida. The venue is properly
12 predicated there because he traveled from that district and
13 thus the offense occurred, at least in part, within the
14 Southern District of Florida.
15           However, he has no known current ties there, and
16 as his filing yesterday indicated and as defense counsel's
17 assertions today also suggested, he would not be able to
18 appear for trial there for at least financial reasons, if
19 that's where the proceedings are going to be held. And
20 furthermore, if he were released, he would need to travel
21 across the country, exposing himself to children sitting
22 beside him on a plane, on a bus, staying in hotels or
23 motels along the way, if he's not traveling by plane.
24 Essentially, there would not be adequate supervision of him
25 needing to get from Colorado down to the Southern District

30

1 of Florida, needing to stay over in Florida, and especially
2 when there have been allegations in the past that he abused
3 a child in a hotel room, in addition to in the residence
4 they shared with the Defendant.
5           I would also note that the Defendant, contrary
6 to the presentation by defense counsel, does appear to have
7 extensive financial resources. Over the course of decades,
8 he fundraised throughout the United States in order to keep
9 open those orphanages, and he received financial assistance
10 from church and other communities and other individuals in
11 the United States.
12           In particular, from 2020 to 2022, Geilenfeld
13 transferred tens of thousands of dollars to individuals in
14 the Dominican Republic and in Haiti, including numerous
15 payments to Subject 2. That is the individual who had
16 stabbed the child resident. And his current landlord, the,
17 quote/unquote, "verifier" for probation was involved in
18 some of these payments. And so we do not believe that she
19 or others in Colorado would be some kind of appropriate
20 check on the Defendant.
21           To the contrary, the evidence that we have
22 suggests that Geilenfeld has surrounded himself with
23 individuals who helped facilitate and have facilitated the
24 continued operations of orphanages where he could have
25 access to children and abuse them and that they have helped

---

31

1  facilitate the transfer of money to ensure silence.
2       I also note that his financial resources were
3  not disclosed to probation, and they're inconsistent with
4  the suggestion to probation that he is impoverished.
5       As per Geilenfeld's life in Colorado, he stated
6  under oath in 2022 that he lives a very hidden existence.
7  It's a quote. "I live a very hidden existence." This past
8  week he reported his jobs as being a self-employed dog
9  walker and a lawn mower, positions for which no one
10 supervises him and through which he can easily come into
11 contact with children.
12      They are also positions requiring physical
13 fitness. There's no indication he has any health problems,
14 despite being 71 years old, and perhaps most troubling new
15 today was defense counsel's assertion that the Defendant
16 says he's residing in a home with a child, who he takes
17 care of.
18      Again, I don't have further information about
19 who that child may be, about the age of the child. Again,
20 this was new information. It was not something that I
21 understood to have been disclosed to probation before.
22      Furthermore, to the extent that the defense and
23 Mr. Geilenfeld may have been cooperative during his arrest
24 and questioning on Friday, that's not the case. I would
25 point out that Geilenfeld did not initially know he had

---

32

1  been indicted on a sexual abuse charge, and once he learned
2  what it was that he was charged with, his demeanor changed
3  entirely from seemingly cooperative and amiable to angry.
4  He was yelling, and the arresting agent has described
5  Geilenfeld as having engaged in passive resistance, passive
6  physical resistance, to going with law enforcement once he
7  was being handcuffed.
8       He's repeatedly attempted to portray his
9  accusers as incredible, pointing in particular to their
10 poverty and vulnerability in Haiti as supported motivators
11 for their abuse. But the fact is he purposefully sought
12 out these children who had these characteristics and that
13 approximately 20 different individuals have reported being
14 sexually abused by him over the years.
15      I would also note that there were some further
16 discrepancies between what the Defendant reported to
17 probation and what the, quote/unquote, "verifier" had
18 stated, which, again, reflects a lack of candor, if not a
19 deliberate attempt to mislead.
20      As I pointed out earlier, he claimed to
21 probation he'd been living in Colorado for the past six
22 years, but his prior statements and travel records show
23 that he was in the Dominican Republic and Iowa through late
24 2019.
25      He stated to probation that the church covers

---

33

1  rent, but his verifier then said that he doesn't pay rent
2  at all. He reported that the residence doesn't have
3  animals, but the verifier, the landlord, stated that there
4  was an animal in the residence.
5       And so we believe that there are grave concerns,
6  both that he is a flight risk, especially now that he knows
7  he's under indictment, given his prior flight from Haiti
8  through the Dominican Republic, and that he poses a
9  continuing danger, in terms of both himself and associates,
10 in order to be trying to facilitate payments through
11 intermediaries to individuals in Haiti, in the Dominican
12 Republic, and anyone else, essentially, who might be trying
13 to disclose the criminal conduct that he engaged in.
14      I just want to note that this proffer is not the
15 full universe of incriminating facts. As I noted earlier,
16 I purposefully try to limit details of the abuse and the
17 threats until a protective order could be put in place in
18 the Southern District of Florida, given the concerns that
19 we have with victim and witness safety and privacy, given
20 that prior stabbing of a child, given the threats, the
21 payments that have been made.
22      So I was trying not to indicate who it was
23 specifically that have made the various disclosures on
24 which the government will be relying at trial. Of course,
25 the government will be -- in the course of discovery.

---

34

1       THE COURT: Here's what I'm going to do. I'm
2  going to take about a five- to seven-minute recess, and
3  then I will come back out and issue my opinion.
4       THE CLERK: All rise.
5       MS. URBAN: Thank you, Your Honor.
6       (A recess was taken from 3:47 p.m. until
7  4:00 p.m.)
8       THE CLERK: All rise.
9       THE COURT: Please be seated.
10      May I ask pretrial, have you done a home
11 inspection of the residence?
12      MR. LINDE: No.
13      THE COURT: How much time would you need to do
14 that?
15      MR. LINDE: Three days.
16      THE COURT: So that's looking at bringing it
17 back on Thursday, the 1st.
18      Here's what I'm going to do. There's a lot
19 about this case that is bothersome. Obviously, if these
20 allegations are true, they're horrendous, but it's a unique
21 case. It's a case that the alleged conduct is alleged to
22 have occurred a decade and a half ago now almost. And it
23 went before a grand jury in 2012, when a grand jury no
24 billed, which almost never happens, that a grand jury no
25 bills.

