IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 24-MJ-00012-MEH

────────────────────────────────────────────────────

AUDIO TRANSCRIPTION OF PROCEEDINGS
February 1, 2024

────────────────────────────────────────────────────

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL KARL GEILENFELD,

Defendant.

────────────────────────────────────────────────────

        Proceedings had on February 1, 2024, at the

United States District Court, Denver, Colorado, held

pursuant to the Federal Rules, commencing at the hour of

1:15 p.m., before Magistrate Judge Scott T. Varholak.

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329  FAX (720) 449-0334

```
 1                      A P P E A R A N C E S

 2    For the Plaintiff:        ALCIA RIEWERTS, ESQ.
                                U.S. Attorney's Office
 3                              1801 California Street
                                Suite 1600
 4                              Denver, Colorado  80202

 5                              LACEE MONK, ESQ.
                                Department of Justice
 6                              99 Northeast Fourth Street
                                Room 502
 7                              Miami, Florida  33132

 8                              JESSICA URBAN, ESQ.
                                Department of Justice
 9

10    For the Defendant:        ROBERT OBERKOETTER, ESQ.
                                Attorney at Law
11                              426 Union Street
                                New Bedford, Massachusetts 02741
12
                                BRIAN R. LEEDY, ESQ.
13                              Ridley McGreevy Winocur
                                303 16th Street
14                              Suite 200
                                Denver, Colorado  80202
15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2                    P R O C E E D I N G S
 3            (This begins the audio transcript of
 4    proceedings)
 5                 THE CLERK:  All rise.  Court is in session.
 6                 THE COURT:  Please be seated.
 7                 This is 24-MJ-12.  Can I have entries of
 8    appearance, please?
 9                 MS. RIEWERTS:  Alicia Riewerts on behalf of the
10    government.  Joining me virtually, Your Honor, our trial
11    attorney, Jessica Urban of DOJ's child exploitation and
12    obscenity section, and AUSA Lacee Monk of the Southern
13    District of Florida.  Thank you.
14                 THE COURT:  Good afternoon.
15                 MR. LEEDY:  Good afternoon, Your Honor.  Brian
16    Leedy on behalf of Mr. Geilenfeld, and Robert Oberkoetter
17    is appearing via VTC.
18                 THE COURT:  And good afternoon.
19                 MR. OBERKOETTER:  Good afternoon, Judge.
20    Mr. Leedy will be taking the argument today.
21                 THE COURT:  Okay.  So we're here for continued
22    detention hearing.  I, obviously, am aware of the arguments
23    that were made at the last hearing, as well as the
24    supplemental briefing that has been submitted by each side
25    in this case.
```

1          To give further context, the pretrial services
2     visited the home that had been proposed for release, and I
3     don't think it's going to work.  There's a number of
4     children living in very close proximity to the home, two
5     grandchildren who don't live in the home but are
6     grandchildren of the homeowner.  And given the allegations
7     in this case, I'm not comfortable releasing the Defendant
8     to that environment.
9          I will consider a halfway house.  That won't
10    happen today because we don't know if there's availability
11    at the halfway house yet, but I will consider a halfway
12    house.
13          Mr. Leedy, one thing I'd like you to address.
14    One of the comments at the last hearing dealt with whether
15    or not Mr. Geilenfeld could get to Florida.  Obviously,
16    he's going to need to.  I know there's a question on
17    jurisdiction venue.  I don't think the case cited is on
18    point because what that deals with is, if the crime is
19    entirely out of the country, venue is where you are
20    arrested, but obviously -- and I haven't done a ton of
21    research into this, but my guess is that the law is going
22    to say that part of the crime occurred while living in
23    Florida, so that they have venue there.  So I need to make
24    sure that, if I release him, he's going to be able to get
25    to Florida to attend hearings.

1      So with that preface, I will hear any further

2   argument that either side wishes to make.  Since it's a

3   presumption case, Mr. Leedy, I'll let you go first, and

4   then I'll hear from the government.

5           MR. LEEDY:  Thank you, Your Honor.  I think I'll

6   start where the Court left.

7           With regard to venue, in the most recent

8   pleading, I didn't address that.  I do not dispute what the

9   Court has explained, and I think that we are left to

10  detention at this point.  If venue becomes an issue, I

11  think that will be part of the job of the Article 3 in

12  South Florida.

13          THE COURT:  Yeah.  I agree.

14          MR. LEEDY:  With regard to halfway house, Your

15  Honor, I will, I guess, make the formal request for release

16  on a condition including that if there's space available.

17          And to cut to the chase on whether or not

18  Mr. Geilenfeld will be able to get to his court dates in

19  Florida, the answer is decidedly, yes.  And the reason for

20  that is that he has the support, including financial

21  support, of a large community of individuals that have

22  known him for over 20 years, known about his charity work,

23  continue to support him in that, and financially he'll be

24  able to travel whenever he needs to that jurisdiction.

25          With regard to the letters of character

reference I provided, Your Honor, we do have Reverend
Douglas Hill in the courtroom today, who is here in support
of Mr. Geilenfeld.  He is a resource, as well as his
church, for Mr. Geilenfeld, along with the individual that
Mr. Geilenfeld was living with and the other individuals
that support him.  So there is not a restriction on his
ability to get there or back.

      As the Court knows, he has had counsel
representing him for a very long time related to a whole
host of accusations that have been made against him.  That
support network continues to exist as well.  In fact,
that's why I'm here today.

      I don't want to get into information that the
Court has already heard, although I do have the urge to do
that because I wasn't here the last time.  But what I will
tell the Court is this:  What we've learned from the most
recent filing of the government is that information that
spurred the indictment that we are now dealing with was
based on reports made four to five years ago.  We know that
the allegation is anywhere between 14 and 17 years old.

