# MINUTE ORDER

Page 1

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**     Date: 3/29/24    Time: 2:00 p.m.

---

**Defendant:** Michael Karl Geilenfeld    **J#:** 95534-510    **Case #:** 24-20008-CR-WILLIAMS/GOODMAN

**AUSA:** Lacee Monk      **Attorney:** Julie Holt - AFPD

**Violation:** TRAVELING IN FOREIGN COMMERCE WITH THE PURPOSE OF ENGAGING IN ILLICIT SEXUAL CONDUCT    **Surr/Arrest Date:** 3/28/24    **YOB:** 1952

**Proceeding:** Initial Appearance      **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No    **Recommended Bond:**

**Bond Set at:**    **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs    **Language:** English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**
- Deft. advised of rights and charges;
- Deft. sworn; AFPD is appted.
- Deft. PTD hearing was held in the District of Colorado where the Court denied the Gov't's request for PTD and granted the Deft. a bond. The Bond is Stayed pending an appeal and ruling from Judge Williams
- Reading of indictment Waived
- Not Guilty plea entered
- Jury trial demanded
- Standing Discovery Order requested.
- Defendant Arraigned
- Brady Order Given

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

**Report RE Counsel:**
**PTD/Bond Hearing:**
**Prelim/Arraign or Removal:**
**Status Conference RE:**

**D.A.R.** 14:11:25, 14:15:53      **Time in Court:** 9 Minutes

s/Lisette Marie Reid      Magistrate Judge