# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-20914-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DAMION ST. PATRICK BASTON**,

    Defendant.

_____/

### PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY

THIS CAUSE is before the Court on the Government's Unopposed Motion for a Protective Order ("Motion") [ECF No. 25] regulating disclosure of the discovery materials and the sensitive information contained therein (the "discovery") to defense counsel in connection with the Government's discovery obligations. The Court finding good cause, it is

**ORDERED AND ADJUDGED** that the Government's Motion is **GRANTED**.

It is further **ORDERED** that the Government is authorized to disclose the discovery in its possession, which the Government believes is necessary to comply with the discovery obligations imposed by this Court.

It is further **ORDERED** that the following restrictions shall govern the disclosure of the discovery in this case:

    a. Counsel for the Government and for the Defendant shall not provide discovery materials to any person except as specified in this Order or by prior approval of the Court.

Exhibit C

CASE NO. 13-20914-CR-ALTONAGA

b. Except as outlined in paragraph c, the Defendant shall possess the discovery materials only in the presence of the Defendant's counsel or an employee of defense counsel, and only as necessary for counsel to prepare the case.

c. Notwithstanding paragraph b, where the parties agree that certain discovery materials do not contain sensitive victim information, the Defendant may possess those discovery materials outside of the presence of his counsel. Counsel for the Defendant shall confer witch counsel for the Government regarding such discovery materials before permitting them to remain in the possession of the Defendant.

d. Employees of the Government or defense counsel may possess the discovery materials, but only as necessary to prepare the case.

e. Third parties contracted by the Government or the defense to provide expert analysis or testimony may possess the covered materials, but only as necessary to prepare the case.

f. Counsel for the Defendant shall ensure that the Defendant and any third party that obtains access to the discovery materials are provided a copy of this Order. No third party that obtains access to or possession of the discovery materials shall retain such access or possession unless authorized by this Order. Any third party that obtains access to or possession of the discovery materials shall promptly destroy or return the materials once the third party no longer requires access to or possession of the materials to assist in the preparation of the case.

Exhibit C

CASE NO. 13-20914-CR-ALTONAGA

    g. Upon entry of final order of the Court in this matter and conclusion of any direct appeals, counsel for the Government and the Defendant shall destroy or cause to be destroyed all copies of the discovery materials, except that they may maintain copies in their closed case files following their ordinary procedures.

    h. Counsel for the Government and for the Defendant shall promptly report any known violations of this Order to the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of January, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

Exhibit C