# CÉCILE ACCILIEN

## Curriculum Vitae

Professor of French and Francophone Studies
University of Maryland

French & Italian Department  caccilie@umd.edu
School of Languages, Literatures & Cultures
3215 Jimenez Hall
College Park, MD 20742

## EDUCATION
PhD, French Studies, Tulane University, 2002
MA, Francophone Studies, University of Louisiana at Lafayette, 1997
BA, French Literature & Civilization, Montclair State University, 1995

## FACULTY POSITIONS

**University of Maryland, College Park, MD**
Professor of French and Francophone Studies, Fall 2023-Present

**Kennesaw State University, Kennesaw, GA**
Professor of African and African Diaspora Studies & Interdisciplinary Studies, 2020–2023

**University of Kansas, Lawrence, KS**
Associate Professor of African and African American Studies, 2015–2020

**Columbus State University, Columbus, GA**
Professor of French (Francophone Literature and Language), 2014–2015
Associate Professor of French (Francophone Literature and Language), 2009–2014
Assistant Professor of French (Francophone Literature and Language), 2005–2009

**Portland State University, Portland, OR**
Assistant Professor of French and Francophone Literatures, 2002–2005

## ADMINISTRATIVE EXPERIENCE
**Kennesaw State University, Kennesaw, GA**
Professor and Chair, Interdisciplinary Studies Department, 2020–2022

- Coordinate department vision and strategic planning
- Develop and evaluate 12 programs, including African and African American Studies, Asian Studies, Interdisciplinary Studies, Latin American and Latinx Studies, Gender & Women's Studies, Peace Studies, and Peace Corps Preparation Studies
- Evaluate faculty annually and as part of the university tenure and promotion process
- Work with cross-functional teams to develop and promote career development
- Facilitated the re-launch of a Certificate in Diversity & Community Engagement, which led to 1.4 million in funding from the Human Resources and Services Administration
- Oversee budgeting and fiscal management of department resources

- Create a supportive, civil, and productive work environment/culture
- Coordinate relationships with external constituencies, including fundraising
- Administer academic/human resources/legal policies
- Foster high-quality teaching, service, and scholarship
- Assign faculty and staff workloads, including service and teaching responsibilities of lecturers and part-time faculty
- Provide service and support to varied constituencies (college, university, and community)
- Coordinate the development of reports (e.g., assessment, SACS accreditation)
- Serve as an advocate for and representative of the department to the college, university and external constituents
- Work with faculty to identify hiring priorities
- Assist the department in maintaining relationships with alumni and other external constituencies of the department
- Manage student concerns
- Recruit and orient students
- Supervise the coordination of teaching schedules with faculty and program coordinators
- Work with other Chairs to foster interdepartmental communication and design, to clarify policies affecting ISD programs and jointly appointed faculty, and otherwise to strengthen networks across departments

**University of Kansas, Lawrence, KS**
Interim Chair, African and African American Studies, 2018–2020

- Provided departmental governance, including developing and implementing programs, plans, and goals
- Managed departmental instruction, including class scheduling, curriculum, and enrollment supervision of on- and off-campus programs
- Budget management: Ensured department's financial operations were in compliance with university and state guidelines and requirements; reviewed budget suggestions and requests
- Faculty affairs: Mentored, guided, and supported faculty, especially in relation to promotion and tenure guidelines; shepherded search processes, providing guidance in all search committees
- Student affairs: Worked with other stakeholders to support outreach efforts, student success, retention, progression, and graduation
- Professional development: Oversaw and promoted funding sources for faculty for research and teaching and learning

Director of the Institute of Haitian Studies, 2015–2020

- Served as coordinator of Haitian Creole and Haitian Studies
- Obtained $130,000 grant from donors to establish service learning programs in Haiti
- Oversaw programming and events related to Haitian Studies

Associate Director, Center for Latin American and Caribbean Studies, College of Liberal Arts and Sciences, 2016–2020

- Worked closely with director and other faculty and colleagues to determine strategic plan for the Center
- Co-directed programs, developed strategies and policies, and helped manage resources
- Served as part of a team that co-wrote an application leading to a $1.7 million U.S. Department of Education Title VI Area Studies and Foreign Language Area Studies grant

- Co-facilitated training related to DEI
- Collaborated with various stakeholders including academic departments, the Spencer Museum of Art, the Lawrence Public Library, the Office of Multicultural Affairs, and other entities to determine programming

**Columbus State University, Columbus, GA**
Coordinator of the French program, Department of Modern & Classical Languages and Literatures, 2009–2015

- Advised students, including majors and minors, on courses and course sequences
- Assigned courses to faculty based on their expertise and program needs
- Collaborated with other language programs on events such as language and film festivals
- Served as facilitator for students' language group

**Portland State University, Portland, OR**
Supervisor of second-year French language program, 2002–2005

- Advised students, including majors and minors, on courses and course sequences
- Assigned courses to faculty based on their expertise and program needs
- Collaborated with other language programs on events such as language and film festivals
- Served as facilitator for students' language group

**PROFESSIONAL DEVELOPMENT (SELECTED)**
Graduate Certificate in Organization Coaching, University of Georgia, Summer 2022
Academic Leadership Program, Emory University, Atlanta, GA, Spring 2022
Crucial Conversations Certificate, Emory University, Fall 2021
Inclusive Excellence Cohort Certificate Program, Office of Diversity & Inclusion, Kennesaw State University, 2020–2021
Inclusive Excellence Cohort Certificate Program, UNITAR (United Nations Institute for Training and Research) CIFAL, Atlanta, Fall 2020
Council of Colleges of Arts and Sciences Seminars for Chairs and Heads, December 1–4, 2020
    Kennesaw State University, Professional Development for Chairs, Directors and Deans, Fall 2020 & Spring 2021
Kennesaw State University Center for African and African Diaspora Studies (CAADS) and Interdisciplinary Studies, "Let's Talk Conversation Series with Dr. Krishauna Hines Gaither" [Topics: "Engaging Black and African American Students through Culturally Responsive Lessons"; "How to Navigate Difficult Dialogues on Sensitive Topics"; "Intersectionality"; "Black Women and Women of Color's Strategic Voice: How to Be Heard When No One Is Listening"; "Stereotype Threats"; "Dimensions of Oppression (Personal, Interpersonal, Institutional, Systemic, Cultural)," Spring 2021

**AWARDS AND GRANTS**
<u>University of Kansas (Selected)</u>
U.S. Department of Education, Title VI Area Studies and Foreign Language Area Studies (FLAS) funding, (in collaboration with Marta Caminero-Santangelo, Aron Muci, Robert Schwaller, 2018 Center for Latin American and Caribbean Studies), 2018–2022. Amount awarded: 1.7 million
Hall Center Research Travel Grant, 2019
Keeler Intra-University Fellowship, 2019
Humanities Kansas funding (in collaboration with Giselle Anatol, KU Department of English) for "The Unexpected Caribbean Symposium," 2018
Senior Administrative Fellow, 2017–2018
Phi Beta Delta Honor Society for International Scholars Alpha Pi Chapter, University of Kansas, 2017–present

