UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-20008-CR-LEIBOWITZ(s)</u>

**UNITED STATES OF AMERICA**

vs.

**MICHAEL KARL GEILENFELD,**

    **Defendant.**
_____/

**[PROPOSED] ORDER GRANTING THE UNITED STATES'
OMNIBUS MOTION *IN LIMINE* REGARDING TRIAL EVIDENCE**

Having considered the United States' Omnibus Motion *in Limine* Regarding Trial Evidence, the Defendant's response thereto, the United States' reply in further support thereof, and any further argument made by the parties including at the [status] hearing on the motions, and for the reasons set forth by the United States, which the Court adopts, as well as the reasons set forth by the Court at the [status] hearing on the motions, it is hereby ORDERED that the motion is GRANTED and that:

1. Evidence of, and reference to, other prosecutions and litigation (including the verdicts/outcome), investigations (including the results thereof), and similar proceedings concerning allegations of abuse against the Defendant shall be precluded at the trial of this matter.  If a party needs to impeach a testifying witness with a prior inconsistent statement of that witness made during the course of one of those prosecutions/litigation/investigations/proceedings, the party shall refer to a "prior proceeding" or "prior occasion."[1]

---

[1] Counsel shall not seek to impeach a testifying witness with a third party's characterization or interpretation of a prior oral statement (such as with a Report of Interview (ROI) or Memorandum

2. Neither the parties, nor their counsel, nor witnesses shall refer, directly or indirectly, to any potential sentence, punishment, or collateral consequence of a conviction. Counsel shall instruct their witnesses accordingly before they testify.

3. The Defendant may not introduce improper character evidence, including specific instances of good conduct by the Defendant.

4. Evidence of the Defendant's other (alleged) child molestation, sexual assaults, and acts, as further set forth in the United States' Rule 404(b)/413/414 Notice (ECF No. 37), is admissible. Should the United States seek to introduce additional examples of such evidence, it will provide notice to the Defendant and to the Court so that a ruling may be made.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2024.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

---

of Interview (MOI)) unless the witness has subscribed to or otherwise adopted the statement as his/her own.