UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

## OMNIBUS ORDER ON MOTIONS

THIS MATTER came before the Court for a Motion Hearing on November 12, 2024. At the hearing, the Court heard arguments from the parties on United States' Notice of Intent to Introduce Expert Testimony [ECF No. 36]; United States' Notice of Intent to Use Evidence Pursuant to Federal Rules of Evidence 413, 414, and 404(b) [ECF No. 37]; United States' Omnibus Motion *In Limine* Regarding Trial Evidence [ECF No. 39]; Defendant's Omnibus Motion *In Limine* and Motion to Compel [ECF No. 40]; and United States' Notice of Intent to Use Evidence Pursuant to Federal Rules of Evidence 413, 414, and 404(b) (Supplemental) [ECF No. 47]. Being fully advised, having reviewed the submissions of the parties and the arguments of counsel, and for the reasons stated on the record at the November 12, 2024 Hearing, it is **ORDERED AND ADJUDGED** that:

1. United States' Notice of Intent to Introduce Expert Testimony [ECF No. 36] is taken under advisement pending a Rule 702/*Daubert* hearing. The Rule

1

702/*Daubert* hearing is scheduled for **Thursday, December 5, 2024, at 3:00 p.m.** in Miami, Florida. The two expert witnesses proffered by the United States will testify at the hearing; the Court has allotted 60-90 minutes for the hearing.

2. United States' Notice of Intent to Use Evidence Pursuant to Federal Rules of Evidence 413, 414, and 404(b) [ECF No. 37] is GRANTED IN PART.

    (A) The proffered testimony of the witnesses described as Victim A, Victim B, Victim C, Victim H, Victim I, Victim J, Victim K, Witness 1, Witness 2, and Witness 3 is admissible.

    (B) The Court reserves ruling upon any other proffered witness testimony, until such time as the Court hears additional argument or receives more detailed information.

3. United States' Omnibus Motion *In Limine* Regarding Trial Evidence [ECF No. 39] is GRANTED IN PART AND DENIED IN PART.

    (A) No evidence of, or reference to, the outcome of other investigations, litigation, or proceedings concerning allegations of abuse against the Defendant shall be permitted.

    (B) Defendant has not yet identified any evidence or witness relevant to a pertinent character trait, and the Government has not done so with any specificity. Therefore, the Court cannot yet provide a ruling on admissibility.

  (C) All direct or indirect reference to or evidence of sentencing or punishment is precluded and inadmissible.

4. Defendant's Omnibus Motion *In Limine* and Motion to Compel [ECF No. 40] is DENIED IN PART, and RESOLVED IN PART.

  (A) The Motion to exclude certain evidence under Rules 413, 414, and 404(b) is DENIED IN PART for the reasons stated on the record at the Hearing and summarized above in Paragraph 2.

  (B) The Motion to exclude expert testimony is taken under advisement pending the *Daubert* hearing scheduled as set forth above in Paragraph 1.

  (C) The Motion to disclose information pursuant to Brady and its progeny is RESOLVED for the reasons stated on the record at the Hearing.

5. United States' Supplemental Notice of Intent to Use Evidence Pursuant to Federal Rules of Evidence 413, 414, and 404(b) [ECF No. 47] remains pending. Defendant shall submit a response within 14 days.

The Court further directs the parties, no later than the Final Pretrial Conference, to submit suggested jury instructions, pursuant to Rules 413, 414, and 404(b) of the Federal Rules of Evidence, to be provided at the time of certain witness testimony and in the Court's charge to the jury. The Court also directs the Government, no later than November 26, 2024, to provide its best estimate of the length (in trial days) of the Government's case-in-chief.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida, this 13th day of November, 2024.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record