**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-20008-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

      Defendant.

_____/

## ORDER ON EX PARTE MOTIONS

THIS CAUSE came before the Court on Defendant's Ex Parte Motion to File Under Seal [ECF No. 57], and Defendant's Ex Parte Motion to Continue Trial for Ninety Days [ECF No. 58]. Being fully advised and having reviewed the submissions of the parties, it is **ORDERED AND ADJUDGED** that:

1. Defendant's Ex Parte Motion to Seal [ECF No. 57] is **GRANTED**.

2. Defendant's Ex Parte Motion to Continue Trial for Ninety days [ECF No. 58] is **DENIED**.

A pretrial conference is set for January 7, 2025, at 9:00 a.m., in the Miami Division before the undersigned.  The Court will make a more complete record at the pretrial conference and will consider any other issues related to these rulings and in preparation for trial.

**DONE AND ORDERED** in the Southern District of Florida on December 20, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record