UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
    _____/

**UNITED STATES' PROPOSED VOIR DIRE**

The United States respectfully requests that the Court include in its voir dire the attached questions in addition to the questions usually asked by the Court.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:  **Lacee Elizabeth Monk**
    Lacee Elizabeth Monk
    Assistant United States Attorney
    Florida Bar No. 100322
    U.S. Attorney's Office
    99 N.E. 4th Street
    Miami, FL 33132-2111
    Telephone: (305) 961-9427
    Email: lacee.monk@usdoj.gov

    **Jessica L. Urban**
    Jessica L. Urban
    Florida Special Bar ID No. A5503222
    Trial Attorney
    Child Exploitation and Obscenity Section
    Criminal Division
    U.S. Department of Justice
    1301 New York Avenue NW
    Washington, DC 20005
    Phone: (202) 353-4146

Email: Jessica.Urban@usdoj.gov

**Eduardo Palomo**
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**MICHAEL KARL GEILENFELD,**

    **Defendant.**
_____/

**UNITED STATES' PROPOSED VOIR DIRE**

1. Have you or anyone you know been the (a) victim of, or (b) the subject of an allegation/complaint of, unwanted or unlawful sexual contact as a minor or an adult? (If yes, explanation may be given privately.) If so, what were the circumstances and was the unwanted sexual contact reported to law enforcement?

2. Regardless of the resolution, have you or anyone you know been investigated for, arrested for, or charged with a crime? If so:

    i. Did this result in a conviction? If not, how was the case resolved?

    ii. Was the case sealed or expunged?

    iii. If the case resulted in a conviction, were the person's civil rights restored?

    iv. Do you feel the criminal justice system was fair in this instance?

3. Congress has made it illegal for United States citizens to engage in certain criminal activities in other countries. Does anyone believe it should not be the U.S. government's concern/responsibility to investigate and/or prosecute such crimes that occurred in other countries?

4. Has any experience with local, state, or federal law enforcement officers or government left you with negative feelings about the government or law enforcement officers?

5. Evidence can come in many forms. For example, evidence can come in the form of an exhibit or physical evidence (such as a photo of a crime) or in the form of testimony from a witness. The law does not assign different weights to these different kinds of evidence. The evidence in this case primarily involves testimony from witnesses (including the alleged victims). Can you assess any testimonial evidence in this case the same as you would evaluate any other evidence?