UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>24-20008-CR-LEIBOWITZ(s)(s)</u>

**UNITED STATES OF AMERICA**

vs.

**MICHAEL KARL GEILENFELD,**

    **Defendant.**
_____/

# GOVERNMENT'S PROPOSED EXHIBIT LIST[1]

| GX | Description |
|---|---|
| 1. | St. Joseph Family Sponsorship Program brochure (2010-2011) |
| 2. | St. Joseph Family Educational Sponsorship page for MV1 (2008-2009) |
| 3. | St. Joseph Family Sponsorship page for MV1 (2013-2014) |
| 4. | St. Joseph Family Educational Sponsorship page for MV2 (2008-2009) |
| 5. | St. Joseph Family Sponsorship page for MV2 (2013-2014) |
| 6. | St. Joseph Family Educational Sponsorship page for MV4 (2008-2009) |
| 7. | Lekol Sen Trinite sponsorship page for MV7 (2006-2007) |
| 8. | St. Joseph Family Educational Sponsorship page for MV7 (2008-2009) |
| 9. | St. Joseph Family Sponsorship page for MV7 (2013-2014) |
| 10. | St. Joseph Family Educational Sponsorship page for Witness 2 (2008-2009) |
| 11. | St. Joseph Family Sponsorship page for Witness 2 (2013-2014) |

---

[1] The Government respectfully requests leave to supplement this proposed exhibit list based on any developments at trial and/or in the days leading up to the start of trial.

| GX | Description |
|---|---|
| 12. | Photos of Minor Victim 2 |
| 13. | Photo including Minor Victim 6 |
| 14. | Photos including Minor Victim 7 |
| 15. | SJF photo (1985) |
| 16. | Photo (CS-00-52-14) |
| 17. | Photo (CP-97-02-30) |
| 18. | Photo (CN 01-36-29A) |
| 19. | Photo (CN-01-36-24A) |
| 20. | Photo (CN-01-13-09) |
| 21. | Photo (CN-01-11-13A) |
| 22. | Photo (BW-1989-10-10A) |
| 23. | Photo (BW-1989-08-32-A) |
| 24. | CV of Dr. Sharon Cooper |
| 25. | CV of Professor Cécile Accilien |
| 26. | Photos of locations in Haiti |
| 27. | Photo of Centre Hospitalier Eliazar Germain |
| 28. | Newspaper article regarding Victim K |
| 29. | Letter from defendant regarding Victim K |
| 30. | Email from defendant to Victim K |
| 31. | Email from defendant to Victim K |
| 32. | Newspaper article regarding Victim N |
| 33. | SJF List of Residents (Nov. 2011) |
| 34. | Defendant's birth certificate |
| 35. | CBP records for defendant's travel |

| GX | Description |
|---|---|
| 36. | CBP records for MV6's travel |
| 37. | DHS records for MV6's travel |
| 38. | Defendant's prior sworn statements (from which to excerpt) (2015) |
| 39. | Defendant's prior sworn statements (from which to excerpt) (2022) |
| 40. | I-94 records for Witness K |

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:  /s/ *Lacee Elizabeth Monk*
       Lacee Elizabeth Monk
       Assistant United States Attorney
       Florida Bar No. 100322
       U.S. Attorney's Office
       99 N.E. 4th Street
       Miami, FL 33132-2111
       Telephone: (305) 961-9427
       Email: lacee.monk@usdoj.gov

       /s/ *Jessica L. Urban*
       Jessica L. Urban
       Florida Special Bar ID No. A5503222
       Trial Attorney
       Child Exploitation and Obscenity Section
       Criminal Division
       U.S. Department of Justice
       1301 New York Avenue NW
       Washington, DC 20005
       Phone: (202) 353-4146
       Email: Jessica.Urban@usdoj.gov

       /s/ *Eduardo Palomo*
       Eduardo Palomo
       Florida Special Bar ID No. A5503186
       Trial Attorney
       Child Exploitation and Obscenity Section
       Criminal Division

U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Email: Eduardo.Palomo2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Jessica L. Urban*
Jessica L. Urban
Trial Attorney