**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20008-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

**ORDER FOLLOWING *DAUBERT* HEARING AND PRETRIAL CONFERENCE**

THIS CAUSE came before the Court on the Government's Notice of Intent to Introduce Expert Testimony [ECF No. 36], various outstanding Motions *In Limine* regarding the admissibility of testimony of certain witnesses proffered by the Government, and Defendant's *Ore Tenus* Motion to Continue Trial. Being fully advised, and for the reasons stated on the record at the January 21, 2025, *Daubert* hearing and pretrial conference, it is **ORDERED AND ADJUDGED** that:

1. Consistent with the Court's rulings on the record at the January 21 hearing, counsel shall submit their positions regarding the scope of Dr. Cecile Accilien's permitted testimony on or before February 2, 2025.

2. Based upon the Government's proffers and submissions, Victim M, Victim N, Witness 4, and Witness 6 may testify at trial. Witness 5 is precluded from testifying at trial.

3. The parties may file any suggestions or proposed changes to the Court's draft jury questionnaire form, to be completed by members of the venire as part of jury selection, on or before January 30, 2025.

4. Defendant's Motion to Continue Trial, made *ore tenus* at the January 21 pretrial conference, is DENIED.

CASE NO. 24-20008-CR-LEIBOWITZ

To the extent the Court made additional or more detailed rulings on the record at the January 21 hearing and pretrial conference that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on January 22, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

2