**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20008-CR-LEIBOWITZ(s)**

**UNITED STATES OF AMERICA**

**vs.**

**MICHAEL KARL GEILENFELD,**

    **Defendant.**

_____/

**UNITED STATES' NOTICE OF INTENT TO ADMIT EVIDENCE PURSUANT TO**
**FEDERAL RULES OF EVIDENCE 902(11) & 803(6)**

The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorneys, hereby files this notice of intent to admit evidence pursuant to Federal Rules of Evidence 902(11) and 803(6). In support thereof, the government states as follows:

*Certified Domestic Records of a Regularly Conducted Activity.* Under Federal Rule of Evidence 902(11) an item of evidence is self-authenticating if it is an "original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)–(C)." Rule 803(6), in turn, provides that a business record is admissible if three conditions are met: (A) "the record was made at or near the time by—or from information transmitted by—someone with knowledge," (B) "the record was kept in the course of a regularly conducted activity of a business," and (C) "making the record was a regular practice of that activity."

Here, the United States intends to admit certified records of regularly conducted activity from the entities listed below at trial.[1] The records were previously produced to defense counsel during discovery or made available for inspection.

| Entity | Bates Number of Certification |
|---|---|
| U.S. Customs and Border Protection | 016584 (certifying records found in Bates numbers 016568 through 016583. |
| U.S. Customs and Border Protection | 016585 (certifying records found in Bates numbers 016586 through 016613). |
| State of Iowa | 019326-019327 (certifying Bates number 019325). |
| American Airlines | 002447 (certifying Bates numbers 002457 through 002636). |

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     /s/ Lacee Elizabeth Monk
        Lacee Elizabeth Monk
        Assistant United States Attorney
        Florida Bar No.100322
        99 NE 4th Street
        Miami, Florida 33132-2111
        Phone: (305) 961-9427
        Email: Lacee.Monk@usdoj.gov

        /s/ Jessica L. Urban
        Jessica L. Urban
        Florida Special Bar ID No. A5503222
        Trial Attorney

---

[1] By noticing admissibility as certified business records, the Government does not waive any other bases for the admission of these records or other business records (e.g., Fed. R. Evid. 902(1), 902(3), and 803(8)).

2

Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Jessica.Urban@usdoj.gov

*/s/ Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Eduardo Palomo*
Eduardo Palomo
Trial Attorney

4