# CERTIFICATION OF VITAL RECORD

# STATE OF IOWA

**IOWA STATE DEPARTMENT OF HEALTH**
Division of Vital Statistics

**CERTIFICATE OF LIVE BIRTH**
STATE OF IOWA

**52-007120**
Birth No. 114-

**1. PLACE OF BIRTH**
a. County: Kossuth
b. City or Town: Algona
c. Full Name of Hospital or Institution: St. Ann Hospital

**2. USUAL RESIDENCE OF MOTHER**
a. State: Iowa
b. County: Kossuth
c. City or Town: Algona
d. Street Address:

**3. CHILD'S NAME**
a. (First): Michael
b. (Middle):
c. (Last): Geilenfeld

**4. Sex:** Male
**5a. This Birth:** Single ☒  Twin ☐  Triplet ☐
**5b. If Twin or Triplet:** 1st ☐ 2nd ☐ 3rd ☐
**6. Date of Birth:** [redacted]

## FATHER OF CHILD

**7. FULL NAME**
a. (First): Henry
b. (Middle): Carl
c. (Last): Geilenfeld
**8. Color or Race:** W
**9. Age:** 29 Years
**10. Birthplace:** Iowa
**11a. Usual Occupation:** Mortician
**11b. Kind of Business or Industry:**

## MOTHER OF CHILD

**12. FULL MAIDEN NAME**
a. (First): Maybelle
b. (Middle): Christine
c. (Last): Keane
**13. Color or Race:** W
**14. Age:** 29 Years
**15. Birthplace:** Iowa
**16. Children Previously Born to This Mother:**
a. How many OTHER children are now living? 1
b. How many OTHER children were born alive but are now dead? 0
c. How many children were stillborn? 0

**17. INFORMANT:** Mrs. Henry Geilenfeld

**18a. ATTENDANT'S SIGNATURE:** Dan F. Bray
**18b. Attendant at Birth:** M.D. ☒  D.O. ☐  OTHER ☐
**18c. Address:** Algona, Iowa
**18d. Date Signed:** [redacted]

**19. Date Rec'd by Local Reg.:** 2-25-52
**20. REGISTRAR'S SIGNATURE:** Adah Richardson  #73
**21. Date on Which Given Named Added by (Registrar):**

This is to certify that this is a true and correct reproduction of the original record as recorded in this state, issued under the authority of Chapter 144, Code of Iowa. This copy is not valid unless prepared on engraved border displaying state seal and signature of the Registrar or Designee.

**THIS COPY NOT VALID UNLESS UNALTERED AND PREPARED ON CERTIFIED SECURITY PAPER**

SEP 0 4 2024
DATE ISSUED

Kim Reynolds
GOVERNOR, STATE OF IOWA
Adam Gregg, Lt. Governor

Melissa A. Ellis
DEPUTY STATE REGISTRAR


S4331109

FORM #588-0328S (Rev. 01/2024)



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## CERTIFICATION UNDER FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)
ADMS #24-0174
CEOS #202401902

I hereby certify that I, **Jeri Southwick**, am employed by Iowa Department of Health and Human Services, Bureau of Health Statistics. My title is **Public Service Mgr 1**. I am qualified to authenticate the records attached hereto, which consist of _____ [GENERALLY DESCRIBE RECORDS (I.E., [3 pages] [1 CD] [a digital archive file])] because I am familiar with how the records were created, managed, stored, and retrieved. This certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

I further certify that:

1. The attached records, are true and correct duplicates of the original records in the custody of Iowa Department of Health and Human Services, Bureau of Health Statistics;

2. the attached records were: (a) made at or near the time of the occurrence of the matter set forth; (b) by, or from information transmitted by, a person with knowledge of those matters; (c) kept in the ordinary course of the regularly conducted business activity of Iowa Department of Health and Human Services, Bureau of Health Statistics and (d) made by Iowa Department of Health and Human Services, Bureau of Health Statistics as a regular practice;

3. the attached records were generated by an electronic process or system that produces an accurate result, to wit: (a0 the records were copied from electronic device(s), storage medium(s), or files(s) in the custody of Iowa Department of Health and Human Services, Bureau of Health Statistics in a manner to ensure that they are true duplicates of original records ; (b) the process or system is regularly verified by Iowa Department of Health and Human Services, Bureau of Health Statistics ; and (c) at all times pertinent to the records certified herein the process and system functioned properly and normally.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing information is true and correct.

019326

Executed on _____

Signature _____