UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(ss)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
                                              /

**UNITED STATES' NOTICE REGARDING SCOPE OF TESTIMONY OF WITNESS 4**

At the hearing on January 21, 2025, the Court stated that Witness 4 may testify at trial, *see also* ECF No. 90, but asked that the Government clarify by January 30, 2025, what specifically it expected Witness 4's testimony to be concerning the disclosure of sexual abuse that led to her meeting with, and observing the reaction of, the Defendant in 1987 (as further set forth in ECF No. 70), to confirm the Court's understanding that the proposed testimony regarding the disclosure would not be so inflammatory as to be inadmissible.

Having spoken with Witness 4 on January 29, 2025, about this event, the Government reaffirms that it does not intend to elicit from Witness 4 any details about the disclosure (including who said it or what they said the abuse entailed). Rather, as previously proffered (*see* ECF No. 70) and deemed admissible, the Government expects Witness 4 to testify simply that, in 1987, while the Defendant was on tour in the United States with his Haitian dance troupe comprised of SJF residents, Witness 4 learned that some of the boys disclosed sexual abuse by the Defendant and Witness 4 therefore went to see the Defendant in person (at which time she observed the drastic

and scary change in the Defendant's demeanor).[1]  As this Court recognized at the hearing, such a general description about the disclosure pales in comparison to the testimony that the victims themselves will give concerning their sexual abuse by the Defendant, and is therefore not so inflammatory or otherwise unfairly prejudicial that it should be precluded.

Respectfully submitted,

MICHAEL S. DAVIS
ACTING UNITED STATES ATTORNEY

By: /s/ Lacee Elizabeth Monk
Lacee Elizabeth Monk
Assistant United States Attorney
Florida Bar No.100322
99 NE 4th Street
Miami, Florida 33132-2111
Phone: (305) 961-9427
Email: Lacee.Monk@usdoj.gov

/s/ Jessica L. Urban
Jessica L. Urban
Florida Special Bar ID No. A5503222
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Jessica.Urban@usdoj.gov

---

[1] During the January 29, 2025, call, Witness 4 explained that she does not remember the names of the boys who reported sexual abuse in 1987, thereby triggering her meeting with and observations of the Defendant.  Witness 4 stated that, if she is now required to give the names of the boys (or additional details), she would need to speak with other people who were present or involved.  Witness 4 further explained that she understood the boys in question to have disclosed the sexual abuse on the radio while in the United States, and reiterated that Witness 4's learning of the disclosure is what triggered Witness 4 to meet with the Defendant and observe his reaction and change in demeanor.

*/s/ Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Jessica L. Urban*
Jessica L. Urban
Trial Attorney