UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-20008-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF TRIAL SUBPOENA

Defendant Michael Karl Geilenfeld, by and through undersigned counsel, hereby withdraws the trial subpoena issued to Mr. Paul Kendrick. Undersigned counsel spoke with Mr. Kendrick by phone today and informed him of this withdrawal. Counsel also advised Mr. Kendrick that this Notice would be filed and that I would email a docketed copy of the Notice, enabling him to confirm it via ECF, to which he has access.

    Respectfully Submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

    BY:    *s/R. D'Arsey Houlihan*
        R. D'Arsey Houlihan
        Supervisory Assistant Federal Public Defender
        Florida Bar No. 100536
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        (305) 530-7000
        (305) 536-4559, Fax
        E-Mail:   d'arsey_houlihan@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **January 31, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                           *s/R. D'Arsey Houlihan*
                           R. D'Arsey Houlihan