UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **24-20008-CR-LEIBOWITZ(s)(s)**

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

**GOVERNMENT'S AMENDED PROPOSED EXHIBIT LIST[1]**

| GX | Description |
|---|---|
| 1. | St. Joseph Family Sponsorship Program brochure (2010-2011) |
| 2. | St. Joseph Family Educational Sponsorship page for MV1 (2008-2009) |
| 3. | St. Joseph Family Sponsorship page for MV1 (2013-2014) |
| 4. | St. Joseph Family Educational Sponsorship page for MV2 (2008-2009) |
| 5. | St. Joseph Family Sponsorship page for MV2 (2013-2014) |
| 6. | St. Joseph Family Educational Sponsorship page for MV4 (2008-2009) |
| 7. | Lekol Sen Trinite sponsorship page for MV7 (2006-2007) |
| 8. | St. Joseph Family Educational Sponsorship page for MV7 (2008-2009) |
| 9. | St. Joseph Family Sponsorship page for MV7 (2013-2014) |
| 10. | St. Joseph Family Educational Sponsorship page for Witness 2 (2008-2009) |

---

[1] The Government has added seven additional exhibits based on developments since the original proposed exhibit list was filed. The Government respectfully requests continued leave to supplement this proposed exhibit list based on developments at trial.

| GX  | Description |
|-----|-------------|
| 11. | St. Joseph Family Sponsorship page for Witness 2 (2013-2014) |
| 12. | Photos of MV2 |
| 13. | Photo including MV6 |
| 14. | Photos including MV7 |
| 15. | SJF photo (1985) |
| 16. | Photo (CS-00-52-14) |
| 17. | Photo (CP-97-02-30) |
| 18. | Photo (CN 01-36-29A) |
| 19. | Photo (CN-01-36-24A) |
| 20. | Photo (CN-01-13-09) |
| 21. | Photo (CN-01-11-13A) |
| 22. | Photo (BW-1989-10-10A) |
| 23. | Photo (BW-1989-08-32-A) |
| 24. | CV of Dr. Sharon Cooper |
| 25. | CV of Professor Cécile Accilien |
| 26. | Photos of locations in Haiti |
| 27. | Photo of Centre Hospitalier Eliazar Germain |
| 28. | Newspaper article regarding Victim K |
| 29. | Letter from defendant regarding Victim K |
| 30. | Email from defendant to Victim K |
| 31. | Email from defendant to Victim K |
| 32. | Newspaper article regarding Victim N |
| 33. | SJF List of Residents (Nov. 2011) |
| 34. | Defendant's birth certificate |

| GX | Description |
|---|---|
| 35. | CBP records for defendant's travel |
| 36. | CBP records for MV6's travel |
| 37. | DHS records for MV6's travel |
| 38. | Defendant's prior sworn statements (from which to excerpt) (2015) |
| 39. | Defendant's prior sworn statements (from which to excerpt) (2022) |
| 40. | I-94 records for Witness K |
| 41. | Photo including Witness K |
| 42. | Photo of Witness K |
| 43. | Photo of Witness K |
| 44. | Photo of Witness K's credentials |
| 45. | Photo including MV1 |
| 46. | Stipulation regarding victims' identities |
| 47. | Passport of Victim K |

Respectfully submitted,

HAYDEN O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Lacee Elizabeth Monk*
Lacee Elizabeth Monk
Assistant United States Attorney
Florida Bar No. 100322
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9427
Email: lacee.monk@usdoj.gov

/s/ *Jessica L. Urban*
Jessica L. Urban
Florida Special Bar ID No. A5503222

       Trial Attorney
       Child Exploitation and Obscenity Section
       Criminal Division
       U.S. Department of Justice
       1301 New York Avenue NW
       Washington, DC 20005
       Phone: (202) 353-4146
       Email: Jessica.Urban@usdoj.gov

       */s/ Eduardo Palomo*
       Eduardo Palomo
       Florida Special Bar ID No. A5503186
       Trial Attorney
       Child Exploitation and Obscenity Section
       Criminal Division
       U.S. Department of Justice
       1301 New York Avenue NW
       Washington, DC 20005
       Phone: (202) 305-9635
       Email: Eduardo.Palomo2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

>  */s/ Jessica L. Urban*
>  Jessica L. Urban
>  Trial Attorney