# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MICHAEL KARL GEILENFELD

**EXHIBIT LIST**

Case Number: 24-20008-DSL

| PRESIDING JUDGE<br>Honorable Davis S Liebowitz | PLAINTIFF'S ATTORNEY<br>AUSA's Jessica Urban, Eduardo Palomo, Lacee Monk | DEFENDANT'S ATTORNEY<br>AFPD's D'Arsey Houlihan and JP Gilbert |
|---|---|---|
| Trial<br>2/03/2025 | COURT REPORTER<br>Quanincia Hill | COURTROOM DEPUTY<br>Iris Alexander |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Email from MV K 4/11/2013 |
| | 2 | | | | Facebook Posting |
| | 3 | | | | Email from MV K 10/13/2013 |
| | 4 | | | | Email from MV K 10/24/2013 |
| | 5 | | | | MV 5 Tik Tok Video |
| | 6 | | | | MV 5 Tik Tok Video |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:   *s/Jean-Pierre Gilbert*
Jean-Pierre Gilbert
Assistant Federal Public Defender
Florida Bar No. 115468
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000/(305) 536-4559, Fax
E-Mail: jean-pierre_gilbert@fd.org

### CERTIFICATE OF SERVICE

I HEREBY certify that on **February 9, 2025**, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              *s/Jean-Pierre Gilbert*
                                                              Jean-Pierre Gilbert