UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL KARL GEILENFELD,

    Defendant.

_____/

### ORDER RE SECURITY COSTS
### FOR FOREIGN-DEFENSE WITNESSES

**THIS CAUSE** came before the Court during the continued management of the Defendant's *ore tenus* motion to have defense witnesses paroled into the United States.

Because the United States has not been able to secure visas for the witnesses, the Government has advised that the witnesses' presence within the United States must be monitored by security provided by the Federal Bureau of Investigations, or in the alternative an agent of the Homeland Security. The FBI and HSI, in turn, has requested that the cost it expends on agents' hotel rooms be reimbursed by the Court.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the cost expended by the FBI or in the alternative by Homeland Security hotel rooms for agents monitoring the presence of the foreign defense witnesses during the trial be reimbursed by Criminal Justice Act funds.

DONE AND ORDERED in The Southern District of Florida February 12, 2025.

                                        HONORABLE DAVID S. LEIBOWITZ
                                        UNITED STATES DISTRICT COURT

Copies provided to:    Counsel of Record
                             Scott Blackmon, Administrative Manager for the U.S. District Courts