UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**MICHAEL KARL GEILENFELD,**

    **Defendant.**

    _____/

**DEFENDANT'S AMENDED PROPOSED JURY INSTRUCTION**

MICHAEL GEILENFELD, by and through undersigned counsel and hereby files this Proposed Jury Instruction:

**Theory of Defense**

The defense has argued that the sexual abuse allegations charged in the Second Superseding Indictment against Mr. Geilenfeld are all false. If you find that the allegations were false or find that the allegations were falsely made due to outside influence and that has given you a reasonable doubt, you must find the Defendant not guilty.

                                            Respectfully submitted,

                                            HECTOR DOPICO
                                            FEDERAL PUBLIC DEFENDER

                                            By: /s/ ***Jean-Pierre Gilbert***
                                            Jean-Pierre Gilbert
                                            Assistant Federal Public Defender

Florida Special A No.: A5502879  
150 W. Flagler Street, Suite 1700  
Miami, Florida 33130-1556  
Tel: (305) 533-4188  
E-mail: Jean-Pierre_Gilbert@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 */s/ Jean-Pierre Gilbert*