UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20008-CR-DSL

UNITED STATES OF AMERICA,
Plaintiff,
v.
MICHAEL KARL GEILENFELD,
Defendant.
_____/



### VALERIE DIRKSEN'S MOTION TO QUASH WITNESS SUBPOENA SERVED BY DEFENDANT GEILENFELD

COMES NOW, VALERIE DIRKSEN, Movant herein, and requests this Honorable Court to quash the subpoena served on her by Defendant Michael Geilenfeld pursuant to Federal Rule 45(d)(3) for the following reasons:

1.

Dirksen resides at 1595 Chattahoochee Run, Suwanee, Gwinnett County, Georgia. She is not employed nor transacts business or has any nexus to the State of Florida. Said residence is in excess of Six Hundred and Eight (680) miles from the trial proceedings. Such distance greatly exceeds the 100 mile limit as set forth in Rule 45(c). (Witness Subpoena is attached hereto as Exhibit A).

2.

Notwithstanding Rule 45(c), said appearance would impose a financial hardship on the Movant requiring airfare, lodging, time away from her job, etc. Defendant's counsel and investigator have been non-responsive as to how it could accommodate these expenses.

WHEREFORE, for the reasons set forth herein, Movant Valerie Dirksen respectfully requests this Honorable Court to quash the subpoena served on her by Defendant Michael Geilenfeld.

This 30th day of January, 2025

*Valerie Dirksen*
Valerie Dirksen, Movant

U.S. POSTAGE PAID
PM
SUWANEE, GA 30024

Retail

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

United States Postal Service®

VISIT US AT USPS.COM®
Label 106A, Nov 2018

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

TRACKED ■ INSURED

EP14H February 2023
OD: 10 x 5

PS00001000064

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H © U.S. Postal Service; February 2023; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Valerie Dirksen
1595 Chattahoochee Run Dr.
Suwanee, GA 30024

TO:
Clerk of the Court
USDC Southern District of FL
400 North Miami Ave
8th Floor
Miami, FL 33128

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, December 2023



