UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-20008-CR-LEIBOWITZ(s)(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.

_____/

## VERDICT

1. As to **Count One** of the Second Superseding Indictment, which charges the Defendant with Traveling in Foreign Commerce for the Purpose of Engaging in Illicit Sexual Conduct, we, the Jury, unanimously find the Defendant:

    GUILTY ✓        NOT GUILTY _____

2. As to **Count Two** of the Second Superseding Indictment, which charges the Defendant with Engaging in Illicit Sexual Conduct in a Foreign Place with Minor Victim 1, we, the Jury, unanimously find the Defendant:

    GUILTY ✓        NOT GUILTY _____

3. As to **Count Three** of the Second Superseding Indictment, which charges the Defendant with Engaging in Illicit Sexual Conduct in a Foreign Place with Minor Victim 2, we, the Jury, unanimously find the Defendant:

    GUILTY ✓        NOT GUILTY _____

4.  As to **Count Four** of the Second Superseding Indictment, which charges the Defendant with Engaging in Illicit Sexual Conduct in a Foreign Place with Minor Victim 3, we, the Jury, unanimously find the Defendant:

GUILTY ✓          NOT GUILTY _____

5.  As to **Count Five** of the Second Superseding Indictment, which charges the Defendant with Engaging in Illicit Sexual Conduct in a Foreign Place with Minor Victim 5, we, the Jury, unanimously find the Defendant:

GUILTY ✓          NOT GUILTY _____

6.  As to **Count Six** of the Second Superseding Indictment, which charges the Defendant with Engaging in Illicit Sexual Conduct in a Foreign Place with Minor Victim 6, we, the Jury, unanimously find the Defendant:

GUILTY ✓          NOT GUILTY _____

7.  As to **Count Seven** of the Second Superseding Indictment, which charges the Defendant with Engaging in Illicit Sexual Conduct in a Foreign Place with Minor Victim 7, we, the Jury, unanimously find the Defendant:

GUILTY ✓          NOT GUILTY _____

**SO SAY WE ALL**

_____
F REPERSON OF THE JURY

Dated: 02/20/2025