UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.24-CR-20008 -LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

Can we see a transcript of the testimony of ▓▓▓▓▓▓▓ taken on February 11th or February 12th?

SIGNED _____ DATE: 02/20/25   TIME: 12:46PM
Person of the Jury

**COURT'S RESPONSE TO THE JURY QUESTION**

SIGNED: _____ DATE: _____ TIME: _____
DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20008 -LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

Can we get the testimony of starting at the question "met with Homeland Security in 2020", and ending with "you showed me the document and refreshed my memory." during the cross examination of Mr. Gilbert.

SIGNED: _____ DATE: 2/20/25 TIME: 2:25 PM
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____ DATE: _____ TIME: _____
DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20008-LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

Please cancel our last request.

SIGNED: _____  DATE: 2/20/25  TIME: 3:04 PM
   Fo     son of the Jury

**COURT'S RESPONSE TO THE JURY QUESTION**

SIGNED: _____  DATE: _____  TIME: _____
   DAVID LEIBOWITZ
   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20008 -LEIBOWITZ
USA v. MICHAEL KARL GEILENFELD

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

The jury is ready.

SIGNED: _____  DATE: 02/20/25  TIME: 3:08PM
F    erson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____  DATE: _____  TIME: _____
DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE