**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. <u>24-20008-CR-LEIBOWITZ(s)(s)</u>**


**UNITED STATES OF AMERICA**

**vs.**

**MICHAEL KARL GEILENFELD,**

    **Defendant.**

_____/


**<u>EXHIBIT LIST PROVIDED TO JURY FOR DELIBERATIONS</u>**[1]

| GOVERNMENT'S EXHIBITS | |
|:---:|:---:|
| **Exhibit** | **Description** |
| 1 | St. Joseph Family Sponsorship Program brochure |
| 2 | St. Joseph Family Educational Sponsorship page for Minor Victim 1 |
| 3 | St. Joseph Family Sponsorship page for Minor Victim 1 |
| 4 | St. Joseph Family Educational Sponsorship page for Minor Victim 2 |
| 5 | St. Joseph Family Sponsorship page for Minor Victim 2 |
| 7 | Lekol Sen Trinite sponsorship page for Minor Victim 7 |
| 8 | St. Joseph Family Educational Sponsorship page for Minor Victim 7 |
| 9 | St. Joseph Family Sponsorship page for Minor Victim 7 |
| 10 | St. Joseph Family Educational Sponsorship page for Witness 2 |
| 11 | St. Joseph Family Sponsorship page for Witness 2 |
| 12 | Photos of Minor Victim 2 |

[1] The names of the witnesses and victims referenced herein have been changed to their pseudonym for this public filing.

1

| 13 | Photo including Minor Victim 6 |
|----|-------------------------------|
| 15 | SJF photo |
| 20 | Photo of Chapel |
| 28 | Newspaper article regarding Victim K |
| 32 | Newspaper article regarding Victim N |
| 34 | Michael Geilenfeld's birth certificate |
| 35 | CBP records for Michael Geilenfeld's travel |
| 36 | CBP records for Minor Victim 6's travel |
| 37 | DHS records for Minor Victim 6's travel |
| 40 | I-94 records for Victim K |
| 41 | Photo including Victim K |
| 42 | Photo of Victim K |
| 44 | Photo of Victim K's credentials |
| 46 | Stipulation regarding identities |
| 47 | Passport of Victim K |
| 48 | Prior statement of Victim N at U.S. Embassy |
| 49 | Letter from Victim N and Victim L to Michael Geilenfeld |
| 50 | Stipulation regarding Michael Geilenfeld's arrest |
| 51 | Prior statement of Victim L at U.S. Embassy |
| 52 | Email from Victim L to Michael Geilenfeld |
| **DEFENDANT'S EXHIBITS** | |
| 3 | Email Correspondence |
| 4 | Email Correspondence |
| A | Layout of Entrance Floor (Marked for Identification Only – Demonstrative) |