

GOVERNMENT
EXHIBIT

CASE
NO.     24-CR-20008-DSL(s)(s)

EXHIBIT
NO.      1

# St. Joseph Family Sponsorship Program





Providing for the needs of the young men living at St. Joseph's Home for Boys and Trinity House

2010-2011 Sponsorship Information

For more information about the sponsorship program please contact R███ at ███████@hotmail.com



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

A loving home and a quality education are important components of the lives of the children of the St. Joseph Family. The children at St. Joseph's Home for Boys and Trinity House attend the best schools we can find for them. Nightly tutoring sessions at each home help the children understand their lessons and increase their knowledge. Supplemental educational activities, including computer labs and computer classes, English classes and one-on-one tutoring increase the educational opportunities offered to the children.

You can help us give the children the best educational experience possible and the daily care they require by becoming an sponsor. For $360 US (or $400 CDN) a year, individuals, families, groups and schools can sponsor the education and care of one student. Since the actual cost of providing for a student often ex-



ceeds that sponsorship





level, the students can have multiple sponsors. Donations help us pay the school tuition, purchase supplies and uniforms, pay tutors, expand the supplemental educational experiences we offer the boys. Sponsorships also help us provide a home and care for the children, including meals, clothes, art, music and dance lessons, sports programs and many more extra-curricular activities.

Sponsors receive a photo and biography of their sponsored student and copies of his report cards throughout the year.

# St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
### Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com





**Full name:** ███████

**Birth date:** █████████ 1996
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Seventh grade

**When joined SJF:** April 2007
**Previous SJF residences:** Trinity House
**Activities involved in at SJF:** Boy Scouts and art

**Favorite activities:** Soccer, piano, art, singing
**Favorite foods:** Cornmeal, rice, bean sauce
**Favorite subject in school:** French, math, science
**Dreams for the future:** He wants to be a doctor

████████ came to the St. Joseph Family as a student at Lekòl Sen Trinite. At that time he lived with his mother in Jacmel and attended Lekòl Sen Trinite. He has five brothers and two sisters. His father abandoned him when he was very young.

In the spring of 2007 ████████'s mother died and he went to live with an aunt, but she did not treat him well. There was no one else who could take care of him, so the leadership at Trinity House invited him to live there and to become a member of the St. Joseph Family. During the summer of 2007 he moved to St. Joseph's Home for Boys.

████████ is active in the St. Joseph's Boy Scout troop. He is emerging as one of the young leaders of the house. He is a quiet but friendly young man. ████████ also loves to sing and often sings solos at the Sunday worship service at St. Joseph's. He is very studious and always gets high marks at school. He often works on his homework and lessons after the nightly tutoring sessions at St. Joseph's.

████████ was able to skip sixth grade this year because when he finished the school year at Trinity House following the earthquake he took the state exam at the end of the year that normally would be taken at the end of sixth grade. Since he passed the exam he is now in seventh grade.



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010-2011
Student Sponsorship Information

For more information please contact R████ at ████@hotmail.com



**Full name:** ████████████

**Birth date:** ████████ 1994
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Fifth grade

**When joined SJF:** 2007
**Previous SJF residences:** Trinity House
**Activities involved in at SJF:** Boy Scouts and art

**Favorite activities:** Art, piano
**Favorite foods:** Rice and beans with meat
**Favorite subject in school:** Math, history, science
**Dreams for the future:** He wants to be an artist

████████ was born in Les-Cayes and was raised by his grandmother because his mother died when he was a baby. When ████████ was 11-years-old his grandmother sent him to Port-au-Prince to live with his uncle because she was no longer able to care for him. ████ ████s uncle treated him very badly, beat him and used him as a restavek (child slave). After being oppressed by his uncle for two years, ████████ had the courage to run away. He lived on the streets for two months before he met a kind Haitian woman who befriended him and brought him to the St. Joseph Family.

████████ enjoys going to school. His favorite activity is art classes and he dreams of being a famous artist one day.

████████ was on the roof of St. Joseph's Home for Boys just before the earthquake and was sent downstairs by B█ in the minutes before the earthquake, probably saving his life. ████ ████ says he has trouble focusing in school since the earthquake, but he is working on that. For the months following the earthquake he was scared to go inside any buildings, but is now comfortable with that.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
### Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com





**Full name:** ████████

**Birth date:** ████████ 1993
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Ninth grade

**When joined SJF:** 2001
**Previous SJF residences:** Wings of Hope
**Activities involved in at SJF:** Boy Scouts

**Favorite activities:** Basketball, soccer, dance
**Favorite foods:** Cornmeal, fish and chicken
**Favorite subject in school:** Math, science, French
**Dreams for the future:** He wants to be a building
engineer or work in computer technology

████████ was born in Saint Marc. He was the youngest of nine siblings. His mother died when
he was very young and his father could not care for him so he sent ████ to live with one of
his brothers. After his brother could no longer care for him, he took ████ to a group of nuns
who lived near Port-au-Prince. The nuns eventually brought ████ to the St. Joseph Family.
Since he was too young to live at St. Joseph's, ██████ was sent to Wings of Hope to live. He
was not handicapped, but needed a more supervised environment to grow in. Eventually ████
████ reached an age and maturity level that allowed him to move to St. Joseph's.

████ is a very good student and loves school. He is often at the top of his class.

████ is still in contact with his family and visits his father during the summer and holiday va-
cations.



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com



**Full name:** ██████████

**Birth date:** █████ 1994
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Tenth grade (third level of secondary school)

**When joined SJF:** 1999
**Previous SJF residences:** Wings of Hope
**Relatives at SJF:** His ██████ J██ R████ previously lived at St. Joseph's and Trinity House
**Activities involved in at SJF:** Boy Scouts

**Favorite activities:** Dance, soccer, basketball
**Favorite foods:** Cornmeal with vegetables
**Favorite subject in school:** Biology, science
**Dreams for the future:** To be a professional dancer

███████ s from Jacmel. He has four brothers and five sisters. His father is a farmer. ███████ s mother died when he was two-years-old. His father was not able to care for all of his children after his wife died. M█████ M██, who is an artist in Jacmel and knew █████ s family, and who also knew Michael brought ███████ and his █████, ████ █████ to Michael and asked him to take them in. M████ M████ also encouraged Michael to open a home for boys in Jacmel because she saw how St. Joseph's Home for Boys improved the lives of the boys there and she wanted that for the disadvantaged children she saw in Jacmel. This led to the creation of Trinity House, our home for boys in Jacmel.

