

# ST. JOSEPH FAMILY EDUCATIONAL SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



## 2008-2009
### STUDENT SPONSORSHIP INFORMATION

For more information about the sponsorship program please contact R███ at ███@hotmail.com



**Full name:** ███████████

**Birth date:** ████, 1994
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Fourth grade

**When joined SJF:** 2006
**Previous SJF residences:** Trinity House
**Activities involved in at SJF:** Boy Scouts, dance

**Favorite activities:** Soccer and school
**Favorite foods:** Rice with bean sauce, chicken
**Favorite subject in school:** French and history
**Dreams for the future:** To be a plumber

███████████ is known by the nickname █████████. That nickname was given to him by the nuns who ran the orphanage he lived in before he came to the St. Joseph Family.

█████████ was born in Port-au-Prince. His mother could not care for him and he lived with his aunt. His father abandoned him. He has six brothers. His aunt had a hard time caring for him because she had many children of her own, so when he was five-years-old she took him to an orphanage. In 2006, █████████ came to the St. Joseph Family, along with ███████ and ██ because there was a problem at the other orphanage and it closed.

█████████ is very happy to now be a member of the St. Joseph Family. He is a quiet and serious young man.

█████████ loves going to school, mainly because he knows that by getting an education he will be ready to take care of himself when he becomes an adult.



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 24-CR-20008-DSL(s)(s)

EXHIBIT NO. 2