

## St. Joseph Family Educational Sponsorship Program
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



### 2008-2009
### STUDENT SPONSORSHIP INFORMATION

For more information about the sponsorship program please contact R▮▮ at ▮▮@hotmail.com

**Full name:** ▮▮▮▮



**Birth date:** ▮▮▮▮, 1996
**Residence:** Trinity House
**School:** Edouard Megie
**Class:** Second grade

**When joined SJF:** 2008
**Activities involved in at SJF:** Boy Scouts, choir, dance

**Favorite activities:** Soccer
**Favorite foods:** Rice and bean sauce
**Favorite subject in school:** Math, writing and reading
**Dreams for the future:** To be a mechanic

▮▮▮▮ is sometimes known by the nickname ▮▮▮▮

▮▮▮▮ is from Fermathe, the village where Wings of Hope is located. His family is very poor and had a hard time caring for him. ▮▮▮▮'s family attends St. Jacque Catholic Church in Fermathe. ▮▮▮▮ attended a catechism class at the church which was taught by Sr. I▮▮ the nun who lives at Wings of Hope. His family asked Sr. I▮▮ to help them find a place for ▮▮▮▮ to live and go to school. Sr. I▮▮ asked the St. Joseph Family to take ▮▮▮▮ in.

▮▮▮▮ is excited to be able to go to school this year. He has made many friends at Trinity House and is happy to be in a place where he is well-cared for and supported.

▮▮▮▮'s dream is to finish school and to learn how to become a mechanic. He sees that skill as being one that will allow him to get a good job so he can help his parents and support his family

**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 4