


## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

2013–2014
Student Sponsorship Information

For more information please contact R▮ at ▮@hotmail.com



**Full name:** ▮

**Birth date:** ▮, 1996
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau Collège Concordia
**Class:** Seventh grade

**When joined SJF:** 2008
**Previous SJF residences:** Trinity House

**Favorite activities:** Soccer, basketball, singing
**Favorite foods:** Cornmeal with bean sauce and fish, plantains
**Favorite subject in school:** Science, math, biology
**Dreams for the future:** He wants to be a soccer player or a mechanical or computer technician

▮ is sometimes known by the nickname ▮.

▮ is from Fermathe, the village where Wings of Hope is located. His family is very poor and had a hard time caring for him. ▮'s family attends St. Jacques Catholic Church in Fermathe. ▮ attended a catechism class at the church which was taught by Sr. ▮, the nun who lives at Wings of Hope. His family asked Sr. ▮ to help them find a place for ▮ to live and go to school. Sr. ▮ asked the St. Joseph Family to take ▮ in.

▮ is happy to be in a place where he is well-cared for and supported.



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 5