**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 9

## ST. JOSEPH FAMILY SPONSORSHIP PROGRAM
*Providing for the educational needs of the young men living at St. Joseph's Home for Boys and Trinity House*



2013-2014
Student Sponsorship Information

For more information please contact R▮▮▮ at ▮▮▮▮@hotmail.com





**Full name:** ▮▮▮▮▮▮▮

**Birth date:** ▮▮▮▮▮▮▮, 1996
**Residence:** St. Joseph's Home for Boys
**School:** Collège Frère St. Cyr
**Class:** Third level of secondary school

**When joined SJF:** April 2007
**Previous SJF residences:** Trinity House

**Favorite activities:** Soccer, piano, art, singing
**Favorite foods:** Cornmeal, rice, bean sauce, spaghetti
**Favorite subject in school:** History, math, science
**Dreams for the future:** He wants to be the president of Haiti

▮▮▮▮ came to the St. Joseph Family as a student at Lekòl Sen Trinite. At that time he lived with his mother in Jacmel and attended Lekòl Sen Trinite. He has five brothers and two sisters. His father abandoned him when he was very young.

In the spring of 2007 ▮▮▮▮'s mother died and he went to live with an aunt, but she did not treat him well. There was no one else who could take care of him, so the leadership at Trinity House invited him to live there and to become a member of the St. Joseph Family. During the summer of 2007 he moved to St. Joseph's Home for Boys.

▮▮▮▮ is a quiet but friendly young man. ▮▮▮▮ also loves to sing and often sings solos at the Sunday worship service. He is very studious and always gets high marks at school. He often works on his homework and lessons after the nightly tutoring sessions.

▮▮▮▮ was able to skip sixth grade because when he finished the school year at Trinity House following the earthquake in 2010 he took the state exam at the end of his fifth year that normally would be taken at the end of sixth grade and he passed the exam. In the Haitian secondary school system the first year of secondary school is called the "third level" of the four level system; that is followed by the second level, then Rheto, then Philo.