

## St. Joseph Family Educational Sponsorship Program
Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House

### 2008-2009
### STUDENT SPONSORSHIP INFORMATION

For more information about the sponsorship program please contact R▇▇ at ▇▇▇@hotmail.com





**Full name:** ▇▇▇▇▇▇▇▇

**Birth date:** ▇▇▇▇▇▇▇, 1993
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau College Concordia
**Class:** Eighth grade

**When joined SJF:** 2006
**Previous SJF residences:** Trinity House
**Activities involved in at SJF:** Boy Scouts, dance

**Favorite activities:** Piano, studying and reading
**Favorite foods:** Rice and beans with vegetables
**Favorite subject in school:** French and biology
**Dreams for the future:** Computer technology

▇▇▇ was born in Car-Four, an area near downtown Port-au-Prince. When he was five-years-old he ▇▇▇▇▇▇▇▇▇▇. His parents took him to a hospital and after he was treated they took him to an orphanage and abandoned him there. The people who ran the other orphanage took ▇▇▇ to France, where he lived for three years before returning to Haiti. Several years after he came back to Haiti there was a problem at the orphanage and it had to close. ▇▇▇ along with ▇▇▇▇▇▇ and ▇ came to the St. Joseph Family.

▇▇▇ is a quiet young man with a glowing smile. He likes to play piano. ▇▇▇ likes going to school, mainly because he knows it will help to prepare him for the future.



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 10