

# ST. JOSEPH FAMILY SPONSORSHIP PROGRAM

Providing for the educational needs of the young men living at
St. Joseph's Home for Boys and Trinity House



2012–2013
Student Sponsorship Information

For more information please contact R████ at ████@hotmail.com



**Full name:** ████████



**Birth date:** ████████, 1993
**Residence:** St. Joseph's Home for Boys
**School:** Nouveau Collège Concordia
**Class:** Second level of secondary school

**When joined SJF:** 2006
**Previous SJF residences:** Trinity House

**Favorite activities:** Piano, studying, reading, practicing French and English
**Favorite foods:** Rice and beans with vegetables
**Favorite subject in school:** French, English and biology
**Dreams for the future:** He wants to work with computer technology and teach English

████████ was born in Carrefour, an area near downtown Port-au-Prince. When he was five-years-old he ████████████████████. His parents took him to a hospital and after he was treated they took him to an orphanage and abandoned him there. The people who ran the other orphanage took ████████ to France, where he lived for three years before returning to Haiti. Several years after he came back to Haiti there was a problem at the orphanage and it had to close. ████████, along with two other boys, came to the St. Joseph Family.

████████ is a quiet young man with a glowing smile. He likes to play piano. ████████ likes going to school, mainly because he knows it will help to prepare him for the future.



GOVERNMENT EXHIBIT

CASE NO. 24-CR-20008-DSL(s)(s)

EXHIBIT NO. 11