





AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 12

pepsi
7up

008367
pepsi
008367