

*Photo taken November 2002*

Government Exhibit — Case No. 24-CR-20008-DSL(s)(s), Exhibit No. 13. Labels: Michael; Mickey; M___ (employee); D___ (employee). 011828