002485



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 28

# Flight from Haiti; refuge in Algona

By Jeremy Powers
Western Region Bureau Chief
ALGONA



Savior: Michael Geilenfeld brings help to ward



Refugee: ▇▇▇ escaped murder

Haiti is a dangerous place these days. Michael Geilenfeld, formerly of Algona, and his Haitian ward ▇▇▇ can attest to that.

Geilenfeld, who runs an orphanage for the poorest of the street boys in Port-au-Prince, Haiti, had to get ▇▇▇ out of the country before he was to be shot and burned in public as part of a national bloodletting. ▇▇▇ had been labled by an enemy as a tontonmacute.

Tontonmacute is literally translated as boogieman, a term the people of Haiti used to describe the Duvalier regime death squads, that took people screaming from their homes.

Dictators Francois "Papa Doc" Duvalier and his son Jean-Claude "Baby Doc" Duvalier ruled Haiti with fear for 28 years until Jean-Claude was deposed in February.

About two weeks ago, three soldiers of the ruling military group showed up at St. Joseph's Boys Home orphanage and demanded to take into custody ▇▇▇ Geilenfeld said. They brandished guns and shouted orders.

"The country has been run by fear for so long, it is all the people there know. A person has a gun, and he has power," Geilenfeld said.

"What they wanted to do was kill him. Shoot him and then burn him. A public killing and burn his body," Geilenfeld said. While Geilenfeld said this, ▇▇▇ who understands some English, didn't even flinch.

"He isn't a tontonmacute, but an enemy pointed him out as one. That's all it takes. There is no trial. Not even any questions," Geilenfeld said.

The children grow up on the street of Port-au-Prince, living by their wits. Sometimes they steal and sometimes they out smart other boys. The life is one where enemies are gained easily, Geilenfeld said.

When the soldiers showed up at the orphanage, Geilenfeld said, they easily overpowered the one guard they keep at the front door, Geilenfeld said.

They barged into the orphanage and demanded to get ▇▇▇. When one employee lied and said ▇▇▇ wasn't there, the soldiers said they would take

See HAITI, A2

5/30/89
MLC
FBI  002485