**STATE OF IOWA**

CERTIFICATION OF VITAL RECORD

019325

A0388 C
**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 34

# STATE OF IOWA

IOWA STATE DEPARTMENT OF HEALTH
Division of Vital Statistics

**CERTIFICATE OF LIVE BIRTH**
**STATE OF IOWA**

Birth No. 114- ▓▓▓▓ 7126

| | |
|---|---|
| **1. PLACE OF BIRTH** a. County _Kossuth_ | **2. USUAL RESIDENCE OF MOTHER** (Where does mother live?) a. State _Iowa_ b. County _Kossuth_ |
| b. City (If outside corporate limits, write RURAL and give township) or Town _Algona_ | c. City (If outside corporate limits, write RURAL and give location) or Town _Algona_ |
| c. Full Name of (If NOT in hospital or institution, give street address or location) Hospital or Institution _St. Ann Hospital_ | d. Street Address (If rural, give location) |

**3. CHILD'S NAME** (Type or print) — a. (First) _Michael_ — b. (Middle) — c. (Last) _Geilenfeld_

**4. Sex** _Male_ | **5a. This Birth** Single ☑ Twin ☐ Triplet ☐ | **5b. If Twin or Triplet (This child born)** 1st ☐ 2nd ☐ 3rd ☐ | **6. Date of Birth** (Month) (Day) ▓▓ - 52 (Year) (Hour) 1:40 ᴾᴹ

## FATHER OF CHILD

**7. FULL NAME** — a. (First) _H_ — b. (Middle) — c. (Last) _Geilenfeld_ | **8. Color or Race** _W_

**9. Age (At time of this birth)** _29_ Years | **10. Birthplace (State or foreign country)** _Iowa_ | **11a. Usual Occupation** _Mortician_ | **11b. Kind of Business or Industry**

## MOTHER OF CHILD

**12. FULL MAIDEN NAME** — a. (First) _M_ — b. (Middle) — c. (Last) _K_ | **13. Color or Race** _W_

**14. Age (At time of this birth)** _29_ Years | **15. Birthplace (State or foreign country)** _Iowa_ | **16. Children Previously Born to This Mother (Do NOT include this child)** a. How many OTHER children are now living? _1_ b. How many OTHER children were born alive but are now dead? _0_ c. How many children were stillborn (born dead after 20 weeks pregnancy)? _0_

**17. INFORMANT** _Mrs. ▓ Geilenfeld_

I hereby certify that this child was born alive on the date stated above.

**18a. ATTENDANT'S SIGNATURE** _Glen T. Gray_
**18c. Address** _Algona, Iowa_

**18b. Attendant at Birth** M.D. ☑ D.O. ☐ OTHER (Specify)
**18d. Date Signed** _2-18-52_

**19. Date Rec'd by Local Reg.** _2-25-52_ | **20. REGISTRAR SIGNATURE** _Odah Richardson_ #73 | **21. Date on Which Given Named Added by** (Registrar)

This is to certify that this is a true and correct reproduction of the original record as recorded in this state, issued under the authority of Chapter 144, Code of Iowa.
This copy is not valid unless prepared on engraved border displaying state seal and signature of the Registrar or Designee.

**THIS COPY NOT VALID UNLESS UNALTERED AND PREPARED ON CERTIFIED SECURITY PAPER**

SEP 0 4 2024
DATE ISSUED

Kim Reynolds
GOVERNOR, STATE OF IOWA
Adam Gregg, Lt. Governor

_Melissa A. Ellis_
DEPUTY STATE REGISTRAR

019325

FORM #588-0328S (Rev. 01/2024)

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



## CERTIFICATION UNDER FEDERAL RULES OF EVIDENCE
### 902(11) AND 902(13)
#### ADMS #24-0174
#### CEOS #202401902

I hereby certify that I, ██████ , am employed by Iowa Department of Health and Human Services, Bureau of Health Statistics. My title is Public Service Mgr 1 . I am qualified to authenticate the records attached hereto, which consist of _____ **[GENERALLY DESCRIBE RECORDS** (I.E., [3 pages] [1 CD] [a digital archive file])] because I am familiar with how the records were created, managed, stored, and retrieved. This certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

I further certify that:

1.  The attached records, are true and correct duplicates of the original records in the custody of Iowa Department of Health and Human Services, Bureau of Health Statistics;

2.  the attached records were: (a) made at or near the time of the occurrence of the matter set forth; (b) by, or from information transmitted by, a person with knowledge of those matters; (c) kept in the ordinary course of the regularly conducted business activity of Iowa Department of Health and Human Services, Bureau of Health Statistics and (d) made by Iowa Department of Health and Human Services, Bureau of Health Statistics as a regular practice;

3.  the attached records were generated by an electronic process or system that produces an accurate result, to wit: (a0 the records were copied from electronic device(s), storage medium(s), or files(s) in the custody of Iowa Department of Health and Human Services, Bureau of Health Statistics in a manner to ensure that they are true duplicates of original records ; (b) the process or system is regularly verified by Iowa Department of Health and Human Services, Bureau of Health Statistics ; and (c) at all times pertinent to the records certified herein the process and system functioned properly and normally.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing information is true and correct.

Executed on

Signature

