


**DATE: Monday February 05, 2024**

**A. I HEREBY CERTIFY that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained TECS and that I am the custodian thereof: Information on the following for January 01, 1999 through December 31, 2023:**

**Michael Karl GEILENFELD, DOB [redacted]/1952**

| | |
|---|---|
| **Person Encounter History** | **120 Records** |
| **Travel Document Number 701970625** | **87 Records** |




*Signature*

**Custodian of Record**

*Title*

**B. I HEREBY CERTIFY that B G who signed the foregoing certificate was at the time of signing Designated Custodian of Record and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.**



**IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the U. S. Customs and Border Protection, Department of Homeland Security to be affixed this fifth day of February Two Thousand and Twenty-Four.**

**By direction of the Secretary, U.S. Department of Homeland Security:**








# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/30/2024 15:40 EST



| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/1999 | 12/31/2023 | | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
| | | | |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| GEILENFELD* | MICHAEL | | /1952 | |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | | | 03/19/2020 00:00 | AA | 1971 | O | | | APIS | NOT ON BOARD | | | PUJ | CLT |
| GEILENFELD | MICHAEL KARL | /1952 | P | 506310209 | 12/21/2019 22:30 | UA | 1934 | I | A534 | | APIS | ON BOARD | | CUSTOMS | IAH | PUJ |
| GEILENFELD | MICHAEL KARL | /1952 | | | 12/21/2019 00:00 | UA | 1933 | O | | | APIS | ON BOARD | | | PUJ | IAH |
| GEILENFELD | MICHAEL | /1952 | P | 506310209 | 05/08/2019 09:29 | AA | 1317 | I | A520 | | APIS | ON BOARD | | MANY | MIA | PUJ |
| GEILENFELD | MICHAEL KARL | /1952 | P | 506310209 | 05/07/2019 17:39 | AA | 2593 | O | A520 | | APIS | | | | PUJ | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 506310209 | 05/07/2019 00:00 | AA | 1971 | O | | | APIS | NOT ON BOARD | | | PUJ | CLT |
| GEILENFELD | MICHAEL KARL | /1952 | P | 506310209 | 04/17/2019 18:28 | DL | 901 | I | A471 | | APIS | ON BOARD | | INS | JFK | SDQ |
| GEILENFELD | MICHAEL KARL | /1952 | | | 04/12/2019 00:00 | DL | 985 | I | | | APIS | NOT ON BOARD | | | JFK | SDQ |
| GEILENFELD | MICHAEL KARL | /1952 | P | 506310209 | 01/10/2017 00:00 | UA | 1663 | O | | | APIS | ON BOARD | | | PUJ | ORD |
| GEILENFELD | MICHAEL | /1952 | P | 506310209 | 03/06/2016 17:54 | DL | 324 | I | A171 | | APIS | ON BOARD | | | ATL | SDQ |
| GEILENFELD | MICHAEL | /1952 | P | 506310209 | 02/28/2016 00:00 | AA | 987 | O | | | APIS | ON BOARD | | | SDQ | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 506310209 | 02/23/2016 18:19 | AA | 535 | I | A263 | | APIS | ON BOARD | | | PHX | SJD |
| GEILENFELD | MICHAEL | /1952 | P | 506310209 | 02/09/2016 00:00 | AA | 534 | O | | | APIS | ON BOARD | | | SJD | PHX |

