




# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/16/2020 10:39 EST Generated By: [redacted] 

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2001 | 01/07/2020 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
| | | | |

| Person Search Criteria | | | | | | |
|---|---|---|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code | | |
| [redacted] | [redacted] | | [redacted]/1994 | | | |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted]1994 | P | [redacted]7830 | 07/26/2009 00:00 | AA | 1729 | O | | Name No Name N | APIS | | | PAP | MIA |
| [redacted] | [redacted] | [redacted]1994 | P | [redacted]7830 | 07/02/2009 12:20 | AA | 816 | I | A524 | [redacted] | APIS | | | MIA | PAP |
| [redacted] | [redacted] | [redacted]1994 | P | [redacted]7830 | 05/04/2009 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| [redacted] | [redacted] | [redacted]1994 | VN | [redacted]7830 | 04/28/2009 13:49 | MQ | 4603 | I | A794 | [redacted] | APIS | | | BOS | YYZ |
| [redacted] | [redacted] | [redacted]1994 | P | [redacted]7830 | 09/25/2007 00:00 | AA | 807 | O | | Name No Name N | APIS | | | PAP | FLL |
| [redacted] | [redacted] | [redacted]1994 | P | [redacted]7830 | 09/19/2007 15:59 | AA | 822 | I | A524 | [redacted] | APIS | | | MIA | PAP |
| [redacted] | [redacted] | [redacted]1994 | P | [redacted]7830 | 09/27/2006 15:43 | AA | 822 | I | A524 | [redacted] | APIS | | | MIA | PAP |
| [redacted] | [redacted] | [redacted]1994 | V | [redacted]8074 | 05/15/2006 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| [redacted] | [redacted] | [redacted]1994 | P | [redacted]7830 | 04/17/2006 15:59 | AA | 822 | I | A520 | [redacted] | APIS | | | MIA | PAP |

Total Number of Records: 9

**Legend**

**Loc**

| Codes | Value |
|---|---|
| MIA | MIAMI INTL, FL |
| BOS | BOSTON / LOGAN INTL |
| FLL | FORT LAUDERDALE, FL |
| YYZ | TORONTO, PEARSON INTERNATIONAL |
| PAP | PORT AU PRINCE, MAIS GATE |

016612

016612



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

01/16/2020 10:39 EST Generated By: [redacted] 

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |
| V | V - VISA |
| VN | VN - VISA NON-IMMIGRANT |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A794 | A794 - TORONTO CD, PEARSON, TERM 3 |

016613

016613