

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Travel Documents List**

07/22/2019 15:39 EDT | Generated By: J[redacted] O[redacted] | Page 1 of 1

| Last Name | First Name | Date of Birth | Gender | Doc Number | Doc Type | Country of Issue | Expiry Date | Status | Photo Ind |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted]1994 | M | [redacted]1924 | VN - NON-IMMIGRANT VISA | HTI | 11/29/2006 | P - PRINTED | Y |
| [redacted] | [redacted] | [redacted]1994 | M | [redacted]4948 | VN - NON-IMMIGRANT VISA | HTI | 10/11/2007 | P - PRINTED | Y |
| [redacted] | [redacted] | [redacted]1994 | M | [redacted]5719 | VN - NON-IMMIGRANT VISA | HTI | 08/16/2009 | P - PRINTED | Y |
| [redacted] | [redacted] | [redacted]1994 | M | [redacted]3074 | VN - NON-IMMIGRANT VISA | HTI | 08/16/2006 | P - PRINTED | Y |
| [redacted] | [redacted] | [redacted]1994 | M | [redacted]5291 | VN - NON-IMMIGRANT VISA | HTI | 05/16/2009 | P - PRINTED | Y |

Total Number of Records: 5

**For Official Use Only / Law Enforcement Sensitive**

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 37

Non Immigrant Visa Travel Document Detail

Visa Non-Immigrant (VN)

Last Name:
First Name:
DOB: 1994
Gender: M - Male

Prev | 2 of 5 | Next

Back

**Visa Non Immigrant (VN)**

| | | | |
|---|---|---|---|
| Control Number: | 006 | Visa Class: | B1/B2 - TEMPORARY VISITOR FOR BUSINESS/PLEASURE |
| Foil #: | 948 | Case Status: | A - APPROVED |
| Foil UID: | AA8 | Visa Status: | P - PRINTED |
| SEVIS ID: | | Issuing Post: | PTP - PORT AU PRINCE |
| Applicant Id: | 391 | Entries: | 1 |
| FIN: | | Visa Issue Date: | 007 |
| Passport #: | 830 | Visa Expires: | 007 |
| Passport Issuing Country: | HTI - HAITI | Telecode Last Name: | |
| Passport Issuing City: | PORT AU PRINCE | Telecode First Name: | |
| Passport Issuing Date: | 2005 | Alias Last Name: | |
| Passport Expire Date: | 2010 | Alias First Name: | |
| DoS Annotation: | DANCE | | |

**Personal Information**

| | | | |
|---|---|---|---|
| Last Name: | | Email Address: | @HOTMAIL.COM |
| First Name: | | Home Phone: | 9042 |
| Gender: | M - Male | Work Phone: | |
| Date of Birth: | 1994 | Other Phone: | 0405 |
| Country Code: | HTI - HAITI | Contact Phone 1: | |
| City of Birth: | JACMEL | Contact Phone 2: | 1283 |
| Contact Phone 3: | | Country of Citizenship: | HTI |
| Home Address: | PETIONVILLE | | |

**Visa Documents**

| Control Number | Document Key | Foil Number | Issuing Post | Passport Number | Visa Class | Expiration Date | Issue Date | Visa Status |
|---|---|---|---|---|---|---|---|---|
| 006 | 321 | 948 | PTP - PORT AU PRINCE | 830 | B1/B2 - TEMPORARY VISITOR FOR BUSINESS/PLEASURE | 2007 | 007 | P - PRINTED |

Add Remark | Modify Search | New Search | Print

Non Immigrant Visa Travel Document Detail

Visa Non-Immigrant (VN)

