

**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 40

**I-94 Arrival/Departure Record**

Admission Number: ████0000   TECS ID: ████9556

4 of 4

### Arrival Record

| Field | Value |
|---|---|
| Last Name: | ████ |
| First Name: | ████ |
| Birth Date: | ████ 1966 |
| Citizenship: | HAITI (HTI) |
| Sex: | Male |
| Passport: | ████7812 |
| Country of Residence: | HAITI (HTI) |
| Nationality: | UNK |
| City Boarded From: | — |
| Admission Number: | ████0000 |
| SAVI Indicator: | None |
| Visa Class: | TEMPORARY VISITOR FOR PLEASURE/TOURISM (B2) |
| Visa Issue City: | PTP - PORT AU PRINCE |
| Date Issued: | ████1987 |
| Date Admission Expires: | ████1988 |
| Conveyance: | EA |
| Arrival Date: | ████1987 |
| Arrival Port: | 019581 |

UNCLASSIFIED — FOR OFFICIAL USE ONLY

MIAMI, FL (MIA)

019582

| Departure Record | 4 of 4 | ⏮ ◀ ▶ ⏭ |
|---|---|---|

## I-94 Arrival/Departure Record

**Admission Number:** ▮▮▮0000   **TECS ID:** ▮▮▮9556 ↗

MIAMI, FL (MIA)

**Departure Port:**

EA ---

**Conveyance:**

**Departure Date:**

▮▮▮1987

**File Group:**

---

**Length of Stay:**

8

**Scheduled Airline/Flight #:**

--- ---

**Scheduled Departure Date:**

---

**Overstay Status:**

---

### Table of Contents
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

## Primary Inspection

---  **Date Referred:**

---  **Reason Referred:**

---  **Inspector:**

---  **Notation Text:**

## Addresses while in US

| Type | Address |
|---|---|
| DESTINATION ADDRESS | ▮▮▮ MIAMI FL |

## Other Information

UNCLASSIFIED — FOR OFFICIAL USE ONLY

019582

| | |
|---|---|
| | **Permanent Resident?:** |
| — | |
| | **Occupation:** |
| — | |
| | **Alien Registration #:** |

**I-94 Arrival/Departure Record**            4 of 4  ⏮ ◀ ▶ ⏭

Admission Number: ▓▓▓▓0000   TECS ID: ▓▓▓▓9556 ↗

| | |
|---|---|
| | **Petition Number:** |
| — | |
| | **Employment Authorization?:** |
| — | |
| | **Worker Indicator:** |
| — | |
| | **Fee Exempted?::** |
| — | |
| | **Itinerary/Comments:** |
| — | |
| | **Case Number:** |
| — | |
| | **Mode:** |
| ADMITTED INTO U.S. | |
| | **Waivers:** |
| 0 | |
| | **Field Officer:** |
| — | |
| | **Program Number:** |
| — | |
| | **Employment Authorization Date:** |
| — | |
| | **Prospective Student:** |
| — | |
| | **Ticket Number:** |
| 0000000000000 | |
| | **TWOV Number:** |
| — | |
| | **Batch Number:** |
| — | |

**Table of Contents**
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

# I-94 Arrival/Departure Record

**Admission Number:** ▮▮▮3800   **TECS ID:** ▮▮▮8262

**Table of Contents**
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

## Arrival Record

| | |
|---|---|
| **Last Name:** | ▮▮▮ |
| **First Name:** | ▮▮▮ |
| **Birth Date:** | ▮▮▮ 1966 |
| **Citizenship:** | HAITI (HTI) |
| **Sex:** | Male |
| **Passport:** | ▮▮▮7812 |
| **Country of Residence:** | HAITI (HTI) |
| **Nationality:** | UNK |
| **City Boarded From:** | --- |
| **Admission Number:** | ▮▮▮3800 |
| **SAVI Indicator:** | None |
| **Visa Class:** | TEMPORARY VISITOR FOR PLEASURE/TOURISM (B2) |
| **Visa Issue City:** | PTP - PORT AU PRINCE |
| **Date Issued:** | ▮▮▮ 1988 |
| **Date Admission Expires:** | ▮▮▮ 1989 |
| **Conveyance:** | EA |
| **Arrival Date:** | ▮▮▮ 1988 |
| **Arrival Port:** | MIAMI, FL (MIA) |

