GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

  Defendant.
_____/

## TRIAL STIPULATION

  COMES NOW, the United States of America, through Michael S. Davis, Acting United States Attorney for the Southern District of Florida, and Assistant United States Attorney Lacee Monk, Trial Attorneys Jessica Urban and Eduardo Palomo, the Defendant, Michael Karl Geilenfeld, and defense counsel for Defendant, D'Arsey Houlihan and Jean-Pierre Gilbert, who hereby stipulate and agree, for the purpose of trial, to the following:

  The alleged victims in this matter are identified in the Second Superseding Indictment by pseudonym. The true names of the alleged victims are as follows:

- MINOR VICTIM 1: ▇▇▇▇▇▇▇▇▇▇
- MINOR VICTIM 2: ▇▇▇▇▇▇▇▇▇▇
- MINOR VICTIM 3: ▇▇▇▇▇▇
- MINOR VICTIM 5: ▇▇▇▇▇▇
- MINOR VICTIM 6: ▇▇▇▇▇▇
- MINOR VICTIM 7: ▇▇▇▇▇▇

Respectfully submitted,

HAYDEN O'BYRNE
UNITED STATES ATTORNEY

By: _____
Lacee Elizabeth Monk
Assistant United States Attorney

_____
Jessica L. Urban
Trial Attorney

_____
Eduardo Palomo
Trial Attorney

_____
Michael Karl Geilenfeld
Defendant

_____
Raymond D'Arsey Houlihan
Counsel for Defendant

_____
Jean-Pierre Gilbert
Counsel for Defendant