**Embassy of the United States of America**

## CONFESSION FORM

▮▮▮▮▮ 5022

I, ▮▮▮▮▮▮▮▮▮▮▮, bearer of passport # DL from the states confess that Michael Geilenfeld had sexually abused me from 1981–86. I was in the States for about 19 years during which time I did my schoolings. However I went on a student visa which I over stayed and because I over stayed, they had me ordered deported. The reason why also was because I had missed a court date which I heard the date wrong so I was therefore ordered deported behind my back since "93."

Thank you

9/25/006
Date

Michael Geilenfeld sexually abused me while I was in the PJ orphanage and also the time when I spent with his parents in Algona Iowa.

Susbscribed and sworn to before me

This _____ day of _____, 19

Consular Investigator

**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 48

017914