011950

Dear Mike

As you know we have been with you ever since we can't remember. Anyway starting with the brothers in Pele. We had experienced many disturbing things under your direct physical and mental doing which as a result confined us to such mental anguished that it has been impossible for each and everyone of us of whom you had your ways with us. Before going any further we also want to acknowledge the many positive things that you have done for us and many others is well, be that as it may it does not delete the fact that because the bad things that you have done to us have caused physical and mental pains that are unbearable to some of us specially myself, however let me clearly say that we do not hate you by any mean but rather the things that you did and are still doing. I have tried to convince myself that after so many years that it would have stopped however I also have found it to extremely hard to believe that things have changed because of the many things that I have been told and heard, had I not had it happened to me than it would be easier for me to remain silence about.

To name just a few of the most disturbing things that we had suffered under your hands are as followed: the very first one I was about 7 years old or so you sexually abused me which happened time and times again against my will of which you never once said that you are sorry for you beat me

PS Please do know that it was not easy to write this letter however you had left with no choice.

We pray and hope that we don't have to go much further with this, but should we have to we will. Once again we know very well that you have money and we don't but it would not be as easy for you as may think.

Respectfully Yours:



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 49

011950