017913



*Embassy of the United States of America*

## CONFESSION FORM

I, ████████████████ ,bearer of passport # ████████ ,̲ confess

that _Michael Geilenfeld_
_I had been leaving with Michael Geilenfeld_
_Since 1983. He had ~~House~~ Sexley me MANy times._
_He had never say Sorry for what He did to me_

_Michael had deeply abuse many time when_
_I was leaving with him at St. Joseph's Home_
_Boys. He had sexly_

_9/25/06_

**Date**

████████████████

**Signature**

------------------------------------------------

Susbscribed and sworn to before me

This_____day of _____, 19

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 51

_____

**Consular Investigator**

017913