011938

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 24-CR-20008-DSL(s)(s)
EXHIBIT NO. 52

From: ███████
To: ████████@hotmail.com
Sent: Sat, May 14, 2011 7:30:13 PM
Subject:

Dear Mike (Geilenfeld),

You have called and asked me to go to father U██ to talk about your been accused of pedophile . God and you known the truth. For many years I have been abused sexual, Physically and mentally by you. you have been manipulated every times something like that come on by talking to father J██ U██ to defend you. when I went to talk to him I told the truth about I have been a victim of your abuse. For many years I have protected you by not telling the truth. Now, you are putting blame on me . Telling the members of your board how bad person I am. when I was Haiti me and ████ were always stand up to talk to you about child abuse. You never want to hear us it always your way or the highway. I never did any bad thing to you. The only thing I did is protecting you for many years; now i can't do it no more. Remember you are the one who raised me since I was a little boy. I carry this shame for many years. Since you have sent me to talk to father J██ U██ I have nightmare about all the abuses. all I wanted from you is to changed your ways and not to blaming me because I'm a victim. I known my right and you need to stop blaming me. you know I'm not the only one victim by you. I am glad I confess my sins to father J██ U██ and two with by telling the truth about what happen to me.

████████

--------

011938