UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

    Defendant.

_____/

### AMENDED ORDER SETTING DATE, TIME, AND PROCEDURES FOR SENTENCING HEARING

THIS CAUSE came before the Court upon the conclusion of the Defendant's Jury Trial hearing held February 20, 2025.

Having heard from the parties, it is hereby **ORDERED AND ADJUDGED** that a sentencing hearing is set in this matter for **Friday, May 23, 2025, at 9:00 a.m.,** in the Miami Division before Judge David Leibowitz.

### SENTENCING PROCEDURES

1. The Probation Office shall disclose the Draft Presentence Investigation Report ("PSR") **no later than 45 days prior to the sentencing hearing**.

2. Each party shall file its objections to the Draft PSR, if any, no later than **10 days after the disclosure of the Draft PSR**. The non-moving party will then have **7 days** to respond.

3. The Probation Office shall disclose the Final PSR and Addendum **no later than 15 days before the sentencing hearing**.

4. Each party shall, **no later than 10 days before the sentencing hearing**, file a notice setting forth all previously filed objections that have been resolved and all objections that remain outstanding. This notice also must state whether the party seeks an evidentiary

hearing to supplement or contest the evidentiary record. The Court advises all parties that the relaxed evidentiary standards applicable to sentencing hearings should not be relied upon without notifying the Court, *see* Fed. R. Evid 1101(d), as the Court prefers factual disputes to be resolved at an evidentiary hearing (while reserving its full discretion and authority to resolve factual disputes as permitted by law). The notice shall include a list of all disputed facts (with citations to the relevant paragraphs of the PSR), any exhibits to be produced by a party in support of their position, and a list of all witnesses the party intends to call at the sentencing hearing.

5. Each party shall, **no later than 7 days before the sentencing hearing**, file any motions in support of any sentencing departures or variances.

6. The Court has set aside **60 minutes in total** for this hearing. If any party requires more time, counsel for that party shall file, no later than **10 days before the sentencing** the hearing, a motion for more time in which the moving party shall explain exactly how much time will be needed and why (including but not limited to the need to submit or challenge evidence at the hearing).

**DONE AND ORDERED** in the Southern District of Florida on March 25, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record

2