UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20008-CR-LEIBOWITZ(s)(s)

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
    _____/

UNITED STATES' MOTION FOR
ADDITIONAL TIME DURING MAY 23, 2025 SENTENCING HEARING

    The Government respectfully requests, consistent with the Court's sentencing order (ECF No. 148, ¶ 6), that the Court allow the parties additional time beyond the 60 total minutes currently set aside for the sentencing hearing on May 23, 2025. In support thereof, the Government states as follows:

    The Government expects that approximately 10 victims of the defendant's child sexual abuse will be attending the sentencing hearing on May 23, 2025, and each has expressed their desire to address the Court orally. As of today's date, this includes Minor Victim 1, Minor Victim 2, Minor Victim 3, Minor Victim 5, Minor Victim 6, Minor Victim 7, Victim H, Victim K, Victim L, and Victim N. Granting approximately 5 minutes per victim would result in approximately 50 minutes of time for the victims to speak.[1]

    To ensure that the victims of the defendant's offenses have a meaningful opportunity to participate in the sentencing hearing, and that the Court has the benefit of their "information

---

[1] The Government has secured a Creole interpreter for the May 23 hearing, to assist with the victims giving impact statements and to aid the victims' understanding of the statements others make during the sentencing hearing.

1

concerning the background, character, and conduct" of the defendant as it fashions an appropriate sentence, *see* 18 U.S.C. §§ 3661 & § 3771(a)(4), the Government respectfully requests that the parties be given more than 60 minutes for the May 23, 2025, hearing.

The final PSR has not yet been released, and thus the Government is also factoring in its estimate of the time it may take to address any unresolved objections.

To err on the side of caution, the Government suggests that 3 hours be set aside, though the Government will, as always, endeavor to be efficient in its presentation.

The Government has conferred with counsel for the defendant, who has no objection to the proposal for additional time.

                              Respectfully submitted,

                              HAYDEN O'BYRNE
                              UNITED STATES ATTORNEY

By:   */s/ Lacee Elizabeth Monk*
       Lacee Elizabeth Monk
       Assistant United States Attorney
       Florida Bar No. 100322
       U.S. Attorney's Office
       99 N.E. 4th Street
       Miami, FL 33132-2111
       Telephone: (305) 961-9427
       Email: lacee.monk@usdoj.gov

       */s/ Jessica L. Urban*
       Jessica L. Urban
       Florida Special Bar ID No. A5503222
       Trial Attorney
       Child Exploitation and Obscenity Section
       Criminal Division
       U.S. Department of Justice
       1301 New York Avenue NW
       Washington, DC 20005
       Phone: (202) 353-4146
       Email: Jessica.Urban@usdoj.gov

       */s/ Eduardo Palomo*

Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Jessica L. Urban*
Jessica L. Urban
Trial Attorney
