UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-20008-CR-LEIBOWITZ(s)(s)**

UNITED STATES OF AMERICA

vs.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

**UNITED STATES' NOTICE OF INTENT TO
INTRODUCE ADDITIONAL EVIDENCE REGARDING RESTITUTION**

In anticipation of the restitution portion of the Defendant's sentencing hearing, the United States hereby notices its intent to submit additional documentation relevant to the issue of restitution—and more specifically, relevant to the Defendant's ability to pay: the record of money the Defendant has received while detained at FDC-Miami, showing receipt of approximately $3000, over multiple installments, over the past 15 months. The United States is attaching here a redacted copy of the record and will also have an unredacted copy available for the Court at the hearing.

                Respectfully submitted,

                HAYDEN O'BYRNE
                UNITED STATES ATTORNEY

By:   */s/ Lacee Elizabeth Monk*
       Lacee Elizabeth Monk
       Assistant United States Attorney
       Florida Bar No. 100322
       U.S. Attorney's Office
       99 N.E. 4th Street
       Miami, FL 33132-2111
       Telephone: (305) 961-9427
       Email: lacee.monk@usdoj.gov

/s/ *Jessica L. Urban*
Jessica L. Urban
Florida Special Bar ID No. A5503222
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 353-4146
Email: Jessica.Urban@usdoj.gov

/s/ *Eduardo Palomo*
Eduardo Palomo
Florida Special Bar ID No. A5503186
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20005
Phone: (202) 305-9635
Eduardo.Palomo2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

*/s/ Jessica L. Urban*
Jessica L. Urban
Trial Attorney
