UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-20008-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KARL GEILENFELD,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Michael Karl Geilenfeld, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 27th day of May, 2025.

    Respectfully Submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

    BY:    s/Raymond D'Arsey Houlihan
    Raymond D'Arsey Houlihan
    Supervisory Assistant Federal Public Defender
    Florida Bar No. 100536
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    (305) 530-7000/(305) 536-4559, Fax
    E-Mail:   d'arsey_houlihan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **June 10, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/ Raymond D'Arsey Houlihan
                                      Raymond D'Arsey Houlihan