---

35

1    MS. URBAN: Excuse me, Your Honor.
2    THE COURT: Yep.
3    MS. URBAN: I'm so sorry to interrupt.
4    I was hesitant to disclose, in light of 6(a)
5    concerns, but that is incorrect. What the defense counsel
6    had stated was incorrect, and I do not think that that was
7    necessary for the Court's determination. But this case was
8    not presented for indictment to the grand jury back then.
9    THE COURT: Okay. That's helpful.
10    In any event, the government's been aware of
11    this conduct for 12 years, and it's just now being brought.
12    And I recognize that the facts are unique and that it's out
13    of Haiti. That makes the investigation more difficult, but
14    if the Defendant was a significant danger to the community,
15    he almost certainly was a greater danger to the community
16    at the age of 58, when this was first brought to the
17    government's attention, than he is at the age of 72.
18    But there's funky stuff all around here, and it
19    is the -- you've got the money transfers that are
20    concerning. You've got the inconsistent statements.
21    You've got somewhat limited ties to Colorado, and now we
22    learn today that there's potentially a minor at this house.
23    MR. OBERKOETTER: Excuse me. That person is 33
24    years old.
25    THE COURT: Okay. All right. I want to take

36

1    it under advisement, and I want to know more about the
2    living situation and what that would look like. If I
3    release, it is going to be on an ankle monitor, GPS, and
4    home detention, but I wanted to learn a little bit more
5    about what the house situation looks like before I
6    ultimately reach a decision on that.
7    And so I'm going to bring it back here on
8    Thursday at one o'clock. My schedule next week is
9    terrible, and that's really the only time that I could fit
10    it in that would fit with where the marshals typically move
11    defendants.
12    I'll permit both sides to prepare -- or to
13    appear telephonically, but that's -- again, my schedule is
14    just brutal next week, and that's really the only time, and
15    I don't want to set it for longer than that three-day
16    period. So I'll bring it back here Thursday at one
17    o'clock. I'll issue my final determination once I have
18    learned more about what the home situation is.
19    I will tell the parties that, if I do order
20    release, I want the government to be prepared on that
21    Thursday as to whether or not you'll seek a stay of that
22    release order. I will be inclined to grant that stay, but
23    what I don't want -- I want you to let me know that day
24    whether or not you intend to seek a stay and an appeal of
25    that release order. Again, I'm happy to stay it, but I

37

1    want that to take place that Thursday, as opposed to give
2    it another week for that to be about. Okay.
3    MS. URBAN: Understood, Your Honor. May I ask
4    one follow up question?
5    THE COURT: Sure.
6    MS. URBAN: Would Your Honor be amenable to the
7    government submitting additional information by way of
8    filing before then?
9    THE COURT: If either side wants me to consider
10    anything in addition, since I'm not issuing a ruling today,
11    I will consider anything further. Just make sure you
12    submit it by noon on Wednesday, and that way I'll have
13    sufficient opportunity to review it in advance of that
14    hearing at one o'clock.
15    MR. OBERKOETTER: And may I have a copy of that
16    upon its filing?
17    THE COURT: Either side. Either side wishes to
18    file anything in addition.
19    MR. OBERKOETTER: Okay.
20    THE COURT: Once again, that will be before me.
21    I'm not on duty next week, but I want to stay with this,
22    and so that will be before me at one o'clock on Thursday --
23    or excuse me. Yeah, one o'clock on Thursday, with any
24    additional submissions by noon on Wednesday.
25    All right. We'll be in recess. Thank you.

38

1    THE CLERK: All rise.
2    MS. RIEWERTS: Thank you.
3    MS. URBAN: Thank you, Judge.
4    (This concludes the requested audio transcript
5    of proceedings.)

39

1          REPORTER'S CERTIFICATE

2          I, Elissa Steen, Registered Professional Reporter,

3    do hereby certify that I have listened to and transcribed

4    requested audio file.  I certify that this transcript is a

5    true and correct transcription to the best of my knowledge

6    and ability.

7

8    Dated February 12, 2024

9

10

11          _____

           Registered Professional Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**abandoned** 17:18
**ability** 39:6
**able** 20:5,15,18 21:10,11 26:7 26:11 29:17
**absolutely** 11:25 13:21
**abuse** 20:19 22:7,19 23:2 23:18 24:1,5,6 24:22 25:18,25 27:18 30:25 32:1,11 33:16
**abused** 22:3,25 24:13 26:20 30:2 32:14
**access** 20:22 22:21 30:25
**account** 20:7
**accounts** 28:20
**accusers** 32:9
**acknowledged** 16:23
**act** 9:5
**activity** 5:18 6:13 9:2 11:2 14:24 18:20
**actual** 10:9
**addition** 29:5 30:3 37:10,18
**additional** 24:8 37:7,24
**Additionally** 17:6
**adequate** 29:24
**admission** 27:2
**admitted** 24:23 25:7
**Admittedly** 15:20 23:1
**adult** 15:8
**adults** 23:25 24:2
**advance** 37:13
**advisement** 36:1

**afternoon** 3:20 3:21 4:8,9
**age** 18:12 31:19 35:16,17
**agent** 32:4
**ago** 19:8,12 21:18 34:22
**agree** 21:6
**ahead** 3:12 24:10
**airport** 16:21
**ALCIA** 2:2
**alerted** 25:10
**Alicia** 3:9
**allegation** 22:17 23:15
**allegations** 14:15 21:16 22:12 25:25 27:18 30:2 34:20
**alleged** 19:12 26:16 29:9 34:21,21
**allow** 20:15
**allowed** 25:8
**allusion** 12:10
**amenable** 37:6
**America** 1:6 3:7
**American** 6:2
**amiable** 32:3
**anal** 18:15,15
**and/or** 27:21
**angry** 32:3
**animal** 33:4
**animals** 33:3
**ankle** 36:3
**anybody** 8:12
**appeal** 36:24
**Appeals** 10:14
**appear** 11:20,20 29:18 30:6 36:13
**appearance** 3:8 3:23 4:4
**appeared** 11:18 16:6

**Appearing** 3:10 3:13
**apprehend** 26:24
**appropriate** 30:19
**approval** 7:4,7 8:14 9:10
**approvals** 7:24
**approximately** 17:25 18:12 22:1 25:21 27:16 32:13
**argument** 3:19
**arises** 13:11
**array** 17:17,19
**arrest** 11:5 13:5 16:7,8,15,16 16:25 17:2,5 26:17 27:6,9 31:23
**arrested** 13:5 25:24
**arresting** 32:4
**asking** 13:20 24:3
**aspect** 9:1
**assaulted** 18:14
**assertion** 8:21 31:15
**assertions** 14:10 29:17
**assistance** 30:9
**assistant** 3:16
**associate** 24:24
**associates** 33:9
**assure** 14:5 22:11
**attempt** 32:19
**attempted** 18:15 26:3 32:8
**attention** 35:17
**attorney** 2:10 3:17,18 7:5,25 9:10
**Attorney's** 2:2,6
**attorneys** 3:15

**audio** 1:4 3:2 38:4 39:4
**authorities** 26:1 26:23 27:4 28:13
**authorizations** 20:17
**authorized** 20:25
**available** 10:6 14:18 15:18
**aware** 13:24 14:16 15:12 16:14 35:10

**B**

**back** 11:10 16:3 16:10 27:4,14 28:1,2,9 29:1 34:3,17 35:8 36:7,16
**bad** 9:24
**based** 26:19
**baseless** 14:10
**basically** 7:2
**Bedford** 2:11
**begins** 3:2
**behalf** 3:9,13,19
**believe** 19:3 30:18 33:5
**believes** 27:18
**bench** 19:9
**benefits** 18:19
**Berra** 6:4
**best** 39:5
**beyond** 14:25 21:11
**bill** 6:23 9:6,19
**billed** 34:24
**bills** 34:25
**bit** 36:4
**bond** 5:14,18
**border** 16:20 27:13 28:7,16
**bothersome** 34:19
**boys** 17:16,17