      We know that the government has alleged, in its
last pleading, that over 20 individuals have reported abuse
by Mr. Geilenfeld.  We don't know from the pleading to whom
those reports were made.  We do know, from the absence of
any criminal cases, that no action was taken on those

 1   reports because no criminal cases have been filed against

 2   Mr. Geilenfeld.  He has no prior criminal history.  He's 72

 3   years old.

 4            With regard to Mr. Geilenfeld's whereabouts,

 5   beginning in 2012, when there was an active Department of

 6   Justice investigation against Mr. Geilenfeld, he was in

 7   touch with the Department of Justice through his counsel

 8   consistently.  They knew where he was, they knew how they

 9   could reach him, and to date, that is still the same

10   counsel that we are dealing with, Mr. Oberkoetter, who has

11   contacted me to be here today, was the same individual that

12   contacted DOJ in 2012.

13            It has been no mystery where Mr. Geilenfeld has

14   been or how he was to be contacted.  We are certain with

15   regard to his support network, Your Honor, that

16   Mr. Geilenfeld will be able to be present for any court

17   date that happens in South Florida, and the resources for

18   that will be coming from the same individual that have

19   always supported him.

20            I will note that, based on the government's most

21   recent pleading, the theory hasn't changed, Your Honor.

22   The argument based on risk to the community is conflated to

23   a risk that the government alleges existed beginning in

24   2006.  There is no evidence that there was risk to the

25   community at this point because there's no allegation that

```
 1   he committed any crimes after 2010, which is the end date
 2   of the current indictment.
 3            The analysis the Court has to engage in here,
 4   with regard to that factor, has to be present danger, and
 5   we assert that there is no evidence of that and that
 6   Mr. Geilenfeld is a good candidate for release.  I've
 7   addressed the lack of risk of flight, and I believe, Your
 8   Honor, the information that the Court has in front of it
 9   has rebutted the presumption that the government gets under
10   the statute.
11            And we would like, in addition to providing --
12   well, in addition to the Court looking into the possibility
13   of placement in a halfway house, we'd like the opportunity
14   to perhaps suggest another residence and have that cleared
15   by probation.  I did not have that put together for today.
16   I didn't get the results of the probation house visit until
17   the Court informed me, but I believe there are other
18   options out there in Colorado, and I'd like the opportunity
19   to supplement if a different residence becomes available.
20            THE COURT:  I think what I'd be -- that's fine.
21   I think what I'd be inclined to do, if I do release -- I'll
22   hear from the government -- is release to halfway house
23   upon -- you know, on the assumption that it will be
24   available fairly soon because I don't want to keep him.  If
25   I release, I want to get him released.  If either it
```

1    doesn't become available soon or once he's out you wish to

2    modify it for a different, I'll certainly entertain that.

3             But anyways, let's hear from the government.

4             MS. URBAN:  Thank you, Your Honor.

5             The government maintains that the Defendant is

6    still to be detained for three independent reasons, each of

7    which alone would be sufficient under the relevant legal

8    standards:  that he's a flight risk, that he is a danger to

9    the community in terms of other children to whom he has

10   access, and that he's a danger to at least one other

11   individual in particular to the now adult victims and

12   witnesses at issue in this case.

13            I also don't want to rehash what we've

14   previously submitted to the Court, rather to just highlight

15   a few pieces of the most recent information and respond to

16   the defense's information.

17            As I believe the Court is probably aware, of

18   course, at the last hearing it had raised the concern of

19   whether there have been any allegations of abuse occurring

20   at a home in the United States.  And as our filing

21   yesterday indicated, we looked back through our records and

22   confirmed that, yes, there has been a report made to the

23   law enforcement team in this particular case of abuse that

24   occurred at a home in the United States.  But more

25   importantly, the evidence on which the defense has been

1   relying in its filing yesterday reinforces all three of the

2   grounds for detention and not just release to a halfway

3   home.

4           As far as the connections that the Defendant has

5   to the Dominican Republic and to Haiti, the defense's

6   filing and representations today confirm that the Defendant

7   has great financial resources despite their prior

8   contentions that he is impoverished.  And just today

9   defense counsel has noted the Defendant would have no issue

10  traveling by himself from Colorado across the country to

11  Florida for the remainder of his proceedings.  He can

12  easily travel to Florida from Colorado.  The government

13  submits he can very easily travel anywhere else outside of

14  the Court's jurisdiction, including abroad, as he has fled

15  justice on the indication noted in our filings, in terms of

16  leaving Haiti when he was under investigation and subject

17  to charges there.

18          THE COURT:  How without a passport?

19          MS. URBAN:  It's not just the fine print.

20          THE COURT:  Counsel, how is he going to travel

21  abroad without a passport?

22          MS. URBAN:  Well, Your Honor, as we indicated

23  in our filing, the Defendant himself had previously turned

24  in a passport and then obtained a new passport and crossed

25  a land border in order to evade the traditional mechanisms

for having tabs on where defendants go when they're subject
to an arrest warrant and to charges.  And we believe that
just having his passport turned in is not sufficient to
prevent him from trying to get out of the country, whether
it be via a land boarder or if he's in Florida, by boat,
for example, or just within the United States trying to
leave, so that he's not able to appear for his proceedings.

And in addition to the flight risk, we also
believe that he's a present -- that he remains a present
danger to the community and to the victims and witnesses in
this case.

As to the defense's concern and what Your Honor
has also said, in terms of no present reports of abuse in
the United States, as we submitted in our supplemental
filing, delayed disclosure of childhood sexual abuse is
exceedingly common, especially when the Defendant was in a
position of trust over the victim, when there were close
family or friend connections, when they were living in the
same residence as in this case.