Integrated Arts Research Initiative Fellow, Fall 2017
Social Justice Fellows, Spring 2017
Diversity Scholars Grant, 2016–2017
Faculty Seminar for Civic and Social Responsibility Community of Practice Grant, Spring 2016
Best Practices Institute Grant, 2016

**Columbus State University (Selected)**
Eastern University Pennsylvania (in collaboration with Prof. Anne François, to conduct research on slave narratives in the French Caribbean), Summer 2014
Faculty Development, Interdisciplinary Grant Initiatives, 2014
Research Grant, Columbus State University College of Letters and Sciences, 2010
Fulbright Scholar and Researcher, Université de Ouagadougou, Ouagadougou, Burkina Faso, English Department, School of Letters, Arts and Communication, 2008–2009
COAL Faculty Development Research Grant (Archival Research in Newberry Library), 2006

**Portland State University (Selected)**
African Cinema Institute, Dakar, Senegal, National Endowment for the Humanities (NEH), Summer 2005
Summer Research Fellowship, Portland State University, Summer 2004

## RESEARCH AND PUBLICATIONS
### Books (authored and edited)

*Bay Lodyans: Haitian Popular Film.* SUNY Press, in progress (August 2023)

*The Antiracist World Language Classroom,* co-authored with Krishauna Hines Gaither. Routledge, 2022.

*Teaching Haiti: Strategies for Creating New Narratives,* co-edited with Valérie Orlando. University Press of Florida, 2021.

*Kreyòl Mòden: Modern Creole Language*, co-authored with Jowel C. Laguerre and Mickel-Ange Bernier. J.C.L.E.C. Firm, 2020.

*Francophone Cultures Through Films,* co-authored with Nabil Boudraa. Focus Publishing, 2013.

*English-Haitian Creole Phrasebook,* co-authored with Jowel Laguerre. McGraw-Hill, 2010.

*Rethinking Marriage in African and Caribbean Francophone Literatures.* Lexington Books, 2008.

*Just Below South: Intercultural Performance in the Caribbean and the U.S. South,* co-edited with Jessica Adams and Michael P. Bibler. University of Virginia Press, 2007.

*Revolutionary Freedoms: A History of Strength, Survival and Imagination in Haiti, French, Spanish and English Caribbean*, co-edited with Jessica Adams and Elmide Méléance. Caribbean Studies Press, 2006.

### Book Chapters

"Marronage in the Ivory Tower." In *(When) Will the Joy Come: Black Womxn in the Ivory Tower,* edited by Robin Chapdelaine, Michelle D. Thompson, and Abena A. Asare. University of Massachusetts Press, 2023.

"Living Vodou: Representations of Power and Resistance in René Depestre's *Un arc-en-ciel pour l'Occident chrétien.*" In *Cambridge History of Haitian Literature,* edited by Marlene L. Daut and Kaiama L. Glover. Cambridge University Press, in progress.

"A Reflection on Haitian Refugees at Guantánamo Bay" Sargasso: A Journal of Caribbean Literature, Language & Culture (accepted)

"Black and White Zombies: How Race Rewrites the Zombie Narrative." In *An "Other" Zombie Project: Decolonizing the Undead,* edited by Giulia Champion, Roxanne Douglas, and Stephen Shapiro. Bloomsbury Press, 2022.

"Re-Creating Home Through the Paratext in *Anacaona: Golden Flower* and *Mama's Nightingale: A Story of Immigration and Separation.*" In *Narrating History, Home, and Dyaspora: Critical Essays on Edwidge Danticat,* edited by Maia Butler, Joanna Davis-McElligatt, and Megan Feifer. University Press of Mississippi, 2022.

"Music, Poetry, and *Créolité* in the Songs of Carole Demesmin, Singer, Troubadour, and Activist." In *Performances That Change the Americas,* edited by Stuart Day (pp. 116–130). Routledge, 2021.

"Engaging Haiti Through Art and Religion." In *Teaching Haiti: Strategies for Creating New Narratives,* edited by Cécile Accilien and Valérie Orlando (pp. 68–91). University Press of Florida, 2021.

"Ayiti se tè glise: Intersectionalities of History, Politics, and Culture" In *Teaching Haiti: Strategies for Creating New Narratives,* edited by Cécile Accilien and Valérie Orlando (pp. 1-12). University Press of Florida, 2021.

"A Conversation About Failed DEI Moments: Accented Others, Women, Immigrants, Killjoys," co-authored with Anne Dotter. In *Confronting Critical Equity and Inclusion Incidents on Campus: Lessons Learned and Emerging Practice,* edited by Hannah Oliha-Donaldson (pp. 188–200). Routledge, 2020.

"Teaching as an 'Other.'" In *Campus Carry: Confronting a Loaded Issue in Higher Education,* edited by Patricia Somers and Matt Valentine (pp. 142–44). Harvard Education Press, 2020.

"Haiti and the Dominican Republic: Teaching about the Un/Friendly Neighbors of Hispaniola." In *Racialized Visions: Haiti and the Hispanic Caribbean,* edited by Vanessa K. Valdés (pp. 227–45). SUNY Press, 2020.

"Islands Without Borders: Teaching the Caribbean Across Languages and Cultures," co-authored with Anne François. In *Reimagining the Caribbean: Conversations Among the Creole, English, French and Spanish Caribbean,* edited by Valérie K. Orlando and Sandra Messinger Cypess (pp. 43–60). Lexington Books, 2014.

"Soleil, sexe et sable *Vers le sud.*" In *Ecrits d'Haïti: Perspectives sur la litérature haïtienne contemporaine (1986-2006),* edited by Nadève Ménard (pp. 197–212). Karthala, 2011.

"Congratulations! You Don't *Look* Haitian! How and When Does One *Look* Haitian?" In *Haiti and the Haitian Diaspora in the Wider Caribbean,* edited by Philippe Zacaïr (pp. 153–170). University Press of Florida, 2010.

"Haitian Creole in a Transnational Context." In *Just Below South: Intercultural Performance in the Caribbean and the U.S. South,* edited by Jessica Adams, Michael P. Bibler, and Cécile Accilien (pp. 76–94). University of Virginia Press, 2007.

"Painting Haiti, Living in New Orleans: The Art of Ulrick Jean-Pierre." In *Haïti: Regards croisés,* edited by Nathalie Dessens and Jean-Pierre Le Glaunec (pp. 311–33). Presses des Manuscrits de l'Université, 2007.
"Anacaona, the Golden Flower." In *Revolutionary Freedoms: A History of Strength, Survival and Imagination in Haiti,* edited by Cécile Accilien, Jessica Adams, and Elmide Méléance (pp. 73–77). Caribbean Studies Press, 2006.