Because █████ was so young when he came to the St. Joseph Family, he went to live at Wings of Hope. He was not handicapped, but just to young to live at St. Joseph's. Eventually he matured enough to move to St. Joseph's.

█████ is a member of the █████ Dance ██████████ and has danced with the █████ ever since he moved to St. Joseph's. He is a very talented dancer. He has visited the United States several times on dance theater tours.

█████ is still in contact with his family and he spends summer and holiday vacations with his father in Jacmel. He hopes to one day to be able to support his family.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
### Student Sponsorship Information

For more information please contact R███ at ██████@hotmail.com





**Full name:** ████████

**Birth date:** ███████, 1993
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Tenth grade (third level of secondary school)

**When joined SJF:** 2006
**Previous SJF residences:** Trinity House
**Activities involved in at SJF:** Boy Scouts

**Favorite activities:** Piano, studying, reading
**Favorite foods:** Rice and beans with vegetables
**Favorite subject in school:** French and biology
**Dreams for the future:** He wants to work with computer technology

████ was born in Carrefour, an area near downtown Port-au-Prince. When he was five-years-old he ████████████ His parents took him to ████████████ ████ they took him to an orphanage and abandoned him there. The people who ran the other orphanage took ████ to France, where he lived for three years before returning to Haiti. Several years after he came back to Haiti there was a problem at the orphanage and it had to close. ████ along with two other boys, came to the St. Joseph Family.

████ is a quiet young man with a glowing smile. He likes to play piano. ████ likes going to school, mainly because he knows it will help to prepare him for the future.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
### Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com



███████████████

**Full name:** ███████████

**Birth date:** ████████ 1991
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Tenth grade (third level of secondary school)

**When joined SJF:** 1995
**Previous SJF residences:** Wings of Hope, Trinity House
**Activities involved in at SJF:** Boy Scouts

**Favorite activities:** Basketball, soccer and dance
**Favorite foods:** Cornmeal with beans and fish
**Favorite subject in school:** Math and English
**Dreams for the future:** He wants to be an electrician or plumber

Since there are two boys named █████ at St. Joseph's Home for Boys now, █████ is now also known as █████████ (█████████).

█████ was born in Les-Cayes but does not remember his parents because the abandoned him when he was a baby. When he was a very young he was sent to live with his aunt, who worked at the Baptist Mission in Fermathe. His aunt mistreated him and used him as a restavek (child slave). One day his aunt burned his hand by placing it in boiling water and then kicked him out. █████ was brought to the St. Joseph Family by a missionary.

█████ is out-going and friendly. He is emerging as a leader at St. Joseph's and maturing into a responsible young man. He is a talented dancer and has traveled to both the United States and Canada several times with the █████ Dance ████████ █████ also performed in the St. Joseph Family's production of █████.

█████ is looking toward his future and with the knowledge that he will graduate from the St. Joseph Family in three years, he would like to get some vocational training. He wants to be an electrician or a plumber so he will be able to find work and support himself when he becomes independent.

█████ dreams of one day finding his parents.



# St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
### Student Sponsorship Information

For more information please contact R▮▮▮ at ▮▮▮▮▮@hotmail.com





**Full name:** ▮▮▮▮▮▮▮▮

**Birth date:** ▮▮▮▮, 1996
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Seventh grade

**When joined SJF:** 2005
**Activities involved in at SJF:** Boy Scouts

**Favorite activities:** Soccer
**Favorite foods:** Cornmeal and fish
**Favorite subject in school:** Math, French, science
**Dreams for the future:** He wants to be a plumber
or a baker

▮▮▮▮▮▮ is known by the nickname ▮▮▮ (▮▮▮▮.

▮▮▮ was born and lived his first years in a small village near Cap Haitian. He does not know his father. After his mother died, ▮▮▮ went to live with his aunt in Petionville. His aunt used him as a live-in, cost-free servant (a restavek). ▮▮▮ was given the responsibility of caring for the aunt's two babies, as well as sweeping, mopping, carrying water, helping in the kitchen and countless other tasks. One day some of the children in the neighborhood told ▮▮▮▮▮▮s uncle that he had $20. ▮▮▮▮▮▮ told him it was a lie, but the uncle began beating little ▮▮▮▮▮ savagely with a leather strap, causing huge lacerations all over his head and body. ▮▮▮▮▮ was eventually able to run away from the uncle. He spent the night on the streets and the next day a security guard who worked in the neighborhood found him, still bloody and scarred from the attack, and took him to his employer, the wife of a French diplomat. The woman asked ▮▮▮▮▮ about his life and was told of his harsh treatment and that he was not allowed to go to school. The French woman took pity on ▮▮▮▮▮ who she started calling "▮▮" for the ▮▮▮▮▮ embroidered on his shirt when she met him, and took him to ▮▮▮▮▮ and then took him home and vowed to find him a safe place to live. Eventually, the French woman met Michael and heard about the loving home at St. Joseph's and asked Michael to take ▮▮▮ into our family, which we did.

▮▮▮ is an out-going and happy boy. He likes playing with the other boys, particularly playing soccer. His is involved in the St. Joseph's Boy Scout troop. ▮▮▮ loves going to school and learning new things.