016570

016570



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 11/27/2015 12:25 | AA | 1026 | I | A520 | | APIS | ON BOARD | | | MIA | SDQ |
| GEILENFELD | MICHAEL | 1952 | P | 506310209 | 07/25/2015 00:00 | B6 | 1709 | O | | | APIS | ON BOARD | | | PAP | FLL |
| GEILENFELD | MICHAEL KARL | 1952 | P | 720363933 | 06/09/2015 10:51 | AA | 1154 | I | A520 | | APIS | ON BOARD | | | MIA | SDQ |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 08/13/2014 00:00 | DL | 685 | O | | | APIS | ON BOARD | | | PAP | ATL |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 08/10/2014 16:51 | DL | 684 | I | A174 | | APIS | ON BOARD | | | ATL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 05/20/2014 00:00 | AA | 1665 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 05/18/2014 11:41 | AA | 377 | I | A520 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 03/01/2014 00:00 | AA | 1665 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 02/28/2014 00:00 | AA | 201 | O | | | APIS | NOT ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 02/24/2014 12:21 | AA | 377 | I | A520 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 486961538 | 01/21/2014 00:00 | AA | 377 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 486961538 | 01/20/2014 19:20 | BA | 209 | I | A520 | | APIS | ON BOARD | | | MIA | LHR |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 01/17/2014 19:41 | AA | 201 | I | A520 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 486961538 | 01/17/2014 00:00 | BA | 204 | O | | | APIS | ON BOARD | | | LHR | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 10/09/2013 00:00 | AA | 1665 | I | | | APIS | NOT ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 01/28/2013 00:00 | AA | 377 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 486961538 | 01/27/2013 00:00 | AA | 1462 | I | A52B | | APIS | ON BOARD | | | MIA | PAP |

016571
016571



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/30/2024 15:40 EST [REDACTED]



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 09/17/2011 00:00 | AA | 813 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 08/30/2011 13:16 | AA | 1988 | I | A522 | [REDACTED] | APIS | ON BOARD | | | FLL | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 08/07/2011 00:00 | AA | 809 | O | | [REDACTED] | APIS | | | | STT | |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 08/03/2011 12:03 | AA | 816 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 05/11/2011 00:00 | AA | 809 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | [REDACTED]/1952 | P | 701970625 | 04/29/2011 12:00 | AA | 816 | I | A524 | [REDACTED] | AIRLINE (NOT API) | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 04/29/2011 00:00 | AA | 816 | I | ABFT | [REDACTED] | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 04/26/2011 00:00 | AA | 377 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 03/16/2011 15:12 | AA | 822 | I | A524 | [REDACTED] | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 02/25/2011 00:00 | AA | 1291 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 02/21/2011 13:07 | AA | 816 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 12/14/2010 00:00 | AA | 803 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | [REDACTED]/1952 | P | 701970625 | 12/07/2010 15:35 | AA | 1042 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 11/07/2010 00:00 | AA | 837 | O | | [REDACTED] | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 11/04/2010 13:44 | AA | 816 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 08/09/2010 00:00 | AA | 1729 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 07/30/2010 15:46 | AA | 1004 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 05/06/2010 00:00 | AA | 1291 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 04/29/2010 12:50 | OW | 4807 | I | A492 | [REDACTED] | APIS | ON BOARD | | | SJU | SDQ |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 04/23/2010 00:00 | AA | 803 | O | | [REDACTED] | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 04/19/2010 12:14 | AA | 816 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | [REDACTED]/1952 | P | 701970625 | 02/26/2010 00:00 | AA | 1291 | O | | [REDACTED] | APIS | ON BOARD | | | PAP | MIA |

016572

016572



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Person Encounter List



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/22/2010 12:21 | AA | 880 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 01/06/2010 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/30/2009 15:26 | AA | 866 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 12/30/2009 00:00 | AA | 866 | I | A52B | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/16/2009 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/10/2009 19:46 | AA | 1908 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | VN | | 12/10/2009 00:00 | AA | 1908 | I | ABFT | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 12/09/2009 00:00 | AA | 1908 | I | ABFT | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 10/13/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 09/25/2009 13:09 | AA | 1988 | I | A522 | | APIS | ON BOARD | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/04/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/23/2009 15:01 | AA | 822 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/26/2009 00:00 | AA | 1291 | O | | | APIS | PASSENGE R | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/20/2009 00:00 | AA | 822 | I | ABFT | | APIS | PASSENGE R | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/19/2008 00:00 | AA | 803 | O | | | APIS | PASSENGE R | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/31/2008 16:56 | AA | 822 | I | A524 | | APIS | PASSENGE R | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 11/15/2007 00:00 | AA | 803 | O | | | APIS | PASSENGE R | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 10/31/2007 17:04 | AA | 822 | I | A524 | | APIS | PASSENGE R | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/25/2007 00:00 | AA | 807 | O | | | APIS | PASSENGE R | | | PAP | FLL |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/11/2007 16:03 | AA | 822 | I | A520 | | APIS | PASSENGE R | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/03/2007 00:00 | AA | 377 | O | | | APIS | PASSENGE R | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/29/2007 14:34 | AA | 1988 | I | A522 | | APIS | PASSENGE R | | CUSTOMS | FLL | PAP |