Last Name:
First Name:
DOB: 994
Gender: M - Male

Prev | 1 of 5 | Next

Back

**Visa Non Immigrant (VN)**

| | | | |
|---|---|---|---|
| Applicant Id: | 239 | Entries: | 1 |
| FIN: | | Visa Issue Date: | 006 |
| Passport #: | 830 | Visa Expires: | 006 |
| Passport Issuing Country: | HTI - HAITI | Telecode Last Name: | |
| Passport Issuing City: | PORT AU PRINCE HAT | Telecode First Name: | |
| Passport Issuing Date: | 005 | Alias Last Name: | |
| Passport Expire Date: | 010 | Alias First Name: | |
| DoS Annotation: | DANCE | | |

**Personal Information**

| | | | |
|---|---|---|---|
| Last Name: | | Email Address: | @HOTMAIL.COM |
| First Name: | | Home Phone: | 0405 |
| Gender: | M - Male | Work Phone: | |
| Date of Birth: | 994 | Other Phone: | |
| Country Code: | HTI - HAITI | Contact Phone 1: | |
| City of Birth: | JACMEL | Contact Phone 2: | 1283 |
| Contact Phone 3: | | Country of Citizenship: | HTI |
| Home Address: | PETIONVILLE | | |

**Visa Documents**

| Control Number | Document Key | Foil Number | Issuing Post | Passport Number | Visa Class | Expiration Date | Issue Date | Visa Status |
|---|---|---|---|---|---|---|---|---|
| 003 | 014 | 924 | PTP - PORT AU PRINCE | 830 | B2 - TEMPORARY VISITOR FOR PLEASURE | 006 | 006 | P - PRINTED |

**Remarks**

| Date | Time | Port | Inspector ID | Comments |
|---|---|---|---|---|

Add Remark | Modify Search | New Search | Print

Non Immigrant Visa Travel Document Detail

Visa Non-Immigrant (VN)

Last Name:
First Name:
DOB: 1994
Gender: M - Male

Prev 4 of 5 Next

Back

**Visa Non Immigrant (VN)**

| | | | |
|---|---|---|---|
| Control Number: | 002 | Visa Class: | B1 - TEMPORARY VISITOR FOR BUSINESS (INCL PEACE CORPS) |
| Foil #: | 074 | Case Status: | A - APPROVED |
| Foil UID: | 718 | Visa Status: | P - PRINTED |
| SEVIS ID: | | Issuing Post: | PTP - PORT AU PRINCE |
| Applicant Id: | 375 | Entries: | 1 |
| FIN: | | Visa Issue Date: | 2006 |
| Passport #: | 830 | Visa Expires: | 2006 |
| Passport Issuing Country: | HTI - HAITI | Telecode Last Name: | |
| Passport Issuing City: | PORT AU PRINCE | Telecode First Name: | |
| Passport Issuing Date: | 2005 | Alias Last Name: | |
| Passport Expire Date: | 2010 | Alias First Name: | |
| DoS Annotation: | DANCE | | |

**Personal Information**

| | | | |
|---|---|---|---|
| Last Name: | | Email Address: | |
| First Name: | | Home Phone: | |
| Gender: | M - Male | Work Phone: | |
| Date of Birth: | 1994 | Other Phone: | 9942 |
| Country Code: | HTI - HAITI | Contact Phone 1: | |
| City of Birth: | JACMEL | Contact Phone 2: | |
| Contact Phone 3: | | Country of Citizenship: | HTI |
| Home Address: | PETION VILLE | | |

**Visa Documents**

| Control Number | Document Key | Foil Number | Issuing Post | Passport Number | Visa Class | Expiration Date | Issue Date | Visa Status |
|---|---|---|---|---|---|---|---|---|
| 002 | 186 | 074 | PTP - PORT AU PRINCE | 7830 | B1 - TEMPORARY VISITOR FOR BUSINESS (INCL PEACE CORPS) | 2006 | 2006 | P - PRINTED |

Add Remark | Modify Search | New Search | Print

Non Immigrant Visa Travel Document Detail

Visa Non-Immigrant (VN)