## Departure Record

| | |
|---|---|
| **Departure Port:** | NEW YORK CITY, NY (NYC) |
| **Conveyance:** | AA --- |
| **Departure Date:** | ▮▮▮ 1988 |
| **File Group:** | --- |
| **Length of Stay:** | 52 |
| **Scheduled Airline/Flight #:** | --- |
| **Scheduled Departure Date:** | --- |
| **Overstay Status:** | --- |

UNCLASSIFIED — FOR OFFICIAL USE ONLY

## Primary Inspection

| | |
|---|---|
| Date Referred: — | Inspector: — |
| Reason Referred: — | Notation Text: — |

3 of 4

### I-94 Arrival/Departure Record

Admission Number: ███3800    TECS ID: ███8262

## Addresses while in US

| Type | Address |
|---|---|
| DESTINATION ADDRESS | ███ WEBSTER GROVES MO |

## Other Information

| | | | |
|---|---|---|---|
| Permanent Resident?: | — | Mode: | ADMITTED INTO U.S. |
| Occupation: | — | Waivers: | 0 |
| Alien Registration #: | 00000000 | Field Officer: | — |
| Petition Number: | — | Program Number: | — |
| Employment Authorization?: | — | Employment Authorization Date: | — |
| Worker Indicator: | — | Prospective Student: | — |
| Fee Exempted?: | — | Ticket Number: | 0000000000000 |
| Itinerary/Comments: | — | TWOV Number: | — |
| Case Number: | — | Batch Number: | — |

1/7/25, 2:08 PM  Case 1:24-cr-20008-DSL   Document 142-21   Entered on FLSD Docket 02/28/2025   Page 6 of 12
Inspect Query Details
019586

2 of 4

# I-94 Arrival/Departure Record

Admission Number: ▮▮▮▮9600   TECS ID: ▮▮▮▮9083

### Table of Contents

- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

## Arrival Record



| Field | Value |
|---|---|
| Last Name: | ▮▮▮ |
| First Name: | ▮▮▮ |
| Birth Date: | ▮▮/▮▮/1966 |
| Citizenship: | HAITI (HTI) |
| Sex: | Male |
| Passport: | ▮▮▮▮7812 |
| Country of Residence: | HAITI (HTI) |
| Nationality: | UNK |
| City Boarded From: | --- |
| Admission Number: | ▮▮▮▮9600 |
| SAVI Indicator: | None |
| Visa Class: | TEMPORARY VISITOR FOR PLEASURE/TOURISM (B2) |
| Visa Issue City: | PTP - PORT AU PRINCE |
| Date Issued: | ▮▮/▮▮/1989 |
| Date Admission Expires: | ▮▮/▮▮/1989 |
| Conveyance: | PA |
| Arrival Date: | ▮▮/▮▮/1989 |
| Arrival Port: | 019586 |

MIAMI, FL (MIA)

| Departure Record | 2 of 4 | ⏮ ◀ ▶ ⏭ |

## I-94 Arrival/Departure Record

**Admission Number:** ▮▮▮▮9600  **TECS ID:** ▮▮▮▮9083  ↗

**Departure Port:** MIAMI, FL (MIA)

**Conveyance:** PA ---

**Departure Date:** ▮▮▮▮1989

**File Group:** ---

**Length of Stay:** 111

**Scheduled Airline/Flight #:** -- --

**Scheduled Departure Date:** ---

**Overstay Status:** ---

### Table of Contents
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

## Primary Inspection

**Date Referred:** ---

**Reason Referred:** ---

**Inspector:** ---

**Notation Text:** ---

## Addresses while in US

| Type | Address |
|---|---|
| DESTINATION ADDRESS | ▮▮▮▮ ST LOUIS MO |

## Other Information

# I-94 Arrival/Departure Record

**Admission Number:** ▮▮▮▮▮▮▮▮9600   **TECS ID:** ▮▮▮▮▮▮▮▮9083 ↗

## Table of Contents

- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

| Field | Value |
|---|---|
| Permanent Resident?: | — |
| Occupation: | — |
| Alien Registration #: | — |
| Petition Number: | — |
| Employment Authorization?: | — |
| Worker Indicator: | — |
| Fee Exempted?: | — |
| Itinerary/Comments: | — |
| Case Number: | ADMITTED INTO U.S. |
| Mode: | 0 |
| Waivers: | — |
| Field Officer: | — |
| Program Number: | — |
| Employment Authorization Date: | — |
| Prospective Student: | — |
| Ticket Number: | 0000000000000 |
| TWOV Number: | — |
| Batch Number: | — |