18:2,3,10,11 22:18 25:22
**bribe** 26:8 27:21
**briefly** 25:13
**bring** 12:12 36:7 36:16
**bringing** 34:16
**brought** 10:4 35:11,16
**brutal** 36:14
**build** 27:11
**burden** 19:2
**Bureau** 17:20
**bus** 29:22

**C**

**C** 2:1 3:1
**calculus** 15:15
**California** 2:3
**call** 4:21
**called** 10:25
**candor** 32:18
**care** 5:15 11:8 17:18 31:17
**Carolina** 6:11
**case** 1:2 5:3 6:12 6:24 8:20 9:20 10:5,13 12:14 13:3 15:3 17:7 17:11 18:13 19:11,15 21:7 31:24 34:19,21 34:21 35:7
**cases** 19:9
**cause** 11:5 14:23 19:1
**certain** 7:24
**certainly** 13:13 17:7 21:6 22:15 23:24 24:4 35:15
**CERTIFICA...** 39:1
**certify** 39:3,4
**challenging** 21:4
**change** 15:15
**changed** 18:23

32:2
**characteristics** 32:12
**charge** 20:23 32:1
**charged** 15:3 32:2
**charges** 12:21 12:25
**charitable** 6:14
**check** 30:20
**child** 3:15 5:16 9:23 14:11 25:1,23 30:3 30:16 31:16,19 31:19 33:20
**children** 14:12 15:12 18:19 21:25 25:3,7,9 26:20 27:1 29:21 30:25 31:11 32:12
**church** 5:17 30:10 32:25
**Circuit** 10:14,15
**circumstances** 21:5 23:10
**cited** 8:8 12:15
**citizen** 17:14
**citizens** 8:2
**citizenship** 10:18
**City** 11:12
**civil** 25:16
**claimed** 32:20
**claiming** 25:17
**classified** 25:1
**clear** 7:11
**CLERK** 3:4,24 4:3 34:4,8 38:1
**client** 8:10
**close** 24:24
**collect** 21:10
**collectively** 18:5 18:10
**Colorado** 1:1,13 2:4 12:12 13:5

**28:20** 29:25 30:19 31:5 32:21 35:21
**combination** 13:21
**come** 21:8 31:10 34:3
**commencing** 1:14
**committed** 15:7 21:12
**communicating** 21:1
**communication** 21:2
**communities** 30:10
**community** 14:6 17:12 18:24 22:11 35:14,15
**company** 6:14
**complaints** 26:19
**complied** 6:18 6:24
**concerned** 23:12
**concerning** 35:20
**concerns** 18:8 23:14 25:23 33:5,18 35:5
**concluded** 9:18
**concludes** 38:4
**conclusion** 27:8
**conditions** 13:21 13:21 14:1,3 20:14 22:10
**conduct** 13:24 17:24 18:2 19:12 33:13 34:21 35:11
**conference** 5:6
**confinement** 26:2
**confirm** 23:17
**connection** 20:11 25:24

**connections** 15:9
**consequences** 8:23
**consider** 8:20 12:7 22:10,16 37:9,11
**consistent** 18:7
**constructively** 10:17
**contact** 31:11
**contention** 16:4 16:9 27:7
**continue** 17:10
**continued** 25:2 30:24
**continuing** 17:13 33:9
**contrary** 16:14 16:18 30:5,21
**controlling** 12:14
**convicted** 11:22
**cooperative** 31:23 32:3
**copies** 27:16,19
**copy** 37:15
**correct** 39:5
**corruption** 26:5
**COS** 6:10
**counsel** 26:14 30:6 35:5
**counsel's** 29:16 31:15
**countries** 15:10 29:6
**country** 10:1 20:13 22:14 25:25 27:20 28:14 29:21
**course** 14:12 15:2 19:2 20:24 22:2 30:7 33:24,25
**court** 1:1,13 3:4 3:5,12,20,22 4:2,4,9,16,20

**4:25** 5:2,23 7:9 7:19 8:16,19 10:4,14,15,16 10:22 11:8,23 11:25 12:2,5,7 12:16,19 13:6 13:7,11,15,19 15:13,19 19:4 19:6 21:8,14 22:4 23:4,6,19 24:10 25:12,20 27:22,24 28:3 28:5,11 34:1,9 34:13,16 35:2 35:9,25 37:5,9 37:17,20
**Court's** 35:7
**covers** 32:25
**create** 16:23
**credible** 19:23
**Creole** 29:4
**crime** 19:16,17 19:21
**criminal** 6:25 16:5 33:13
**crucial** 5:13
**cunning** 14:11
**current** 6:6 9:4 17:19 18:3 20:23 29:15 30:16
**currently** 14:21
**customs** 27:13 28:16

———————
**D**
**D** 3:1
**daily** 5:18
**danger** 12:1 14:13 17:11 18:24 25:7 33:9 35:14,15
**dangerous** 14:11 19:22
**dangerousness** 13:23 20:15
**Dated** 39:8

**day** 5:17 29:1 36:23
**days** 34:15
**decade** 15:23 34:22
**decades** 14:13 17:2 22:2 30:7
**December** 14:2 17:21
**decision** 8:23 9:6 36:6
**defamation** 10:5
**defamations** 10:2
**defamed** 25:18
**defaming** 9:22
**defend** 25:3
**defendant** 1:10 2:10 4:18 5:3 6:12 7:3,13 8:6 9:13,14 10:10 14:9 15:9 17:14,22 21:12 21:20 22:25 23:3 25:17 30:4,5,20 31:15 32:16 35:14
**Defendant's** 18:24
**defendants** 36:11
**defenders** 19:10
**defense** 16:23 17:8 20:2 26:2 26:14 29:16 30:6 31:15,22 35:5
**defense's** 4:16 14:10,15,20 16:4,9
**deja** 6:5
**delayed** 20:1
**deliberate** 32:19
**deliver** 12:2
**demeanor** 32:2
**denial** 24:22

**Denver** 1:13 2:4
**department** 2:9
  3:14 6:9 9:3
  11:14
**deposition** 28:23
**described** 32:4
**describing** 19:22
**despite** 5:7
  10:18 16:8
  17:1 25:10
  31:14
**destinations**
  10:3
**detail** 22:3
**details** 33:16
**detain** 8:24,24
  14:4
**detained** 12:24
  26:12
**detention** 4:10
  4:12,13 13:16
  14:8,14 21:15
  21:19 23:21
  36:4
**determination**
  35:7 36:17
**determine** 13:8
  13:11
**difference** 8:17
  9:7,8,9
**different** 7:15
  15:20 16:8
  22:14,14,19
  28:18,20,21
  32:13
**difficult** 20:10
  35:13
**difficulties**
  19:25 20:17
**diminish** 22:9
**directions** 28:8
**directly** 22:24
**disabled** 5:16
**disclose** 20:19
  33:13 35:4
**disclosed** 18:17
  31:3,21