And the evidence in this case has shown there
were delayed disclosures of abuse, and for the same
reasons, just because no one has come forward right now, of
course, doesn't mean that he's not a threat to others at
this time.  And we would argue that his being a pedophile,
these innate characteristics, and his pattern of abuse over

1  so many years and across different states and countries,

2  indicates that he remains a risk to other children.

3         As far as his risk to -- excuse me -- to other

4  persons in the case, although the defense has contended

5  that the allegations or evidence of which it is aware seems

6  to have occurred several years ago, we believe that he

7  remains a present danger to others in the case because of

8  those continued connections to the island, the undisputed

9  financial payments that he's been making to individuals

10  down there, the reports we've received from victims and

11  witnesses that the Defendant has tried to maintain their

12  silence or get them to recant their abuse through robbery,

13  through payments, through enticement, and it has been law

14  enforcement's understanding, based on what the victims and

15  witnesses have reported, that when the Defendant is again

16  subject to investigation, that's when the bribes and the

17  threats start to materialize once again.

18         And so even if last month we might have been in

19  a slightly different posture before the Defendant was aware

20  that he's facing this very serious federal charge with a

21  very serious penalty, up to 30 years in prison, the

22  circumstances are different now, now that he knows he is

23  subject to these charges and that the evidence the

24  government has today is not the same as the evidence that

25  it had back in 2012 or back in 2015.  It's a wider universe

```
 1   now, and for those reasons, we believe he has an even

 2   greater incentive and the means to flee, as well as to be a

 3   danger to the victims and witnesses in this case and to

 4   remain a danger to children.

 5           THE COURT:  What specific threats do you --

 6   what specific threats do you have that he made, and when

 7   were those threats supposedly made?

 8           MS. URBAN:  We have, first of all, one now

 9   adult victim who said that his family was threatened, his

10   children were threatened by the Defendant, when that

11   individual had -- once the individual had reported his

12   abuse to -- in connection with the civil proceeding.

13   And --

14           THE COURT:  What kind of -- what kind of

15   threat, and when was that?

16           MS. URBAN:  I'm just trying to think about the

17   extent to which I want to disclose this now because it will

18   likely identify, at least to the Defendant, who it was.

19           It was a threat that, if the individual loved

20   his children, then he would recant and that he would submit

21   something in connection with that proceeding and no longer

22   maintain his allegations of abuse, if he loved his

23   children.  And the Defendant took that -- excuse me.  The

24   then-adult victim took that as a threat and did not want to

25   continue with the proceedings, given the risk that he felt
```

1    his children were exposed to.

2            There have been other reports, when the

3    Defendant was in Haiti, that people would approach the

4    individuals on the street and offer them money, try to get

5    them to sign something saying that the Defendant had not

6    abused them.

7            More recently, the victims have continued to

8    inform our law enforcement team that they remain gravely

9    concerned about the Defendant's contacts down in -- down in

10   Haiti.  I don't have specific language for those, but they

11   continue to reach out to our law enforcement team,

12   expressing great concerns with their safety there because

13   they've come forward in the case.

14           And if Your Honor doesn't have any further

15   questions on that point right now, just to close the loop

16   in terms of the community that the defense has relied on in

17   Colorado, I would point out that the individuals on whom

18   the defense is relying and who submitted these character

19   letters this past week are individuals who have known about

20   the allegations and continue to support the Defendant

21   despite the severity of the allegations.  As they've

22   pointed out, they've continued to allow the Defendant to

23   have access to children despite knowing of the allegations.

24           They financially and vocally supported the

25   Defendant and the orphanage.  Some of them even traveled to

1  the orphanage, to the guest house, and stayed at that guest

2  house during the time period during which some of this

3  alleged abuse had occurred. And so we believe that the

4  community in Colorado is not a sufficient check on the

5  Defendant, whether it would be at a halfway house or if he

6  were actually staying with one of them.

7  Essentially, they continue to facilitate his

8  access to children, his connections down to the island,

9  where the victims and witnesses, in large part, reside.

10  And so we have grave concerns that he remains both a threat

11  to individuals in this case, the community, and is a flight

12  risk.

13  THE COURT: All right. Thank you.

14  The question before me is whether or not there

15  are conditions or a combination of conditions that can be

16  imposed to assure the Defendant's presence or the safety of

17  the community.

18  This is a presumption case. The presumption can

19  be overcome, and here I find that it has been. The defense

20  has submitted character letters indicating support that the

21  Defendant has in the community. His ties here, which

22  perhaps aren't as great as some cases, but still six years

23  here, and other evidence that I have considered. Even when

24  overcome, however, the presumption remains a factor that I

25  may consider in determining whether or not to issue

 1   detention.

 2         This is a difficult case.  It's one I've

 3   struggled with.  The allegations, if true, are certainly

 4   troubling.  Beyond troubling.  I mean, they're astonishing

 5   if true.

 6         But the question before me is today,

 7   understanding that the Defendant is presumed innocent, are

 8   there any conditions or combination of conditions that I

 9   could impose to assure his presence and the safety of the

10   community.  And the allegations that are indicted in this

11   case go back nearly decade and a half, and I have some

12   vague references to more recent conduct, but I don't have

13   any details on it.

14         I have vague references to threats but not much

15   detail except that it's -- other than the one reference

16   that at some unknown point he made some comment to somebody

17   saying that they should retract if they love their kids.

18   Yeah, that could be seen as a threat, but I have no details

19   beyond that.  I don't know if that was made here.  I have

20   no indication that he has any ability to carry out a

21   threat.  I have vague references to unknown accomplices,

22   but I don't have any specifics.

23         And I have to make a determination as to whether

24   or not this individual should be detained for a case that's

25   likely going to last months based on vagaries and based

1   upon charged conduct from 15 years ago.  As far as I'm

2   aware, there's no recent allegations that he's had done

3   anything inappropriate.