"Bohechio." In *Revolutionary Freedoms: A History of Strength, Survival and Imagination in Haiti,* edited by Cécile Accilien, Jessica Adams, and Elmide Méléance (pp. 25–27). Caribbean Studies Press, 2006.

"Caonabo." In *Revolutionary Freedoms: A History of Strength, Survival and Imagination in Haiti,* edited by Cécile Accilien, Jessica Adams, and Elmide Méléance (pp. 15–18). Caribbean Studies Press, 2006.

"Jean-Jacques Dessalines." In *Revolutionary Freedoms: A History of Strength, Survival and Imagination in Haiti,* edited by Cécile Accilien, Jessica Adams, and Elmide Méléance (pp. 53–55). Caribbean Studies Press, 2006.

"Introduction." In *Revolutionary Freedoms: A History of Strength, Survival and Imagination in Haiti,* edited by Cécile Accilien, Jessica Adams, and Elmide Méléance (pp. 1–5). Caribbean Studies Press, 2006.

"Conclusion: Ayiti se tè glise," In *Revolutionary Freedoms: A History of Strength, Survival and Imagination in Haiti,* edited by Cécile Accilien, Jessica Adams, and Elmide Méléance (pp. 189–191). Caribbean Studies Press, 2006.

**Journal Articles**

"Searching for Home: Im/migration, Deportation and Exile in Haitian Popular Cinema." *Forum for Inter-American Research (FLAR),* vol. 14, no. 2 (November 2021): 25–38.

"Introduction: The Unexpected Caribbean," co-authored with Giselle Anatol. Guest authors of special issue "The Unexpected Caribbean, Part 2." *Women, Gender & Families of Color,* vol 9, no. 2 (Fall 2021): 125–135.

"Introduction: The Unexpected Caribbean," co-authored with Giselle Anatol. Guest authors of special issue "The Unexpected Caribbean, Part 1." *Women, Gender & Families of Color,* vol 9, no. 1 (Spring 2021): 1–14.

"*Secret History or the Horrors of St. Domingo* (1808): Saint-Domingue Through the Lenses of an American Woman on the Eve of Haitian Independence." *Journal of Haitian Studies,* vol 25, no. 1 (Summer 2019): 86–109.

"Teaching in the Time of 'Trumpism': Reflections on Citizenship and Hospitality." *Women, Gender, and Families of Color,* vol. 6, no. 1 (2018): 69–72.

"The Art of Ulrick Jean-Pierre." *The Southern Quarterly: A Journal of the Arts in the South,* Special Issue on the New Orleans exhibit "The Common Routes of Louisiana and Haiti: A Creative Power," vol. 44, no. 3 (Spring 2007): 127–39.

"Painting in Exile: A Glance at Ulrick's Jean-Pierre Historical Paintings." *Diaspora in Caribbean Art, AICA Southern Caribbean, Bridgetown, Barbados* (2003): 61–67.

"Survivance et importance de l'oralité dans les plantations: Les Antilles et la Louisiane." *Revue française,* vol. 9 (2000): 43–53.

**Online Publication**
Co-edited with Manisha Desai and Luz Mariá Gordillo "Honoring bell hooks's Legacy: Humanist, Feminist, Public Intellectual, Social Critic, and Educator" in Women, Gender and Families of Color. January, 2023.
https://womengenderandfamilies.ku.edu/honoring-bell-hookss-legacy-humanist-feminist-public-intellectual-social-critic-and-educator/
Co-wrote with Seneca Vaught "Black Hair as Transcript of Gendered Experience and an Artifact of Racial Resistance" in Un/engendering the Archives.
https://www.materialculture.nl/en/research/themes/unengendering-collections/black-hair-transcript-gendered-experience-and-artifact
"My Hair is my Archive–Personal, Political, Social" Proceedings from the "Emotions in the Archive" Inward/Outward Symposium, 2021 Royal Netherlands Institute of Southeast Asian and Caribbean Studies (KITLV)

**Curator**
Co-curator with Dr. Cassandra Mesick Braun, major exhibit entitled "The Ties That Bind: Haiti, the United States and the Art of Ulrick Jean-Pierre in Comparative Perspective" and related activities, including artist residency, September 8, 2018–January 7, 2019. thetiesthatbind.ku.edu, encounteringhaiti.ku.edu

**Film Producer and Consultant**
Contributing producer, *Ulrick: A Documentary Film* (directed by Tatiana Bacchus, Teaspoon and Pound Media), forthcoming.

Cultural consultant for Belmont Family Productions, Inc., for a series depicting Haiti, 2021.

**Public Writing (Selected)**

"What Haiti Needs Is Human Rights Support–Not More Military Interventions." Truthout, March 7, 2024.
https://truthout.org/articles/what-haiti-needs-is-a-path-to-fair-elections-not-more-military-interventions/

Featured Q&A: "Can the Gangs that are Terrorizing Haiti be Stopped?" March 7, 2024
https://www.thedialogue.org/analysis/can-the-gangs-that-are-terrorizing-haiti-be-stopped/

"It's Not Just the Missionaries. There Were 782 Kidnappings in Haiti This Year." *Truthout,* October 18, 2021.
https://truthout.org/articles/its-not-just-the-missionaries-there-were-782-kidnappings-in-haiti-this-year/

US Media Have Distorted Narratives on Haiti Since 1804. It's Still Happening. *Truthout,* September 29, 2021.
https://truthout.org/articles/us-media-have-distorted-narratives-on-haiti-since-1804-its-still-happening/

"Listen to Haitians, Not to Those Promising to "Save" Them from Disaster." *Truthout,* August 20, 2021.
https://truthout.org/articles/listen-to-haitians-not-to-those-promising-to-save-them-from-disaster/

"Foreign Governments and NGOs Will Try to Exploit Moïse's Assassination," co-authored with Randal Maurice Jelks, Nedghie Adrien, Nathan Jérémie-Brink. *Truthout,* July 8, 2021.
https://truthout.org/articles/foreign-governments-and-haitian-elite-will-try-to-exploit-moises-assassination/

"Haiti Is Not 'in Crisis.' Haitians Are Fighting for Governmental Accountability," co-authored with Randal Maurice Jelks. *Truthout,* November 2, 2019. https://truthout.org/articles/haiti-is-not-in-crisis-haitians-are-fighting-for-governmental-accountability/

"Borders in the Caribbean: On Haiti and the Dominican Republic." *Charla de Merienda Presents Friction at the Frontera.* Lawrence Talks (nonprofit interdisciplinary media platform), September 26, 2019.
https://www.lawrencetalks.org/charla-de-merienda/2019/9/26/charla-de-merienda-presents-friction-at-the-frontera

**Print Interviews**
"Expert Says Technology Helps Fuel Anti-government Protests in Haiti." *University of Kansas News,* October 14, 2019. https://news.ku.edu/2019/10/14/expert-says-technology-helps-fuel-anti-government-protests-haiti

"Featured Q&A: Will Protests Help Bring an End to Moïse's Government in Haiti?" *Latin American Advisor, A Daily Publication of the Dialogue,* October 2, 2019. http://www.thedialogue.org/wp-content/uploads/2019/10/LAA191002.pdf

"What Does Haiti's New Prime Minister Bring to the Job?" *Latin American Advisor, A Daily Publication of the Dialogue,* April 29, 2019. https://www.thedialogue.org/analysis/what-does-haitis-new-prime-minister-bring-to-the-job/

**Radio/Video Interviews & Podcasts (Selected)**

"Haiti has lost its last few democratically elected officials", NPR Morning Edition, January 16, 2023. https://www.npr.org/2023/01/16/1149375075/haiti-has-lost-its-last-few-democratically-elected-officials

"A Conversation About Teaching Haiti: Strategies for Creating New Narratives." Nèg Maron podcast, January 6, 2022.