▮▮▮ was able to skip sixth grade this year because when he finished the school year at Trinity House following the earthquake he took the state exam at the end of the year that normally would be taken at the end of sixth grade. Since he passed the exam he is now in seventh grade.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

## 2010–2011
### Student Sponsorship Information

For more information please contact R████ at ████████@hotmail.com



**Full name:** ████████████

**Birth date:** ██████ 1994
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Ninth grade

**When joined SJF:** 2003
**Relatives at SJF:** T█████, Wings of Hope employee
**Activities involved in at SJF:** Boy Scouts

**Favorite activities:** Piano, singing, dance
**Favorite foods:** Pizza, chicken, hamburgers
**Favorite subject in school:** Math
**Dreams for the future:** He wants to be a professional singer

████████████ is known by one of his middle names, ██████

██████ was born in Port-au-Prince. When ██████ was five-years-old his parents were divorced and he was sent to La Gonave to live with his grandmother. He lived there for two years before returning to Port-au-Prince to live with his uncle. However, his uncle was unemployed and it was hard for him to care for ██████ A relative of ██████ T█████, is a St. Joseph Family employee. He told ████ s mother about the St. Joseph Family and she asked us to take ██████ in. ██████ s mother no longer lives in Haiti and his three younger brothers are living with relatives in Haiti.

██████ is a very talented young man. He is a part of the ████████ Dance ████ and had traveled to the United States and Canada several times on dance tours. He is a talented musician and plays the piano. ██████ also performed in the St. Joseph Family production of ████.

██████ s dream is to be a professional singer. In the fall of 2010 he was chosen to participate in ██████, a contest to find the best musician in Haiti. He wants to be able to support his three younger brothers when he is older.



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com



████████████████

**Full name:** ███████████

**Birth date:** ██████████, 2000
**Residence:** Trinity House
**School:** Collège Nazarethe
**Class:** Second grade

**When joined SJF:** 2007
**Previous SJF residences:** St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Coloring, art, soccer
**Favorite foods:** Rice and bean sauce, apples
**Favorite subject in school:** French, math
**Dreams for the future:** He wants to be a mechanic

████████ was born in Les-Cayes. His family was very poor. One day his father sent him to the market and on ████████s way back home he fell down and hurt himself. His father took him to Doctors Without Borders. While ████████ was being treated his father left and abandoned him there. The staff at Doctors Without Borders brought ████████ to the St. Joseph Family and asked us to take him in.

████████ is a quiet boy who has a beautiful smile. He loves to color and is constantly asking for coloring books and crayons. He shares the coloring books he is given with his friends.

████████ loves going to school and learning new things.



# St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010-2011
### Student Sponsorship Information

For more information please contact R████ at ████@hotmail.com



**Full name:** ████████████

**Birth date:** ██████, 1991
**Residence:** Trinity House
**School:** Collège La Trinité
**Class:** Eighth grade

**When joined SJF:** 1999
**Previous SJF residences:** Wings of Hope, St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Dance, soccer
**Favorite foods:** Rice with bean sauce, fish, vegetables
**Favorite subject in school:** Kreyol, math, physics
**Dreams for the future:** He wants to be a professional dancer



████ is from a very poor family in Port-au-Prince. One day ████ s mother sent him to buy something and ████ got lost on his way and couldn't find his way home. He walked the streets asking for help, but no one came to his aid. ████ spent three days wandering the streets trying to find his way home. He was scared and angry. On the third day he found himself on Delmas 91, near St. Joseph's Home for Boys. One of the boys from St. Joseph's saw ████ and asked him what his problem was. When ████ told him his story, the boy brought ████ to St. Joseph's and they took him in.

████ is not handicapped, but did spend some time at Wings of Hope before moving to St. Joseph's and Trinity House.

He is an excelent painter and often works in watercolors. He participates in the art classes at Trinity House.

While ████ dreams of finding his biological family, he is very happy to have found the St. Joseph Family and knows he is "home" now. He is no longer alone and abandoned, he has a family that loves and supports him.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



## 2010–2011
## Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com

**Full name:** ███████████

**Birth date:** ██████ 1994
**Residence:** Trinity House
**School:** Collège La Trinité
**Class:** Seventh grade

**When joined SJF:** 2006
**Previous SJF residences:** St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, school
**Favorite foods:** Rice with bean sauce, chicken
**Favorite subject in school:** French, history
**Dreams for the future:** He wants to be a professional soccer payer



███████████ is known by the nickname ████████ That nickname was given to him by the nuns who ran the orphanage he lived in before he came to the St. Joseph Family.

██████ was born in Port-au-Prince. His mother could not care for him and he lived with his aunt. His father abandoned him. He has six brothers. His aunt had a hard time caring for him because she had many children of her own, so when he was five-years-old she took him to an orphanage. In 2006, ██████ came to the St. Joseph Family, along with two other boys because there was a problem at the other orphanage and it closed.

██████ is very happy to now be a member of the St. Joseph Family. He is a quiet and serious young man. ████████ loves going to school, mainly because he knows that by getting an education he will be ready to take care of himself when he becomes an adult.

██████ was able to skip sixth grade this year because when he finished the school year at Trinity House following the earthquake he took the state exam at the end of the year that normally would be taken at the end of sixth grade. Since he passed the exam he is now in seventh grade.

██████s grandmother was killed in the January 12, 2010, earthquake.



# St. Joseph Family Sponsorship Program
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
### Student Sponsorship Information

For more information please contact R█████ at ████████@hotmail.com



**Full name:** █████████

**Birth date:** ███████, 1995
**Residence:** Trinity House
**School:** Collège Nazarethe
**Class:** Third grade

**When joined SJF:** 1999
**Previous SJF residences:** Wings of Hope
**Activities involved in at SJF:** Boy Scouts, drumming

**Favorite activities:** Basketball, dominos
**Favorite foods:** Rice with bean sauce and meat
**Favorite subject in school:** Math, reading, writing
**Dreams for the future:** He wants to be a drummer

████ was born near Cap Haitien. He ████████████ He was found abandoned at a hospital and brought to the St. Joseph Family by a Swiss missionary. Because of ████████ was sent to live at Wings of Hope. As he grew and matured, the staff at leadership saw that ████ was intelligent, capable and incredibly independent. They encouraged him ████████████████ and encouraged him to live up to his full potential.

After becoming a member of the St. Joseph Family, ████ spent some time at █████████ school █████ but was not receiving the care and attention there he deserved so he moved back to Wings of Hope. After returning to Wings of Hope, the leadership hired a ████ tutor for ████ and increased his educational experiences. ████ thrived with these new opportunities and responsibilities.

With ████ maturing into an intelligent young man, the leadership at Wings of Hope saw that the programs there no longer served ████ well and determined he was ready to "graduate" from the program and live in a more "normal" environment. In the summer of 2007, ████ moved to Trinity House.