016573

016573



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/05/2007 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/01/2007 12:42 | AA | 816 | I | A524 | | APIS | PASSENGER | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 11/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 10/25/2006 14:05 | AA | 1988 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/27/2006 15:29 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | PPS001510 | 06/08/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/31/2006 13:27 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/07/2006 13:03 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/28/2005 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/09/2005 14:12 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/13/2005 00:00 | AA | 807 | O | | | APIS | | | | PAP | FLL |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/03/2005 18:44 | AA | 1908 | I | A520 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/01/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 10/23/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 10/08/2004 12:41 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 09/06/2004 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 08/17/2004 12:49 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/04/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 07/17/2004 15:38 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/14/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/13/2004 10:30 | NW | 1840 | I | A354 | | APIS | | | | MSP | YXE |

016574



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/30/2024 15:40 EST



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/06/2004 12:59 | AA | 788 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 02/05/2004 12:12 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/27/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/07/2003 12:02 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/20/2003 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/01/2003 15:10 | AA | 1646 | I | A524 | | APIS | | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 07/25/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 06/16/2003 19:42 | AA | 808 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/26/2003 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/14/2003 18:48 | AA | 1272 | I | A473 | | APIS | | | | JFK | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/03/2002 15:35 | AA | 1646 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/22/2002 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/16/2002 18:04 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/14/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/28/2002 12:16 | AA | 328 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 034121975 | 09/27/2001 19:41 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 034121975 | 07/06/2001 18:01 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 034121975 | 06/22/2001 18:44 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 034121975 | 10/30/2000 18:20 | AA | 1292 | I | | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 034121975 | 08/15/2000 00:00 | AA | 1292 | I | | | APIS | | | | MIA | PAP |

016575

016575



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL KARL | ████/1952 | P | 034121975 | 12/08/1999 00:00 | AA | 1646 | I | | ████ | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | ████/1952 | P | 034121975 | 03/11/1999 17:18 | AA | 1292 | I | 5206 | ████ | APIS | | | | MIA | PAP |
| Total Number of Records: 120 | | | | | | | | | | | | | | | | |

## Legend

### Loc

| Codes | Value |
|---|---|
| ORD | O'HARE INTERNATIONAL |
| SDQ | SANTO DOMINGO, LAS AMERICAS |
| PHX | SKY HARBOR INTL, PHOENIX |
| PUJ | PUNTA CANA, DOM REP |
| MIA | MIAMI INTL, FL |
| FLL | FORT LAUDERDALE, FL |
| YXE | SASKATOON, CANADA |
| CLT | DOUGLAS, CHARLOTTE |
| MSP | ST PAUL INTL |
| SJD | LOS CABOS |
| JFK | JOHN F KENNEDY INTL |
| IAH | HOUSTON INTERCONTINENTAL |
| STT | C.E. KING |
| LHR | LONDON / HEATHROW INTL |
| ATL | WILLIAM B HARTSFIELD |
| PAP | PORT AU PRINCE, MAIS GATE |
| SJU | SAN JUAN, LUIS MUNOZ MARIN INTL |

### Doc Type

| Codes | Value |
|---|---|
| P | P - PASSPORT |
| VN | VN - VISA NON-IMMIGRANT |