Last Name:
First Name:
DOB: 1994
Gender: M - Male

Prev 3 of 5 Next

Back

**Visa Non-Immigrant (VN)**

| | | | |
|---|---|---|---|
| Control Number: | 010 | Visa Class: | B1/B2 - TEMPORARY VISITOR FOR BUSINESS/PLEASURE |
| Foil #: | 719 | Case Status: | A - APPROVED |
| Foil UID: | GHR | Visa Status: | P - PRINTED |
| SEVIS ID: | | Issuing Post: | PTP - PORT AU PRINCE |
| Applicant Id: | 493 | Entries: | 1 |
| FIN: | 514 | Visa Issue Date: | 2009 |
| Passport #: | 830 | Visa Expires: | 2009 |
| Passport Issuing Country: | HTI - HAITI | Telecode Last Name: | |
| Passport Issuing City: | PORT AU PRINCE | Telecode First Name: | |
| Passport Issuing Date: | 2005 | Alias Last Name: | |
| Passport Expire Date: | 2010 | Alias First Name: | |
| DoS Annotation: | TO ATTEND THE ACADEMY | | |

**Personal Information**

| | | | |
|---|---|---|---|
| Last Name: | | Email Address: | @HOTMAIL.COM |
| First Name: | | Home Phone: | 9942 |
| Gender: | M - Male | Work Phone: | |
| Date of Birth: | 1994 | Other Phone: | |
| Country Code: | HTI - HAITI | Contact Phone 1: | 7182 |
| City of Birth: | JACMEL | Contact Phone 2: | 3459 |
| Contact Phone 3: | | Country of Citizenship: | HTI |
| Home Address: | PETIONVILLE | | |

**Visa Documents**

| Control Number | Document Key | Foil Number | Issuing Post | Passport Number | Visa Class | Expiration Date | Issue Date | Visa Status |
|---|---|---|---|---|---|---|---|---|
| 010 | 433 | 719 | PTP - PORT AU PRINCE | 830 | B1/B2 - TEMPORARY VISITOR FOR BUSINESS/PLEASURE | 009 | 009 | P - PRINTED |

Add Remark | Modify Search | New Search | Print

Non Immigrant Visa Travel Document Detail

Visa Non-Immigrant (VN)

Last Name:
First Name:
DOB: 1994
Gender: M - Male

**Visa Non-Immigrant (VN)**

Control Number: 007
Foil #: 291
Foil UID: 37E
SEVIS ID:
Applicant Id: 193
FIN: 514
Passport #: 330
Passport Issuing Country: HTI - HAITI
Passport Issuing City: PORT AU PRINCE
Passport Issuing Date: 005
Passport Expire Date: 010
DoS Annotation: ANCE

Visa Class: B1/B2 - TEMPORARY VISITOR FOR BUSINESS/PLEASURE
Case Status: A - APPROVED
Visa Status: P - PRINTED
Issuing Post: PTP - PORT AU PRINCE
Entries: 1
Visa Issue Date: 2009
Visa Expires: 2009
Telecode Last Name:
Telecode First Name:
Alias Last Name:
Alias First Name:

**Personal Information**

Last Name:
First Name:
Gender: M - Male
Date of Birth: 994
Country Code: HTI - HAITI
City of Birth: JACMEL
Contact Phone 3:
Home Address: PETIONVILLE

Email Address: @HOTMAIL.COM
Home Phone: 942
Work Phone:
Other Phone: 405
Contact Phone 1: 5501
Contact Phone 2: 020
Country of Citizenship: HTI

**Visa Documents**

| Control Number | Document Key | Foil Number | Issuing Post | Passport Number | Visa Class | Expiration Date | Issue Date | Visa Status |
|---|---|---|---|---|---|---|---|---|
| 007 | 940 | 291 | PTP - PORT AU PRINCE | 830 | B1/B2 - TEMPORARY VISITOR FOR BUSINESS/PLEASURE | 2009 | 2009 | P - PRINTED |

Prev 5 of 5 Next

Back

Add Remark | Modify Search | New Search | Print