1 of 4   |◀◀   ◀   ▶   ▶▶|

## I-94 Arrival/Departure Record

**Admission Number:** ▇8101   **TECS ID:** ▇4118

**Table of Contents**
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

### Arrival Record

| | |
|---|---|
| ▇ | **Last Name:** |
| ▇ | **First Name:** |
| ▇1966 | **Birth Date:** |
| HAITI (HTI) | **Citizenship:** |
| Male | **Sex:** |
| ▇7812 | **Passport:** |
| HAITI (HTI) | **Country of Residence:** |
| UNK | **Nationality:** |
| --- | **City Boarded From:** |
| ▇8101 | **Admission Number:** |
| None | **SAVI Indicator:** |
| TEMPORARY VISITOR FOR PLEASURE/TOURISM (B2 ) | **Visa Class:** |
| PTP - PORT AU PRINCE | **Visa Issue City:** |
| ▇1989 | **Date Issued:** |
| ▇1990 | **Date Admission Expires:** |
| AA | **Conveyance:** |
| ▇1989 | **Arrival Date:** |
| | **Arrival Port:** |

NEW YORK CITY, NY (NYC)

| Departure Record | 1 of 4 |
|---|---|

## I-94 Arrival/Departure Record

**Admission Number:** ▮▮▮▮8101    **TECS ID:** ▮▮▮▮4118

**Departure Port:** —

**Conveyance:** —

**Departure Date:** —

**File Group:** N/A

**Length of Stay:** — —

**Scheduled Airline/Flight #:** —

**Scheduled Departure Date:** —

**Overstay Status:** —

Table of Contents
- Arrival Record
- Departure Record
- Primary Inspection
- Addresses while in US
- Other Information

### Primary Inspection

**Date Referred:** —

**Reason Referred:** —

**Inspector:** —

**Notation Text:** —

### Addresses while in US

| Type | Address |
|---|---|
| DESTINATION ADDRESS | ▮▮▮▮ BROOKLYN NY |

### Other Information

**Permanent Resident?:**

019591

**I-94 Arrival/Departure Record**

00000000
Admission Number: ▇▇▇▇8101   TECS ID: ▇▇▇▇4118 ↗

| | |
|---|---|
| Table of Contents | — |
| Arrival Record | — |
| Departure Record | — |
| Primary Inspection | — |
| Addresses while in US | — |
| Other Information | — |

Occupation: —
Alien Registration #: —
Petition Number: —
Employment Authorization?: —
Worker Indicator: —
Fee Exempted?:: —
Itinerary/Comments: AUTOMATED PASSPORT CONTROL (APC) KIOSH GENERATED I-94/I-94W
Case Number: 0
Mode: —
Waivers: —
Field Officer: —
Program Number: —
Employment Authorization Date: —
Prospective Student: —
Ticket Number: —
TWOV Number: 0000000000000
Batch Number: —
— 

UNCLASSIFIED — FOR OFFICIAL USE ONLY

019591

| Name | DOB | Sex | Citizenship | Arrival Date | Departure Date | Document | Admission # | Admission Expires | Admission Class | Overstay |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮/1966 | Male | HAITI (HTI) | ▮/1989 | --- | ▮7812 | ▮8101 | ▮/1990 | (B2 ) TEMP... | --- |
| ▮ | ▮/1966 | Male | HAITI (HTI) | ▮/1989 | ▮/1989 | ▮7812 | ▮9600 | ▮/1989 | (B2 ) TEMP... | --- |
| ▮ | ▮/1966 | Male | HAITI (HTI) | ▮/1988 | ▮/1988 | ▮7812 | ▮3800 | ▮/1989 | (B2 ) TEMP... | --- |
| ▮ | ▮/1966 | Male | HAITI (HTI) | ▮/1987 | ▮/1987 | ▮7812 | ▮0000 | ▮/1988 | (B2 ) TEMP... | --- |