**disclosing** 23:12
**disclosures** 20:1
  22:1 33:23
**discovery** 17:7
  33:25
**discrepancies**
  32:16
**discussing** 26:10
**discussion** 5:11
**distinct** 22:1
**district** 1:1,1,13
  3:17 29:11,12
  29:14,25 33:18
**document** 23:16
**documents** 28:9
**dog** 31:8
**doing** 5:19 9:17
  10:17
**DOJ** 7:20 8:2,10
**dollars** 30:13
**Dominican** 11:2
  11:4,18 15:25
  16:1,20,22
  26:23,24 27:2
  27:3,12,15,25
  28:2,6,13,17
  28:25 29:1,5
  30:14 32:23
  33:8,11
**donation** 9:25
**donations** 9:25
**double** 7:22 8:1
**double-check**
  23:23
**doubt** 14:25
  21:12
**due** 13:3
**duty** 37:21

————————
E
————————
**E** 2:1,1 3:1,1
**earlier** 26:18
  28:19,24 32:20
  33:15
**easily** 31:10
**Eduardo** 2:5
  3:15

**education** 27:1
**effect** 27:9
**efforts** 29:1
**either** 4:20 13:9
  13:23 17:18
  37:9,17,17
**Elissa** 39:2
**embassy** 11:5
**endured** 17:17
**enforce** 7:14
  8:13
**enforceable** 7:12
**enforcement** 8:9
  18:13 24:19
  32:6
**enforcement's**
  26:4
**engage** 17:23
  18:20
**engaged** 14:23
  18:1 32:5
  33:13
**ensure** 18:25
  21:11 31:1
**ensured** 16:10
**enter** 3:22 4:4
  20:16
**entered** 6:22
  10:11
**entirely** 14:19
  21:4 32:3
**entries** 3:8
**epithets** 9:23
**escaping** 12:1
**especially** 7:3
  10:9 20:13
  30:1 33:6
**ESQ** 2:2,5,5,8
  2:10
**essentially** 7:21
  29:24 33:12
**establish** 14:23
**established**
  26:25
**establishing**
  11:3
**event** 26:13

35:10
**evidence** 4:21
  14:17,22 15:1
  15:5,17 16:13
  18:25 19:5
  21:10 26:5
  27:5 30:21
**exactly** 9:16
**example** 18:3
  24:18
**exception** 19:17
**exchange** 5:9
  24:21
**excuse** 16:15
  28:13 35:1,23
  37:23
**existence** 31:6,7
**exists** 7:6
**expelled** 28:17
**explain** 7:7
**exploitation**
  3:16 6:9
**exposing** 29:21
**extensive** 15:9
  17:1 20:17
  29:5 30:7
**extensively** 29:6
**extent** 31:22
**extenuating**
  21:9
**extradition** 11:6
**extreme** 17:17

————————
F
————————
**face** 12:21,23,25
**facilitate** 30:23
  31:1 33:10
**facilitated** 30:23
**facility** 23:25
  24:4
**facing** 15:14
**fact** 5:8,11 8:10
  9:5 10:19
  12:11 15:12
  16:7 17:4
  20:19 21:9,25
  23:23 25:10

32:11
**facts** 17:10 24:8
  33:15 35:12
**familiar** 7:10
**families** 17:17
**far** 14:9,15
**favor** 10:8,12
**favorable** 26:3
**favorably** 12:7
**fear** 21:23,24
**February** 39:8
**federal** 1:14
  6:18 7:23 8:13
  10:4 15:13
  17:20 19:10,19
  19:20 21:6,13
**feds** 8:4
**file** 13:7,13
  37:18 39:4
**filed** 4:18 5:12
  5:22 10:13
**filing** 29:16 37:8
  37:16
**final** 36:17
**finally** 12:9 20:5
**financial** 29:18
  30:7,9 31:2
**find** 13:20 19:14
**finding** 15:6
  26:4
**fine** 14:2
**first** 5:4 7:4
  10:14,15 22:6
  35:16
**firsthand** 20:7
  20:18 23:2
**fit** 36:9,10
**fitness** 31:13
**five** 19:17
**five-** 34:2
**flee** 16:25
**fleeing** 27:10
**flight** 13:23
  14:13 15:16,22
  17:12 33:6,7
**Florida** 2:7 3:18
  12:12,22,23

13:1,7,10,10
13:11,14 29:11
29:14 30:1,1
33:18
**fluently** 29:4
**fly** 16:21 27:14
**focus** 20:23
**follow** 7:17 37:4
**force** 8:12
**forcible** 18:16
**foreign** 15:10
20:12,12
**forth** 9:17 10:19
16:3
**found** 10:11,16
27:15 28:9
**founded** 29:7
**Fourth** 2:6
**Freeport** 10:10
**Friday** 31:24
**friend** 25:1
**full** 33:15
**full-time** 5:15
**fundraised** 30:8
**funky** 35:18
**further** 13:15
27:8 31:18
32:15 37:11
**furthermore**
29:20 31:22

**G**
**G** 3:1
**gain** 20:5
**Geilenfeld** 1:9
3:7 4:7 5:12,14
6:13,20 8:12
9:1,22 10:4,16
11:2,10,11,15
11:17 12:12,17
14:9 16:19
18:1,14,17,21
20:20 24:13,14
24:16,20,23,25
25:2,5,9 26:6,7
26:11,18,22,24
27:14,16 28:15

28:24 29:4
30:12,22 31:23
31:25 32:5
**Geilenfeld's**
6:15,17 9:25
10:8 11:24
13:4 31:5
**general** 7:25
**generically** 18:6
**Georgia** 11:19
25:17
**getting** 7:4 9:25
**give** 37:1
**given** 13:8 15:3
20:13 21:2,25
33:7,18,19,20
**go** 3:12 9:9 15:1
22:3 24:10
28:1
**going** 5:17 9:1
9:16 12:21
13:6,9,22 19:6
21:22 22:21
23:16 25:12
29:19 32:6
34:1,2,18 36:3
36:7
**good** 3:20,21 4:9
5:24
**gotten** 16:12
**government**
3:10,14,19
4:13,23 5:4
6:24 7:23 8:13
8:21 10:6
12:11 13:19
14:16,22 15:5
16:10,12 17:9
18:24 19:3,19
19:20 20:5,16
20:21 21:6,17
27:18 33:24,25
36:20 37:7
**government's**
13:24 35:10,17
**GPS** 21:16,19
36:3

**grand** 6:11,22
9:6,12,13,18
14:19 15:4
34:23,23,24
35:8
**grant** 36:22
**grave** 17:11 33:5
**great** 6:2 16:3
**greater** 35:15
**greatly** 17:4
**grounds** 14:8
**group** 9:21
**guess** 8:16
**guy** 19:21