4           And the conditions that I am going to impose are

5   strict.  I'm going to require home detention at a halfway

6   house with GPS.  I acknowledge, as the government states in

7   their pleading, that it is possible to cut off a GPS.  And

8   yeah, there's a risk in every case.  There's never been a

9   case that has gone through the criminal justice system

10  where there's not some danger that the individual poses or

11  some risk that they flee.

12          But what would have to happen is he'd have to

13  cut the GPS.  Presumably at that point -- well, I know at

14  that point probation will be made aware of that, and then

15  he'd presumably have to have somebody assist him to get --

16  to flee.  He doesn't have -- he's going to have to turn in

17  his passport, and the idea that he's going to be able to

18  travel abroad without a passport, having just cut his ankle

19  monitor, I just don't think that's all that likely.

20          And I also don't think it that likely that he's

21  going to have access to children.  My understanding of the

22  allegations in this case, based upon the representations,

23  is that virtually every or every allegation against him

24  occurred when he was in a position of trust.  And I think,

25  with him being at a halfway house, with an ankle monitor on

```
 1   and GPS, the likelihood that he could build some level of
 2   trust with a minor to enable him to commit some future
 3   offense is just minuscule.
 4          Now, again, I recognize he could cut off the
 5   GPS, but when I have no firm allegations in 15 years, I
 6   just don't know how I can conclude that for 15 years he's
 7   not been a danger, but now he is.  And not only a danger,
 8   but a danger such that there's no conditions or combination
 9   of conditions that I can impose.
10          So while I'm very, very troubled by the
11   allegations in this case, ultimately I conclude that there
12   are conditions or a combination of conditions that I could
13   impose to assure his presence and the safety of the
14   community.  And they are the conditions that were listed in
15   the pretrial services report, in addition to maintaining a
16   residence at the halfway house, GPS monitoring, home
17   detention.  I think this was already in there, but no
18   unsupervised contact with minors, and any supervised
19   contact must be approved by pretrial services beforehand.
20          He's not -- you're not going to be released
21   today.  We need to see when there's a halfway house.  I
22   will -- the appearance form looks fine to me.  I'm not
23   going to sign it today because he can't be released today.
24          I am leaving the state tomorrow.  If we have a
25   bed tomorrow and he can go there, it can go to the duty
```

1   magistrate judge just to sign the bond.  It's my order, but

2   they can sign the bond.  Same thing if it's next week.  If

3   you can't fit me in because my calendar is brutal, it can

4   go to the duty magistrate judge, understanding it's my

5   bond.  It's just their signature under it.

6                Let me ask the government.  Would you like me to

7   stay the release order pending appeal to the district court

8   in Florida?

9                MS. URBAN:  Yes, Your Honor.  We respectfully

10  request the stay.

11                THE COURT:  I will do that.  So it will be

12  stayed pending a ruling from the district court judge

13  there.

14                And then, if my order is sustained, then once we

15  have a halfway house, he will be released.  If not, then

16  you'll be detained on the district court judge in Florida's

17  order.

18                Anything further that we can do here today,

19  then?

20                MS. URBAN:  The government has nothing further.

21                MR. LEEDY:  Nothing further, Your Honor.

22                THE COURT:  Okay.  I was going to sign the

23  order to appear in the district.  The date is February 8th,

24  but I have no idea if we're going to get a ruling from the

25  district court judge by then, if we're going to have a

1   halfway house by then, so I'll just hold onto that and see

2   what happens with the appeal.

3            Thanks, everybody.  We'll be in recess.

4            THE CLERK:  All rise.

5            (This concludes the requested audio transcript

6   of proceedings.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    REPORTER'S CERTIFICATE
 2          I, Elissa Steen, Registered Professional Reporter,
 3     do hereby certify that I have listened to and transcribed
 4     requested audio file.  I certify that this transcript is a
 5     true and correct transcription to the best of my knowledge
 6     and ability.
 7
 8     Dated February 12, 2024
 9
10
11                             _____
12                             Registered Professional Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**A**

ability 6:7 16:20
  21:6
able 4:24 5:18
  5:24 7:16 11:7
  17:17
abroad 10:14,21
  17:18
absence 6:24
abuse 6:22 9:19
  9:23 11:13,15
  11:21,25 12:12
  13:12,22 15:3
abused 14:6
access 9:10
  14:23 15:8
  17:21
accomplices
  16:21
accusations 6:10
acknowledge
  17:6
action 6:25
active 7:5
addition 8:11,12
  11:8 18:15
address 4:13 5:8
addressed 8:7
adult 9:11 13:9
afternoon 3:14
  3:15,18,19
ago 6:19 12:6
  17:1
agree 5:13
ALCIA 2:2
Alicia 3:9
allegation 6:20
  7:25 17:23
allegations 4:6
  9:19 12:5
  13:22 14:20,21
  14:23 16:3,10
  17:2,22 18:5
  18:11
alleged 6:21
  15:3
alleges 7:23

allow 14:22
AMERICA 1:6
analysis 8:3
ankle 17:18,25
answer 5:19
anyways 9:3
appeal 19:7 20:2
appear 11:7
  19:23
appearance 3:8
  18:22
appearing 3:17
approach 14:3
approved 18:19
argue 11:24
argument 3:20
  5:2 7:22
arguments 3:22
arrest 11:2
arrested 4:20
Article 5:11
assert 8:5
assist 17:15
assumption 8:23
assure 15:16
  16:9 18:13
astonishing 16:4
attend 4:25
attorney 2:10
  3:11
Attorney's 2:2
audio 1:4 3:3
  20:5 21:4
AUSA 3:12
availability 4:10
available 5:16
  8:19,24 9:1
aware 3:22 9:17
  12:5,19 17:2
  17:14