"Haiti Then and Now." Haitian/Haitianist Thinkers in the Public Space: An Interview Series, with Dr. Celucien L. Joseph, January 3, 2022. https://haitithenandnow.wordpress.com/2022/01/03/haiti-then-and-now-interviews-professor-cecile-accilien/

"In the Name of Boukman." CARICON Caribbean Literary Conference CariCon-versations, August 14, 2021. https://youtu.be/EpvkBDRnkZ0

"Contemporary Haiti in Historical and Global Perspective with Dr. Cécile Accilien." Rights Talk: City College New York podcast, August 2, 2021. https://rightstalkccnydowntown.buzzsprout.com/1163141/8963445-e23-contemporary-haiti-in-historical-and-global-perspective-with-dr-cecile-accilien

"Haiti and the Struggles of the Haitian People." *A Better World* with host McNair Ezzard, WPVM Community Radio, Asheville, NC (103.7 FM), Summer 2019 www.wpvmfm.org/show/a-better-world/

"'Haitian Art: Koneksyon, Rezistans, Istwa': Cécile Accilien and Carlo Celius in Conversation." Haitian Studies Association Working Session on Haitian Visual Art, September 23, 2020. https://www.youtube.com/watch?v=Wq9qmeQjNTg

**Book Reviews (selected)**
*Slave Revolt on Screen: The Haitian Revolution in Film and Video Games,* Alyssa Goldstein Sepinwall. H-France Review Vol 22 (April 2022): 50

*City of Islands: Caribbean Intellectuals in New York,* Tammy L. Brown. *American Studies Journal,* vol. 58, no. 2 (2019): 81–83.

*English-Haitian Creole Bilingual Dictionary,* Albert Valdman, Marvin D. Moody and Thomas E. Davies. *The French Review,* vol. 92, no. 1 (2018): 229.

*Raoul Peck: Power, Politics and the Cinematic Imagination,* Toni Pressley-Sanon and Sophie Saint-Just, *Journal of Haitian Studies,* vol. 23, no. 1 (2017): 189–95.

*Contemporary Francophone African Writers and the Burden of Commitment,* Odile Cazenave and Patricia Célérier. *International Journal of African Historical Studies,* vol. 45, no. 1 (2012): 131–32.

*Encountering Revolution: Haiti and the Making of the Early Republic,* Ashli White. *Immigrant and Minorities* (2011): 1–3.

**Encyclopedia Entries**

Annotated Bibliography for "Michaëlle Jean" entry. *Dictionary of Caribbean and Afro-Latin Biography*, New York, Oxford University Press, 2016, Volume 3 (pp. 383–85).

Annotated Bibliography for "Ulrick Jean-Pierre" entry. *Dictionary of Caribbean and Afro-Latin Biography*, New York, Oxford University Press, 2016, Volume 3 (pp. 396–97).

Annotated Bibliography for "Raoul Peck" entry. *Dictionary of Caribbean and Afro-Latin Biography*, New York, Oxford University Press, 2016, Volume 5 (pp. 101–2).

**Translations**

Berthiaume, Pierre. "Louisiana, or the Shadow Cast by French Colonial Myth" [L'ombre portée des mythes coloniaux francais]. Translated from French to English with Florence Ciret. *Dalhousie French Studies,* vol. 58 (2002): 10–25.

Césaire, Emile. "Charlemagne Péralte and the Cacos." Translated from French to English with Jessica Adams. In *Revolutionary Freedoms* (pp. 67–69). Caribbean Studies Press, 2006.

Latortue, Régine. "The Naked Migrants." Translated from French to English with Jessica Adams. In *Revolutionary Freedoms* (pp. 7–10). Caribbean Studies Press, 2006.

Lerebours, Michel-Philippe. "A History of Haitian Painting." Translated from French to English with Jessica Adams. In *Revolutionary Freedoms* (pp. 151–174). Caribbean Studies Press, 2006.

## COMMUNITY INVITED GUEST PARTICIPANT (Selected)

"Talk backs" about the play *In the Blood* by Suzan-Lori Parks. Produced by Timmia Hearn, Department of Theatre & Dance, University of Kansas, October 27, 2019.

Invited guest speaker, "Encounter with Zombie Culture: Myth and/or Fascination." Smoky Hill Museum, Salina, Kansas, April 4, 2019.

Introduction of artist Israel Alejandro Garcia Garcia for opening exhibit of "Documented: Perspectives on Migration and Creation." Watson Library, University of Kansas, September 4, 2018.

Presentation on Haitian history and culture. Lawrence Optimist Club, Lawrence, Kansas, August 21, 2018.

Faculty facilitator for the University of Kansas Common Book *Create Dangerously* by Edwidge Danticat for incoming first-year students, August 19, 2018.

"Creating an Inclusive & Engaging Climate for ALL Your Students." University of Kansas Teaching Summit, August 13, 2018.

"Immigration Climate Conversation." Center for Community Outreach, Lawrence, Lawrence, Kansas, April 2018.

"Forced Mobility and Education: Roundtable Conversation." University of Kansas, November 16, 2017.

"The 'Other' as *Citizen.*" Achievement and Assessment Institute Common Book event, University of Kansas, November 16, 2017.

"Workshop: Presentation Skills for Non-native English Speakers" panelist. Center for Latin American and Caribbean Studies, University of Kansas, November 2017.

Panelist, "*Citizen: An American Lyric* Roundtable." KU Project on the History of Black Writing, University of Kansas, October 26, 2017.

"Introducing Claudia Rankine, author of *Citizen*." Lied Center, University of Kansas, September 7, 2017.

"Leading Discussion: Challenges and Rewards." Center for Teaching Excellence, University of Kansas, August 2017.

"The Importance of Co-teaching: Rewards, Challenges and Lessons Learned," with Jessica Gerschultz. Center for Teaching Excellence, University of Kansas, August 2017.

"African and Caribbean Feminism: An Introduction." Kansas University–Beijing Foreign Studies University, University of Kansas, July 13, 2017.

"Understanding Free Speech on a University Campus." KU Responses, University of Kansas, April 25, 2017.

"Between the Diaspora and Me." Discussion of KU Common Book *Between the World and Me* by Ta-Nehisi Coates, University of Kansas Law School, March 14, 2017.