During his first year at Trinity House he attended Lekòl Sen Trinite and progressed through several grade levels in one year. Seeing his intelligence and academic progress, the staff at Trinity House then began the process of trying to get him into a regular school in Jacmel. This was not easy because schools in Haiti ████████████████████████ but after meeting ████ one principal was able to see his potential and accepted him. He does very well in school. His ████ teacher will continue to make weekly trips to Jacmel to help ████ with is lessons and exams. ████ how has ████████ that helps him work on his lessons.

████ is thriving at Trinity House as is seen as just another one of the children there. His ████████████████, either in terms of his responsibilities or his activities.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
### Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com



**Full name:** ████████

**Birth date:** ████, 1994
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Fifth grade

**When joined SJF:** 2006
**Previous SJF residences:** St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance, Trinity soccer team

**Favorite activities:** Soccer, dance, school
**Favorite foods:** Rice with vegetables
**Favorite subject in school:** Math, grammar, French
**Dreams for the future:** He wants to be a professional dancer

████ was born in Port-au-Prince and has no memory of his parents. Both died when he was very young. ████ lived with his aunt and uncle and one of his sisters. Since neither his aunt nor his uncle were employed, it was hard for them to care for ████ They eventually brought him to the St. Joseph Family and asked us to care for him. The family knew about the St. Joseph Family through a Haitian friend who is also a friend of the St. Joseph Family.

████ is very happy to be a part of the St. Joseph Family. He knows he is receiving lots of opportunities to learn and grow, which will help him in the future.

████ is very good dancer and helps lead the dance classes at Trinity House. It is his responsibilty to run the warm-ups during dance class.

One of ████'s sisters was adopted and now lives in the United States. She has returned to Haiti and visited him and they stay in contact with one another.



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
Student Sponsorship Information

For more information please contact R█████ at █████████@hotmail.com



**Full name:** ████████████████

**Birth date:** 1999
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** First grade

**When joined SJF:** July 2009
**Relatives at SJF:** ████████ of B█ N█████, an SJF
graduate and the director of St. Joseph's Home for
Boys
**Activities involved in at SJF:** Boy Scouts, dance,
art

**Favorite activities:** Art
**Favorite foods:** Rice and vegetables
**Favorite subject in school:** Math, reading
**Dreams for the future:** He would like to be a
teacher

████████████████ of B█ N█████, the director of St. Joseph's Home for Boys. B█ grew up in the St. Joseph Family, after he escaped his life as a restavek (child slave). In the summer of 2009 B█ returned to the area of Haiti where he grew up in an effort to find █████████ who he had not seen since he was a small child. After much searching he found █████████ and her two children. One of those children is █████ B█ saw how much █████████ was struggling to raise her children and offered to take █████████ to live with the St. Joseph Family. B█ realized was a blessing it was in his life when he joined the St. Joseph Family and wanted ████████████ to experience the same opportunities.

████████ knows what a struggle it was for his family to care for him. His parents are farmers and to help the family survive █████████ often spent long days in the fields and caring for the animals, as well as doing chores around the house. He says, "My parents are very poor and it was hard for them to take care of me and my little sister."

Now that he is at Trinity House, █████████ is happy and excited to be able to be a child. He loves the activities at Trinity House, especially art classes. He is very happy he will be able to attend school and is grateful to have a home where he is cared for and loved.



# St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
### Student Sponsorship Information

For more information please contact ██ at ██████@hotmail.com



**Full name:** ███████

**Birth date:** ██████, 1996
**Residence:** Trinity House
**School:** Collège Nazarethe
**Class:** Fifth grade

**When joined SJF:** 1999
**Previous SJF residences:** Wings of Hope
**Relatives at SJF:** His ██████████ previously
lived at St. Joseph's, Wings of Hope and Trinity
House
**Activities involved in at SJF:** Boy Scouts, art,
dance

**Favorite activities:** Art, dance, soccer
**Favorite foods:** Rice with bean sauce, spaghetti
**Favorite subject in school:** Reading, math, grammar, and history
**Dreams for the future:** He wants to be a mechanic

██████ is originally from Les Cayes. He does not remember much about his family, other than that they were very poor and that he has three brothers. One day his mother took ██████ and ██████████ to Port-au-Prince and left them on the street. Someone found them living on the streets and took them to the Haitian Department of Social Services, who brought the boys to the St. Joseph Family. ██████ was sent to Wings of Hope to live because of his young age.

██████ did very well at Wings of Hope. Because he is not handicapped, ██████ became a leader in the home and the other children looked up to him. As he grew, ██████ took on more responsibilities in the home and found little jobs around the house he could do. Eventually he matured to a level where he could "graduate" from Wings and moved to Trinity House.

██████ was able to attend school in the neighborhood of Wings of Hope for several years, but always struggled with his lessons. Now living at Trinity House, he has continued to attend school and he is doing well in school. ██████ has a ██████████████ and ██████████ He is a very bright boy and shines at mechanical and manipulative tasks.

██████ likes to laugh and joke around. He has embraced the arts since living at Trinity House and attends both art and dance classes.



**ST. JOSEPH FAMILY SPONSORSHIP PROGRAM**
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



2010–2011
Student Sponsorship Information

For more information please contact R███ at ████@hotmail.com



**Full name:** ████████

**Birth date:** ████████, 1993
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Fifth grade

**When joined SJF:** 2004
**Activities involved in at SJF:** Boy Scouts, art,
dance, Trinity soccer team

**Favorite activities:** Art, dance
**Favorite foods:** Fish, chicken with rice and beans
**Favorite subject in school:** Math, reading
**Dreams for the future:** He wants to be a police officer

████████ grew up in Port-au-Prince. In 2000 his mother died giving birth to his little sister. He never knew his father. After his mother's death he went to live with his grandmother, who had a hard time caring for ████ because she didn't earn much money. His grandmother was working for a group of nuns and she asked them to help her find a place for ████ to live and go to school. The nuns knew about the St. Joseph Family and brought ████ to us.