### Site Code



016576



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List



| Codes | Value |
|---|---|
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A522 | A522 - CBP-FT LAUDERDALE, INTL APT T4 |
| A534 | A534 - CBP-HOUSTON, BUSH INTL AIRPORT |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A354 | A354 - CBP-MINNEAPOLIS, LINDBERGH TERMINAL T1 |
| A263 | A263 - CBP-PHOENIX, SKY HARBOR INTL |
| ABFT | ABFT - INS-MIAMI OGC *HIST* |
| A473 | A473 - NEW YORK, JFK AIRPORT, TERM 8 |
| A492 | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP |
| A471 | A471 - NEW YORK, JFK AIRPORT, TERM 4 |
| A174 | A174 - CBP-ATLANTA, HARTSFIELD TERM F |
| A171 | A171 - CBP-ATLANTA, HARTSFIELD INTLAP |
| A52B | A52B - MIAMI, AIRPORT, GEN AVIATION |
| 5206 | 5206 - 5206 |



016577

For Official Use Only / Law Enforcement Sensitive



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/30/2024 15:48 EST



| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/1999 | 12/31/2023 | 00:00 | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbount-Outbound Indicator** |
| | | | |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
| | | | | USA - UNITED STATES |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected | 701970625 | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 09/17/2011 00:00 | AA | 813 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/30/2011 13:16 | AA | 1988 | I | A522 | | APIS | ON BOARD | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/07/2011 00:00 | AA | 809 | O | | | APIS | | | | STT | |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/03/2011 12:03 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/11/2011 00:00 | AA | 809 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 04/29/2011 12:00 | AA | 816 | I | A524 | | AIRLINE (NOT API) | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/29/2011 00:00 | AA | 816 | I | ABFT | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/26/2011 00:00 | AA | 377 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 03/16/2011 15:12 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/25/2011 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/21/2011 13:07 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/14/2010 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | 701970625 | 12/07/2010 15:35 | AA | 1042 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/07/2010 00:00 | AA | 837 | O | | | APIS | | | | PAP | JFK |





016578



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/30/2024 15:48 EST



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 11/04/2010 13:44 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEINFELD | MICHAEL | /1952 | P | 701970625 | 10/06/2010 00:00 | AA | 9250 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEINFELD | MICHAEL | /1952 | P | 701970625 | 10/05/2010 00:00 | AA | 575 | O | | | APIS | NOT ON BOARD | | | PAP | MIA |
| GEINFELD | MICHAEL | /1952 | P | 701970625 | 09/07/2010 12:56 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 08/09/2010 00:00 | AA | 1729 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 07/30/2010 15:46 | AA | 1004 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/06/2010 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/29/2010 12:50 | OW | 4807 | I | A492 | | APIS | ON BOARD | | | SJU | SDQ |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/23/2010 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/19/2010 12:14 | AA | 816 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/26/2010 00:00 | AA | 1291 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/22/2010 12:21 | AA | 880 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 01/06/2010 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/30/2009 15:26 | AA | 866 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/16/2009 00:00 | AA | 625 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 12/10/2009 19:46 | AA | 1908 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 10/13/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL KERL | /1952 | P | 701970625 | 09/25/2009 13:09 | AA | 1988 | I | A522 | | APIS | ON BOARD | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 05/04/2009 00:00 | AA | 803 | O | | | APIS | ON BOARD | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 04/23/2009 15:01 | AA | 822 | I | A524 | | APIS | ON BOARD | | | MIA | PAP |
| GEILLENFELD | MICHAEL | /1952 | P | 701970625 | 03/27/2009 19:50 | AA | 1908 | I | | | APIS | REQUEST | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | 701970625 | 02/26/2009 00:00 | AA | 1291 | O | | | APIS | PASSENGER | | | PAP | MIA |