**H**
**Haiti** 6:14,15,21
10:16 11:1,4
11:18 16:1,5,8
16:20 17:2,3
17:15,23 20:11
20:12,14,16
21:3,19 22:20
23:24 24:5
25:24 26:8,17
26:22 27:7
29:5,7,8 30:14
32:10 33:7,11
35:13
**Haitian** 16:14
16:16,25 17:2
25:21 26:1,11
26:23 27:6,8
28:12
**half** 34:22
**handcuffed** 32:7
**hands** 20:20
**happened** 20:9
**happens** 34:24
**happily** 12:2
**happy** 36:25
**hard** 27:16,19
**Hartswood** 6:14
**health** 31:13
**hear** 4:1 5:3,4
8:21 12:5
13:19 20:7

**heard** 22:23
23:2
**hearing** 4:10,11
4:12 12:10,21
13:9 37:14
**Hearts** 11:1
**held** 1:13 15:10
29:19
**help** 26:25
**helped** 30:23,25
**helpful** 11:9
35:9
**hesitant** 35:4
**hidden** 31:6,7
**higher** 19:3
**historical** 23:1
**history** 9:20,21
**home** 17:16 18:3
18:11 21:15,19
23:9,20,21,21
24:1,5 25:22
28:17 31:16
34:10 36:4,18
**Homeland** 11:9
11:14 14:16
17:19
**Honor** 3:11 4:15
4:23 5:5 13:3
13:17 14:7
15:2,24 18:22
19:24 22:23
23:11,23 24:3
24:8 34:5 35:1
37:3,6
**Honor's** 7:18
**horrendous**
34:20
**hotel** 23:17 30:3
**hotels** 29:22
**hour** 1:14
**house** 22:12,18
26:25 35:22
36:5
**humorous** 6:3

**I**
**identifiable**

23:13
**identity** 4:11
12:20 13:9
**illicit** 17:23,24
18:2
**imagine** 9:24
**impact** 8:23
**important** 9:19
10:24
**impose** 13:22
14:5
**imposed** 22:11
**impoverished**
31:4
**incarcerated**
25:24
**incarceration**
23:21
**inclined** 36:22
**including** 6:16
17:15 18:15
26:6 30:14
**inconsistent**
31:3 35:20
**incorrect** 35:5,6
**incredible** 10:9
32:9
**incriminating**
33:15
**indicate** 33:22
**indicated** 29:16
**indicates** 6:24
**indication** 16:16
31:13
**indicative** 17:4
**indicted** 15:4
32:1
**indictment** 5:11
6:1,6 7:3 9:4
13:11 14:21
15:13,21 17:22
26:16 29:9
33:7 35:8
**individual** 23:16
24:7 25:11
30:15
**individuals** 20:2

20:4,11,18,22
21:2 22:1 25:6
25:19 27:21
30:10,13,23
32:13 33:11
**information**
17:6,8 23:12
31:18,20 37:7
**informed** 11:13
**infrastructure**
21:2
**initially** 31:25
**innocence** 11:24
**inspection** 34:11
**instance** 24:18
**instant** 6:6
**instituted** 6:10
**instructed** 18:21
**intend** 4:21
36:24
**intends** 4:24
**intent** 28:24
**interfering** 9:24
**intermediaries**
33:11
**internal** 8:22
**interrupt** 3:10
12:19 19:7
22:4 25:13
35:3
**intervened** 11:5
**interview** 20:6
**interviewed**
14:17
**intimidate** 27:21
**intimidation**
18:9
**investigate**
19:21
**investigated**
22:6
**investigation**
15:22 17:19,20
25:5 26:5 27:5
35:13
**investigations**
20:3 26:21

**investigative**
16:13 18:4
**involved** 16:12
20:3 25:15
27:17 30:17
**Iowa** 10:18
28:18 32:23
**island** 16:19
**issue** 9:19 10:20
13:16 16:3
26:13 34:3
36:17
**issued** 11:4
16:19 17:3
26:17
**issues** 20:15,25
21:1
**issuing** 37:10

**J**

**jail** 26:12
**January** 1:4,12
**jeopardy** 7:22
8:1
**Jessica** 2:8 3:15
3:18
**job** 5:15
**jobs** 31:8
**jocular** 6:3
**Joseph's** 17:15
18:3,11 25:22
**judge** 1:15 5:1
5:21 6:18
10:20 38:3
**jury** 6:11,22 9:6
9:12,13,18
10:7,11 14:19
15:4 19:1
34:23,23,24
35:8
**justice** 2:9 3:14
6:10 9:3 11:14
27:10

**K**

**Karl** 1:9 3:7
**keep** 11:12 25:3

30:8
**Kendrick** 10:10
**kind** 26:3 30:19
**kindly** 5:5
**knew** 15:21 17:5
27:9
**know** 6:1 7:11
7:22 8:13 9:16
10:2 12:4,10
12:18 13:22
14:2 23:8
28:18 31:25
36:1,23
**knowingly** 25:6
**knowledge** 39:5
**known** 11:14
25:7 29:10,15
**knows** 15:2 33:6

**L**

**Lacee** 2:5 3:17
**lack** 21:3 32:18
**land** 16:20
**landlady** 5:15
**landlord** 30:16
33:3
**largely** 16:22
**late** 32:23
**law** 2:10 7:11
12:14 18:13
21:13 24:19
26:4 32:6
**lawn** 31:9
**lawyer** 6:17
**lawyers** 6:8,17
**learn** 35:22 36:4
**learned** 5:13
32:1 36:18
**left** 8:5 26:22
**lengthy** 5:10
**letting** 28:13
**life** 15:9 27:12
29:2 31:5
**lifted** 27:6
**light** 20:5 35:4
**limit** 33:16
**limitations**

19:16
**limited** 21:21
35:21
**LINDE** 34:12,15
**listened** 39:3
**little** 36:4
**live** 31:7
**lived** 25:10 27:2
**lives** 31:6
**living** 28:20,21
32:21 36:2
**located** 16:1
**locations** 28:18
**lockdown** 22:12
**long** 11:7 21:8,9
**longer** 17:18
36:15
**look** 36:2
**looking** 23:21
34:16
**looks** 36:5
**loss** 12:3
**lost** 10:18
**lot** 21:7 34:18
**loyal** 24:14

**M**

**Magistrate** 1:15
**Maine** 9:22 10:1
10:10
**maintain** 24:16
**major** 5:16
**majority** 16:2
17:16 23:5
**making** 3:18
21:17
**manipulative**
14:11
**manual** 6:25
7:10
**Marshal's** 5:7
**Marshall** 5:8
**marshals** 12:25
36:10
**Massachusetts**
2:11
**matter** 3:8 4:14

9:1,11 10:23
**matters** 9:12
**mean** 6:3 7:12
19:15
**means** 21:21
**mechanism** 8:9
**mention** 5:18
6:4
**mentioned**
25:14
**merits** 26:4
**Miami** 2:7 17:24
**Michael** 1:9 3:7
4:7 6:12,19
8:12 9:1 10:7
10:21 11:12
12:17 14:9
**Michael's** 10:12
**mid-1980's**
17:13
**mid-2015** 26:2
**milestone** 9:19
**million** 10:11,21
10:23,25
**minor** 18:2
35:22
**minute** 19:6
**mislead** 32:19
**mission** 11:3
16:24 26:25
**missionary**
15:10
**moment** 12:19
**money** 18:19
24:21 26:10
31:1 35:19
**monitor** 36:3
**monitoring**
21:16,19
**Monk** 2:5 3:17
**months** 19:11,11
**motels** 29:23
**mothers** 27:1
**motion** 4:18
5:12,22 6:6 7:1
12:15 13:7,14
**motivators**