**B**

back 6:7 9:21
  12:25,25 16:11
based 6:19 7:20
  7:22 12:14
  16:25,25 17:22

bed 18:25
Bedford 2:11
beginning 7:5
  7:23
begins 3:3
behalf 3:9,16
believe 8:7,17
  9:17 11:2,9
  12:6 13:1 15:3
best 21:5
beyond 16:4,19
boarder 11:5
boat 11:5
bond 19:1,2,5
border 10:25
Brian 2:12 3:15
bribes 12:16
briefing 3:24
brutal 19:3
build 18:1

**C**

C 2:1 3:2
calendar 19:3
California 2:3
candidate 8:6
carry 16:20
case 1:2 3:25 4:7
  4:17 5:3 9:12
  9:23 11:11,19
  11:20 12:4,7
  13:3 14:13
  15:11,18 16:2
  16:11,24 17:8
  17:9,22 18:11
cases 6:25 7:1
  15:22
certain 7:14
certainly 9:2
  16:3
CERTIFICA...
  21:1
certify 21:3,4
changed 7:21
character 5:25
  14:18 15:20
characteristics

11:25
charge 12:20
charged 17:1
charges 10:17
  11:2 12:23
charity 5:22
chase 5:17
check 15:4
child 3:11
childhood 11:15
children 4:4 9:9
  12:2 13:4,10
  13:20,23 14:1
  14:23 15:8
  17:21
church 6:4
circumstances
  12:22
cited 4:17
civil 13:12
cleared 8:14
CLERK 3:5
  20:4
close 4:4 11:17
  14:15
Colorado 1:1,13
  2:4,14 8:18
  10:10,12 14:17
  15:4
combination
  15:15 16:8
  18:8,12
come 11:22
  14:13
comfortable 4:7
coming 7:18
commencing
  1:14
comment 16:16
comments 4:14
commit 18:2
committed 8:1
common 11:16
community 5:21
  7:22,25 9:9
  11:10 14:16
  15:4,11,17,21

16:10 18:14
concern 9:18
  11:12
concerned 14:9
concerns 14:12
  15:10
conclude 18:6
  18:11
concludes 20:5
condition 5:16
conditions 15:15
  15:15 16:8,8
  17:4 18:8,9,12
  18:12,14
conduct 16:12
  17:1
confirm 10:6
confirmed 9:22
conflated 7:22
connection
  13:12,21
connections
  10:4 11:18
  12:8 15:8
consider 4:9,11
  15:25
considered
  15:23
consistently 7:8
contact 18:18,19
contacted 7:11
  7:12,14
contacts 14:9
contended 12:4
contentions 10:8
context 4:1
continue 5:23
  13:25 14:11,20
  15:7
continued 3:21
  12:8 14:7,22
continues 6:11
correct 21:5
counsel 6:8 7:7
  7:10 10:9,20
countries 12:1
country 4:19

10:10 11:4
**course** 9:18
  11:23
**court** 1:1,13 3:5
  3:6,14,18,21
  5:6,9,13,18 6:8
  6:14,16 7:16
  8:3,8,12,17,20
  9:14,17 10:18
  10:20 13:5,14
  15:13 19:7,11
  19:12,16,22,25
**Court's** 10:14
**courtroom** 6:2
**crime** 4:18,22
**crimes** 8:1
**criminal** 6:25
  7:1,2 17:9
**crossed** 10:24
**current** 8:2
**cut** 5:17 17:7,13
  17:18 18:4

**D**

**D** 3:2
**danger** 8:4 9:8
  9:10 11:10
  12:7 13:3,4
  17:10 18:7,7,8
**date** 7:9,17 8:1
  19:23
**Dated** 21:8
**dates** 5:18
**dealing** 6:18
  7:10
**deals** 4:18
**dealt** 4:14
**decade** 16:11
**decidedly** 5:19
**Defendant** 1:10
  2:10 4:7 9:5
  10:4,6,9,23
  11:16 12:11,15
  12:19 13:10,18
  13:23 14:3,5
  14:20,22,25
  15:5,21 16:7

**Defendant's**
  14:9 15:16
**defendants** 11:1
**defense** 9:25
  10:9 12:4
  14:16,18 15:19
**defense's** 9:16
  10:5 11:12
**delayed** 11:15
  11:21
**Denver** 1:13 2:4
  2:14
**Department** 2:5
  2:8 7:5,7
**despite** 10:7
  14:21,23
**detail** 16:15
**details** 16:13,18
**detained** 9:6
  16:24 19:16
**detention** 3:22
  5:10 10:2 16:1
  17:5 18:17
**determination**
  16:23
**determining**
  15:25
**different** 8:19
  9:2 12:1,19,22
**difficult** 16:2
**disclose** 13:17
**disclosure** 11:15
**disclosures**
  11:21
**dispute** 5:8
**district** 1:1,1,13
  3:13 19:7,12
  19:16,23,25
**DOJ** 7:12
**DOJ's** 3:11
**Dominican** 10:5
**Douglas** 6:2
**duty** 18:25 19:4

**E**

**E** 2:1,1 3:2,2
**easily** 10:12,13

**either** 5:2 8:25
**Elissa** 21:2
**enable** 18:2
**enforcement**
  9:23 14:8,11
**enforcement's**
  12:14
**engage** 8:3
**entertain** 9:2
**enticement**
  12:13
**entirely** 4:19
**entries** 3:7
**environment** 4:8
**especially** 11:16
**ESQ** 2:2,5,8,10
  2:12
**Essentially** 15:7
**evade** 10:25
**everybody** 20:3
**evidence** 7:24
  8:5 9:25 11:20
  12:5,23,24
  15:23
**example** 11:6
**exceedingly**
  11:16
**excuse** 12:3
  13:23
**exist** 6:11
**existed** 7:23
**explained** 5:9
**exploitation**
  3:11
**exposed** 14:1
**expressing**
  14:12
**extent** 13:17