"A Seat at the Table." KU Honors Symposium, University of Kansas, February 2017.

Presentation and discussion of the film *The Neo African-Americans: Black? Immigrant*. University of Kansas, October 24, 2016.

"Colonialism Seminar: Haiti and the Dominican Republic." University of Kansas, Friends of the Hall Center, Friends Fall Social, University of Kansas, September 28, 2016.

"What Is Colonialism?" Roundtable discussion, Hall Center Seminar on Colonialism, Hall Center, University of Kansas, August 28, 2016.

"Engaging Students in Critical Conversations on Social Justice Through Service Learning." KU Teaching Summit, University of Kansas Center for Teaching Excellence, August 18, 2016.

"Religious Representations in Haitian Hollywood." Center for Latin American Studies Merienda Series, University of Kansas, April 22, 2016.

"First Do No Harm: Ethical, Compassionate & Conscious Volunteerism and Service Learning." Center for Service Learning, University of Kansas, April 16, 2016.

"Representation and the Real: The Politics of Black Female." Big XII Conference, University of Kansas, February 27, 2016.

"Haiti and Haitian Culture." Columbus Academy of Lifelong Learning (CALL), Columbus State University, Columbus, GA, May 8, 2006.
"Haiti and the Status of Haitian Women in Haiti." Circle A Radio, KBOO Community Radio, International Women's Day, Portland, OR, March 8, 2004.

**CONFERENCES ORGANIZED (Selected)**

Co-organizer, Haitian Studies Association 35th annual conference "Ayiti se tè glise: Im/Migration, Movement & In-Betweenness" October 5-8th, Morehouse College, Atlanta, Georgia
Co-organizer, Haitian Studies Association 34th annual conference "Mawonaj/Marronage/Marronage: Haitian Studies as a Space of Refuge, Resistance and Freedom" Conference Committee Program Chair, October 6-9, Howard University, Washington, DC.

"The Unexpected Caribbean Conference." International conference co-organized with Dr. Giselle Anatol. Association of Caribbean Women Writers and Scholars, University of Kansas, October 18–20, sponsored by the Institute of Haitian Studies, English Department, African and African American Studies Department, and others.

"*Dèyè mòn, gen mòn*: Behind the Mountains Are More Mountains: A Celebration of Haiti's Bicentennial in Art, Music, History & Spirit." Conference organizer and moderator, Portland State University and Washington State University, Vancouver, April 15–16, 2004.

PCC Cascade Festival of African Films. Member of organizing committee, participated in film selections, film screenings and post-film screenings discussions for the festival, 2003–2005.

**INVITED LECTURES (Selected)**

"Global Outlook on the Current Haitian Crisis", March 30, 2023 Tufts University, Medford Campus, MA

"Post-Screening Discussion of *Deported* by Rachelle Magloire", University of Maryland, October 6, 2022

Cross-Cultural Symposium "Equal Rights and Justice in a Challenging Season: Honoring the Humanity of all", Westfield State University, Westfield, MA, March 25, 2022

"Expert Discussion: Lessons Learned from Campus Incidents regarding Equity and Inclusion", February 15, 2022, Bernadette Gonzaque Robert Center for Equity, Diversity & Justice" Mount Saint Mary's University, Los Angeles, California
"Studying Haiti in the French Language Classroom", SUNY Buffalo, February 23, 2022

"Teaching Haiti: Strategies for Creating New Narratives", SUNY Buffalo, February 23, 2022

"The African-descended Contribution to Cuban Independence." LASA Center Director Section Series on Indigeneity, Afro-descendants and Other Marginalized Populations in Latin America Roundtable Discussion, co-sponsored by University of Kansas and University of Buckingham, December 13, 2021.

"Storytelling Festivals: Their Function and Value." Ananse Soundplash Storytelling Conference and Festival. Ntukuma: The Storytelling Foundation of Jamaica, November 16–21, 2021.

"France, the U.S. & Haiti: Beyond the Single Narrative." 2021 William Falls Memorial Lecture, University of Maryland, November 15, 2021.

Keynote address, "Hair as Archives: Personal, Social and Political." Inward Outward Symposium, Research Center for Material Culture, Leiden, The Netherlands, October 15, 2021.

"The Changing Currents in Haiti: Can the Diaspora Steer the Tide?" Roundtable discussion. Africana Studies, Queens College, Queens, NY, September 29, 2021.

"Humanitarian and Political Crisis in Haiti: A Roadmap for the Future." The Humanitarian Action Initiative & The Latin American and Hemispheric Studies Program, George Washington University, Washington, D.C., September 17, 2021.

Guest speaker, Black Feminisms in a Francophone (Post) Imperial Context Conference. Paris, France, March 3–5, 2020.

Guest speaker, "Policing the (Post) Colony." African Feminist Womanist Archive, South Africa, June 30, 2020.

Guest speaker, "Table Ronde et Débat: Perspectives Critique Décoloniales et Corpus Littéraire Caribéen." University of Maryland, College Park, April 10, 2019.

Guest speaker, "Overview of the History and Origins of Voodoo [Vodou] and Spiritual Practices in the Caribbean." Washburn University, Topeka, KS, September 24, 2018.

Guest speaker, "Enduring Questions, New Methods: Haitian Studies in the 21st Century." University of Virginia, Charlottesville, VA, April 12–13, 2018.

Guest speaker, "A Historical and Cultural Journey Through the Work of Ulrick Jean-Pierre: Artist Engagé and Cultural Marker." Oglethorpe University Museum of Art, Oglethorpe University, Brookhaven, GA, November 2017.

Guest speaker, "Intercultural Competency Workshop." Tulane University Center for Public Service, New Orleans, LA, November 1, 2017.

Guest speaker, "Education in Haiti: Challenges, Visions and Opportunities." KC Haiti Symposium, Rockhurst University, Kansas City, MO, September 9, 2017.

Guest speaker, "The Role of Haitian Creole on Rebuilding and Rethinking Haiti", University of Maryland, College Park, February 28, 2011.

Guest speaker, "Current Events in Haiti after the Earthquake." Berry College, Rome, GA, February 25, 2010.

Invited Visiting Faculty, "Haiti After the Earthquake." Three-day program presentation, New York University, New York, NY, April 8, 2010.

Guest speaker, "Haitian Revolution on the African Diaspora in the U.S. & the Caribbean." Africa Awareness Week, Morehouse College, Atlanta, GA, April 16, 2007.

Guest speaker, "Cinematic Representations of Gender, Female Circumcision and Sexual Politics: *Taafe Fanga, Moolaade and Women with Open Eyes*." Miami University of Ohio Film Festival, Oxford, OH, March 29, 2007.

Guest speaker, "Forgotten Women of Haitian Liberty: Anacaona, Cécile Fatima, Zabeth and Marie-Jeanne." Symposium on Haiti, University of Maryland, College Park, November 17, 2006.