████████ is very happy to be a member of the St. Joseph Family and to be able to have the opportunity to go to school. He is involved the art programs at Trinity House and likes to play soccer and basketball.

████████ describes his current life like this, "I have been treated with value and respect. I have food to eat, I go to school and I am happy to be here and to be cared for."

When he gets older ████ wants to live in his own house and have a good job so he can take care of his younger sister.



## St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at St. Joseph's Home for Boys and Trinity House



### 2010–2011
Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com

**Full name:** ████████████

**Birth date:** ████████, 1995
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Fifth grade

**When joined SJF:** 2005
**Previous SJF residences:** St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance, computer class

**Favorite activities:** Art, dance
**Favorite foods:** Rice, cornmeal with beans and meat
**Favorite subject in school:** History, geography, grammar, science
**Dreams for the future:** He wants to be an artist



████ is known by the nickname █████.

████ was born in Gonaive and lived for several years in Cap-Haitien with his father. His mother was never a part of his life. When ████ was a young boy his father died, leaving him alone with no one to care for him. This led ████ to spend a lot of time living on the streets. He was eventually befriended by an American man who took him in before bringing ████ to the St. Joseph Family.

████ is very happy to now have a home and family with the St. Joseph Family. He loves learning and going to school, where he is an excellent student. ████ loves to write poetry.

████ has embraced the art classes offered at Trinity House is constantly working on his paintings and taking classes to improve his artistic eye. ████ also takes dance classes and looks forward to improving his dancing skills.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



2010-2011
Student Sponsorship Information

For more information please contact R███ at █████@hotmail.com



**Full name:** ████████

**Birth date:** ████████ 2002
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** First grade

**When joined SJF:** February 2008
**Previous SJF residences:** Wings of Hope
**Activities involved in at SJF:** Boy Scouts, dance, drumming

**Favorite activities:** Playing, coloring, drumming
**Favorite foods:** Cornmeal with bean sauce
**Favorite subject in school:** Reading
**Dreams for the future:** He wants to be a police officer

████████ is known by the nicknames of ███ and █████ because when he came to the St. Joseph Family we did not have his birth certificate and he told the leadership at Wings of Hope that his name was ████████ It was only later, when the person who brought him returned with his birth certificate, that we found out that ███ was not his real name.

███ was abandoned in the mountain village of Bason Medor and a church team from Iowa who has a sister parish there asked the St. Joseph Family to give him a home. Since he was too young to go to St. Joseph's or Wings of Hope, he was first sent to Wings of Hope, even though he is not handicapped. After several months at Wings of Hope, the leadership there determined that they could not give ███ the tools he needed to mature to a level where he could live at St. Joseph's or Trinity House because he was intellectually beyond the programs offered at Wings of Hope. To help him mature and learn the skills he needs to move to one of the other homes of the St. Joseph Family, the leadership at Wings of Hope determined that ███ should move in with one of the directors of Wings of Hope. The director's family provided a foster home environment and helped ███ develop the social and personal skills he needed. After several months ███ moved to Trinity House, where he started attending Lekòl Sen Trinite. This year he is attending a school in the community. He is doing well in school.

███ is a cute, sweet, bright little boy. When interacting with the other children, ███ has a lot to say, but he becomes very shy around new people. However, he loves spending time with visitors. He likes to play with toys and the other children. He loves playing the drums and is very musical. He also likes doing little chores around the house and helping others.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
Student Sponsorship Information

For more information please contact R███ at ████@hotmail.com



**Full name:** ██████████

**Birth date:** ████ 1993
**Residence:** Trinity House
**School:** Collège La Trinité
**Class:** Eighth grade

**When joined SJF:** September 2004
**Previous SJF residences:** St. Joseph's Home for
Boys
**Activities involved in at SJF:** Boy Scouts, art,
dance, Trinity soccer team

**Favorite activities:** Art, dance, basketball
**Favorite foods:** Rice with bean sauce and meat
**Favorite subject in school:** French, science, math
**Dreams for the future:** He wants to be a plumber

██████████ is known by the nickname of ████

████ is from Port-au-Prince. His parents abandoned him when he was a baby and he lived
with his aunt. He was not treated very well by his aunt and her family. One day his uncle took
him somewhere in Port-au-Prince and told ████ to wait for him there and he would come
back and get him after he purchased something. ████'s uncle never returned and ████
was forced to spend the night on the street. For the next few days, ████ continued to live on
the streets as he tried to find his way back home, but he didn't know where he was or how to
find his house. He was found living on the streets by the Haitian Department of Social Serv-
ices, who brought him to the St. Joseph Family.

████ has lived at both St. Joseph's Home for Boy and Trinity House. He has also left both
homes because after spending time on the streets he found it difficult to follow the rules and
responsibilities that are a part of the St. Joseph Family. But, he now seems to have made the
adjustment and is doing well both within the St. Joseph Family and at school.

████ loves to dance and is active in the dance company at Trinity House.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



## 2010–2011
### Student Sponsorship Information

For more information please contact R███ at ███████@hotmail.com



███████████████

**Full name:** ████████████

**Birth date:** ████████, 1996
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Fourth grade

**When joined SJF:** 2008
**Previous SJF residences:** St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer
**Favorite foods:** Cornmeal with bean sauce and fish
**Favorite subject in school:** Science, Kreyol
**Dreams for the future:** He wants to be a mechanic

███████████ is sometimes known by the nickname ███████

███████ is from Fermathe, the village where Wings of Hope is located. His family is very poor and had a hard time caring for him. ██████s family attends St. Jacque Catholic Church in Fermathe. ████████ attended a catechism class at the church which was taught by Sr. I██, the nun who lives at Wings of Hope. His family asked Sr. I██ to help them find a place for ████████ to live and go to school. Sr. I██ asked the St. Joseph Family to take ██ in.

███████ is happy to be in a place where he is well-cared for and supported.