016579

016579



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/30/2024 15:48 EST



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 02/20/2009 00:00 | AA | 822 | I | ABFT | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 11/19/2008 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/31/2008 16:56 | AA | 822 | I | A524 | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/15/2007 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 10/31/2007 17:04 | AA | 822 | I | A524 | | APIS | PASSENGER | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/25/2007 00:00 | AA | 807 | O | | | APIS | PASSENGER | | | PAP | FLL |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/11/2007 16:03 | AA | 822 | I | A520 | | APIS | PASSENGER | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/03/2007 00:00 | AA | 377 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/29/2007 14:34 | AA | 1988 | I | A522 | | APIS | PASSENGER | | CUSTOMS | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/05/2007 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/01/2007 12:42 | AA | 816 | I | A524 | | APIS | PASSENGER | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 10/25/2006 14:05 | AA | 1988 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/06/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/27/2006 15:29 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEINLENFELD | MICHAEL KARL | 1952 | P | 701970625 | 08/13/2006 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEINLENFELD | MICHAEL KARL | 1952 | P | 701970625 | 08/09/2006 13:36 | AA | 816 | I | A524 | | APIS | PASSENGER | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/31/2006 13:27 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MIKAEL KARL | 1952 | P | 701970625 | 05/15/2006 00:00 | AA | 803 | O | | | APIS | PASSENGER | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/07/2006 13:03 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/28/2005 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/09/2005 14:12 | AA | 816 | I | A524 | | APIS | | | | MIA | PAP |

016580



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Person Encounter List

01/30/2024 15:48 EST



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/13/2005 00:00 | AA | 807 | O | | | APIS | | | | PAP | FLL |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/03/2005 18:44 | AA | 1908 | I | A520 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/01/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 10/23/2004 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/08/2004 12:41 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 09/06/2004 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 08/17/2004 12:49 | AA | 1646 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/04/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 07/17/2004 15:38 | AA | 822 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/14/2004 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/13/2004 10:30 | NW | 1840 | I | A354 | | APIS | | | | MSP | YXE |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/07/2004 00:00 | NW | 1841 | O | | | APIS | | | | YXE | MSP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/06/2004 12:59 | AA | 788 | I | A522 | | APIS | | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 02/05/2004 12:12 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/27/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | 701970625 | 11/07/2003 12:02 | AA | 328 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/20/2003 00:00 | AA | 803 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/01/2003 15:10 | AA | 1646 | I | A524 | | APIS | | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 07/25/2003 00:00 | AA | 703 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 06/16/2003 19:42 | AA | 808 | I | A524 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/26/2003 00:00 | AA | 657 | O | | | APIS | | | | PAP | JFK |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 05/14/2003 18:48 | AA | 1272 | I | A473 | | APIS | | | | JFK | PAP |

016581

016581



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/30/2024 15:48 EST 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/11/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 12/03/2002 15:35 | AA | 1646 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/22/2002 00:00 | AA | 1291 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 10/16/2002 18:04 | AA | 1908 | I | 5206 | | APIS | | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 09/14/2002 00:00 | AA | 377 | O | | | APIS | | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | 701970625 | 08/28/2002 12:16 | AA | 328 | I | 5206 | | APIS | | | | MIA | PAP |

Total Number of Records: 87

Legend

Loc

| Codes | Value |
|---|---|
| SDQ | SANTO DOMINGO, LAS AMERICAS |
| STT | C.E. KING |
| MIA | MIAMI INTL, FL |
| FLL | FORT LAUDERDALE, FL |
| YXE | SASKATOON, CANADA |
| MSP | ST PAUL INTL |
| PAP | PORT AU PRINCE, MAIS GATE |
| JFK | JOHN F KENNEDY INTL |
| SJU | SAN JUAN, LUIS MUNOZ MARIN INTL |

Doc Type

| Codes | Value |
|---|---|
| P | P - PASSPORT |

Site Code



For Official Use Only / Law Enforcement Sensitive



U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Encounter List



| Codes | Value |
|---|---|
| ABFT | ABFT - INS-MIAMI OGC *HIST* |
| A473 | A473 - NEW YORK, JFK AIRPORT, TERM 8 |
| A492 | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A522 | A522 - CBP-FT LAUDERDALE, INTL APT T4 |
| 5206 | 5206 - 5206 |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A354 | A354 - CBP-MINNEAPOLIS, LINDBERGH TERMINAL T1 |



016583