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado 80014  (720) 449-0329  FAX (720) 449-0334

32:10
mouths 18:16
move 36:10
moving 14:7
mower 31:9
multiple 17:15
   20:1 24:11
multitude 14:12
mute 3:25

_____

**N**

N 2:1 3:1
name 4:6,6
narrow 10:20
nearly 15:8
   19:16 21:17
necessarily 23:8
necessary 35:7
need 3:24 12:21
   13:7 18:25
   23:8 29:20
   34:13
needed 19:11
needing 29:25
   30:1
needs 7:24 12:25
never 11:21 16:4
   34:24
nevertheless 5:9
new 2:11 11:11
   16:23,24 26:17
   26:19,25,25
   31:14,20
nonenforceable
   8:4
noon 37:12,24
North 6:11
Northeast 2:6
nose 24:1
Notably 17:1
note 10:24 11:8
   19:25 30:5
   31:2 32:15
   33:14
noted 5:17 12:4
   12:10 33:15
November 17:21

**Number** 16:15
   16:15 26:19
numerous 15:25
   18:2,14 30:14

_____

**O**

O 3:1
o'clock 36:8,17
   37:14,22,23
oath 24:23 25:8
   25:15 28:24
   31:6
Oberkoetter
   2:10 3:22,24
   4:1,6,7,17 5:1
   5:5,24 7:17
   8:11,17,25
   12:17 13:2,13
   13:17 35:23
   37:15,19
obscenity 3:16
   6:8,9
obtain 9:10
Obviously 34:19
occur 23:7
occurred 17:7
   22:8,19,20
   23:3,20 24:1,5
   29:13 34:22
occurring 15:16
October 26:17
offense 15:7
   29:13
offered 18:19
   24:21
office 2:2,6 5:7,7
officer 27:15
   28:16
Okay 4:20,25
   5:2,24 25:20
   28:3,11 35:9
   35:25 37:2,19
old 31:14 35:24
once 17:2 25:17
   32:1,6 36:17
   37:20
onerous 12:6

open 30:9
operated 23:24
operating 17:14
operations
   30:24
opinion 12:6
   34:3
opportunity
   23:23 37:13
opposed 20:7
   37:1
order 7:23,25
   12:22,24,24
   13:9 20:13
   21:10 24:16
   30:8 33:10,17
   36:19,22,25
ordered 11:19
orphanage
   10:17 16:23
   23:24 25:9
orphanages 6:15
   17:15 29:7
   30:9,24
outside 4:22
   22:8

_____

**P**

P 2:1,1 3:1
p.m 1:15 34:6,7
Palomo 2:5 3:15
pandemic 20:24
part 5:17 14:20
   29:13
particular 6:22
   10:1,24 13:20
   15:17 20:10
   21:23 28:8
   30:12 32:9
parties 20:8
   36:19
passage 16:10
passive 32:5,5
passport 12:1
   22:21
patrol 27:13
   28:16

pausing 23:11
pay 33:1
payments 24:15
   30:15,18 33:10
   33:21
PC 15:6
pedophile 9:23
   25:8
pending 17:5
Pendleton 12:15
   13:3
penetration
   18:15,15,16
penis 18:16
people 10:1
   18:18 26:8
period 6:7 9:4
   17:22 18:1
   23:2 26:15
   29:8 36:16
periods 28:21
permit 36:12
permitted 5:6
person 24:19
   35:23
personal 4:19
   12:7
personnel 20:16
persons 14:14
persuasive
   19:14
petite 7:11,11,20
philosopher 6:3
photo 27:17,19
physical 31:12
   32:6
place 11:6 33:17
   37:1
placed 5:6
Plaintiff 1:7 2:2
plane 17:25
   29:22,23
pleading 10:13
please 3:5,23 4:5
   7:18 34:9
plus 15:23
point 8:19 14:3

15:24 18:22
   31:25
pointed 7:1
   32:20
pointing 32:9
points 17:9
policy 7:11,12
   7:20,21 8:2,6,8
   8:10,22
political 20:14
Port-au-Prince
   17:25
portray 26:3
   32:8
poses 33:8
position 4:16
   15:11 16:24
positions 31:9
   31:12
possession 15:6
possible 12:6
potential 24:12
potentially
   35:22
poverty 17:17
   32:10
practical 9:8
precise 11:13,15
predator 14:11
predicated
   29:12
prepare 19:11
   36:12
prepared 19:2
   36:20
presence 14:5
present 4:21 5:8
   29:10
presentation
   30:6
presented 14:19
   35:8
presumption 5:3
   15:3
pretrial 14:14
   21:14 34:10
prevent 9:5

**previously** 11:7
**primary** 20:23
**principal** 6:17
**prior** 9:2 20:3,3
  26:21 32:22
  33:7,20
**prison** 15:15
**privacy** 18:7
  33:19
**privilege** 15:11
**probable** 14:23
  19:1
**probation** 28:19
  30:17 31:3,4
  31:21 32:17,21
  32:25
**problems** 31:13
**procedure** 6:25
**proceed** 4:24
  5:10
**proceeding** 9:13
  11:18 25:16
  26:14
**proceedings** 1:4
  1:12 3:3 6:11
  16:5 20:3
  25:15 29:19
  38:5
**produce** 7:7
**produced** 6:21
  9:5,16
**Professional**
  39:2,11
**proffer** 4:24
  14:8 15:8
  17:12 20:21
  24:11 33:14
**proffering** 4:22
**program** 9:25
**proper** 13:12
**properly** 29:11
**prosecuted** 8:3,4
**prosecution**
  7:22,24 16:13
  18:4
**protect** 18:7
**protective** 33:17

**prove** 14:25
  18:25 21:11
**provides** 13:3
**provision** 7:10
**public** 19:10
**pull** 19:15,20
  23:16
**purpose** 17:23
**purposefully**
  18:6 32:11
  33:16
**purposes** 16:11
**pursuant** 1:14
**pursue** 7:24 8:1
**put** 33:17
**putative** 9:13

— Q —

**quandary** 8:12
**question** 7:18
  22:22 37:4
**questioning**
  31:24
**quote** 28:25 31:7
**quote/unquote**
  26:7,9,10
  30:17 32:17

— R —

**R** 2:1 3:1
**Raleigh** 6:11
**rapist** 9:23
**reach** 36:6
**reached** 10:3
  14:3
**read** 5:11,22 6:1
  6:4 12:4
**realize** 24:3
**really** 9:11 12:3
  21:3,4 36:9,14
**reason** 27:11
**reasonable**
  14:25 21:11
**reasons** 11:11
  21:10 29:18
**received** 30:9
**receiving** 24:15