**F**

**facilitate** 15:7
**facing** 12:20
**fact** 6:11
**factor** 8:4 15:24
**fairly** 8:24
**family** 11:18
  13:9

**far** 10:4 12:3
  17:1
**February** 1:4,12
  19:23 21:8
**federal** 1:14
  12:20
**felt** 13:25
**file** 21:4
**filed** 7:1
**filing** 6:17 9:20
  10:1,6,23
  11:15
**filings** 10:15
**financial** 5:20
  10:7 12:9
**financially** 5:23
  14:24
**find** 15:19
**fine** 8:20 10:19
  18:22
**firm** 18:5
**first** 5:3 13:8
**fit** 19:3
**five** 6:19
**fled** 10:14
**flee** 13:2 17:11
  17:16
**flight** 8:7 9:8
  11:8 15:11
**Florida** 2:7 3:13
  4:15,23,25
  5:12,19 7:17
  10:11,12 11:5
  19:8
**Florida's** 19:16
**form** 18:22
**formal** 5:15
**forward** 11:22
  14:13
**four** 6:19
**Fourth** 2:6
**friend** 11:18
**front** 8:8
**further** 4:1 5:1
  14:14 19:18,20
  19:21
**future** 18:2

**G**

**G** 3:2
**Geilenfeld** 1:9
  3:16 4:15 5:18
  6:3,4,5,23 7:2
  7:6,13,16 8:6
**Geilenfeld's** 7:4
**give** 4:1
**given** 4:6 13:25
**go** 5:3 11:1
  16:11 18:25,25
  19:4
**going** 4:3,16,21
  4:24 10:20
  16:25 17:4,5
  17:16,17,21
  18:20,23 19:22
  19:24,25
**good** 3:14,15,18
  3:19 8:6
**government**
  3:10 5:4 6:17
  6:21 7:23 8:9
  8:22 9:3,5
  10:12 12:24
  17:6 19:6,20
**government's**
  7:20
**GPS** 17:6,7,13
  18:1,5,16
**grandchildren**
  4:5,6
**grave** 15:10
**gravely** 14:8
**great** 10:7 14:12
  15:22
**greater** 13:2
**grounds** 10:2
**guess** 4:21 5:15
**guest** 15:1,1

**H**

**Haiti** 10:5,16
  14:3,10
**half** 16:11
**halfway** 4:9,11
  4:11 5:14 8:13

8:22 10:2 15:5
  17:5,25 18:16
  18:21 19:15
  20:1
**happen** 4:10
  17:12
**happens** 7:17
  20:2
**he'll** 5:23
**hear** 5:1,4 8:22
  9:3
**heard** 6:14
**hearing** 3:22,23
  4:14 9:18
**hearings** 4:25
**held** 1:13
**highlight** 9:14
**Hill** 6:2
**history** 7:2
**hold** 20:1
**home** 4:2,4,5
  9:20,24 10:3
  17:5 18:16
**homeowner** 4:6
**Honor** 3:10,15
  5:5,15 6:1 7:15
  7:21 8:8 9:4
  10:22 11:12
  14:14 19:9,21
**host** 6:10
**hour** 1:14
**house** 4:9,11,12
  5:14 8:13,16
  8:22 15:1,2,5
  17:6,25 18:16
  18:21 19:15
  20:1

**I**

**idea** 17:17 19:24
**identify** 13:18
**importantly**
  9:25
**impose** 16:9
  17:4 18:9,13
**imposed** 15:16
**impoverished**

10:8
**inappropriate**
  17:3
**incentive** 13:2
**inclined** 8:21
**including** 5:16
  5:20 10:14
**independent** 9:6
**indicated** 9:21
  10:22
**indicates** 12:2
**indicating** 15:20
**indication** 10:15
  16:20
**indicted** 16:10
**indictment** 6:18
  8:2
**individual** 6:4
  7:11,18 9:11
  13:11,11,19
  16:24 17:10
**individuals** 5:21
  6:5,22 12:9
  14:4,17,19
  15:11
**inform** 14:8
**information**
  6:13,17 8:8
  9:15,16
**informed** 8:17
**innate** 11:25
**innocent** 16:7
**investigation** 7:6
  10:16 12:16
**island** 12:8 15:8
**issue** 5:10 9:12
  10:9 15:25

**J**

**Jessica** 2:8 3:11
**job** 5:11
**Joining** 3:10
**judge** 1:15 3:19
  19:1,4,12,16
  19:25
**jurisdiction** 4:17
  5:24 10:14

**justice** 2:5,8 7:6
  7:7 10:15 17:9

**K**

**KARL** 1:9
**keep** 8:24
**kids** 16:17
**kind** 13:14,14
**knew** 7:8,8
**know** 4:10,16
  6:19,21,23,24
  8:23 16:19
  17:13 18:6
**knowing** 14:23
**knowledge** 21:5
**known** 5:22,22
  14:19
**knows** 6:8 12:22

**L**

**Lacee** 2:5 3:12
**lack** 8:7
**land** 10:25 11:5
**language** 14:10
**large** 5:21 15:9
**law** 2:10 4:21
  9:23 12:13
  14:8,11
**learned** 6:16
**leave** 11:7
**leaving** 10:16
  18:24
**Leedy** 2:12 3:15
  3:16,20 4:13
  5:3,5,14 19:21
**left** 5:6,9
**legal** 9:7
**let's** 9:3
**letters** 5:25
  14:19 15:20
**level** 18:1
**likelihood** 18:1
**listed** 18:14
**listened** 21:3
**live** 4:5
**living** 4:4,22 6:5
  11:18