**CONFERENCE PAPERS & PRESENTATIONS (Selected)**

"To Stay or to Leave? The Complexity of Home in the film *Freda* by Gessica Généus"
ATLAS conference, University of Maryland, February 26, 2024

20th & 21st century French and Francophone Studies Colloquium, February 21st-24th 2024, Philadelphia, Pennsylvania " *Bay Lodyans*: On the Cinematic Poetic in Haitian Film, in conversation with Sony Ton Aime's "Konbit "

"The Rights to Live Creatively: Transnational, Transdiciplinary, Trans/Queer Solidaities for the Futures of Liberated Haitians" Panelist, American Studies Association conference, November 2-5 2023, Montreal, Canada

"Womanhood and Citizenship in Haiti and Dyaspora: Les Formes de Marronnage Pendant les Temps d'Instabilité", Moderator, Morehouse College, October 5-8, 2023

"Marronage as Praxis" Konbit, Pedagogy and Self-care", Haitian Studies Association 34th annual conference, Howard University, Washington D.C., October 6-8, 2022

"The Interpreter and Photographer as Eye/I/Witness to the Inhumane Treatment of Haitians at Guantanamo Bay." Camps, (In)justices, and Solidarity in the Americas Conference, Graz, Austria, May 2022.

"Queer/kapasite/connaissances: Reading Representations of Queerness, Disability and Madness in Haitian Cultural Production." Haitian Studies Association 33rd annual Conference, October 21–23, 2021.

"Representation and Search for Home in Haitian Hollywood: Lakay se lakay!"
(Re)-Thinking Home: 21st-Century Caribbean Diaspora Cultures & Geopolitical Imaginaries in North America" Online conference, Bielefeld University, Bielefed, Germany, May 12-19, 2021

"Language, Decolonization and the Importance of Citing Scholars Working in Haiti"
Caribbean Studies Association  Annual Conference Online, May 31–June 4, 2021.

"Nou la Pi Rèd! Pandemic Responses in Haiti", Association of Caribbean Women Writers & Scholars (ACWWS) Conference Online January 15-16, 2021

"Representations of Gender and Culture in Queen Sono." DEMOSERIES International Conference, Women in Security Television Series. Université Paris 1, March 19–20, 2021.

Online DE&I: Doublespeak, Double Down, Southeastern Women's Studies Association (SEWSA), March 11–14, 2021.

"Nou la Pi Rèd: Pandemic Responses in Haiti." Writing about Caribbean Gender and Social Justice, Association of Caribbean Women Writers & Scholars (ACWWS),  Online January 15–16, 2021.

Discussant, "Les espaces transgressives." Haitian Studies Association Conference, October 8, 2020.

Roundtable moderator, "Thinking Haitian Art, in and with the Caribbean." Haitian Studies Association Working Group "Haitian Art: Koneksyon, Rezistans, Istwa," October 5, 2020.

"Navigating the Academic Job Market Amid Higher Education Budget Cuts." Haitian Studies Association Emerging Scholars Workshop Series: Navigating Academia in the Covid-19 Era, August 15–17, 2020.

"Filmic Representation of *Jerans* as a Survival Mechanism for Women in Haiti." Colloque Féminismes Noirs Conference Campus Condorcet, Aubervilliers, Paris, France, March 3–5, 2020.

"Language, Class & Identity in Haitian Hollywood: '*Pale franse pa vle di lespri pou sa.*'" Haitian Studies Association Conference, Gainesville, FL, October 17–19, 2019.

"Resilience from a Gender Perspective." Roundtable, "On Resilience," Haitian Studies Association Conference, Gainesville, FL, October 17–19, 2019.

"Subversive Sexualities in *Fanm* and *Jere m Chérie*." Roundtable, "Assembling Women: Modalities, Genealogies and Theories of Subversion on the Page, Stage and Screen," Haitian Studies Association Conference, Port-au-Prince, Haiti, November 8–10, 2018.

"Create Dangerously from the Margins" panelist. University of Kansas, Lawrence, KS, October 3, 2018.

"Interview with KU Common Book author Edwidge Danticat on 'Creating Dangerously.'" Lawrence, KS, September 7, 2018.

"Haiti at the Spencer Museum of Art: A Journey Through the Mary Lou Vansant Hughes Collection." Waggoner Symposium, Center for Latin American and Caribbean Studies, University of Kansas, Lawrence, KS, November 15, 2017.

"The Possible Roles and Responsibilities of Institute of Haitian Studies and Haitian Programs in Rethinking and Visualizing the Future of Haitian Studies." Xavier University, New Orleans, LA, November 1-4, 2017.

"Haitian Digital Media: Connecting Haitian in Haiti and the Diaspora Through Films." College Language Association, Columbia, MO, April 5–8, 2017.

"Teaching African Feminism to First Year Students: Challenges and Opportunities." Mid-America Alliance for African Studies, University of Kansas, Lawrence, KS, October 20–21, 2017.

"Teaching Haiti from Transdisciplinary Perspectives." Haitian Studies Association, Cap-Haïtien, Haiti, November 12, 2016.

"The Vitality of Language and Culture in Service Learning," with Peter Ojiambo. International Service Learning Conference, Manhattan, KS, October 25, 2016.

"Funding Haitian Studies: Grants, Fellowships & Scholarships." Panel presentation at the Student and Emerging Scholars Conference Pre-event. Haitian Studies Association, Montréal, Canada, October 24, 2015.

"Haiti and the Dominican Republic: Borders, Conflict and Identity/ies." Race & Immigration: Critical Perspectives and Future Directions, Kansas University Center for Migration Research, University of Kansas, Lawrence, KS, April 8, 2016.

"Representation of Identity in Contemporary Haitian Video Cultures." Caribbean Studies Association Conference, New Orleans, LA, May 29, 2015.

"D'Elmina à Haïti: Le parcours historique des migrants nus." College Language Association, New Orleans, LA, May 29, 2014.

"The Intertextuality of Poetry and Music in the Poems-Songs of Carole Demesmin." Haiti in a Globalized Frame, Florida State University, Tallahassee, FL, February 16, 2013.

"Islands Without Borders: Teaching the Caribbean Across Languages." Modern Language Association, Boston, MA, January 6, 2013.

"Teaching Francophone Studies Through Films." The African Studies Institute International Conference on Africa and Its Diaspora, Athens, GA, November 10, 2012.

"The Role of Memory in 'La nuit de la vérité' [The Night of Truth] by Fanta Regina Nacro." College Language Association Conference, Atlanta, GA, March 31, 2012.

"Haiti Studies: Current Debates and New Directions." Modern Language Association Conference, Seattle, WA, January 8, 2012.

"Identity Politics in Haitian Music." College Language Association Conference, Spartanburg, SC, April 10, 2011.

"Mutual Understanding Amidst World Economic Challenges: Including the Excluded," with Jackie Temple. Fulbright Annual Conference, Washington, D.C., October 29-November 1, 2009.