███████s dream is to finish school and to learn how to become a mechanic. He sees that skill as being one that will allow him to get a good job so he can help his parents and support his family



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
### Student Sponsorship Information

For more information please contact R████ at ████████@hotmail.com



**Full name:** ████████

**Birth date:** ████ 2001
**Residence:** Trinity House
**School:** Lekòl Sen Trinite
**Class:** First grade

**When joined SJF:** October 2006
**Previous SJF residences:** Wings of Hope, St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Basketball, soccer
**Favorite foods:** Rice and beans with meat
**Favorite subject in school:** Reading
**Dreams for the future:** He wants to have a family

████ was abandoned at the front gate of the Home for the Dying and Destitute, run by the Missionary Charity Sisters in Port-au-Prince, in the summer of 2006. The Sisters waited three months for ████'s parents or relatives to come by, but no one ever showed up. While he was staying with the Sisters, he was called "████", which means "████" He eventually found his way to the St. Joseph Family and went to live at Trinity House in Jacmel. Since he was so much younger and smaller than the other children at Trinity House, he spent a lot of time alone and didn't have many people to play with. In December 2006 the leaders of Trinity House asked the leaders of Wings of Hope to take him in because they believed he would do better in the environment at Wings. Since there is another child at Wings named ████ he was allowed to pick a new name and he chose ████ For the creation of a birth certificate for him, he was given the official name of ████

████ did very well at Wings of Hope, where since he was not disabled, he became a leader among the children and happily helped around the house and helped the other children. He attended classes at Wings of Hope and developed the skills he needed to be able to move to St. Joseph's in the summer of 2008. After a few months he transferred to Trinity House and began to attend Lekòl Sen Trinite.

████ has some ████████ and ████████ But he is doing well with the structure and programs at Trinity House. He loves to do chores around the house and is often seen with a broom or mop in his hand working. He also likes to make sure he is well dressed and that his clothes are clean and appropriate for the situation.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
### Student Sponsorship Information

For more information please contact ▮▮▮ at ▮▮▮▮@hotmail.com



**Full name:** ▮▮▮▮▮

**Birth date:** ▮▮▮ 1999
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Fourth grade

**When joined SJF:** 2006
**Previous SJF residences:** St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Dance, art, soccer
**Favorite foods:** Rice with bean sauce, vegetables, spaghetti
**Favorite subject in school:** Writing, reading, math
**Dreams for the future:** He wants to be a teacher

Since there are two boys named ▮▮▮ in the St. Joseph Family now, ▮▮▮ is now also known as ▮▮▮ ( ▮▮▮ ).

▮▮▮ did not grow up in a loving home. His father was not a part of his life. His mother mistreated him and often beat him. She did not allow him to go to school. One day when he was very young she kicked him out of the house and he had to live on the streets. It was there the Haitian Department of Social Services found him and brought him to the St. Joseph Family.

Now that ▮▮▮ has a home and family who love and support him he is happy and thriving. He said he likes being a part of the St. Joseph Family because "I have food to eat, a home to stay in and I get to go to school."



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
### Student Sponsorship Information

For more information please contact R█████ at ████████@hotmail.com



**Full name:** ███████████

**Birth date:** ██████, 1998
**Residence:** Trinity House
**School:** Collège Nazarethe
**Class:** Third grade

**When joined SJF:** 1999
**Previous SJF residences:** Wings of Hope
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, dance
**Favorite foods:** Rice with bean sauce and meat
**Favorite subject in school:** Writing, reading
**Dreams for the future:** He wants to be an artist

██████ was abandoned at General Hospital in Port-au-Prince when he was a baby. Nothing is known about his family. He was found there by the Haitian Department of Social Services, who brought him to Wings of Hope and the St. Joseph Family. He was given the name ████████████ His new last name translates to "█

When ████ arrived at Wings of Hope he was just a small baby. He did not walk or talk. As he grew and began to walk, the staff at Wings of Hope discovered he had a ████████████████████████ They started to work with ████ and eventually ████████████████ █████ also has some ████████ and some████

██████ started preschool at a neighborhood school when he was three-years-old and attended school for several years before maturing to a level where he could "graduate" from Wings of Hope and move to Trinity House.

Because of ██████████████, school is a challenge for ████ and he has a hard time passing his classes. The staff at Trinity House is helping him every way they can to understand his lessons and develop to his full potential.

██████ is a very bright and engaging boy. He loves to play sports, particularly basketball and soccer. He also likes to dance and takes dance and art classes at Trinity House.



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
Student Sponsorship Information

For more information please contact R███ at ███@hotmail.com



███████████████

**Full name:** ██████████████

**Birth date:** ███████, 1993
**Residence:** Trinity House
**School:** Collège La Trinité
**Class:** Seventh grade

**When joined SJF:** 2000
**Previous SJF residences:** St. Joseph's Home for
Boys
**Relatives at SJF:** ████ of St. Joseph's founding
member A█████
**Activities involved in at SJF:** Boy Scouts, art,
drumming, Trinity soccer team

**Favorite activities:** Drumming
**Favorite foods:** Rice with bean sauce, spaghetti
**Favorite subject in school:** Math, French, Kreyol
**Dreams for the future:** He wants to be a journalist
or an English teacher

████ is ████ of A████ one of the ███████ members of St. Joseph's Home for Boys. His mother abandoned him when he was six-months-old and he lived with his father. His father struggled with several issues and sometimes mistreated him. ████ ran away once after being beaten by his father and went to the police station. The police knew ████ was a part of the St. Joseph Family, so they took him to St. Joseph's Home for Boys and he started to live there. His father agreed to allow ████ to live at St. Joseph's because he knew it was a place where he would be cared for and valued.

████s father was sick for some time before he died in 2007 and as he saw his life drawing to an end he made an effort to be a better father and to be a good influence on ████ and his father developed a good relationship before A███ died. A████ took comfort in knowing that ████ was now a part of the St. Joseph Family and he had a safe home to grow up in and people to care for him.

████ said, "It was hard for me when I lost my father, but I am happy he did not leave me on the streets, but in a family where I have everything I need."

"I wish one day to become a real man, where I can have a profession and take care of my brothers and sisters."

# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House





### 2010–2011
### Student Sponsorship Information

For more information please contact R███ at ███████@hotmail.com



**Full name:** ████████████

**Birth date:** ████████, 1998
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Third grade

**When joined SJF:** 2009
**Relatives at SJF:** █████████ a resident at Trinity House, is his ████████
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, basketball
**Favorite foods:** Rice with beans and chicken
**Favorite subject in school:** Grammar, history, English
**Dreams for the future:** He wants to be a dancer

████████ is a happy and kind boy who respects the rules at Trinity House. He likes going to school and learning new things. Because there is another boy at Trinity House named ████ he is distinguished by calling him ████████ or ████████

████████ was born in Fermathe, the community where Wings of Hope is located. He is the third child in a family of six children. His family was very poor and his parents could not care for him well. ████████ worked in the fields with his mother and helped her sell things in the market. ████ ████████ mother knew Sr. ████, the nun who lives at Wings of Hope, and she was helping send him to school. Eventually Sr. ████ asked the St. Joseph Family to allow ████████ to live at Trinity House because she wanted a better future for him.



# St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
Student Sponsorship Information

For more information please contact R████ at ████@hotmail.com



**Full name:** ██████████████

**Birth date:** ████████, 1995
**Residence:** Trinity House
**School:** Lekòl Sen Trinite
**Class:** Second grade

**When joined SJF:** 2001
**Previous SJF residences:** Wings of Hope
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, dance
**Favorite foods:** Cornmeal and meat
**Favorite subject in school:** Reading, coloring
**Dreams for the future:** He wants to be a leader and work with kids

████████s mother died during labor and doctors ████████████████████ he ████████████████ No one in his family came to claim him at the hospital. He was cared for by the hospital staff for several months before a woman came forward and said she would take care of him. When his adopted mother died he was taken to the Haitian Department of Social Services who brought him to Wings of Hope and the St. Joseph Family.

████████traveled to the United States in the fall of 2004 to ████████████████ He has also traveled to the United States on fund-raising and dance tours, as a member of the ████████ Dance ████. ██████ is featured in ████████████████ which is based on a dance of the ████ Dance████

████████copes very well ████████████████ and as he grew the staff at Wings of Hope decided in order for him to become more independent he needed to be challenged by moving to a more "normal" home. In the summer of 2006 he moved to Trinity House and has thrived there. ██████ is a happy, creative and adventurous boy. He loves to laugh and joke around. He likes to play with building blocks and to color. He is very athletic and ████████████████████████ He loves to dance, run and play basketball and soccer.

████████has ████████████ and struggles in school, both when he attended school while he was living at Wings of Hope and when he moved to Jacmel. Recognizing his academic struggles, the leadership at Trinity House removed him from school for a time and had him tutored privately at the home. Several years ago, ██████ was enrolled in a program for students ████████████ in Jacmel. He flourished in that program. The next school year he attended a regular school in Jacmel and struggled academically. Because of that he is now enrolled at Lekòl Sen Trinite, the school at Trinity House, so he can get more individual attention. He will continue to work with tutors at Trinity House to help him █████████



# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



## 2010–2011
### Student Sponsorship Information

For more information please contact R████ at ████@hotmail.com



**Full name:** ██████

**Birth date:** ████, 1993
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Sixth grade

**When joined SJF:** 2006
**Previous SJF residences:** St. Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, dance, art
**Favorite foods:** Plantain with meat, rice with bean sauce
**Favorite subject in school:** Math, grammar, history
**Dreams for the future:** He wants to have a home for children

████ comes from a poor family. His mother and father separated when he was six-years-old. For some time his family was homeless and they moved around a lot as his mother looked for places where they could sleep at night. In 2006, his mother decided she wanted to go to the Dominican Republic to find work. She took ████ to the Haitian Department of Social Services and abandoned him there. The Haitian Department of Social Services brought ████ to the St. Joseph Family. He lived at St. Joseph's Home for Boys for a few months before moving to Trinity House.

Because of his background, he has some abandonment issues. He said, "My parents didn't keep me with them because they didn't want me. They just wanted to get rid of me."

But now that he is in a place that is safe with a family that loves and supports him, ████ is beginning to experience the joy of life and sees his life as one of resurrection and hope. He recognizes how the St. Joseph Family has changed his life and he wants to help others by creating a home for street children when he grows up.



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
### Student Sponsorship Information

For more information please contact R███ at ███████@hotmail.com



**Full name:** ████████████

**Birth date:** ██████, 1996
**Residence:** Trinity House
**School:** Collège La Trinité
**Class:** Seventh grade

**When joined SJF:** 2004
**Previous SJF residences:** Wings of Hope, St.
Joseph's Home for Boys
**Activities involved in at SJF:** Boy Scouts, art,
dance

**Favorite activities:** Soccer, school
**Favorite foods:** Cornmeal with bean sauce,
chicken
**Favorite subject in school:** Math, geography,
grammar
**Dreams for the future:** He wants to be a building
engineer



████████████ is known by the nickname ██████.

████ was born in Petit Goave. He used to live with his grandmother because he was aban-
doned by his parents when he was a baby. When his grandmother could no longer care for
him she sent him to live with his aunt in Port-au-Prince. After awhile his aunt could also no
longer afford to care for him. She knew about the St. Joseph Family through a friend who is a
St. Joseph Family graduate and asked that ████ be allowed to join the family. After ████
became a part of the St. Joseph Family he met his mother for the first time and developed a
relationship with her, but remained living with the St. Joseph Family because his mother could
not care for him in her home.

When ██████ joined the St. Joseph Family he was sent to live at Wings of Hope. He is not
handicapped, but was just too young to live at St. Joseph's Home for Boys or Trinity House.
Eventually he matured enough to move to St. Joseph's and he has done well there. He moved
to Trinity House following the January 12, 2010, earthquake.



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2010–2011
Student Sponsorship Information

For more information please contact R████ at ████████@hotmail.com

█████████████

**Full name:** ████████████



**Birth date (approximately):** 2000
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Third grade

**When joined SJF:** November 2009
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer
**Favorite foods:** Rice and beans with fish
**Favorite subject in school:** Math, grammar, history
**Dreams for the future:** He wants to be a doctor

████████ is a sweet boy who is well-behaved and follows the rules at Trinity House. He likes going to school. He loves playing sports and being involved in all the activities at Trinity House. He is very witty and loves to joke around.