**recess** 34:2,6
  37:25
**recognizance**
  4:19 12:8
**recognize** 35:12
**recommending**
  21:15
**record** 6:23
  11:21
**records** 6:19 9:5
  9:15,18 32:22
**reduced** 10:20
**reentering** 28:4
**refer** 24:20,24
**referenced** 20:2
  26:14,18 28:23
**referred** 6:10
**referring** 18:6
**reflects** 32:18
**refused** 11:5
**regard** 9:2
**Registered** 39:2
  39:11
**regulation** 7:16
**rejecting** 10:8
**release** 21:15
  36:3,20,22,25
**released** 4:19
  11:11 12:23
  26:1 29:20
**relevant** 27:21
**relying** 20:8
  33:24
**remains** 27:9
**remove** 12:11
**removed** 22:21
**rent** 33:1,1
**repeat** 7:18
**repeatedly** 29:8
  32:8
**report** 5:14,18
  13:10
**reported** 18:13
  22:24 24:12,15
  24:19 25:8
  31:8 32:13,16
  33:2

**Reporter** 39:2
  39:11
**REPORTER'S**
  39:1
**reports** 20:8
  24:6 25:18
**represent** 4:7
**representative**
  5:8
**representing** 6:8
**Republic** 11:2,4
  11:19 15:25
  16:1,20,22
  26:23,24 27:3
  27:12,15,25
  28:2,6,17,25
  29:2,6 30:14
  32:23 33:8,12
**request** 5:21
  11:23 23:22
**requested** 11:20
  38:4 39:4
**required** 8:14
  8:15
**requiring** 31:12
**resided** 18:2,10
**residence** 5:14
  11:15 25:4
  30:3 33:2,4
  34:11
**resident** 30:16
**residential**
  23:25 24:4
**residents** 17:16
  25:2
**residing** 31:16
**resistance** 32:5
  32:6
**resolving** 9:6
**resources** 19:20
  21:7 30:7 31:2
**respect** 13:3
**respectfully**
  5:21 11:23
  23:22
**responsible** 7:4
**result** 25:23

**retaliated** 24:13
**return** 17:3
  27:11 28:9,12
  28:25
**returned** 10:7
  27:7
**returning** 27:20
**revealed** 17:20
  25:5
**review** 37:13
**Riewerts** 2:2 3:9
  3:9,13 38:2
**right** 3:6 8:5
  10:22 12:20
  13:8,15 35:25
  37:25
**rise** 3:4 34:4,8
  38:1
**risk** 13:23 14:13
  15:16 17:12
  33:6
**Robert** 2:10 4:6
  4:7
**robo** 9:22 10:2
**room** 2:7 23:17
  30:3
**roughly** 17:13
**rules** 1:14 8:13
**ruling** 37:10

— S —

**S** 2:1 3:1
**safe** 16:10
**safety** 11:10,11
  14:5 16:11
  22:11 33:19
**saying** 22:2
**says** 7:2,21
  10:13 31:16
**scenario** 22:20
**schedule** 36:8,13
**Scott** 1:15
**seated** 3:5 34:9
**second** 27:6
**section** 3:16 6:9
  8:14 9:2 18:7
**Security** 11:9,14

14:16 17:19
see 6:23 7:5 8:11
seek 17:3 36:21
    36:24
seeking 4:13
seemingly 32:3
self-employed
    31:8
self-serving
    14:10
sent 10:15,25
    27:4 28:2
sentence 15:14
separate 8:2
September
    28:23
series 11:1
seriousness 22:9
services 6:14
    21:15 25:22
session 3:4
set 4:10,12 21:4
    36:15
settled 10:23
settlement 10:25
seven-minute
    34:2
severely 5:16
sexual 14:11
    17:24 18:2,20
    20:19 22:7
    23:2,18 25:18
    27:18 32:1
sexually 18:14
    22:2,25 26:19
    32:14
shared 30:4
show 14:9 16:5
    17:11 32:22
shut 25:22
side 4:20 37:9,17
    37:17
sides 36:12
significant
    20:25 35:14
silence 24:16,21
    31:1

similar 7:20 8:9
single 19:16,17
    27:1
sir 3:25
sitting 29:21
situation 20:14
    36:2,5,18
six 32:21
skirted 5:10
social 25:22
somewhat 21:20
    35:21
sorry 3:10 35:3
sort 9:10
sought 32:11
sounding 10:5
sounds 8:8
    15:21
Southern 3:17
    29:11,14,25
    33:18
sovereign 8:2
speak 20:6,18
speaks 29:4
special 11:8
specific 7:4
specifically 6:7
    6:16 33:23
specifics 15:1
speculating 17:8
speculation 20:8
speculative
    14:19
spoken 18:4
spring 27:3
St 17:15 18:3,10
    25:22
stabbed 25:1
    30:16
stabbing 25:2
starts 9:21
state 7:23 8:3
    10:22 11:19
    13:4 23:9
stated 8:14 26:9
    28:24 31:5

32:18,25 33:3
    35:6
statements 26:6
    28:9 32:22
    35:20
states 1:1,6,13
    3:6,17 6:7,20
    6:21 7:5 9:10
    11:5,10 12:11
    12:14 15:14
    16:2,11 22:7,8
    22:9,25 23:3
    23:17 24:4,6
    27:4 28:2,5,6
    30:8,11
statute 19:15
stay 25:9 30:1
    36:21,22,24,25
    37:21
staying 29:22
Steen 39:2
stop 27:15,23
    28:8,15
stopped 27:14
    28:6
Street 2:3,6,11
streets 13:25
strength 8:20
struggle 14:6
stuff 35:18
subject 16:4
    24:20,25 25:3
    26:6,9,20
    30:15
subjects 20:22
submissions
    37:24
submit 37:12
submitting 37:7
subpoena 6:13
    6:19
subsequently
    20:4 25:23
substance 9:12
suddenly 14:3
sued 10:22
sufficient 14:22

18:25 37:13
suggested 29:17
suggestion 31:4
suggests 30:22
suit 10:4
Suite 2:3
supervises 31:10
supervision
    22:14 29:24
supported 32:10
supports 27:8
sure 7:17,19
    37:5,11
surrounded
    25:6 30:22
surrounding
    23:10
suspected 24:14
    25:7

—————————
            T
—————————
T 1:15
take 3:25 11:6
    16:3 34:2
    35:25 37:1
taken 34:6
takes 31:16
talk 9:9
talking 19:10
talks 26:10
target 15:11
targeted 6:7
team 16:14 18:4
telephone 5:6
telephonically
    36:13
tell 18:18 36:19
telling 19:19
tens 30:13
terms 15:16,17
    18:23 20:15,25
    21:1 33:9
terrible 36:9
testified 10:7
    25:14
Thank 5:24
    13:18 25:20