**long** 6:9
**longer** 13:21
**looked** 9:21
**looking** 8:12
**looks** 18:22
**loop** 14:15
**love** 16:17
**loved** 13:19,22

**M**

**magistrate** 1:15
  19:1,4
**maintain** 12:11
  13:22
**maintaining**
  18:15
**maintains** 9:5
**making** 12:9
**Massachusetts**
  2:11
**materialize**
  12:17
**McGreevy** 2:13
**mean** 11:23 16:4
**means** 13:2
**mechanisms**
  10:25
**Miami** 2:7
**MICHAEL** 1:9
**minor** 18:2
**minors** 18:18
**minuscule** 18:3
**modify** 9:2
**money** 14:4
**monitor** 17:19
  17:25
**monitoring**
  18:16
**Monk** 2:5 3:12
**month** 12:18
**months** 16:25
**mystery** 7:13

**N**

**N** 2:1 3:2
**nearly** 16:11
**need** 4:16,23

18:21
**needs** 5:24
**network** 6:11
  7:15
**never** 17:8
**new** 2:11 10:24
**Northeast** 2:6
**note** 7:20
**noted** 10:9,15
**number** 4:3

**O**

**O** 3:2
**Oberkoetter**
  2:10 3:16,19
  7:10
**obscenity** 3:12
**obtained** 10:24
**obviously** 3:22
  4:15,20
**occurred** 4:22
  9:24 12:6 15:3
  17:24
**occurring** 9:19
**offense** 18:3
**offer** 14:4
**Office** 2:2
**Okay** 3:21 19:22
**old** 6:20 7:3
**once** 9:1 12:17
  13:11 19:14
**opportunity**
  8:13,18
**options** 8:18
**order** 10:25 19:1
  19:7,14,17,23
**orphanage**
  14:25 15:1
**outside** 10:13
**overcome** 15:19
  15:24

**P**

**P** 2:1,1 3:2
**p.m** 1:15
**part** 4:22 5:11
  15:9

**particular** 9:11
  9:23
**passport** 10:18
  10:21,24,24
  11:3 17:17,18
**pattern** 11:25
**payments** 12:9
  12:13
**pedophile** 11:24
**penalty** 12:21
**pending** 19:7,12
**people** 14:3
**period** 15:2
**persons** 12:4
**pieces** 9:15
**placement** 8:13
**Plaintiff** 1:7 2:2
**pleading** 5:8
  6:22,23 7:21
  17:7
**please** 3:6,8
**point** 4:18 5:10
  7:25 14:15,17
  16:16 17:13,14
**pointed** 14:22
**poses** 17:10
**position** 11:17
  17:24
**possibility** 8:12
**possible** 17:7
**posture** 12:19
**preface** 5:1
**presence** 15:16
  16:9 18:13
**present** 7:16 8:4
  11:9,9,13 12:7
**presumably**
  17:13,15
**presumed** 16:7
**presumption** 5:3
  8:9 15:18,18
  15:24
**pretrial** 4:1
  18:15,19
**prevent** 11:4
**previously** 9:14
  10:23

**print** 10:19
**prior** 7:2 10:7
**prison** 12:21
**probably** 9:17
**probation** 8:15
  8:16 17:14
**proceeding**
  13:12,21
**proceedings** 1:4
  1:12 3:4 10:11
  11:7 13:25
  20:6
**Professional**
  21:2,12
**proposed** 4:2
**provided** 6:1
**providing** 8:11
**proximity** 4:4
**pursuant** 1:14
**put** 8:15

---
        **Q**
**question** 4:16
  15:14 16:6
**questions** 14:15

---
        **R**
**R** 2:1,12 3:2
**raised** 9:18
**reach** 7:9 14:11
**reason** 5:19
**reasons** 9:6
  11:22 13:1
**rebutted** 8:9
**recant** 12:12
  13:20
**received** 12:10
**recess** 20:3
**recognize** 18:4
**records** 9:21
**reference** 6:1
  16:15
**references** 16:12
  16:14,21
**regard** 5:7,14,25
  7:4,15 8:4
**Registered** 21:2

  21:12
**rehash** 9:13
**reinforces** 10:1
**related** 6:9
**release** 4:2,24
  5:15 8:6,21,22
  8:25 10:2 19:7
**released** 8:25
  18:20,23 19:15
**releasing** 4:7
**relevant** 9:7
**relied** 14:16
**relying** 10:1
  14:18
**remain** 13:4
  14:8
**remainder**
  10:11
**remains** 11:9
  12:2,7 15:10
  15:24
**report** 9:22
  18:15
**reported** 6:22
  12:15 13:11
**Reporter** 21:2
  21:12
**REPORTER'S**
  21:1
**reports** 6:19,24
  7:1 11:13
  12:10 14:2
**representations**
  10:6 17:22
**representing** 6:9
**Republic** 10:5
**request** 5:15
  19:10
**requested** 20:5
  21:4
**require** 17:5
**research** 4:21
**reside** 15:9
**residence** 8:14
  8:19 11:19
  18:16
**resource** 6:3

**resources** 7:17
  10:7
**respectfully**
  19:9
**respond** 9:15
**restriction** 6:6
**results** 8:16
**retract** 16:17
**Reverend** 6:1
**Ridley** 2:13
**Riewerts** 2:2 3:9
  3:9
**right** 11:22
  14:15 15:13
**rise** 3:5 20:4
**risk** 7:22,23,24
  8:7 9:8 11:8
  12:2,3 13:25
  15:12 17:8,11
**robbery** 12:12
**Robert** 2:10
  3:16
**Room** 2:6
**Rules** 1:14
**ruling** 19:12,24