"Rebuilding Haiti and the Language Issue." Caribbean Studies Association, Bridgetown, Barbados, May 28, 2010.

"Dakar as a Space of Independence for Diouana and Kiné." College Language Association Conference, Brooklyn, NY, April 10, 2010.


**PANELS & ROUNDTABLES ORGANIZED (Selected)**
Co-organizer and co-moderator, "Haitian Art: Koneksyon, Rezistans, Istwa" panel. Haitian Studies Association Conference, October 5, 2020.

"Plantation Tours, Power and Representation." Department of African and African American Studies, University of Kansas, Lawrence, KS, October 29, 2019.

"Creating Sustainable and Ethical Service Learning in Education with Haitian Partners." Haitian Studies Association Conference, Port-au-Prince, Haiti, November 9, 2018.

"Teaching Haitian Creole in the U.S.: Challenges and Opportunities," panelist and chair. Haitian Studies Association, Montréal, Canada, October 24, 2015.

"Dakar as a Space of Independence for Diouana and Kiné." College Language Association Conference, Brooklyn, NY, April 2010.


**UNIVERSITY TEACHING (Selected)**

**Kennesaw State University, 2020–Present**
*Undergraduate Courses*
AADS1102: Introduction to African & African Diaspora Studies
HIST 3335/AAAS 3440: African-American History (co-taught with Dr. Seneca Vaught)

*PhD Dissertation (committee member)*
Catherine Dietsch, School of Conflict Management, Peacebuilding and Development, Summer 2022
Title: "The Myth of Meritocracy & Colorblindness in France: Experiences of Black Professionals in the French Workplace"

*MA Exams and Theses (committee member)*
Jennifer Simon, "Raising Modern Masters: A Study on Social Skills Training in Affluent Suburban Georgia" American Studies, Spring 2021

**In Progress & Other universities**
*PhD Dissertation (co-director)*
**Rachel Denney**, Department of Women, Gender & Sexuality Studies, 2017–present (University of Kansas)
Title: "INGOs and the State in Guatemala, Haiti and Jamaica"

**Samantha Schifano**, Department of Romance Languages & Literatures, 2022–present (University of Buffalo, SUNY)
Title: "Feminine Roots in the Caribbean"

**Stephane Tegawende Ouedraogo**, Université de Ouagadougou, 2018–present
Title: "The Messiah Complex in African American Literature: A Psychoanalytic Reader Response Criticism of *I Know Why the Caged Bird Sings* by Maya Angelou and *Go Tell it on the Mountain* by James Baldwin"

*PhD Dissertation (committee member)*
**Sandra Jacobo**, English Department, 2020–present (University of Kansas)
Title: "Femme Futurisms: Embodiment and Gender [ing] in Afro-femme Caribbean speculative literatures"

**S. Rae Peoples**, School of Global and Graduate Education (University of the Virgin Islands)
Title: "Unbought and Unbossed: A Phenomenological Narrative Qualitative Study of the Leadership of Black Women at Predominantly White Institutions in Higher Education in the U.S."

**Ariane Tulloch** American Studies, (University of Kansas)
Title: "Livin' La vida Negra: Afro-Latinos in Miami" (Defended Spring 2022)


**University of Kansas, 2015–2020**
*Undergraduate Courses*
AAAS103: Introduction to Africa
AAAS177/LAA177: Gender Identity in Africa and the African Diaspora
AAAS 301/LAA 302: Haiti: Culture and Identity
AAAS 323: Cuba in the Americas
AAAS 323: An Island Divided: Haiti and the Dominican Republic
HAIT 350: Advanced Haitian Studies

*Undergraduate Honors Thesis (advisor)*
Kaitlyn Johnson, "Politicians' Language and Voter's Attitudes," Global and International Studies, Spring 2018

*Graduate Seminars (MA)*
HAIT 501: Directed Studies in Haitian Culture
AAAS690: Investigation and conferences
AAAS723: An Island Divided: Haiti and the Dominican Republic

*MA Exams and Theses (advisor)*
Sonya M. Bailey, "Identity in the community of Uyghur Women", Global and International Studies, Spring 2019

*MA Exams and Theses (committee member)*
Jamie Fuller, "Growing Up in the West African City: Contestation and Identity Negotiation in *Le Mouvement Y'en a Marre,*" African and African American Studies, Summer 2016

*PhD Dissertation (co-director)*
Rachel Denney, Women, Gender & Sexuality Studies, 2017–present
Title: "INGOs and the State in Guatemala, Haiti and Jamaica"

*PhD Dissertation (committee member)*
Sylvia Nabwire Nyegenye, Department of Special Education, Spring 2019
Title: "Navigating the U.S. Educational System: Perspectives of Kenyan Immigrant Students with Disabilities and their Families"

*Doctoral Comprehensive Exams*
Neill Kennedy, American Studies Department, Fall 2019
Andisheh Ghaderi, Department of French, Francophone & Italian Studies, Fall 2019
Sylvia Nabwire Nyegenye, Department of Special Education, Spring 2019
Rachel Denney, Department of Women, Gender & Sexuality Spring 2017
Ariane Tulloch, American Studies Department, Spring 2017

*Doctoral Dissertations, Other Universities (committee member)*
Cae Joseph Massena, University of Maryland/Université Paris-Est, France, Defended April 10, 2019
Title: "Le texte Éziliphonique. Penser la voix dans la fiction romancières haïtiennes contemporaines: La Danse sur le volcan de Marie Vieux-Chauvet, Le Livre d'Emma de Marie-Célie Agnant et Fado de Kettly Mars"

**Columbus State University, 2005-2015 (Selected)**
*Undergraduate Courses*
FREN 1001-2002 (French I & II: Beginning-Intermediate levels)
FREN 3102: French culture & conversation through Films
FREN 3115: Introduction to the Francophone World
FREN 3125: French Lit. Medieval-Eighteenth Century
FREN 4555: African Cinema
FREN 4555: Caribbean Women Writers in Translation
FREN 4555: Survey of French & Francophone Women Writers: From the Middle Ages to the 20th Century
FREN 4555/ITDS4555: Interdisciplinary Studies

*MA Thesis (committee member)*
Rosalia Wanja Ngugi, Public Administration, 2009

**Université de Ouagadougou, Burkina Faso, 2008–2009**
*Undergraduate and Graduate Courses (Selected)*
Survey of American Literature
Literary Theory and Criticism
Poetry

**Portland State University, 2002–2005 (Selected)**
*Undergraduate Courses*
FR 105/305 Francophone Cinema
FR 301: Intro to Francophone Studies

FR 435/535: Survey of Francophone Literature
FR 441: Literature in Translation: Francophone Women Writers (in English)
FR 435: Caribbean Women & Exile (in English)

### Graduate Courses
FR 503: Thesis
FR 509: Practicum (Teaching Methods for French Teachers)
FR 541 Literature in Translation: Francophone Women Writers (in English)
FR 535: Caribbean Women & Exile (in English)