████████ was born in Les Cayes and is the fourth child in his family. After his parents died he moved to Port-au-Prince to live with his aunt. She treated him well and sent him to school, but had a hard time finding the money needed to take care of him properly. After his aunt died a friend of his aunt who knew about the St. Joseph Family and asked if ████████ could live at one of the St. Joseph Family homes.

████████ is very happy to be a part of the St. Joseph Family and continue his education. He is thankful for his new friends and all the activities he participates in. Despite his small stature and age, ████████ is very independent and mature. Because of this he is often given responsibilities around the house that would normally be reserved for the older boys.



## St. Joseph Family Sponsorship Program
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
Student Sponsorship Information

For more information please contact R████ at ████████@hotmail.com



**Full name:** ████████████

**Birth date (approximately):** 2001
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Fourth grade

**When joined SJF:** 2009
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Dancing, basketball
**Favorite foods:** Rice with beans
**Favorite subject in school:** Grammar, history
**Dreams for the future:** He wants to be a police officer

████████ is a quiet, sweet boy. He loves playing sports, especially basketball. He also loves going to school and takes his studies very seriously.

████████ was born near Fermathe, the area where Wings of Hope is located. He is his mother's only child and his father died when he was very young. His mother sold things in the market, but didn't earn much money, which made it hard for her to care for ████████ He used to help her sell things in the market. ████████'s mother knew Sr. I████, the nun who lives at Wings of Hope. Sr. I████ saw the struggles of ████████ s mother and offered to send ████ to live at Trinity House so he could have a better future.

████████ is very happy to be a part of the St. Joseph Family and to be living at Trinity House. He said there were times when he was living with his mother when he would not eat for several days. Now, he eats three times a day and gets to go to school and that makes him very happy.

When he grows up, ████████ wants to be a police officer so he can bring justice to the poor people.





**St. Joseph Family Sponsorship Program**
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



2010-2011
Student Sponsorship Information

For more information please contact R█████ at █████@hotmail.com





**Full name:** ███████████

**Birth date:** ████████ 1993
**Residence:** Trinity House

**When joined SJF:** 2006
**Activities involved in at SJF:** Boy Scouts, art, dance, Trinity soccer team

**Favorite activities:** Drumming
**Favorite foods:** Everything!
**Dreams for the future:** To become an electrician

███████ is from a large family and he grew up in Jeremie, on the west coast of Haiti. His parents are farmers, and since is father was old, much of the farm work fell to ████. He is the second of his mother's 11 children. His parents are not married to each other. ████ lived with his father and his stepmother. His father treated ████ very badly, so his stepmother sent him to Port-au-Prince to live with her daughter. A few months after he arrived in Port-au-Prince ████████ and he was taken to Sen Fils, a hospital run by the Missionaries of Charity. The family he was living with abandoned him there. ████████████ the Missionaries of Charity Sisters brought him to the St. Joseph Family.

████ is happy to be a part of the St. Joseph Family and to have a home at Trinity House. ████ started attending school for the first time when he came into the St. Joseph Family. While he was happy to go to school, the academic work was always a struggle for him. Looking forward to his future, ████ realized he would never be able to do well enough in school to continue long-term and asked the leadership at Trinity House if he could leave formal school and begin a vocational education. First he wanted to be a mechanic and now he has decided that he wants to be an electrician. That is something the leadership at Trinity House supports, but they have struggled in finding him someplace to apprentice. The vocational schools do not want to accept him because he did not finish the sixth grade, so the leadership of Trinity House is looking for a private electrician he can work with to learn the trade. In the meantime he is working in a supportive role at Trinity House for Lekòl Sen Trinite, the Nouvo Vi bakery and the clean water project.

His dream is to get a good job and help his brothers and sisters.



## St. Joseph Family Sponsorship Program

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010–2011
Student Sponsorship Information

For more information please contact R█ ██ at ████████@hotmail.com



**Full name:** ████████████

**Birth date:** ████████████, 1996
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Fifth grade

**When joined SJF:** August 2010
**Relatives at SJF:** ████████ of ████████, a SJF graduate and Wings of Hope employee
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, art
**Favorite foods:** Rice and bean sauce
**Favorite subject in school:** Math, French
**Dreams for the future:** He wants to be a doctor

████████ is a quiet, studious young man. He loves living at Trinity House and has many friends

████████ is the ████████ of ████████ a graduate of the St. Joseph Family and a staff member at Wings of Hope. ████████ asked that ████████ be allowed to live at Trinity House because of the positive effect that the St. Joseph Family had on him and wanted the same experience for ████████

████████ was born in Port-au-Prince. He is the fourth of five children. His father works at a school in Port-au-Prince and his mother is a market woman. ████████ used to help his mother sell things in the market.

When he grows up, ████████ wants to be a doctor so he can help his country and care for his family.



## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2010-2011
Student Sponsorship Information



For more information please contact R█████ at ████████@hotmail.com

**Full name:** ███████████

**Birth date:** ████████, 2001
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Second grade

**When joined SJF:** August 2010
**Relatives at SJF:** ████████ a resident at Trinity House, is his ████████
**Activities involved in at SJF:** Boy Scouts, art, dance

**Favorite activities:** Soccer, dance
**Favorite foods:** Everything!
**Favorite subject in school:** Writing, reading
**Dreams for the future:** He wants to be an engineer



████ is a boy with a lot of energy. He likes sports, especially soccer, and dancing. He is also happy to be living at Trinity House, where he can go to school and be involved in a lot of activities. He is a happy with all the new friends he has made.

████ is from Fermathe, the area where Wings of Hope is located. While he is the only child his mother and father had together, in total he has 17 brothers and three sisters; five of those children were born to his mother before she met ████'s father. ████'s mother is a market woman and his father is a farmer. It was hard for ████'s parents to care for him and send him to school and he spent most his days on the streets in Fermathe. When ████'s mother saw how well ████████ was being cared for at Trinity House she asked Sr. I████ the nun who lives at Wings of Hope, to find a place for ████ also. Sr. I███ knew of the struggles she had caring for her children and wanted a better future for them.

████ wants to work hard in school so he can be an engineer when grows up so he can get a good job and help his country.