34:5 37:25
    38:2,3
thereof 21:3
thing 6:4 8:19
    12:9
think 4:17 6:2
    7:6,25 9:19
    12:5,13 17:4
    35:6
thought 5:9
thousands 30:13
threat 21:25
threatened
    18:20 24:12
threats 23:14,14
    33:17,20
three 6:15,15
    34:15
three-day 36:15
three-page
    27:16
Thursday 34:17
    36:8,16,21
    37:1,22,23
ties 17:1 29:5,10
    29:15 35:21
time 6:7 9:4
    13:17 14:22
    16:2 17:9,22
    18:1 19:8 21:8
    21:9,18 22:13
    23:2 26:15
    28:22 29:8
    34:13 36:9,14
times 17:25
today 4:10,12,21
    14:3,8 18:6
    29:17 31:15
    35:22 37:10
told 28:15,19,20
transcribed 39:3
transcript 3:2
    38:4 39:4
transcription
    1:4 39:5
transfer 31:1
transferred

30:13
**transfers** 35:19
**transport** 12:25
**transported**
13:9
**travel** 6:19 9:5
9:15,17 10:3
20:13 21:1
29:20 32:22
**traveled** 17:23
17:24 26:22
29:6,7,12
**traveling** 16:3
21:18 29:23
**trial** 3:14,18
10:15,16,20
13:4 19:2
21:12 29:18
33:24
**tried** 19:9 27:11
27:14 28:1
**troubling** 31:14
**true** 34:20 39:5
**trust** 20:6
**try** 33:16
**trying** 16:21,23
16:25 33:10,12
33:22
**turned** 10:21,22
**twice** 25:14
**two** 8:2 16:7
**typically** 36:10

**U**

**U.S** 2:2,6 3:14
5:7,8 17:14
20:15 26:4
27:13 28:10
**ultimately** 36:6
**unbelievable**
10:8
**uncovered** 26:5
27:5
**understanding**
11:12
**understood**
31:21 37:3

**Union** 2:11
**unique** 34:20
35:12
**unit** 6:10
**United** 1:1,6,13
3:6,17 6:20,21
7:4 9:10 11:5
11:10 12:11,14
15:14 16:2,11
22:6,8,8,25
23:3,17 24:3,6
27:4 28:2,5,6
30:8,11
**universe** 33:15
**unlawful** 14:24
**unprecedented**
21:4
**unquote** 29:3
**unravel** 11:24
**Urban** 2:8 3:15
3:18,21 4:15
4:23 7:7 14:7
15:24 19:5,24
21:24 22:23
23:5,11,22
24:11 25:16,21
27:23 28:1,4,7
28:12 34:5
35:1,3 37:3,6
38:3
**urge** 12:6
**USC** 15:4 18:7
**useful** 5:10 7:6
**ushering** 11:9

**V**

**v** 1:8
**Varholak** 1:15
**various** 17:9
33:23
**venue** 13:12
29:11
**verdict** 10:7,11
10:21
**verifier** 30:17
32:17 33:1,3
**versus** 3:7 12:14

**victim** 18:8
24:21 33:19
**victim's** 24:21
**victimized** 14:12
**victims** 18:4,5
18:11 20:1,11
22:24 23:13
24:11 26:13,15
27:17
**vigorous** 10:5
**violate** 7:12,13
8:5
**violated** 8:10,22
**violating** 8:5
**violation** 7:14
14:24 15:3
**violations** 21:13
**virtually** 3:10,13
**voting** 10:19
**vu** 6:5
**vulnerability**
32:10
**vulnerable**
15:12

**W**

**wait** 19:4,4,6
**waived** 12:20
13:8
**waiver** 4:11 9:11
**walker** 31:9
**walking** 13:25
**want** 11:8,17
12:9 33:14
35:25 36:1,15
36:20,23,23
37:1,21
**wanted** 36:4
**wanting** 21:7
**wants** 12:11
37:9
**warned** 18:17
**warrant** 11:4,6
16:7,15,16,19
16:25 17:3,5
26:18 27:6,9
**warranting**

14:14
**warrants** 16:8
**wasn't** 16:1
**way** 6:4 12:22
12:23 27:24
29:23 37:7,12
**ways** 18:14
**we'll** 13:13
37:25
**We're** 4:10
19:10
**wealth** 29:2
**Wednesday**
37:12,24
**week** 15:16
28:19 31:8
36:8,14 37:2
37:21
**weeks** 6:22
**welfare** 25:23
**went** 10:14
16:19,21 34:23
**whatsoever**
11:21
**whereabouts**
11:13,15
**willy-nilly** 8:25
**wishes** 37:17
**withdrawn** 11:7
16:9,17
**witness** 33:19
**witnesses** 4:21
10:6,9 24:12
27:17
**word** 27:2
**words** 22:17
**work** 10:17
**working** 11:3
24:19
**worried** 21:22
**worth** 19:9

**X**

**Y**

**Yeah** 37:23
**years** 5:20 6:16

10:17 13:24
15:15,25 18:12
19:8,9,12,13
19:15,18,21
21:18 24:17
31:14 32:14,22
35:11,24
**years'** 19:8
**yelling** 32:4
**Yep** 4:2 35:2
**yesterday** 4:8,11
4:18 5:6 29:16
**yesterday's**
12:10
**Yogi** 6:4
**York** 11:12
**young** 17:16
22:18

**Z**

**zealots** 9:22
**zero** 10:21

**0**

**02741** 2:11
**09(d)** 18:8

**1**

**1** 18:5 24:20
26:6,9
**11** 27:16,19
**12** 19:8,8,12,21
35:11 39:8
**13** 18:12
**14** 13:24 17:25
19:13,14
**14.5** 10:11,21
**15** 21:17
**1600** 2:3
**18** 12:4 15:4
18:7
**1801** 2:3
**1st** 34:17

**2**

**2** 18:5 24:25
25:3 30:15
**2/06** 6:8

**2:55** 1:15
**20** 22:1 32:13
**2006** 6:16 17:21
  18:11 26:15
**2010** 6:8,16 14:1
  17:21 18:11
  19:12 22:5
  26:15
**2011** 9:21
**2012** 6:11 9:6,14
  15:21 18:23
  20:21 23:1
  34:23
**2014** 17:14
  25:21
**2015** 16:18
  26:17 27:7
**2019** 27:3,13
  28:15,20 32:24
**2020** 30:12
**2022** 24:24 25:8
  25:15 28:23
  30:12 31:6
**2023** 14:2
**2024** 1:4,12 39:8
**24-MJ-00012-...**
  1:2
**24-MJ-12** 3:6
**2423(b)** 14:24
  15:4
**26** 1:4,12

———————
**3**

**3** 18:5
**3.5** 10:23,25
**3:47** 34:6
**30** 15:15
**3142** 12:4
**31st** 14:2
**33** 35:23
**33132** 2:7
**35** 18:7
**3771** 18:8
**392** 16:15
**394** 16:15 26:19

———————
**4**

**4** 18:5
**4:00** 34:7
**426** 2:11

———————
**5**

**5-years'** 19:9
**502** 2:7
**58** 35:16

———————
**6**

**6** 19:11
**6(a)** 35:4

———————
**7**

**7** 19:9
**71** 31:14
**72** 35:17
**72-year-old**
  21:20

———————
**8**

**80202** 2:4

———————
**9**

**9** 18:12 19:11
**911.120(a)** 8:14
**99** 2:6