---
        **S**
**S** 2:1 3:2
**safety** 14:12
  15:16 16:9
  18:13
**saying** 14:5
  16:17
**Scott** 1:15
**seated** 3:6
**section** 3:12
**see** 18:21 20:1
**seen** 16:18
**serious** 12:20,21
**services** 4:1
  18:15,19
**session** 3:5
**severity** 14:21
**sexual** 11:15
**shown** 11:20
**side** 3:24 5:2
**sign** 14:5 18:23

  19:1,2,22
**signature** 19:5
**silence** 12:12
**six** 15:22
**slightly** 12:19
**somebody** 16:16
  17:15
**soon** 8:24 9:1
**South** 5:12 7:17
**Southern** 3:12
**space** 5:16
**specific** 13:5,6
  14:10
**specifics** 16:22
**spurred** 6:18
**standards** 9:8
**start** 5:6 12:17
**state** 18:24
**states** 1:1,6,13
  9:20,24 11:6
  11:14 12:1
  17:6
**statute** 8:10
**stay** 19:7,10
**stayed** 15:1
  19:12
**staying** 15:6
**Steen** 21:2
**street** 2:3,6,11
  2:13 14:4
**strict** 17:5
**struggled** 16:3
**subject** 10:16
  11:1 12:16,23
**submit** 13:20
**submits** 10:13
**submitted** 3:24
  9:14 11:14
  14:18 15:20
**sufficient** 9:7
  11:3 15:4
**suggest** 8:14
**Suite** 2:3,14
**supervised**
  18:18
**supplement** 8:19
**supplemental**

3:24 11:14
**support** 5:20,21
  5:23 6:2,6,11
  7:15 14:20
  15:20
**supported** 7:19
  14:24
**supposedly** 13:7
**sure** 4:24
**sustained** 19:14
**system** 17:9

**T**

**T** 1:15
**tabs** 11:1
**taken** 6:25
**team** 9:23 14:8
  14:11
**tell** 6:16
**terms** 9:9 10:15
  11:13 14:16
**Thank** 3:13 5:5
  9:4 15:13
**Thanks** 20:3
**then-adult** 13:24
**theory** 7:21
**thing** 4:13 19:2
**think** 4:3,17 5:5
  5:9,11 8:20,21
  13:16 17:19,20
  17:24 18:17
**threat** 11:23
  13:15,19,24
  15:10 16:18,21
**threatened** 13:9
  13:10
**threats** 12:17
  13:5,6,7 16:14
**three** 9:6 10:1
**ties** 15:21
**time** 6:9,15
  11:24 15:2
**today** 3:20 4:10
  6:2,12 7:11
  8:15 10:6,8
  12:24 16:6
  18:21,23,23

19:18
**tomorrow** 18:24
  18:25
**ton** 4:20
**touch** 7:7
**traditional**
  10:25
**transcribed** 21:3
**transcript** 3:3
  20:5 21:4
**transcription**
  1:4 21:5
**travel** 5:24
  10:12,13,20
  17:18
**traveled** 14:25
**traveling** 10:10
**trial** 3:10
**tried** 12:11
**troubled** 18:10
**troubling** 16:4,4
**true** 16:3,5 21:5
**trust** 11:17
  17:24 18:2
**try** 14:4
**trying** 11:4,6
  13:16
**turn** 17:16
**turned** 10:23
  11:3
**two** 4:4

**U**

**U.S** 2:2
**ultimately** 18:11
**understanding**
  12:14 16:7
  17:21 19:4
**undisputed** 12:8
**Union** 2:11
**United** 1:1,6,13
  9:20,24 11:6
  11:14
**universe** 12:25
**unknown** 16:16
  16:21
**unsupervised**

18:18
**Urban** 2:8 3:11
  9:4 10:19,22
  13:8,16 19:9
  19:20
**urge** 6:14

**V**

**v** 1:8
**vagaries** 16:25
**vague** 16:12,14
  16:21
**Varholak** 1:15
**venue** 4:17,19
  4:23 5:7,10
**victim** 11:17
  13:9,24
**victims** 9:11
  11:10 12:10,14
  13:3 14:7 15:9
**virtually** 3:10
  17:23
**visit** 8:16
**visited** 4:2
**vocally** 14:24
**VTC** 3:17

**W**

**want** 6:13 8:24
  8:25 9:13
  13:17,24
**warrant** 11:2
**wasn't** 6:15
**We'll** 20:3
**we're** 3:21 19:24
  19:25
**we've** 6:16 9:13
  12:10
**week** 14:19 19:2
**whereabouts** 7:4
**wider** 12:25
**Winocur** 2:13
**wish** 9:1
**wishes** 5:2
**witnesses** 9:12
  11:10 12:11,15
  13:3 15:9

**work** 4:3 5:22

**X**

**Y**

**yeah** 5:13 16:18
  17:8
**years** 5:22 6:19
  6:20 7:3 12:1,6
  12:21 15:22
  17:1 18:5,6
**yesterday** 9:21
  10:1

**Z**

**0**

**02741** 2:11

**1**

**1** 1:4,12
**1:15** 1:15
**12** 21:8
**14** 6:20
**15** 17:1 18:5,6
**1600** 2:3
**16th** 2:13
**17** 6:20
**1801** 2:3

**2**

**20** 5:22 6:22
**200** 2:14
**2006** 7:24
**2010** 8:1
**2012** 7:5,12
  12:25
**2015** 12:25
**2024** 1:4,12 21:8
**24-MJ-00012-...**
  1:2
**24-MJ-12** 3:7

**3**

**3** 5:11
**30** 12:21
**303** 2:13
**33132** 2:7

**4**

**426** 2:11

**5**

**502** 2:6

**6**

**7**

**72** 7:2

**8**

**80202** 2:4,14
**8th** 19:23

**9**

**99** 2:6