### MA Exams and Theses (advisor)
Julienne Doko, French Section, Foreign Languages and Literatures Department, 2003

### MA Exams and Theses (committee member)
Jennifer Calvin, French Section, Foreign Languages and Literatures Department, 2003
Apricot Anderson Irving, English Department (Writing), 2004
Cecille Beyl, French Section, Foreign Languages and Literatures Department, 2004
Simona Sava, French Section, Foreign Languages and Literatures Department, 2004


**UNIVERSITY SERVICE**
**University of Kansas (Selected)**
### Department of African and African American Studies
Director, Institute of Haitian Studies, Fall 2015–present
Language coordinator, Spring 2017–Fall 2017
Curriculum Committee, Fall 2015–present
Language Committee, Fall 2015–present
Graduate Studies Committee, Fall 2016–Spring 2017
Kansas African Studies Center Executive Committee, Fall 2015–present
Arabic Search Committee, Spring 2016–Summer 2016
Kiswahili Search Committee, 2018–2019
African Digital Humanities Search Committee, 2018–2019
African Language Festival Committee, Spring 2016–present

### University/College of Liberal Arts (Selected)
Director of Graduate Studies, Center for Latin American and Caribbean Studies Fall 2016–2020
Center for Faculty Development New Faculty Foundation Series co-facilitator, Fall 2019–2020
Center for Migration Research Founding Advisory Board Member, 2015–2020
Co-director of the Hall Center Colonialism Seminar, Fall 2016–2020
College of Liberal Arts and Sciences Dean's Ad Hoc Budget Committee Member, 2018–2019
Member, Search Committee for Spanish & Portuguese, Fall 2017–Spring 2018
Faculty mentor for undergraduate students, 2016–2017
College of Liberal Arts Associate Dean Graduate Students of Color Network Advisory Board Founding Member 2018–2020
Faculty Facilitator Peer Mentor for non-tenured faculty
Fulbright Review Committee, 2016–2017
Faculty Senator, 2016–2017
Faculty Ambassador for Service Learning, 2016–2020
Kansas Women Leadership Institute Faculty Mentor, 2016–2018
Library Open Access Advisory Committee, Fall 2016–Spring 2019

Library Faculty Award Committee, Summer 2016

**Columbus State University Service, 2005–2015**
*Department of Modern Languages (Selected)*
Advisor, Department Language Club (2011–2013)
Advisor, French Club (2007–2013)
Chair, Lower-level Committee (2011–2015)
Chair, Spanish Search Committee, Peninsular (Fall 2012–Spring 2013)
Foreign Language Committee (2005–2015)
Post-Tenure Review Committee (2009–2015)
African Studies Committee (2005–2015)
Curriculum Committee (2010–2012)
Spanish Search Committee, Peninsular, (Fall 2010–Spring 2012)
Spanish Search Committee Linguistics, Fall 2009–Spring 2010)
International Education & Exchange Committee (Fall 2006–Fall 2008)
Women's Issues Advisory Council (Fall 2006–Spring 2008)
Study Abroad Sub-committee (Fall 2006–2007)
Technology Committee (Fall 2005–Fall 2007)
Spanish Search Committee, Linguistics (Fall 2006–Spring 2007)
Spanish Search Committee, Linguistics (Fall 2005–Spring 2006)
Spanish Search Committee, Peninsular (Fall 2005–Spring 2006)

*University/College of Liberal Arts & Sciences*
Member, University Promotion & Tenure Committee (2011–2015)
Chair, University Grant Committee for College of Letters & Sciences (2011–2013)
Member, History Search Committee (Fall 2005–Spring 2006)

**Portland State University Service, 2002–2005 (Selected)**
*Department of Foreign Languages and Literatures*
Foreign Languages & Literatures Elections Committee (Fall 2003–Spring 2005)

*University/College of Liberal Arts & Sciences*
President Diversity Action Council Committee (Fall 2003–Spring 2005)
American Association of University Professors Grievance Committee (Spring 2004–Spring 2005)
Publications Board Committee. (Fall 2003–Spring 2005)
African-American Visual Arts Scholarship Advisory Board Committee (Spring 2003–Spring 2005)
Women Studies Governance Board Committee (Spring 2003–Spring 2005)
Portland Community College, Festival of African Films, Executive Committee (2003–Spring 2005)
Foreign Languages & Literatures Elections Committee (Fall 2003–Spring 2005)
Publications Board Committee (Fall 2003–Spring 2005)
African-American Visual Arts Scholarship Advisory Board Committee (Spring 2003–Spring 2005)
Women Studies Governance Board Committee (Spring 2003–Spring 2005)
Portland Community College, Festival of African Films, Executive Committee (2003–Spring 2005)


**REVIEWER**
**Journal Reviewer (Selected)**
*Women, Gender and Families of Color* (2017-Present)
*Cultural Dynamics* (2017)
*European Journal of Women's Studies* (2012)

**Manuscripts Reviewed for Publication**
*An Anthology of Haitian Revolutionary Fictions*, University of Virginia Press, Charlottesville, Virginia, 2019
    *Paris and the Marginalized Author: Treachery, Alienation, Queerness, and Exile,* Lexington Books, Lanham, Maryland, 2018
*Dèzafi*, University of Virginia Press, Charlottesville, Virginia, 2016 & 2017
*New African Cinema: Contexts, Issues and Approaches*, Rutgers University Press, New Brunswick, New Jersey, 2016
    *Coureurs de bois, Backwoodsmen as Ecocritical Motif in French Canadian Literature.* Lexington Books, Lanham, Maryland 2016

**Grant Review (Selected)**
Endangered Archives Program, British Library, Spring 2019

**Program Review**
Center for Russian, East European & Eurasian Studies (CREES), Fall 2019


**PROFESSIONAL SERVICES**
Editorial Board Chair, *Women, Gender and Families of Color* (2019–present)
President elect and former board member, Haitian Studies Association (2019–present)
Fulbright Peer Reviewer (2022 & 2023)
Reviewer Journal of Haitian Studies (2021-Present)
Referee, *L'Érudit Franco-Espagnol (LEF-E)* (2011–2023)
Strategic Planning Committee College Language Association, 2017–present
College Board SAT French Committee, Educational Testing Service, 2015–2108
Consultant, SAT French Committee, Educational Testing Service, 2013–present
Consultant, AP Reader/Leader Educational Testing Service, 2005–2017
Reader, Praxis (Educator certification and licensing), Educational Testing Service, 2013-2016
Reviewer, Georgia Assessment for the Certification of Educators (GACE), 2013–2014
Committee Member, Advancement Placement for French, Educational Testing Service & College Board
    2006–present

**PROFESSIONAL AFFILIATIONS**

American Association of Blacks in Higher Education
Caribbean Studies Association
College Art Association
College Language Association
Councils of Editors of Learned Journals
Fulbright Alumni Association
Haitian Studies Association
Latin American Studies Association
National Council of Black Studies
2023-2024 Breaking the MOLD